UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,   Case No. 3-22-CV-01059-TJC-PDB

   Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

   Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant TGC, LLC d/b/a The Golf Channel ("Golf Channel") moves the Court for an extension of time to respond to the Complaint by establishing a uniform response deadline of 21 days after the last individual Defendant is served. In support of this motion, Golf Channel states as follows:

1. On September 28, 2022, Plaintiff Patrick Nathaniel Reed filed the instant suit. The Complaint, which spans 401 paragraphs and 96 pages, features 42 claims against seven defendants (four individuals and three companies) for various types of alleged defamation, conspiracy, and interference.

2. Golf Channel was served with the summons and Complaint on October 6, 2022, and its response is currently due October 27, 2022.

3. Plaintiff also sued three employees and a contractor of the Golf Channel, Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, and Eamon Lynch respectively. These individual Defendants are not yet served.[1]

4. Federal Rule of Civil Procedure 6(b) provides that the Court, for good cause shown, may order a period enlarged if a request is made prior to the expiration of the period originally prescribed.

5. Plaintiff bases his 42 claims on eight alleged defamatory publications,[2] including television broadcasts, podcasts, news articles, and social media posts, each of which encompass multiple statements. Consistent with the First Amendment, each of these statements mush be individually addressed, and the Complaint necessarily raises significant constitutional, jurisdictional, and choice-of-law issues.

6. Given the need to coordinate a response and avoid piecemeal litigation, Golf Channel requests additional time to respond to the Complaint. A uniform response date for Golf Channel and its employees will allow counsel sufficient time to formulate proper and complete responses to the Complaint,

---

[1] The undersigned offered to waive the service requirement by accepting service on behalf of Brandel Chamblee, Damon Hack, Benjamin Bacon, and Eamon Lynch, but Plaintiff's counsel did not agree.

[2] Alleged defamatory publication #6 includes ten separate tweets.

will avoid multiple responses, and will conserve the time and resources of the parties and the Court.

7.   Accordingly, Golf Channel respectfully requests the Court enter an order establishing 21 days after the last individual Defendant is served as the uniform response date in this action, which will allow counsel sufficient time to formulate a coordinated response to the Complaint and avoid a patchwork of cross-referenced and partially incorporated filings.

8.   Golf Channel has demonstrated good cause to extend the deadline to file its response, as this motion is Golf Channel's first extension request on this issue, and this motion is timely made in good faith and not otherwise interposed for the purposes of harassment or delay. Plaintiff will not be prejudiced by this extension as this case is at its inception.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that his colleague Rachel E. Fugate communicated with Plaintiff's counsel via email and telephone between October 6 and 13, 2022. Plaintiff opposes the relief sought herein.

Dated: October 14, 2022

> Respectfully Submitted,
>
> SHULLMAN FUGATE PLLC
>
> ***/s/ Minch Minchin***
> Rachel E. Fugate (Fla. Bar No. 144029)
> rfugate@shullmanfugate.com
> Deanna K. Shullman (Fla. Bar No. 514462)

dshullman@shullmanfugate.com  
Minch Minchin (Fla. Bar No. 1015950)  
mminchin@shullmanfugate.com  
50 N. Laura Street, Suite 2500  
Jacksonville, FL 32202  
Tel: (813) 935-5098  

*Attorneys for Golf Channel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Minch Minchin*  
Minch Minchin

4