UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,   Case No. 3-22-CV-01059-TJC-PDB

   Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

   Defendants.

## DEFENDANT TGC, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant TGC, LLC d/b/a The Golf Channel ("Golf Channel") hereby discloses the following, pursuant to Local Rule 3.03:

1.  The name of each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a)  Shullman Fugate PLLC is counsel for Golf Channel as identified herein.

    b)  Deanna K. Shullman is counsel for Golf Channel as identified herein.

    c)  Rachel E. Fugate is counsel for Golf Channel as identified herein.

    d) Minch Minchin is counsel for Golf Channel as identified herein.

    e) Defendant TGC, LLC d/b/a The Golf Channel is a Delaware limited liability company that is a wholly owned subsidiary of NBCUniversal Media, LLC; in turn, the sole member of NBCUniversal Media, LLC is NBCUniversal, LLC. The following corporations are parents of NBCUniversal, LLC: Comcast DW Holding, Inc., NBCUniversal Enterprise, Inc., SNL Entertainment Holdings, Inc., Comcast Snap Holdings, Inc., E! Holdings, Inc., Comcast Holdings Corporation, and Comcast SportsNet NE Holdings, Inc. NBCUniversal Media, LLC's ultimate parent company is Comcast Corporation, a publicly traded corporation. No other publicly held corporation holds 10 percent or more of Defendant's interests.

    f) Defendant Benjamin Shane Bacon is an employee of Golf Channel.

    g) Defendant Brandel Eugene Chamblee is an employee of Golf Channel.

    h) Defendant Damon Hack is an employee of Golf Channel.

    i) Defendant Eamon Lynch is a contractor of Golf Channel.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.      The name each entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

4.      The name of each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 14, 2022

        Respectfully Submitted,

        SHULLMAN FUGATE PLLC

        ***/s/ Minch Minchin***
Rachel E. Fugate (Fla. Bar No. 144029)
*(lead counsel)*
rfugate@shullmanfugate.com
Deanna K. Shullman (Fla. Bar No. 514462)
dshullman@shullmanfugate.com
Minch Minchin (Fla. Bar No. 1015950)
mminchin@shullmanfugate.com
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tel: (813) 935-5098

*Attorneys for Golf Channel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Minch Minchin*
Rachel E. Fugate