**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| PATRICK NATHANIEL REED, | } | |
| | } | |
| Plaintiff | } | |
| | } | |
| v. | } | **Case Number: 3-22-CV-01059-TJC-PDB** |
| | } | |
| BRANDEL CHAMBLEE, TGC, LLC, | } | |
| DAMON HACK, BENJAMIN BACON, | } | |
| EAMON LYNCH, GOLFWEEK, & | } | |
| GANNETT CO., INC., | } | |
| | } | |
| Defendants. | } | |
| | } | |
| | } | |

---

**PLAINTIFF'S RESPONSE AND PARTIAL OPPOSITION TO DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Patrick Reed hereby responds and partially opposes Defendants' Motion for Extension of Time to Respond to Complaint.

This motion, which asks for extension to file responses to the Complaint filed by Mr. Reed, fails to mention that when Defendants' counsel offered to accept service for their clients, they demanded 60 days to respond to the Complaint.

In response, the undersigned counsel said that Mr. Reed would agree to a 40-day extension, as 60 days was not necessary given the straightforward facts pled in the Complaint. But rather than agree to this, counsel for Defendants now ask for 21 days after the last Defendant is served, raising the specter that the individual Defendants could then evade service of process, thereby interminably delaying the progress of this case.

1

For this reason, Plaintiff Reed opposes this motion but is willing to agree to 40 days to respond to the Complaint, from this date forward. Since defense counsel purports to represent all of the Defendants, with the possible exception of Gannett, they obviously are already in a position to respond for all of them in a reasonable 40 days, rather than creating a condition for potential obstruction should any individual Defendant client evade service of process by process servers.

Dated: October 14, 2022                    Respectfully Submitted,


                                           By:/s/ Larry Klayman_____
                                           Larry Klayman, Esq.
                                           Florida Bar No.: 246220
                                           Klayman Law Group P.A.
                                           7050 W. Palmetto Park Rd
                                           Boca Raton, FL, 33433
                                           Tel: 561-558-5536
                                           leklayman@gmail.com

                                           *Counsel for Patrick Nathaniel Reed*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, October 14, 2022, I electronically filed the foregoing with the Clerk of Court using Florida Efiling. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                           */s/ Larry Klayman_____*