UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,   Case No. 3-22-CV-01059-TJC-PDB

   Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

   Defendants.

**UNOPPOSED AMENDED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant TGC, LLC d/b/a The Golf Channel ("Golf Channel") amends its Motion for Extension of Time to Respond to Complaint [D.E. 5], to reflect the subsequent agreement of the parties, and moves the Court for a modification of time to respond to the Complaint by establishing a uniform response deadline of November 23, 2022. In support of this motion, Golf Channel states as follows:

1.   On September 28, 2022, Plaintiff Patrick Nathaniel Reed filed the instant suit. The Complaint, which spans 401 paragraphs and 96 pages, features 42 claims against seven defendants (four individuals and three companies) for various types of alleged defamation, conspiracy, and interference.

2. Golf Channel was served with the summons and Complaint on October 6, 2022, and its response is currently due October 27, 2022.

3. Plaintiff also sued three employees and a contractor of the Golf Channel, Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, and Eamon Lynch, respectively (the "Individual Defendants"). The Individual Defendants are not yet served. However, pursuant to an agreement between counsel, contemporaneous with the filing of this motion, they will file waivers of service of the summons. The Individual Defendants have voluntarily agreed to limit the time they would otherwise be entitled to respond pursuant to the waiver and have agreed to respond to the Complaint by November 23, 2022.

4. Federal Rule of Civil Procedure 6(b) provides that the Court, for good cause shown, may order a period enlarged if a request is made prior to the expiration of the period originally prescribed.

5. Plaintiff bases his 42 claims on eight alleged defamatory publications,[1] including television broadcasts, podcasts, news articles, and social media posts, each of which encompass multiple statements. Consistent with the First Amendment, each of these statements mush be individually addressed, and the Complaint necessarily raises significant constitutional, jurisdictional, and choice-of-law issues.

---

[1] Alleged defamatory publication #6 includes ten separate tweets.

6. Given the need to coordinate a response and avoid piecemeal litigation, the Golf Channel requests additional time to respond to the Complaint. A uniform response date will allow counsel sufficient time to formulate proper and complete responses to the Complaint, will avoid multiple responses, and will conserve the time and resources of the parties and the Court.

7. Accordingly, the Golf Channel respectfully requests the Court to enter an order establishing November 23, 2022 as the uniform response date in this action, which will allow counsel sufficient time to formulate a coordinated response to the Complaint and avoid a patchwork of cross-referenced and partially incorporated filings.

8. Defendants have demonstrated good cause to modify the deadline to file its response, as this motion is timely made in good faith and not otherwise interposed for the purposes of harassment or delay. Plaintiff, who agrees to the proposed deadline, will not be prejudiced by this modification, as this case is at its inception.

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that his colleague Rachel E. Fugate communicated with Plaintiff's counsel, who does not oppose the relief sought herein.

Dated: October 17, 2022

        Respectfully Submitted,

        SHULLMAN FUGATE PLLC

        ***/s/ Minch Minchin***
        Rachel E. Fugate (Fla. Bar No. 144029)
        rfugate@shullmanfugate.com
        Deanna K. Shullman (Fla. Bar No. 514462)
        dshullman@shullmanfugate.com
        Minch Minchin (Fla. Bar No. 1015950)
        mminchin@shullmanfugate.com
        50 N. Laura Street, Suite 2500
        Jacksonville, FL 32202
        Tel: (813) 935-5098

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        /s/ *Minch Minchin*
        Minch Minchin