IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | }<br>}<br>} |
| Plaintiff | }<br>} |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB<br>} |
| BRANDEL CHAMBLEE, TGC, LLC,<br>DAMON HACK, BENJAMIN BACON,<br>EAMON LYNCH, GOLFWEEK, &<br>GANNETT CO., INC., | }<br>}<br>}<br>}<br>} |
| Defendants. | }<br>}<br>} |

**PLAINTIFF'S SUPPLEMENT TO RESPONSE AND PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Patrick Reed ("Mr. Reed") hereby supplements his response and partial opposition Defendants' Motion for Extension of Time to Respond to Complaint.

As set forth in Mr. Reed's initial response, the problem with the Defendants' requested response date of 21 days after the last Defendant is served is that it raises the specter that the individual Defendants could then evade service of process, thereby interminably delaying the progress of this case. This has already proven to be the case, as shown in the affidavit of non-service regarding Defendant Brandel Chamblee, who may be evading service of process. Exhibit 1.

1

2

Given that this is a very straightforward case, 40 days to respond to the complaint is reasonable, but 60 days is excessive upon acceptance of service of process, which some defendants have now unilaterally done, and only may serve to create unnecessary delay.

Dated: October 18, 2022                                  Respectfully Submitted,


                                    By:/s/ Larry Klayman
                                    Larry Klayman, Esq.
                                    Florida Bar No.: 246220
                                    Klayman Law Group P.A.
                                    7050 W. Palmetto Park Rd
                                    Boca Raton, FL, 33433
                                    Tel: 561-558-5536
                                    leklayman@gmail.com

                                    *Counsel for Patrick Nathaniel Reed*


**CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, October 18, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                                                */s/ Larry Klayman*