# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION**

**Patrick Nathaniel Reed, et al.**

    Plaintiff(s),

VS.

**Gannett Co., Inc., et al.**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*286045*

**Case Number: 3:22-cv-1059-TJC-PDB**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Brandel Eugene Chamblee on 10/11/2022 at 5:56 PM at 7360 E Overlook Dr, Scottsdale, AZ 85255**

The undersigned, swear and affirm that on **October 15, 2022** at **10:30 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Brandel Eugene Chamblee** the **Summons in a Civil Action; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/12/2022-12:00 PM | 7360 E Overlook Dr Scottsdale, AZ 85255 | Upon my arrival, I discovered there is an external security camera in the front driveway, and a front door bell "Ring" type security device present as well. I received no response from within the residence nor from the "Ring" doorbell camera. I observed no movement or activity from within the residence. I did not hear anything from within the residence. There are no exterior lights on. The window coverings are closed and I was unable to see inside the residence. I observed a package near the front door and behind a chair address to Brandel Chamblee. There are no vehicles present in the driveway. I proceeded to two of the neighbors' residences, but received no answer. I stayed and watched for about 20 minutes to see if anyone would exit the front door, side gate or garage, but no one was seen. - Attempted by Mario Bertuccelli # MC-8703 |
| 10/13/2022-7:30 AM | 7360 E Overlook Dr Scottsdale, AZ 85255 | Upon my arrival, I received no response from the residence. There is no noise heard from within. There are no exterior lights on, the window coverings were closed and I could not see inside. The same address present from the day prior is present during this attempt. I received no response from the "Ring" doorbell device. The marker left on the previous attempt is still present. - Attempted by Mario Bertuccelli # MC-8703 |
| 10/15/2022-10:30 AM | 7360 E Overlook Dr Scottsdale, AZ 85255 | Upon my arrival, I received no response from the residence from either knocking or utilizing the "Ring" doorbell. There are no changes from the last two attempts. The marker is still present and the package is still behind the chair. There was a second package from FEDEX addressed to the subject on the front door mat. There are no vehicles present. - Attempted by Mario Bertuccelli # |

MC-8703

*Mario Bertuccelli*

**Mario Bertuccelli # MC-8703**
Process Server

Internal Job ID:286045

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

