IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

   PLAINTIFF,

v.                                                            CASE NO.  3:22-CV-01059

BRANDEL EUGENE CHAMBLEE;
TGC, LLC d/b/a Golf Channel;
DAMON HACK; BENJAMIN SHANE
BACON; EAMON LYNCH; GOLFWEEK;
And GANNETT CO., INC.;

   DEFENDANTS.
_____/

## GANNETT DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT & <u>SUPPORTING MEMORANDUM</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Gannett Co., Inc. and Golfweek[1] (collectively, the "Gannett Defendants") respectfully move, unopposed, for an enlargement of time through and including November 7, 2022,

---

[1] Defendants Gannett Co., Inc. and Golfweek are incorrectly identified in the Complaint. Golfweek is owned by Gannett Satellite Information Network, LLC, and is part of USA Today Sports Media Group. The *Golfweek* publication is not a separate legal entity. Gannett Co., Inc. is the ultimate parent company for all subsidiaries, including without limitation Gannett Satellite Information Network, LLC, and not a proper defendant here either. Further, Plaintiff has not perfected service on Golfweek. As Golfweek is not a separate legal entity itself, the Gannett Defendants are simply responding as named in the Complaint and a single response to the Complaint will be filed.

for the Gannett Defendants to respond to Plaintiff's Complaint (D.E. 1). Grounds for this motion are set forth in the following memorandum of law.

## SUPPORTING MEMORANDUM

The Gannett Defendants seek a brief extension of time to respond to the Complaint. Gannett Co., Inc. was served through its registered agent on October 3, 2022. At present, its response is due October 24, 2022. The Gannett Defendants respectfully request a 14-day extension of time to respond, through and including November 7, 2022. Plaintiff does *not* oppose the relief requested.

This brief extension is needed to allow the Gannett Defendants sufficient time to prepare a response to Plaintiff's multi-count and lengthy 96-page Complaint. Undersigned counsel need time to review the relevant facts and legal theories related to this matter, and an enlargement of time would enable the Gannett Defendants to respond appropriately to the Complaint. Moreover, this litigation was recently filed, and the Gannett Defendants have not previously sought an extension of time.

Rule 6 (b)(1) permits extensions for good cause. The Court has wide discretion to grant an extension of time to respond to the Complaint. *See, e.g., Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (district courts have "broad discretion" in managing their cases, including pre-trial activities); *Vorsteg v. United States*, No. 11-61160-CIV, 2011 WL 5169353, at *1 (S.D. Fla. Nov. 1, 2011) (granting 40-day extension to respond to complaint). The

Gannett Defendants have established good cause for the two-week extension sought here.

This motion is made in good faith and not for purposes of undue delay. No party will be prejudiced by the relief sought herein.

## CONCLUSION

In sum, Defendants Gannett Co., Inc. and Golfweek respectfully request that this Court grant an extension of time through November 7, 2022, for the Gannett Defendants to respond to the Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has contacted Plaintiff's counsel with respect to the relief sought herein. Plaintiff's counsel does not oppose the relief requested.

Dated: October 19, 2022            Respectfully submitted,

THOMAS & LoCICERO PL

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile:  (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

**Attorneys for Gannett Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **19th** day of **October, 2022**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to the following counsel of record:

Larry Elliot Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL  33433
leklayman@gmail.com

Rachel E. Fugate
Shullman Fugate PLLC
100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
rfugate@shullmanfugate.com

Deanna Kendall Shullman
Minch Minchin
Shullman Fugate PLLC
2101 Vista Parkway, Ste. 4006
West Palm Beach, FL  33411
dshullman@shullmanfugate.com
mminchin@shullmanfugate.com

                    /s/ *Carol Jean LoCicero*
                    Attorney