IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    PLAINTIFF,

v.                                                                 CASE NO. 3:22-CV-01059

BRANDEL EUGENE CHAMBLEE;
TGC, LLC d/b/a Golf Channel;
DAMON HACK; BENJAMIN SHANE
BACON; EAMON LYNCH; GOLFWEEK;
And GANNETT CO., INC.;

    DEFENDANTS.
_____/

**THE GANNETT DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants Gannett Co., Inc. and Golfweek (collectively, the "Gannett Defendants")[1] hereby disclose the following, pursuant to Local Rule 3.03:

1. The name of each person—including each lawyer, association, firm, partnership corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome of this action:

---

[1] Defendants Gannett Co., Inc. and Golfweek are incorrectly identified in the Complaint. Golfweek is owned by Gannett Satellite Information Network, LLC, and is part of USA Today Sports Media Group. The *Golfweek* publication is not a separate legal entity. Gannett Co., Inc. is the ultimate parent company for all subsidiaries, including without limitation Gannett Satellite Information Network, LLC, and not a proper defendant here either.

a) Defendant Gannett Co., Inc. is a Delaware corporation headquartered in Virginia. BlackRock Inc. is a publicly held corporation and owns more than 10 percent of the stock of Gannett Co., Inc.  Gannett Co., Inc. is the ultimate parent company for Gannett subsidiaries, including without limitation Gannett Satellite Information Network, LLC, and is improperly named as a Defendant in this action.

b) Gannett Media Corp. is a Delaware corporation headquartered in Virginia and is the sole member of Gannett Satellite Information Network, LLC.  Gannett Satellite Information Network, LLC owns the *Golfweek* publication, which is a part of USA Today Sports Media Group. *Golfweek* is improperly named as a Defendant in this action.

c) Thomas & LoCicero PL is counsel for the Gannett Defendants as identified herein.

d) Carol Jean LoCicero is counsel for the Gannett Defendants as identified herein.

e) Linda R. Norbut is counsel for the Gannett Defendants as identified herein.

f) Additional parties that have or might have an interest in the outcome of this action have been disclosed in Defendant TGC, LLC's Certificate of Interested Persons and Corporate Disclosure Statement (ECF No. 6).

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of each entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

4. The name of each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 19, 2022

Respectfully submitted,

THOMAS & LoCICERO PL

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile:  (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

**Attorneys for Defendants Gannett Co., Inc. and Golfweek**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **19th** day of **October, 2022**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to the following counsel of record:

| | |
|---|---|
| Larry Elliot Klayman<br>7050 W. Palmetto Park Rd<br>Boca Raton, FL  33433<br>leklayman@gmail.com | Rachel E. Fugate<br>Shullman Fugate PLLC<br>100 S. Ashley Drive, Ste. 600<br>Tampa, FL  33602<br>rfugate@shullmanfugate.com |
| Deanna Kendall Shullman<br>Minch Minchin<br>Shullman Fugate PLLC<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, FL  33411<br>dshullman@shullmanfugate.com<br>mminchin@shullmanfugate.com | |

          /s/ *Carol Jean LoCicero*
          Attorney