IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    PLAINTIFF,

v.                                                                                  CASE NO.  3:22-CV-01059

BRANDEL EUGENE CHAMBLEE;
TGC, LLC d/b/a Golf Channel;
DAMON HACK; BENJAMIN SHANE
BACON; EAMON LYNCH; GOLFWEEK;
And GANNETT CO., INC.;

    DEFENDANTS.

_____/

## NOTICE OF APPEARANCE

LINDA R. NORBUT of Thomas & LoCicero PL hereby gives notice of her

appearance as counsel on behalf of Defendants Gannett Co., Inc. and Golfweek

(collectively, the "Gannett Defendants").[1]  The certificate of service for all

pleadings, orders, and other papers in this action should include Linda R. Norbut at

Thomas & LoCicero PL, 601 South Boulevard, Tampa, FL  33606

(lnorbut@tlolawfirm.com; dlake@tlolawfirm.com).

---

[1] Defendants Gannett Co., Inc. and Golfweek are incorrectly identified in the Complaint. Golfweek is owned by Gannett Satellite Information Network, LLC, and is part of USA Today Sports Media Group.  The *Golfweek* publication is not a separate legal entity.  Gannett Co., Inc. is the ultimate parent company for all subsidiaries, including without limitation Gannett Satellite Information Network, LLC, and not a proper defendant here either.

Dated:  October 19, 2022

Respectfully submitted,

THOMAS & LoCICERO PL

s/ *Linda R. Norbut*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile:  (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com
tgilley@tlolawfirm.com
dlake@tlolawfirm.com

*Attorneys for Gannett Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **19th** day of **October, 2022**, I

electronically filed the foregoing document with the Clerk of Court using the

CM/ECF system.  I also certify that the foregoing document is being served this

date on all counsel of record via transmission of Notices of Electronic Filing

generated by the CM/ECF system to the following counsel of record:

Larry Elliot Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL  33433
leklayman@gmail.com

Rachel E. Fugate
Shullman Fugate PLLC
100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
rfugate@shullmanfugate.com

2

Deanna Kendall Shullman
Minch Minchin
Shullman Fugate PLLC
2101 Vista Parkway, Ste. 4006
West Palm Beach, FL  33411
dshullman@shullmanfugate.com
mminchin@shullmanfugate.com

/s/ *Linda R. Norbut*
Attorney