## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,   Case No. 3-22-CV-01059-TJC-PDB

  Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

  Defendants.

**DEFENDANT BRANDEL CHAMBLEE'S DISCLOSURE STATEMENT**

Defendant Brandel Chamblee ("Chamblee") hereby discloses the following, pursuant to Local Rule 3.03:

1. The name of each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a) Shullman Fugate PLLC is counsel for Chamblee as identified herein.

    b) Deanna K. Shullman is counsel for Chamblee as identified herein.

    c) Rachel E. Fugate is counsel for Chamblee as identified herein.

    d) Minch Minchin is counsel for Chamblee as identified herein.

    e) Defendant TGC, LLC.

    f) Defendant Benjamin Shane Bacon is an employee of Golf Channel.

    g) Defendant Chamblee is an employee of Golf Channel.

    h) Defendant Damon Hack is an employee of Golf Channel.

    i) Defendant Eamon Lynch is a contractor of Golf Channel.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name each entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

4. The name of each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 19, 2022

                Respectfully Submitted,

                SHULLMAN FUGATE PLLC

                ***/s/ Minch Minchin***
                Rachel E. Fugate (Fla. Bar No. 144029)
                (*lead counsel*)
                rfugate@shullmanfugate.com
                Deanna K. Shullman (Fla. Bar No. 514462)
                dshullman@shullmanfugate.com
                Minch Minchin (Fla. Bar No. 1015950)
                mminchin@shullmanfugate.com
                50 N. Laura Street, Suite 2500
                Jacksonville, FL 32202
                Tel: (813) 935-5098

                *Attorneys for Brandel Chamblee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Minch Minchin*
Minch Minchin