UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,                Case No. 3-22-CV-01059-TJC-PDB

   Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

   Defendants.

## **DEFENDANT DAMON HACK'S DISCLOSURE STATEMENT**

Defendant Damon Hack ("Hack") hereby discloses the following, pursuant to Local Rule 3.03:

1. The name of each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a) Shullman Fugate PLLC is counsel for Hack as identified herein.

   b) Deanna K. Shullman is counsel for Hack as identified herein.

   c) Rachel E. Fugate is counsel for Hack as identified herein.

   d) Minch Minchin is counsel for Hack as identified herein.

   e) Defendant TGC, LLC.

    f) Defendant Benjamin Shane Bacon is an employee of Golf Channel.

    g) Defendant Brandel Eugene Chamblee is an employee of Golf Channel.

    h) Defendant Hack is an employee of Golf Channel.

    i) Defendant Eamon Lynch is a contractor of Golf Channel.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name each entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

4. The name of each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 19, 2022

        Respectfully Submitted,

        SHULLMAN FUGATE PLLC

        ***/s/ Minch Minchin***
        Rachel E. Fugate (Fla. Bar No. 144029)
        *(lead counsel)*
        rfugate@shullmanfugate.com
        Deanna K. Shullman (Fla. Bar No. 514462)
        dshullman@shullmanfugate.com
        Minch Minchin (Fla. Bar No. 1015950)
        mminchin@shullmanfugate.com
        50 N. Laura Street, Suite 2500
        Jacksonville, FL 32202
        Tel: (813) 935-5098

        *Attorneys for Damon Hack*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        /s/ *Minch Minchin*
        Minch Minchin