IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | }<br>}<br>} |
| Plaintiff | }<br>} |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL CHAMBLEE, TGC, LLC, DAMON HACK, BENJAMIN BACON, EAMON LYNCH, GOLFWEEK, & GANNETT CO., INC., | }<br>}<br>}<br>}<br>} |
| Defendants. | }<br>}<br>} |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Plaintiff Patrick Reed ("Mr. Reed") pursuant to Local Rule 3.03, hereby discloses the following:

1) Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

   a. Patrick Nathaniel Reed – Plaintiff

   b. Larry Klayman, Esq. – Attorney for Plaintiff

   c. Brandel Eugene Chamblee – Defendant

   d. TGC, LLC – Defendant

   e. Damon Hack – Defendant

   f. Benjamin Shane Bacon – Defendant

1

g. Eamon Lynch – Defendant

h. Golfweek – Defendant

i. Gannett Co, Inc. – Defendant

j. Minch Minchin, Esq – Counsel for Defendants Chamblee, TGC, Hack, Bacon, and Lynch

k. Rachel E. Fugate, Esq - Counsel for Defendants Chamblee, TGC, Hack, Bacon, and Lynch

l. Shullman Fugate PLLC - Counsel for Defendants Chamblee, TGC, Hack, Bacon, and Lynch

m. Carol J. Locicero, Esq. – Counsel for Defendants Golfweek and Gannett

n. Linda Riedemann Norbut – Counsel for Defendants Golfweek and Gannett

o. Thomas & LoCicero, PL - Counsel for Defendants Golfweek and Gannett

2) Each entity with publicly traded shares or debt potentially affected by the outcome: None

3) The name each entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None

4) The name of each person arguably eligible for restitution: None

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict

Dated: October 19, 2022    Respectfully Submitted,

By:/s/ Larry Klayman
Larry Klayman, Esq.

Florida Bar No.: 246220  
Klayman Law Group P.A.  
7050 W. Palmetto Park Rd  
Boca Raton, FL, 33433  
Tel: 561-558-5536  
leklayman@gmail.com  

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, October 19, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*