IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | } |
| Plaintiff | } |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL CHAMBLEE, TGC, LLC, DAMON HACK, BENJAMIN BACON, EAMON LYNCH, GOLFWEEK, & GANNETT CO., INC., | } |
| Defendants. | } |

## PLAINTIFF'S SUPPLEMENT AND RESPONSE TO COURT'S ORDER OF OCTOBER 18, 2022

Plaintiff Patrick Reed ("Mr. Reed") hereby responds to the Court's October 18, 2022 order directing him to file a jurisdictional supplement no later than November 9, 2022 concerning the citizenship status of TGC, LLC, Golfweek, and Gannett Co., Inc. in order to aid the Court in determining whether it had diversity of citizenship jurisdiction over this case pursuant to 28 U.S.C. § 1332.

As the first point of clarification, Mr. Reed is a citizen of Texas. Mr. Reed owns property and spends significant time in Florida due to it being the golf capitol of the United States, but for the purpose of determining citizenship under 28 U.S.C. § 1332, he is a citizen of Texas.

With regard to Defendant TGC, LLC, pursuant to the Certificate of Interested Persons and Corporate Disclosure Statement filed on its behalf, ECF No. 6, Defendant TGC, LLC is incorporated under the laws of Delaware, and is a wholly owned subsidiary of NBCUniversal

1

Media, LLC. The sole member of NBCUniversal Media LLC is NBCUniversal, LLC, which is incorporated under the laws of Delaware. (File No. 4752508). Thus, the citizenship of TGC, LLC under *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) is Delaware.

With regard to Defendants Gannett Co, Inc. and Golfweek, Defendant Gannett Co., Inc is incorporated under the laws of Delaware (File No. 5343358). In their Certificate of Interested Persons and Corporate Disclosure Statement, ECF No. 16, Defendants assert that Golfweek is not a "separate legal entity," and is owned by Gannett Satellite Information Network, LLC. The sole member of Gannett Satellite Information Network, LLC is Gannett Media Corp., which is incorporated under the laws of Delaware. (File No. 5644893). Mr. Reed does not take the Defendants' representations as face value, and, if necessary, will be seeking discovery in this regard, and moving to amend the Complaint if this honorable court deems this necessary. However, for the purpose of complying with the Court's order and based on the Defendants' own representations, both Gannett Co. Inc. and Golfweek are admittedly Delaware entities with headquarters in Virginia and Florida, respectively. Neither can claim Texas citizenship.

Thus, there is complete diversity amongst the parties, as none of the Defendants in this action are citizens of Texas. The Court respectfully therefore has and thus must therefore exercise jurisdiction over this case pursuant to 28 U.S.C. § 1332.

Dated: October 25, 2022                                          Respectfully Submitted,


                                                     By:/s/ Larry Klayman
                                                     Larry Klayman, Esq.
                                                     Florida Bar No.: 246220
                                                     Klayman Law Group P.A.
                                                     7050 W. Palmetto Park Rd
                                                     Boca Raton, FL, 33433

Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, October 25, 2022, I electronically filed the foregoing with the Clerk of Court using Florida Efiling. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ *Larry Klayman*