UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,    Case No. 3-22-CV-01059-TJC-PDB

    Plaintiff,

vs.

BRANDEL CHAMBLEE, TGC, LLC,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

    Defendants.

## DECLARATION OF ANDREW EITINGON PURSUANT TO 28 U.S.C. § 1746
## AND IN SUPPORT OF DIVERSITY JURISDICTION

I, Andrew Eitingon, declare as follows:

1. I am Secretary at NBCUniversal Media, LLC, which is the direct parent to Defendant TGC, LLC d/b/a The Golf Channel ("Golf Channel").

2. The information in this declaration is based on my personal knowledge and my review the corporate records of Golf Channel's and/or its parent and related entities. These records are made as part of regular business practices at or near the time of the act, condition, or event set forth in the record by, or information transmitted by, a person with knowledge of those matters.

3. For the reasons set forth below, Golf Channel is a citizen both of the State of Delaware and the Commonwealth of Pennsylvania because those are the only states where the corporations in its chain of membership are incorporated or have their principal places of business.

4. TGC, LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Golf Channel is NBCUniversal Media, LLC.

5. NBCUniversal Media, LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of NBCUniversal Media, LLC at the time of filing was, and is now, NBCUniversal, LLC, a limited liability company organized under the laws of the state of Delaware.

6. The members of NBCUniversal, LLC at the time of filing were, and are now, (1) Comcast Navy Acquisition, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Navy Contribution, LLC, a limited liability company organized under the laws of the state of Delaware; (3) NBCUniversal Enterprise, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (4) SNL Entertainment Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (5) Comcast CCW Holdings, LLC, a limited liability company organized under the laws of the state of Delaware;

(6) Comcast DW Holding, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (7) Comcast Snap Holdings II, LLC, a limited liability company organized under the laws of the state of Delaware.

7. The sole member of Comcast Navy Acquisition, LLC was, at the time of filing, and is now, Comcast Corporation. Comcast Corporation was, at the time of filing, and is now, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

8. The members of Comcast Navy Contribution, LLC were, at the time of filing, and are now: (1) Comcast SportsNet New England Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast SportsNet Philadelphia Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (3) Versus Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast Contribution Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) E! Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

9. The members of Comcast SportsNet New England Holdings, LLC were, at the time of filing, and are now: (1) Comcast SportsNet NE Holdings,

Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (2) CSNNE Partner, LLC, a limited liability company organized under the laws of the state of Delaware.

10. The sole member of CSNNE Partner, LLC was, at the time of filing, and is now Comcast Holdings Corporation, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

11. The sole members of Comcast SportsNet Philadelphia Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) Comcast Spectacor Holding Company, LLC, a limited liability company organized under the laws of the state of Delaware.

12. The sole member of Comcast Spectacor Holding Company, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

13. The members of Versus Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) E! Holdings, Inc.

14. The sole member of Comcast CHC, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

15. The sole member of Comcast Contribution Holdings, LLC was, at the time of filing, and is now, Comcast Corporation.

16. The members of Comcast CCW Holdings, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap

Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

17. The members of Comcast Snap Holdings II, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap Holdings, Inc.

18. None of the entities within this structure were, at the time the Complaint was filed, or are now, citizens of either Texas or Florida. None have members or partners who were, at the time the Complaint was filed, or are now, citizens of Texas or Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2022.

_____
Andrew Eitingon, Secretary,
NBCUniversal Media, LLC