IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | }<br>}<br>} |
| Plaintiff | }<br>} |
| v. | } **Case Number: 3-22-CV-01059-TJC-PDB** |
| BRANDEL CHAMBLEE, TGC, LLC,<br>DAMON HACK, BENJAMIN BACON,<br>EAMON LYNCH, GOLFWEEK, &<br>GANNETT CO., INC., | }<br>}<br>}<br>} |
| Defendants. | }<br>}<br>} |

## NOTICE OF FILING OF MOTION TO REASSIGN AND TRANSFER THIS CASE AS RELATED TO PREVIOUSLY FILED CASE

Plaintiff Patrick Reed ("Mr. Reed") hereby informs the Court that the attached Motion to Reassign and Transfer This Case As Related to Previously Filed Case has been filed in *Reed v. Ryan et al*, 3:22-cv-01181 (M.D. Fl.). Exhibit 1.

Dated: November 2, 2022                                   Respectfully Submitted**,**

 

By:/s/ Larry Klayman_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

1

**CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, November 2, 2022, I electronically filed the foregoing with the Clerk of Court using Florida Efiling. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ <u>*Larry Klayman*</u>