IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | } |
| Plaintiff | } |
| v. | } Case Number: 3:22-cv-01181-BJD-PDB |
| SHANE RYAN et al | } |
| Defendants. | } |

**MOTION TO REASSIGN AND TRANSFER THIS CASE AS RELATED TO PREVIOUSLY FILED CASE**

Plaintiff Patrick Nathaniel Reed ("Mr. Reed") hereby respectfully moves the Court for an order reassigning and transferring this case to the Honorable Timothy J. Corrigan ("Chief Judge Corrigan") as related to a previously filed and currently pending action styled *Reed v. Chamblee et al*, 3:22-cv-01059-TJC-PBD (M.D. Fl.). When this case was filed, Mr. Reed submitted a Notice of Related Case pursuant to LCvR 1.07(c), but it appears that this case was inadvertently randomly assigned to this Court. Thus, Mr. Reed hereby moves for an order assigning this case to Chief Judge Corrigan as related to the *Chamblee* case.

Related cases share "common question of law or fact or any other prospective duplication in the prosecution or resolution of the cases." *Md. Cas. Co. v. Superior Pharmacy LLC*, No. 8:14-cv-375-T-23TBM, 2014 U.S. Dist. LEXIS 197763, at *3 (M.D. Fla. May 14, 2014). This is clearly present here between the two cases.

*First*, both cases share the same causes of action for defamation, tortious interference, and injurious falsehoods.

*Second*, both cases share the same Plaintiff, Mr. Reed.

*Third*, both cases allege that the tortious acts by the Defendants were performed in concert with and at the direction of the PGA Tour, DP World Tour, and its agents and officers in order to smear, discredit, and destroy the reputations of golfers who signed with LIV Golf in order to try to eliminate LIV Golf as a competitor to the PGA Tour and the DP World Tour.

Finally, reassigning this case to the prior filed case before Chief Judge Corrigan will work an efficiency by preserving valuable judicial time and resources and the resources of the parties given the commonality of the two cases, which comprise a common plaintiff and overlapping issues and causes of action.

Thus, it is clear that this instant case is related to the *Chamblee* case pursuant to LCvR 1.07(c), and therefore this case should respectfully, for judicial efficiency and that of the parties, among other enumerated criteria and set forth above, be reassigned and transferred to Chief Judge Corrigan.

Dated: November 2, 2022                                          Respectfully Submitted,

                                                                 By:/s/ Larry Klayman
                                                                 Larry Klayman, Esq.
                                                                 Florida Bar No.: 246220
                                                                 Klayman Law Group P.A.
                                                                 7050 W. Palmetto Park Rd
                                                                 Boca Raton, FL, 33433
                                                                 Tel: 561-558-5536
                                                                 leklayman@gmail.com

                                                                 *Counsel for Patrick Nathaniel Reed*