# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,                    Case No. 3-22-CV-01059-TJC-PDB

    Plaintiff,

vs.

BRANDEL CHAMBLEE; TGC, LLC;
DAMON HACK; BENJAMIN BACON;
EAMON LYNCH; GANNETT
SATELLITE INFORMATION
NETWORK, LLC; GANNETT CO.,
INC.; CONDE NAST
INTERNATIONAL, INC.; ZACH
HELFAND

    Defendants.

_____

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO CONVENTIONALLY FILE AUDIOVISUAL EXHIBITS

    Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC d/b/a The Golf Channel ("Golf Channel," and collectively, "Defendants") hereby seek leave to file conventionally, by delivery to the Clerk of Court, a USB flash drive featuring audiovisual material in support of Defendants' forthcoming Motion to Dismiss. In support thereof, Defendants state as follows:

    1.    In this defamation action, Plaintiff Patrick Reed alleges he has been damaged by allegedly defamatory material appearing in eight Publications published by Defendants. (D.E. 28 ¶¶ 57–110). Three of these allegedly defamatory Publications—Publications 1, 5, and 8—appear in video form. (*See id.* at ¶¶ 57–64; 83–

88; 107–10).

2.     In support of their forthcoming motion, Defendants seek to attach as exhibits all eight Publications—including the video of Publications 1, 5, and 8—which are essential to Mr. Reed's claims.

3.     Publications appearing in video form, however, cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted via USB flash drives without prior court approval.

4.     Given the nature of the exhibits, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), Defendants seek leave to conventionally file the USB flash drive of Publications 1, 5, and 8 with the Clerk of Court.

WHEREFORE, Defendants request that the Court grant leave to conventionally file the USB flash drive containing audiovisual material in support of their forthcoming Motion to Dismiss.

Dated: January 6, 2023

Respectfully Submitted,

SHULLMAN FUGATE PLLC

*/s/ Minch Minchin*
Rachel E. Fugate (Fla. Bar No. 144029)
rfugate@shullmanfugate.com
Deanna K. Shullman (Fla. Bar No. 514462)
dshullman@shullmanfugate.com
Minch Minchin (Fla. Bar No. 1015950)
mminchin@shullmanfugate.com
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tel: (813) 935-5098

*Attorneys for Golf Channel, Brandel Chamblee, Damon Hack, Benjamin Bacon, and Eamon Lynch*

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

I HEREBY CERTIFY that on January 5, 2023, the undersigned communicated with Mr. Reed's counsel to confer about this motion. Counsel for Mr. Reed stated that he does not oppose the relief sought herein, yet he reserves the right to challenge the authenticity of the videos.

/s/ *Minch Minchin*
Minch Minchin

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Minch Minchin*
Minch Minchin