UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,                Case No. 3-22-CV-01059-TJC-PDB

   Plaintiff,

vs.

BRANDEL CHAMBLEE, et al.,

   Defendants.

**UNOPPOSED MOTION FOR ENLARGEMENT OF PAGES
FOR MOTION TO DISMISS**

Pursuant to Local Rule 3.01(a), Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC d/b/a The Golf Channel (collectively, "Defendants") ask the Court for additional pages to respond to Plaintiff Patrick Reed's Amended Complaint. In support of this motion, Defendants state as follows:

1. The Amended Complaint alleges that Defendants—as well as four other media entities—defamed Reed over a lengthy series of publications during the last approximately two years. *See* Am. Compl. ¶¶ 57–119.

2. The pleading is large. It spans 404 paragraphs, 101 pages, ten parties, and 36 claims. And the bulk of Reed's extensive allegations pertain to the five Defendants represented by the undersigned. *See id.*

3. Defendants anticipate filing a motion to dismiss on or before January 13, 2023. *See* D.E. 27 at 3 (establishing the relevant filing deadlines).

4. Middle District of Florida Local Rule 3.01 caps the page limit for motions at 25 pages. M.D. Fla. Loc. R. 3.01(a). Yet Rule 3.01 also provides that, for good cause shown, parties can request additional pages. *Id.*

5. Considering the sheer enormity of the Amended Complaint—as well as the multiple constitutional, statutory, and common law issues implicated therein—Defendants need additional space to adequately address Reed's allegations. Specifically, 10 more pages should provide Defendants with enough room to brief the Court on the relevant dispositive arguments.

WHEREFORE, Defendants respectfully ask the Court to enter an order permitting Defendants to file a motion to dismiss of no more than 35 pages.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he communicated with Plaintiff's counsel, who does not oppose the relief sought herein.

Dated: January 9, 2023

        Respectfully Submitted,

        SHULLMAN FUGATE PLLC

        ***/s/ Minch Minchin***
        Rachel E. Fugate (Fla. Bar No. 144029)
        rfugate@shullmanfugate.com
        Deanna K. Shullman (Fla. Bar No. 514462)
        dshullman@shullmanfugate.com
        Minch Minchin (Fla. Bar No. 1015950)

mminchin@shullmanfugate.com
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tel: (813) 935-5098

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Minch Minchin*
Minch Minchin