IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | } |
| Plaintiff | } |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL EUGENE CHAMBLEE, et al | } |
| Defendants. | } |

## PLAINTIFF PATRICK NATHANIEL REED'S RESPONSE TO UNOPPOSED MOTION FOR ENLARGEMENT OF PAGES FOR MOTION TO DISMISS

Plaintiff Patrick Reed hereby informs this honorable Court that as a condition for his consent for Defendants to exceed the 35 page limit by 10 pages in filing their motions to dismiss, he required the reciprocal consent of Defendants for him to be able to exceed the limitation on an opposition brief by 10 pages as well as a two-week extension of time to respond to the Defendants' forthcoming motions. Defendants' counsel agreed to this but his was not stated in the unopposed motion of the Defendants of January 9, 2023.

Dated: January 9, 2023                    Respectfully submitted,

By: /s/ *Larry Klayman*
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536

1

leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, January 9, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*