Exhibit 1(a) to be conventionally filed