YouTube Podcast

Taped Transcription

# PHIPPS REPORTING

is now

# LEXITAS™

Exhibit 1(b)

October 24, 2022

YouTube Podcast
_____/



TRANSCRIPT OF VIDEO-RECORDED PROCEEDINGS

PAGES 1 - 34




The following proceedings were stenographically
transcribed by:

TRACY L. BROWN



Job No.: 280236

October 24, 2022

```
                                                        Page 2

  1    APPEARANCES:

  2
       Froggy
  3    Brandel Chamblee

  4

  5

  6

  7

  8    CERTIFICATE OF REPORTER                            34

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

October 24, 2022

1   Thereupon,

2         FROGGY:  Welcome to another edition of the

3   Stripes Show Podcast.  You know, golf has had a

4   lot to talk about in the last few weeks.

5   There's so much going on in the golf world.

6         I do not want to completely -- you know,

7   Justin Thomas brought up a good point yesterday

8   in that it feels almost like we've overshadowed

9   what's going on this week, another major

10   championship, the US Open, with everything

11   going on with the Saudi league.  And I know it

12   has another name and you can call it whatever

13   the hell you want to call it, but I'm going to

14   refer to it --

15         MR. CHAMBLEE:  I'm perfect with the Saudi

16   league.  That's what it is.

17         FROGGY:  -- as a Saudi league.  And this

18   week joining us -- I mean, Brandel's like

19   family here on the podcast.  We have Brandel

20   on.  And I really enjoy having Brandel.

21         So, Brandel, I want to get your thoughts

22   on -- because I do want to give some spotlight

23   and put some on the US Open because it is an

24   important golf tournament this week.  So you

25   are there doing live from the US Open every

October 24, 2022

1   single day.  And so talk a little bit about the

2   golf course.  I know it's the fourth US Open.

3   They've had Ryder Cups, US Am's, all at the

4   country club there.  So talk a little bit about

5   the golf course and what we expect to see this

6   week.

7        MR. CHAMBLEE:  Well, obviously the golf

8   course occupies a pretty unique space in the

9   world of golf, especially in the world of

10  American golf.

11       FROGGY:  Right.

12       MR. CHAMBLEE:  Having been, I think, the

13  site of the most important championship to

14  American golf in 1913.  So if your audience

15  is -- they're probably pretty well aware of

16  that event.

17       FROGGY:  Right.

18       MR. CHAMBLEE:  What I think is interesting

19  about this particular US Open is we haven't

20  been here since the solid core golf ball came

21  along.  We haven't been here since the rebound

22  effect in drivers.  We haven't been here since

23  graphite took over and 45-inch drivers, and

24  players became more fit.  1988 was the last

25  time a US Open was here.  Six under par won,

October 24, 2022

1    and it was a playoff between Curtis Strange and

2    Nick Faldo.  And Nick Faldo did something that

3    week that's never been done in a US Open.

4    There were only three par threes then, so there

5    were 60 fairways that he could hit.  He hit 56

6    of them.  No one in the history of statistics

7    has hit more than 56 fairways in a US Open.

8         Curtis Strange was also a very straight

9    driver of the golf ball.  I suspect this US

10   Open league -- is not going to look anything

11   like that.  The golf course is only about

12   250 yards longer than it was in 1988.  The

13   average driving distance then was right around

14   260 yards.  Now it's right around 300 yards.

15   So I'm curious to see how this golf course

16   holds up.  It is -- the players have called it

17   and the USGA officials have called it

18   wonderfully quirky.  I don't call it quirky, I

19   just call it an old-style golf course.  A

20   golden age golf course because there is a lot

21   of movement in these fairways.  When this golf

22   course was built, they didn't have earth moving

23   equipment.  They couldn't move rock under the

24   fairway.  They couldn't change rock out

25   croppings, they just had to deal with what the

October 24, 2022

Page 6

 1    land gave them.  So I'm curious if the golf
 2    course will hold up.
 3        Obviously we were here obviously in 1999
 4    at the Ryder Cup in a big way, but players
 5    weren't posting scores then.  They were
 6    contesting and match play.  Power is more
 7    dominant in the game of golf.  And I just want
 8    to see if the rough holds up.  If the green
 9    complexes hold up.  And if the golf course
10    holds up.
11        The one thing I will say, though, since
12    2007, the only US Opens that have been
13    contested and finished with an over par winning
14    score are golf courses that were built in the
15    golden age of architecture.  So that's
16    Shinnecock in 2018.  Then you go to Merion in
17    2013.  Olympic in 2012.  And 2007, it was
18    Oakmont.  Those are the only four golf courses
19    or four times since 2007 that the US Open
20    winner has finished over par.  Nobody certainly
21    thought that would be the winning score at
22    Merion.  And this golf course has -- and I
23    think some players alluded to it yesterday that
24    this was sort of a Merion on steroids --
25        FROGGY:  Right.

October 24, 2022

1        MR. CHAMBLEE:  And if it that's the case,

2    then the golf course will hold up.

3        FROGGY:  I hope it does.  I'm excited for

4    this week.  And also, since there is all the

5    talk about money.  In 1988, the US Open, the

6    winning share of the purse, do you know what it

7    was, Brandel?

8        MR. CHAMBLEE:  No, I don't.  I would guess

9    it was, I don't know, did he win $150,000?

10       FROGGY:  $180,000 was the take-home.  It

11   will be a little bit more this week.

12       MR. CHAMBLEE:  That's more than Frances

13   Ouimet made in 1913.

14       FROGGY:  It is a lot more.  I think it was

15   17,000 then if I remember.  Don't hold me to

16   that, but I believe it was 17,000.

17       So, you know what, how did we go from --

18   if you remember the last time you and I spoke,

19   the Saudi league was something that we appeared

20   somewhat to think that it was dead in the water

21   and it was really kind of like -- it was a

22   joke.  It was also taboo that anybody was going

23   over there.  How did we get to where we are now

24   to, we have an event in the books, Charl

25   Schwartzel wins the -- you know, the -- (audio

October 24, 2022

Page 8

