https://www.golfwrx.com/678264/it-makes-me-want-to-puke-chamblee-rips-liv-golf-stars-in-scathing-attack/   October 18, 2022



# GOLF WRX

NEWS  EQUIPMENT  INSTRUCTION  WHATS IN THE BAG  FORUMS  CLASSIFIEDS

**19TH HOLE**

# 'It makes me want to puke' – Chamblee rips LIV Golf stars in scathing attack

Published 4 months ago on Jun 10, 2022
By Jason Daniels



What a week for golf!

The much-discussed LIV Golf series started yesterday amidst huge analysis of the morals and legitimacy, and yet over 100,000 tuned in to the YouTube channel to see what all the fuss was about.

- Related: 'Bullsh*t of an excuse' – Tennis legend blasts 'pathetic' LIV Golf players

Whilst that has all been going on, the long-standing RBC Canadian Open has started, with defending champ Rory McIlroy giving a clear opinion on the rebel tour, while the DP World Tour kicked off the second Scandinavian Mixed event, a mixed men's and women's tournament, to some eyes a better way of 'growing the game.'

- Related: 'Hypocrite!' – Lee Westwood slammed by golf fans over not-so-old social media post

Naturally, and some might say sadly, the LIV event has grabbed all the headlines.

Participating players have been grilled at the press conferences about their thoughts on their resignation from the PGA Tour and human rights issues surrounding the Saudi-backed series, some with pre-prepared and scripted answers, some not quite so erudite.

And then there were the organizing authorities.

The USGA has decided to allow LIV players that are qualified to still take part in next week's US Open, whilst the PGA Tour have said 'no thanks, goodbye', with McIlroy today saying he welcomed that decision.

Golf Twitter has gone crackers during the week with very few staying away from contributing to the hundreds of topics that surround, let's face it, quite a minor event.



Insider Access to Top Brands
Perigold



**TRENDING**


19TH HOLE / 1 month ago
Golfer suspected of cheating in wild disqualification incident at Q-School


19TH HOLE / 1 month ago
Bettinardi issues statement after putters appear on shelves in Costco


19TH HOLE / 1 month ago
Cam Smith reveals his primary reasons behind decision to join LIV Golf


19TH HOLE / 1 month ago
Gary Player blasts Cam Smith's LIV move and claims another major champ 'had no money, so he had to go'


19TH HOLE / 3 weeks ago
Report: Major TV network the leading contender to strike deal for LIV Golf media rights


19TH HOLE / 6 days ago
Beefed up Charlie Woods and his 'PGA Tour quality swing' sends golf fans wild


19TH HOLE / 1 month ago
'I'm not gonna lie, I'm drunk' – John Daly makes wild SEC Nation appearance


19TH HOLE / 1 month ago
Report: Joaquin Niemann secures monster payday after agreeing to join LIV Golf


19TH HOLE / 4 weeks ago
Report: Sergio Garcia in hot water unless he can provide valid reason for Wentworth withdrawal



Exhibit 3

Then there's the pros.

Golf Channel analyst, Brandel Chamblee, made his feelings clear in a speech broadcast by Sky Sports News, saying the players that have joined the LIV series make him "want to puke".

He continued, with genuine passion and vitriol.

"When it comes to the richest sports stars in the world, Phil Mickelson is 11th. He's ahead of Kobe Bryant, he's ahead of David Beckham, he's ahead of Kevin Durant, he's ahead of Lewis Hamilton."



"You're talking about him being ahead of icons in sports that are far more popular worldwide than the game of golf. And yet why is it that golf has four of the highest paid athletes of all time? Why is it that Phil Mickelson is 11th, in terms of the stratosphere he does occupy, as an athlete… that athletes who have made less money than him but play a sport that is widely more popular. Why is that? It's because of the image of the golfer.

Because of their independent contract nature. Because they show up and, generally speaking, play a game that is self governed and self policing. It is a game of integrity. It's because corporations want to align themselves with these players. It's because of the philanthropic aspect of the game of golf."

"So when I hear these players say that they are 'growing the game'… it makes me want to puke. They're destroying the game. And they are destroying their reputations."

With absolutely no regret, the former professional concludes his feelings with a biting thought.

"This is one of the saddest days in the history of golf. Watching these players come together for money and show to the world…they are showing us that they are the greediest, most self serving, self interesting, wilfully blind players in the world of golf today."

What a week to be alive.

## More from the 19th Hole

- **86-year-old Gary Player shows off remarkable club head and ball speed numbers**
- **'Absolutely disgusting' – LPGA pro blasts Augusta National for its role in major venue change**
- **'Get it out of my face, man!' – Brooks Koepka snatches phone from fan during tense exchange**

Your Reaction?

| LIKE | LEGIT | WOW | LOL | IDHT | FLOP | OB | SHANK |
|------|-------|-----|-----|------|------|-----|-------|
| 674 | 44 | 13 | 28 | 5 | 11 | 9 | 240 |

### Join Our Newsletter

Get the best of GolfWRX sent to your inbox along with our daily recap **The Morning 9**

[Enter your email]

**Subscribe**

And don't worry, we hate spam too! You can unsubscribe at anytime.

powered by MailMunch

**RELATED TOPICS:**

**DON'T MISS**
'Bullsh*t of an excuse' – Tennis legend blasts 'pathetic' LIV Golf players

**UP NEXT**
Text message EXPOSES Greg Norman as Mickelson biographer is 'physically removed' from LIV presser

Jason Daniels

---


Bryson DeChambeau thanks Tiger for creating LIV Golf


Insider Access to Top Brands — Perigold

### WITB


WHATS IN THE BAG / 23 hours ago
**Tom Kim WITB 2022 (October)**


WHATS IN THE BAG / 24 hours ago
**Patrick Cantlay WITB 2022 (October)**


WHATS IN THE BAG / 2 days ago
**Spencer Levin WITB 2022 (October)**

WHATS IN THE BAG / 3 days ago
**Harrison Endycott WITB 2022 (September)**

