Exhibit 5(a) to be conventionally filed