```
 1   disruption) event, whatever you want to call
 2   it.  And I just -- I just don't think it's
 3   good -- I mean -- and I know that my opinion is
 4   probably in the minority, I know you and I
 5   agree, I just don't think it's good for golf.
 6   I don't think it's good to see somebody like
 7   Greg Norman, who was once on the PGA Tour, and
 8   Phil Mickelson.  It would be like -- I believe
 9   Rich Lerner said this yesterday, it would be
10   something as if Michael Jordan and Charles
11   Barkley decided to get together and -- or
12   Lebron James, and tear down the NBA and start a
13   rival league and recruit players out of the
14   NBA.  It feels like that's what's happening.
15   And where the money's coming from, it just
16   feels wrong.
17       MR. CHAMBLEE:  Yeah, I couldn't agree
18   more.  If you think about pretty much every
19   single great player, I mean, truly great player
20   in the history of this game, you know, they
21   ascend to a spot that it's about more than
22   winning golf tournaments and making money.  It
23   is about how they treat the game because people
24   look to them as leaders.  So, you know, we'll
25   go back to Harry Vardon, we'll go back to Bobby
```

October 24, 2022

1   Jones.  Wasn't about money then, it was about
2   championships for him.  But if you think about
3   the way Vardon and Jones and Hogan and Nelson
4   and Arnold Palmer and Jack Nicklaus and Tom
5   Watson, even the way Tiger Woods has treated
6   the game certainly more recently, they've left
7   the game in a better place.  I think that is a
8   great part of the traditions of the game of
9   golf.  And it is a great part of the legacy of
10  the game of golf.
11       So when you look at what Phil Mickelson
12  and Greg Norman are doing, it's never been done
13  as far as I can tell in any Hall of Fame, but I
14  think both of them should be kicked out of the
15  Hall of Fame.  I think there's -- there's a
16  reason for that.  They're destroying the
17  professional game.  They've been put in the
18  Hall of Fame because of their accomplishments
19  and because of their legacy.  Well, they've
20  tainted their legacy in an irreparable way.  So
21  I think both of them should be kicked out of
22  the Hall of Fame, I really do.
23       This is a bit like -- you know, to try to
24  find equivalent moments in sport this is, you
25  know, like the Black Sox perhaps when those

October 24, 2022

Page 10

1   eight players were kicked off the team.  We

2   still talk about Shoeless Joe Jackson some.

3   But it's really hard to find an equivalent

4   moment in the history of sports quite like

5   this.  But if you look at what the Saudi-backed

6   league is doing, I'm not surprised that players

7   are going over there.  Some of them will.

8   There's just too much money.  They have

9   unlimited budget.  They've got all those Petro

10  dollars.  Unfortunately --

11      FROGGY:  There's some guys I don't blame.

12  Like for example, Richard Bland, for example,

13  does not have status on the Champions Tour.  I

14  under- -- for some guys, I get it.  What I

15  don't get is somebody that we'll use for

16  example, he finished last last week, Andy

17  Ogletree.  Now as they add players, they've

18  added Bryson, they've added Patrick Reed.  I

19  know there's been a few other people that have

20  been added, and other names are rumored to be

21  headed that way.  If Andy Ogletree decides now

22  that -- let's say -- he finished last last

23  week.  He made $120,000.  He finished in last

24  place.  When somebody else comes on board, he

25  gets booted out if they stay at this 48-player

October 24, 2022

1   limit, where does he go to play?  Is he only

2   now able to play on the Asian Tour?

3       MR. CHAMBLEE:  Yeah, that's probably

4   right.  You know this thing's going to

5   eventually go to court and it's going to be

6   fleshed out there.  But, look, if the DP World

7   Tour And the PGA Tour prevail, they'll have no

8   place to play.

9       And you raise a very good point.  And I

10  think that will -- you know, the goal is LIV

11  thought they would easily get, you know, 48 of

12  the best players in the world.  Well, that

13  certainly wasn't the case.  Even if you're in

14  this business and you went down that 48 player

15  field last week, you didn't know half of them.

16      FROGGY:  Right.

17      MR. CHAMBLEE:  Two-thirds of them.  You

18  didn't know them.

19      FROGGY:  No.

20      MR. CHAMBLEE:  And you had to look to find

21  out what their world ranking was.  And you

22  couldn't even find them because their world

23  ranking -- you go down to a thousand and they

24  weren't there.  Yes, those players are going to

25  get pushed -- even a player like Pat Perez.

October 24, 2022

Page 12

1    Pat Perez is 176th in the world.  He's
2    defecting over there.  Well, enjoy your time
3    because if they have any momentum at all, Pat
4    Perez will be pushed aside.  You know, what
5    possible value is he going to bring to that
6    tour once players who are far more successful
7    than him and far more marketable than him come
8    to the forefront?  He will be pushed aside.
9    Now he'll have no place to play.
10        And maybe that's fine with him.  Maybe
11   he'll take his 60 percent -- because he's only
12   going to get 60 percent of the money they
13   promised him upfront.  So what are they going
14   to promise Pat Perez?  I mean, what would he be
15   worth?  I don't know.  A few million bucks,
16   5 million bucks.  So he's going to get
17   60 percent of that upfront.  And that's it.
18   You're done.  You're done.  You know, if the
19   PGA Tour prevails in the courts, and they're
20   pretty sure they are, if they do, he's not
21   playing the Champions Tour, he's not playing
22   the PGA Tour, he's done.  He's not playing --
23   he's nothing.  He's got no avenue to go play
24   golf.  And maybe that's fine with him.  Maybe
25   he'll go do something else.  But that's gonna

October 24, 2022

1  happen to a number of players.

2      Players will defect.  They'll continue to

3  go over there.  But if the LIV Tour doesn't get

4  world ranking points, that's a huge domino.

5  That's a huge hurdle for them to get over.

6      FROGGY:  Right.  Because then how do you

7  get into the major championships?

8      MR. CHAMBLEE:  Right.  Their world ranks

9  are going to decay.  Their value as a player is

10  going to decay.  People are going to be

11  watching that tour going, I don't know, who am

12  I watching?  Andy Ogletree.  What's he ranked

13  in the world?  I don't know, 2,000.  Or wait,

14  he's not even ranked?  What am I watching?  You

15  know, and it becomes quite clear that you're

16  not watching the best players in the world.

17  What they'll never gain on a PGA Tour, never,

18  they will never have this over the PGA Tour is

19  the competitiveness.  They will never have

20  this.  Noble -- Craig Noble made this point to

21  me yesterday, it was a great point.  He said,

22  look, Charl Schwartzel didn't choke for

23  $4 million but he would have choked for the US

24  Open, you know.  And Rory McIlroy wouldn't have

25  choked for $4 million, but he -- you know,

October 24, 2022

Page 14

1    he -- you know, players choke for

2    championships.

3         FROGGY:  Uh-huh.

4         MR. CHAMBLEE:  They choke for meaningful

5    events.  They don't necessarily choke for

6    money.  We'd like to think they do, but there's

7    hardly any evidence of that.  They choke for

8    meaningful championships, lasting

9    championships.  And they -- and the prestige.

10   It's not about winning so much as it is who you

11   beat.  I only won one PGA Tour event in my

12   career but people always ask me who I beat.

13   You know, who was in the mix?  You know, and it

14   was Payne Stewart.  The fact that I was in a

15   head-to-head with Payne Stewart over that

16   weekend made the event more meaningful and made

17   the pressure much greater as we were coming

18   down the stretch.

19        I could hardly tell you how much money I

20   made in winning that event.  But I could darn

21   sure tell you I was in a head-to-head battle

22   with Payne Stewart and I won a championship.

23   So I'm not sure what it is that Charl thinks he

24   won last week, he won a hit and giggle, he won

25   an exhibition.  You know, he got $4 million.

October 24, 2022

Page 15

1    But by no stretch of the imagination were we

2    watching great golf there.

3         FROGGY:  Nope.

4         MR. CHAMBLEE:  We were watching -- we were

5    watching players who, you know, are nowhere

6    near as competitive as they used to be and

7    they're over there purely playing for blood

8    money.

9         FROGGY:  Oh, it's absolutely for money.

10   But what's been good for the tour is the last

11   four winners here that we've had, the PGA, the

12   Charles Schwab, the Memorial, and then last

13   week at the RBC, we have had people who won --

14   especially three of them, and Justin Thomas,

15   Billy Horschel, and Rory McIlroy, who have been

16   staunch supporters of the PGA Tour.  And they

17   want nothing to do.  And Sam Burns also won.

18   Sam Burns has also said, you know, that he is

19   definitely here for the PGA Tour.  But the tour

20   has had good winners.

21        The golf that we saw on Sunday between

22   Justin Thomas and Rory McIlroy and Tony Finau,

23   you're not seeing that same competition -- I

24   mean, those guys, the three of them in the

25   final group, I think the worst score was like

October 24, 2022

```
 1   65 or 64 was the worst score of the group.
 2   That's not the quality of golf you're going to
 3   see over there.
 4        MR. CHAMBLEE:  Yeah, it was in your face.
 5   It was a statement for sure.  I think
 6   ultimately the Saudi-backed tour will fail.  It
 7   will fail.  It will fail because the world
 8   ranking points, it will fail because of lack of
 9   interest.  It will fail because sponsors aren't
10   going to get on board.  It will fail for any
11   number of reasons.  And not least of which,
12   that it's -- the money's coming from the wrong
13   place.  It's good versus evil.  Evil usually
14   fails.  So it will fail.  And when it -- and
15   when it fails, I think people might begin to
16   look at what transpired on Sunday, back and
17   forth between Rory and Justin and Tony Finau as
18   one of the most important professional
19   tournaments.  Maybe a hundred years from now,
20   they might well be looking at that event as
21   sort of a turning point, the PGA Tour.  When
22   they so definitely said, this is what the best
23   professional golf looks like.  This is what the
24   best players look like.  This is what the most
25   popular players, the best players and the
```

October 24, 2022

1   height of competition in golf actually looks

2   like, fella.  It was just a direct counter to

3   the facade of a golf tournament that completed

4   on Saturday.  The height of the championship.

5        You know, and look, people think, you

6   know, you're -- I don't work for the PGA Tour.

7   I don't benefit from the PGA Tour.  Nobody pays

8   me from the PGA Tour.

9        FROGGY:  Right.

10        MR. CHAMBLEE:  The reason I say this is

11   because, look, if this money were coming from

12   Switzerland, England, Great Britain, France --

13   pick any other country, it wouldn't bother me

14   in the least.  I would call this competition.

15   Now no way this amount of money would come from

16   a place where market values are being employed.

17   This is not about market principles.  That's

18   the problem with this.

19        FROGGY:  Right.

20        MR. CHAMBLEE:  And, again, you know,

21   they're essentially manipulating the market

22   with corruption to have a hostile takeover of

23   the game of golf.  So it -- I would have no

24   problem with a competing tour.  Coming up

25   trying to entice the best players, competition

October 24, 2022

```
 1   is great.  But give it to me --
 2        FROGGY:  Right.  But there is --
 3        MR. CHAMBLEE:  Bring it.
 4        FROGGY:  There is no return on investment
 5   here.  When you look at this and the money that
 6   they've doled out, and that's just the money
 7   that we know.  We know they gave Phil
 8   200 million.  We know they gave Dustin, what,
 9   150.  We know they gave Bryson a hundred
10   million so you're talking -- I mean, we're
11   almost a half a billion dollars in, and that's
12   not including the money that they paid in the
13   winnings and the money they've given other
14   guys.  They have no sponsors.  They have no TV
15   deal.  And the majority of the tickets are
16   free.  Where is the return on investment?
17   Anybody who does business, I don't care if it's
18   a lemonade stand, your plan is, hey, we -- it
19   cost us ten bucks to make this lemonade and if
20   we sell it for a dollar a cup, we make money
21   after ten people.  There is no return on
22   investment here, not -- not --
23        MR. CHAMBLEE:  Yeah.
24        FROGGY:  -- not today, not tomorrow, not
25   in five years from now.
```

October 24, 2022

1          MR. CHAMBLEE:  Yeah.  Paul McGinley, who

2     has had dealings with the Saudis, they've come

3     to the table because Paul's on the board of the

4     DP World Tour, and he said they care a great

5     deal about return on investment.  When they

6     send this money out and this fund all over the

7     world, they really do care about an investment.

8     So he was making the point last night that

9     that -- because they've spent so much money on

10    golf, I think golfers in -- by and large have

11    overestimated their value.  I think anybody

12    who's running the Saudi have overestimated

13    their value.

14          You're on -- you're on a podcast here.  We

15    run a channel that runs 24 hours a day

16    promoting these golfers around the -- around

17    the clock, right.  We have all these promotion

18    machines in work.  Nobody would know who Pat

19    Perez was if we weren't sitting on TV talking

20    about him.  Nobody would know who really Matt

21    Wolfe is.  Nobody would know who Charl

22    Schwartz -- I know he won the Masters, right,

23    but the casual golf fan would have forgotten

24    about them.  You talk about it.  There's always

25    these podcasts in this country that talk about

October 24, 2022

1   it.  We sit on a channel that talks about it.

2        I think this -- the Saudis have

3   overestimated the value to some extent of these

4   players.  Certainly the players themselves

5   listening to Phil and Greg Norman who have been

6   lavishly, lavishly compensated for their

7   success in the game of golf.  Phil is the 11th

8   highest earning athlete of all time, Phil

9   Mickelson is.

10       FROGGY:  Yes.

11       MR. CHAMBLEE:  You know, he's ahead of

12  people who were far more successful in far more

13  popular sports than his sport.  Golf,

14  comparatively speaking, to soccer or football

15  or basketball is only marginally watched.  And

16  only marginally participated in.

17       FROGGY:  Right.

18       MR. CHAMBLEE:  And yet why have these

19  players made so much?  Because they have

20  marketing machines around them constantly

21  telling the world that they're philanthropic,

22  that they're great people, that they run great

23  organizations, that they're great family

24  people.  And we sell them constantly.  And so

25  here comes corporations, they want to align

October 24, 2022

1    themselves with these players.  And they do.

2    And they make enormous amounts of money outside

3    of the realm of their sport.  That money will

4    go like that because --

5        FROGGY:  Yeah.

6        MR. CHAMBLEE:  -- no longer do

7    corporations want to align themselves with Phil

8    Mickelson --

9        FROGGY:  We saw with Bryson.  We saw with

10   Bryson.  Rocket Mortgage pulled out immediately

11   when he said he was going over.

12       MR. CHAMBLEE:  Immediately.

13       FROGGY:  I'm wondering where will we

14   see -- every -- I'm not singling out any club

15   manufacturer here, I'm talking all the club

16   manufacturers, they're all involved because

17   there's somebody from each manufacturer, do you

18   think we'll see some club manufacturers that

19   will pull back from guys who are maybe some

20   flagship players for them, they will pull back?

21   Maybe not pull out, but that person will be

22   pulled back and maybe not be a flagship member

23   of that club-making organization?

24       MR. CHAMBLEE:  Well, what are you paying

25   for?  You know, if you're the CEO of an

October 24, 2022

Page 22

1    equipment company, you're paying for your

2    product to be on TV in prime time here in the

3    United States, because most of them are here in

4    the United States, so that you have name

5    recognition and player recognition.  And if

6    you're not getting that return on your

7    investment, it's, I'm sure, gonna be looked at

8    a scant.  And they're going to have to

9    restructure that.  And you're also paying for

10   the positive image of the players that you

11   align yourself with.

12       FROGGY:  Right.

13       MR. CHAMBLEE:  There's a reason that they

14   have conduct unbecoming clauses in all of

15   these -- all of these contracts.  So if they're

16   aligning themselves with a tyrannical,

17   murderous leader -- look, if you look at who

18   MBS is centralizing power, committing all these

19   atrocities, you look at what he's doing to the

20   citizens of his country, you know, ask

21   yourself, I mean, would you played for Stalin?

22   Would you have played for Hitler?  Would you

23   have played for Mao?  Would you have played for

24   Pol Pot?

25       FROGGY:  Would you play for Putin?

October 24, 2022

```
 1          MR. CHAMBLEE:  Would you play for Putin?
 2          FROGGY:  Right.
 3          MR. CHAMBLEE:  Would you?
 4          FROGGY:  No.
 5          MR. CHAMBLEE:  And that's who this guy is.
 6          FROGGY:  Right.
 7          MR. CHAMBLEE:  He settles disputes with
 8     the bone spa -- bone saws.  So, you know, he's
 9     not -- anybody who's sponsoring players, who
10     are aligning themselves with this man who runs
11     this league who runs that fund which runs and
12     funds this tour, I don't think is getting
13     exactly what they had in mind when they
14     recruited these players.
15          FROGGY:  I agree.  And when you say -- a
16     lot -- I've heard a lot of people say, well, I
17     don't think the players really care.  If you
18     don't think the players care, Rory McIlroy, not
19     in his -- a half hour half winning on Sunday,
20     standing on the 18th green made a point to take
21     a shot at Greg Norman.  And if you think that
22     it's not on these guys' minds, you're wrong.
23     Because it was his first motive to say, hey, it
24     gives me 21.  That's one more than somebody
25     else.  And he was talking about Greg Norman.
```

October 24, 2022

Page 24

```
 1        And so these guys do care.  I noticed
 2   Justin Thomas made a comment on Twitter after,
 3   about playing on the PGA Tour.  These guys do
 4   care.  I am wondering, how do you think -- and
 5   I know Justin Thomas has said that he will not
 6   treat these guys any differently.  But,
 7   Brandel, have you seen anything different this
 8   week?  You've been around the PGA Tour a long
 9   time.  You're at every single major
10   championship.  You're at all the major golf
11   tournaments.  You were here at the Players.
12   Have you seen guys, maybe -- are they being
13   treated a little different?  Are they not quite
14   as welcome?  Are there people who are kind of
15   casting off some of these guys who have gone
16   and feels as if they're taking money out of
17   their pocket?
18        MR. CHAMBLEE:  Yeah.  I'm not going to
19   name the specific player but I'll tell you
20   this, yesterday Billy Horschel was on a tee and
21   a player, a pretty well-known player, came over
22   and said hi to him, congratulated him on his
23   win at the Memorial.  And Kevin Na was on the
24   tee sort of right there beside him.  And he
25   looked at this player and, you know, made an
```

October 24, 2022

1   overture to say hi and the player ignored him.

2   Just turned around.  Didn't acknowledge that

3   they were there.

4        So, yeah, look, I mean, these players are

5   actively involved in destroying the PGA Tour.

6   That's what they're doing.  That's -- they're

7   actively involved in ruining the professional

8   game.  Now, look, I mean, they're going to make

9   a bunch of money and they're getting paid and

10  they're justifying it by saying they're going

11  to play less golf, which is a lie.  They all

12  want to continue to play the PGA Tour and play

13  LIV golf.  But they all have talking points

14  from the Saudi-backed league.  They all have

15  talking points.  So they're all saying the same

16  thing.  But they're -- they are, indeed -- I

17  used to make the analogy that they're

18  ventriloquists for totalitarian murderer's

19  regime.  They are, in fact, now literally

20  ventriloquists.  They are opening their mouths

21  and saying the words that were written down and

22  prepared for them.  They are all ventriloquist

23  dummies.  That's what they are.  That's what

24  they've turned into.

25       But, hey, listen, they made a lot of money

October 24, 2022

Page 26

```
 1   but they sold their souls, every one of them.
 2   They can't say what they think, they can't do
 3   what they want.  And they can't go where they
 4   want.  And they -- they can't walk around now
 5   without feeling the ridicule of people who see
 6   right through this transparent money grab.  And
 7   it's not just about money.  Like it's not.
 8   It's like, good for you, you're making some
 9   money, but just look where that money's coming
10   from.
11       FROGGY:  Right.  And -- it's --
12       MR. CHAMBLEE:  It's the sewer of ideas.
13   I've made the analogy before.  I mean, this
14   money's coming from the sewer of ideas.  Okay.
15   You look at what this regime, this oppressive
16   regime, their ideas.  Okay.  That's where the
17   money's coming from.  It's a sewer.  And, you
18   know, there's going to be people because the
19   water looks crystal clear and they want to take
20   a drink, but it's coming from a sewer.  And so,
21   yeah, there's going to be loads of people that
22   are going to take umbrage with what these
23   players are doing and rightly so.
24       FROGGY:  Let me ask you a question, of the
25   people that have gone, the 17 PGA Tour members,
```

October 24, 2022

1    who surprises you the most?  I mean, there's

2    some we suspected, but is there somebody that

3    kind of sticks out that you're like, yeah, I'm

4    really shocked that that person went?

5         MR. CHAMBLEE:  Yeah.  I mean, look, I --

6    after Phil made his comments, I thought

7    everybody would be fully aware where the money

8    was -- before I thought, ah, you know,

9    whatever, they don't -- they're not paying

10   attention.  They're busy playing golf.  But

11   after Phil made his comments, you know, anybody

12   defecting to this tour has surprised me.  And,

13   you know, I'm hearing names today, a few names

14   that -- a little bit bigger names.  But, look,

15   I thought Graeme McDowell was a bit surprising

16   because Graeme McDowell strikes me as a pretty

17   sharp man.

18        FROGGY:  Uh-huh.

19        MR. CHAMBLEE:  Pretty sharp.  And I can't

20   imagine that Graeme McDowell would have been

21   paid lavish sums of money.  And by "lavish," I

22   mean 50 million bucks.  I just -- so maybe he

23   did this for less than $20 million or

24   something.  I mean, by the time -- by the time

25   the government takes half and your manager

October 24, 2022

Page 28

```
1    takes 20, let's say he got 15 million, that's 7
2    and a -- so his manager takes 3 million, so
3    that knocks it down to 12.  Government takes
4    half, that knocks it down to six.  So he's done
5    this for six, but he only gets 60 percent
6    upfront.  Six times six, so that's $3,600,000
7    that he's done this for upfront.  Does he -- I
8    mean, he still plays pretty competitively.
9        FROGGY:  Right.
10        MR. CHAMBLEE:  Does he not believe that he
11    could have another run or two that would allow
12    him to easily -- to literally -- I mean, that's
13    it right there.  I bet you that's what he just
14    done.  He's just made this move for
15    $3.6 million net.  And that, to me, is
16    surprising given Graeme McDowell's talent and
17    intellect.
18        I mean, I don't look at a lot of these
19    guys as being introspective enough to fully
20    comprehend the moral consequences of what
21    they're doing, and the fact that they're also
22    complicit in sports rosting which means they're
23    complicit in the atrocities that go forward
24    from this.  They're assuring the status quo and
25    the permanence of these atrocities.  I don't
```

October 24, 2022

1   think they've thought that through enough.  But

2   Graeme, Graeme strikes me as a pretty smart

3   cookie and he would have thought that through.

4       FROGGY:  Do you think there are people

5   sitting on the fence that maybe after they've

6   seen the first week, do you think that has

7   driven them to maybe say, wait a second, I'll

8   stay where I am?  Or do you think what they saw

9   last week will lead them to go, you know what,

10  maybe I will give it a try?

11      MR. CHAMBLEE:  I just think it's about

12  money.  You know, guys are sitting around

13  going -- they're talking to their wives,

14  significant others, and they're saying, you

15  know, should I take the money?  They're like,

16  well, look, if you take the money, you know,

17  you got this guarantee.  You know, the thing

18  about golf is there are no guarantees.  And I

19  think that's been a large appeal for the game

20  of golf.  I mean, I think that's why

21  corporations are so attracted to the game of

22  golf.  Nobody's guaranteed money.  You can

23  never think that somebody's complacent.

24      When you're watching the Saudi-backed

25  league, you're watching players where you do

October 24, 2022

Page 30

```
 1   not know that.  You think, well, really, how
 2   hard is Dustin Johnson gonna practice?  How
 3   hard is he going to grind to make sure his
 4   game's in tiptop shape when he shows up to play
 5   in these events?  How hard?  Is he giving his
 6   best efforts?  You know, maybe he is.  Maybe he
 7   is.  But it would be perfectly reasonable to
 8   think someone would be complacent after
 9   receiving all the money upfront.  Where is
10   the -- where is the need to grind?
11        FROGGY:  And you're no longer playing
12   against the best players in the world.
13        MR. CHAMBLEE:  That's right, you know.
14   You know, we always talk about when you get
15   lost in a performance of opera or music or a
16   play, what's the ultimate compliment?  That
17   they're singing like they don't need the money.
18   Like they're just completely wrapped up in the
19   art.  They transcend to a place where they
20   become the music, where they become their
21   lines, where they become the game.  They're not
22   thinking about the money.
23        FROGGY:  Tom Brady.  Tom Brady's not
24   playing because he needs money any longer.  Tom
25   Brady's playing for the love of the game and
```

October 24, 2022

Page 31

 1   the love to drive to be the greatest of all
 2   time and widen the gap that's already there.
 3        MR. CHAMBLEE:  Yeah.  So, you know, when
 4   you're watching these Saudi-backed leagues, you
 5   know, be aware you're watching players who have
 6   been well compensated.  So where's the fire?
 7   And I got to believe, you know, from a
 8   competitive standpoint, the PGA Tour will
 9   always have a leg up on them.  Again, this is
10   the good versus evil is what this is.  It's --
11   it's good money versus evil money.  And it's
12   highly engaged and motivated competitors
13   against what you would argue to be complacent
14   competitors.
15        FROGGY:  I agree.  Real quick before we
16   let you go.  I know you're on a hard out.
17   You've got a very busy week this week doing
18   live from there at the -- at the country club
19   in Brooklyn.  Who do you like this week at the
20   US Open?  I think the guys that have played in
21   the Saudi league, I think they're at
22   disadvantage this week because there's a lot
23   going on.  And as you know, golf is as much
24   mental as it is golf swing and physical.
25        MR. CHAMBLEE:  Yeah.

October 24, 2022

Page 32

1      FROGGY:  Who do you like this week?  I
2   believe it to be somebody who is a member of
3   the PGA Tour and is -- has been playing well as
4   of late.
5      MR. CHAMBLEE:  Yeah.  Well, nobody over
6   playing in the Saudi league has got any
7   semblance of form at all.  They didn't have any
8   going into that league and they don't have any
9   coming out of it.  I discount any of the
10  results there because they weren't playing
11  against the best players in the world, but --
12     FROGGY:  Does Phil make the cut?
13     MR. CHAMBLEE:  I don't think so, no.  But
14  it wouldn't surprise me if we had a replay of
15  what happened last week with Justin Thomas.
16  Justin Thomas hasn't played particularly well
17  in the US Opens, but Rory has the last three
18  years played very well in the US Opens.  And
19  just -- I haven't seen Rory put together a
20  complete game all the way through the bag like
21  last week since 2014 really.  He drove it
22  extraordinarily well last week.  He hit his
23  irons the best I've seen him maybe since 2014.
24  He chipped beautifully and he putted
25  beautifully.  All of those he was around fifth

October 24, 2022

Page 33

1    or sixth in strokes gained.  So I like Rory for

2    a back-to-back win.  I think it's time.

3         And I appreciate talking to you, Froggy.

4    I really do.

5         FROGGY:  I appreciate it, Brandel.  I know

6    you're on a hard out.  I know you've got to go.

7    I appreciate your time.  We'll definitely get

8    you back on again in the near future when

9    things aren't so pushed for time.  But I

10   appreciate your time this week and --

11        MR. CHAMBLEE:  You got it.

12        FROGGY:  -- good luck at the US Open and

13   we'll talk to you soon.

14        MR. CHAMBLEE:  Thank you, Froggy.

15        FROGGY:  Thank you, Brandel.  See you,

16   buddy.  Bye-bye.

17        (End of video recording.)

18                        *   *   *

19

20

21

22

23

24

25

October 24, 2022

Page 34

1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA

5    COUNTY OF LEON

6            I, Tracy Brown, certify that I was

7        authorized to and did stenographically

8        transcribe the foregoing audio recorded

9        proceedings, and that the transcript is a true

10       and complete record of my stenographic notes.

11

12           Dated this 7th day of November, 2022.

13

14

15    _____

16    TRACY L. BROWN
      1551 Forum Place, Suite 200-E
17    West Palm Beach, FL  33401
      888-811-3408
18

19

20

21

22

23

24

25

**$**

$20
  27:23
$3,600,000
  28:6
$3.6
  28:15

**1**

12
  28:3
15
  28:1
17
  26:25

**2**

20
  28:1

**3**

3
  28:2

**5**

50
  27:22

**6**

60
  28:5

**7**

7

28:1

**A**

analogy
  26:13
appeal
  29:19
art
  30:19
assuring
  28:24
atrocities
  28:23,25
attention
  27:10
attracted
  29:21
aware
  27:7

**B**

bet
  28:13
bigger
  27:14
bit
  27:14,15
Brady
  30:23
Brady's
  30:23,25
bucks
  27:22
busy
  27:10

**C**

CHAMBLEE
  26:12 27:5,19
  28:10 29:11
  30:13
clear
  26:19
comments
  27:6,11
competitively
  28:8
complacent
  29:23 30:8
completely
  30:18
complicit
  28:22,23
compliment
  30:16
comprehend
  28:20
consequences
  28:20
cookie
  29:3
corporations
  29:21
crystal
  26:19

**D**

defecting
  27:12
drink
  26:20

driven
  29:7
Dustin
  30:2

**E**

easily
  28:12
efforts
  30:6
events
  30:5

**F**

fact
  28:21
feeling
  26:5
fence
  29:5
forward
  28:23
FROGGY
  26:11,24
  27:18 28:9
  29:4 30:11,23
fully
  27:7 28:19

**G**

game
  29:19,21
  30:21,25
game's
  30:4
give
  29:10

giving
  30:5
golf
  27:10 29:18,
  20,22
good
  26:8
government
  27:25 28:3
grab
  26:6
Graeme
  27:15,16,20
  28:16 29:2
grind
  30:3,10
guarantee
  29:17
guaranteed
  29:22
guarantees
  29:18
guys
  28:19 29:12

**H**

half
  27:25 28:4
hard
  30:2,3,5
hearing
  27:13

**I**

ideas
  26:12,14,16

imagine
  27:20
intellect
  28:17
introspective
  28:19

**J**

Johnson
  30:2

**K**

kind
  27:3
knocks
  28:3,4

**L**

large
  29:19
lavish
  27:21
lead
  29:9
league
  29:25
lines
  30:21
literally
  28:12
loads
  26:21
longer
  30:11,24
lost
  30:15

lot
  28:18
love
  30:25

**M**

made
  26:13 27:6,11
  28:14
make
  30:3
making
  26:8
man
  27:17
manager
  27:25 28:2
Mcdowell
  27:15,16,20
Mcdowell's
  28:16
means
  28:22
members
  26:25
million
  27:22,23
  28:1,2,15
money
  26:6,7,9
  27:7,21
  29:12,15,16,
  22 30:9,17,
  22,24
money's
  26:9,14,17
moral
  28:20

move
  28:14
music
  30:15,20

**N**

names
  27:13,14
net
  28:15
Nobody's
  29:22

**O**

opera
  30:15
oppressive
  26:15

**P**

paid
  27:21
paying
  27:9
people
  26:5,18,21,25
  29:4
percent
  28:5
perfectly
  30:7
performance
  30:15
permanence
  28:25
person
  27:4

PGA
26:25

Phil
27:6,11

place
30:19

play
30:4,16

players
26:23 29:25
30:12

playing
27:10 30:11,
24,25

plays
28:8

practice
30:2

pretty
27:16,19 28:8
29:2

**Q**

question
26:24

quo
28:24

**R**

reasonable
30:7

receiving
30:9

regime
26:15,16

ridicule
26:5

rightly
26:23

rosting
28:22

run
28:11

**S**

Saudi-backed
29:24

sewer
26:12,14,17,
20

shape
30:4

sharp
27:17,19

shocked
27:4

shows
30:4

significant
29:14

singing
30:17

sitting
29:5,12

smart
29:2

sold
26:1

somebody's
29:23

souls
26:1

sports
28:22

status
28:24

stay
29:8

sticks
27:3

strikes
27:16 29:2

sums
27:21

surprised
27:12

surprises
27:1

surprising
27:15 28:16

suspected
27:2

**T**

takes
27:25 28:1,2,
3

talent
28:16

talk
30:14

talking
29:13

thing
29:17

thinking
30:22

thought
27:6,8,15
29:1,3

time
27:24

times
28:6

tiptop
30:4

today
27:13

Tom
30:23,24

tour
26:25 27:12

transcend
30:19

transparent
26:6

**U**

Uh-huh
27:18

ultimate
30:16

umbrage
26:22

upfront
28:6,7 30:9

**W**

wait
29:7

walk
26:4

watching
29:24,25

water
26:19

week
29:6,9

**wives**
   29:13

**world**
   30:12

**wrapped**
   30:18