Golf Today News Story

Taped Transcription

PHIPPS REPORTING

is now

LEXITAS™

Exhibit 5(b)

October 24, 2022

Golf Today News Story
_____/

TRANSCRIPT OF VIDEO-RECORDED PROCEEDINGS

PAGES 1 - 18

    The following proceedings were stenographically
transcribed by:

                    TRACY L. BROWN

Job No.: 280236

October 24, 2022

Page 2

1    APPEARANCES:

2    Shane Bacon

3    Damon Hack

4

5

6

7

8

9

10   CERTIFICATE OF REPORTER                                    18

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 24, 2022

1    Thereupon,

2         MR. BACON:  We will tackle what went down

3         on Saturday at Torrey Pines with Patrick Reed.

4         Shane Bacon with Damon Hack.  And we'll take

5         you through everything said and shown from

6         Torrey and Patrick Reed.  But we wanted to

7         start here with the actual rule of the embedded

8         ball.  This the definition first.  When your

9         ball is in its own pitch-mark, made as a result

10        of your previous stroke, and where part of the

11        ball is below the level of the ground, your

12        ball does not necessarily have to touch soil to

13        be embedded.  For example, grass and loose

14        impediments may be between your ball and the

15        soil.

16             And then here is the rule, 16.4.  If you

17        reasonably believe that your ball lies in a

18        condition where free relief is allowed under

19        the rules but you cannot decide that without

20        lifting your ball, you may mark the spot and

21        lift the ball to see if relief is allowed.  The

22        lifted ball must not be cleaned except when

23        it's on the putting green.  That's the rule.

24        We'll go to tenth hole on Saturday.

25             MR. HACK:  At this point, Shane, Patrick

October 24, 2022

1  Reed four-shot lead.  Hits the shot from a

2  fairway bunker, it's headed left.  See it

3  bounces.  Then Patrick approaches the ball and

4  starts a conversation with a volunteer.

5       UNIDENTIFIED SPEAKER:  -- about a foot

6  behind the flag.

7       MR. REED:  Did it bounce?

8       UNIDENTIFIED SPEAKER:  No, I didn't see it

9  bounce.

10       MR. REED:  Okay.  Hey, guys.  I'm gonna

11  check it.  They said it didn't bounce.  Call a

12  rules official.  I think it broke ground.

13  That's not my decision.  Just going to put this

14  right here for right now, so don't touch it.

15       UNIDENTIFIED SPEAKER:  Yep.

16       MR. REED:  Hey, bud.  They said it didn't

17  bounce and so I checked it and I believe it

18  broke ground.  But I'm gonna let you make that

19  call.  Right here.

20       OFFICIAL:  What are you talking about?

21       MR. REED:  Embedded ball.

22       OFFICIAL:  Oh.  Where's your ball?

23       MR. REED:  Feels like -- well, I -- since

24  I picked it up to check, I mean, it seems like

25  it broke ground, but I want you to double

October 24, 2022

Page 5

1    check.  They said it didn't bounce.

2        OFFICIAL:  You mind if a stick my finger

3    in there?

4        MR. REED:  Yeah, go ahead.  That would be

5    the only way you'd be able to check, isn't it?

6        OFFICIAL:  Well, yeah.  Yeah, I feel a lip

7    on it.

8        MR. REED:  Do you?  Yeah, I mean, I

9    thought so, but I just wanted to double check.

10       OFFICIAL:  Yeah, yeah.

11       MR. REED:  So does that tee go -- where

12   does that tee go?

13       OFFICIAL:  You get one club link from that

14   hole.

15       MR. REED:  From the hole?

16       OFFICIAL:  Used to be --

17       MR. HACK:  So Patrick, he makes his par.

18   But the story doesn't end there.  It becomes a

19   social media firestorm.

20       MR. BACON:  Yeah.  I mean, everybody

21   talking about it, everybody questioned what he

22   did.  A lot of decisions will unfold a whole

23   bunch.  Before we dive into our thoughts on it,

24   we do want to hear from everybody involved in

25   that situation following the round.

October 24, 2022

1          MR. REED:  The biggest thing was we were

2     in that fairway bunker off the tee and kind

3     of -- heavy so the ball kind of went high and

4     left.  And we were all watching it and we

5     didn't see the ball bounce.  But the lady was

6     pretty quick on top of it, a volunteer, to put

7     a flag.  And, you know, when that happened,

8     first thing was I asked the, you know,

9     playing -- guys I'm playing with, hey, did

10    y'all see the ball bounce?  Everyone said no.

11         And then I asked the volunteer who was

12    right there who marked it who was closest to

13    the golf ball, did you see the ball bounce?

14    She goes, no, it did not.  And so at that

15    point, told the guys, hey, I'm going to check

16    to see if it's embedded, which I marked the

17    ball, lifted it, and placed it over to the

18    side.  And it looked like it did break the

19    plane and therefore when it looked like it

20    broke the plane, what I did was I called over

21    the rules official.  And the rules official

22    came over and he put his finger down and said,

23    nah, there's a lip here.  It definitely broke

24    the plane, therefore it's an embedded ball, you

25    get a club length.  And, you know, take a drop.

October 24, 2022

1        And at that point, we did exactly what we

2   were supposed to do.  And, you know, the great

3   thing was when I walked up into scoring and

4   first time actually hearing about it, he calls

5   a group over, has a phone out and he showed us

6   the video.  And we're all watching it.  And I'm

7   like -- we're all just kind of confused, like,

8   what -- you know, what's going on?  He goes, I

9   just want to let you know what you've done here

10  in this whole -- the whole procedure was

11  textbook.  It was perfect.

12       So with doing the procedure correctly and

13  doing exactly what you're supposed to do, at

14  the end of the day, you know, that's -- that's

15  what we felt was the right thing as well as

16  what the rules officials felt were the right

17  thing.  And, you know, it happened that the

18  ball did bounce.  And when that happens, the --

19  you know, the rules official said, well, what

20  the whole group as well as the volunteers,

21  since no one saw it bounce, therefore we're

22  able to take relief.

23       Now if the video or someone said, we saw

24  the ball bounce, then obviously I wouldn't have

25  marked the ball or even attempted to ask for an

October 24, 2022

Page 8

1   embedded ball because, as you know, if the ball

2   bounces, it means it's literally impossible for

3   the ball to plug at that point.

4        MR. MUTCH:  He did everything he was

5   entitled to do under the rules.  He hit his

6   second shot.  He was -- got there about ten

7   yards -- I have video evidence.  He got to

8   about ten yards of the ball.  He asked the

9   volunteer that was standing right there if it

10  bounced, the volunteer said it did not.  He

11  then went down, he marked his ball.  He was

12  entitled to lift it.  And then he called for a

13  referee.

14       He let his fellow competitors know that he

15  was going to lift his ball.  None of them saw

16  it bounce.  Obviously he didn't.  Saw on video

17  that he didn't.  So it was reasonable to

18  conclude that was his pitch mark and it was

19  embedded.

20       UNIDENTIFIED SPEAKER:  Those watching may

21  not understand why he decided to pick the ball

22  up to try to determine if the ball was embedded

23  without a rules official with him.  But that's

24  kind of standard operating procedures out here;

25  is that right?

October 24, 2022

```
 1        MR. MUTCH:  Yes.  The player's entitled to
 2   do that.  He did call for a referee after the
 3   fact.  But the player's entitled to do that.
 4   He did nothing wrong.  Like I said, he marked
 5   it, he lifted it.  And then he called for a
 6   ruling.
 7        MR. BACON:  Well, Damon, we just flew
 8   across country, suitcase in the hotel room.
 9   Now time to unpack all of this and everything
10   that went down with Patrick Reed.  Initial
11   thoughts.  When you saw what happened last
12   night and you started to digest everything you
13   were hearing online, seeing online and seeing
14   on video.
15        MR. HACK:  Yeah, I watched it about a
16   dozen times or -- so last night and again this
17   morning.  I'm just not comfortable with
18   Patrick's behavior around the ball.  You know,
19   I always thought that the golf ball -- you
20   treat it like the Hope Diamond.  You treat it
21   like a Fabergé egg, especially when it comes to
22   an unclear situation.  So right here we're
23   seeing Patrick kind of hovering over where he
24   says the ball was embedded.  And it's just hard
25   to know what he -- like where is the official
```

October 24, 2022

Page 10

1   at this point?

2       You know, we're supposed to take him at

3   his word but there just seems to be smoke.  I'm

4   comfortable with smoke in the NFL and NBA and

5   Major League Baseball where you're supposed to

6   flop.  You know, you steal signs, you steal

7   plays.  That's why they call things gate, buy a

8   gate, deflate gate.  I'm expecting that.  With

9   golf, I want full clarity.  Golf's about

10  clarity.  It's about doing everything you can

11  to make sure you are within the rules and doing

12  the right thing.  So I just don't know what's

13  going on around the ball.  And that's why I'm

14  uncomfortable with what I saw yesterday.

15      MR. BACON:  A lot of movement around

16  there.

17      MR. HACK:  Yes.

18      MR. BACON:  A long time spent as well.

19  And there's so many things we'll touch on here.

20  And the buzzword that we heard throughout the

21  night into today is "optics," right.  In

22  optics, it's not about right or wrong at times

23  with optics, it's just what people see.

24  There's a moment in a great show Ted Lasso, on

25  Apple TV.  If you haven't seen it, it's

October 24, 2022

1  awesome.  But there's a moment in that show

2  where Jason Sudeikis' character, Ted Lasso is

3  out with his star player's girlfriend and

4  they're having lunch.  And paparazzi takes

5  photos of them and they're going to go sell

6  them to a tabloid.  Now neither person in that

7  scenario did anything wrong but it looked

8  wrong.  To me, this looks bad for Patrick Reed,

9  a guy that has history of doing these things.

10      You know, 99.999 percent of golfers in

11  this world play golf without rules officials or

12  anybody offering around to help us out.

13      MR. HACK:  Right.

14      MR. BACON:  It's about us.  It's about

15  honor.  If you are playing someone for $25 or

16  $50 and something like this occurred, I

17  guarantee your eyebrows would have raised.

18      MR. HACK:  Yeah.  I would have hoped that

19  person would call me over to say, hey, you

20  know, what's going on over here.  And the fact

21  that the ball did bounce and we have video

22  evidence that that ball did not land in its own

23  pitch mark, that makes me scratch my head --

24  because Patrick even referred to that,

25  obviously, you know, if it's not in the same

October 24, 2022

1    pitch mark, it wouldn't have been embedded.

2    And he asks the volunteer and she says, no, I

3    didn't see it bounce.  But we know that it

4    bounced.  So what's going on here?

5        So now we have to lean on the fact that

6    Patrick Reed does have a history.  I go back to

7    2019 in Bahamas, the par five, 11th hole, where

8    he, you know, has the brushing away of the

9    sand.  And then he later says, well, it's my

10   word against their word.  And he says that when

11   I get in the sand, he goes, I'm afraid of

12   getting close to the golf -- well, that's his

13   correct quote.  I'm afraid.  Every time I get

14   in the bunker, I'm scared to even get my club

15   close to it.  He's close to it, Shane Bacon.

16   He's not just close to it, he's sweeping it

17   away.

18       And when you tell me that high-level

19   players can tell me the difference between two

20   clubs that weigh .01 ounces is different, he's

21   not feeling that?  So we already have this

22   situation.  We have the smoke and mirrors about

23   his time in Georgia where he was kicked off of

24   the team and had to transfer to Augusta State.

25   So he does have a history and now we have

October 24, 2022

Page 13

```
 1   another situation.
 2       MR. BACON:  Yeah.  And after the round,
 3   one of his quotes he said in the media, he
 4   said, quote, "You know when the ball bounces,
 5   it's almost impossible for it to break the
 6   plane and so therefore when that happens, any
 7   time you see the ball bounce, you just play it
 8   as it lies."  That takes him back to 2013
 9   Masters.  You remember when Tiger Woods rattled
10   the flag stick, the ball goes back in the
11   water.  After the round, Tiger said, I went
12   back to where I played it from, but I went two
13   yards further back and I took -- tried to take
14   two yards off that golf shot.  And by saying
15   that --
16       MR. HACK:  Yeah.
17       MR. BACON:  -- he's in a way telling you
18   that he did, in fact, break the rules of golf.
19   And to me with this, Patrick Reed -- now I
20   mean, he didn't see the ball bounce.  You and I
21   have hit golf shots from 150 yards or 200 yards
22   and we have no idea where they landed and how
23   they landed.  I understand all of that.  And I
24   understand that he consulted with the players
25   he was playing with.  That's all factual.
```

October 24, 2022

1          MR. HACK:  Right.

2          MR. BACON:  The point being is he hovered

3    around a golf ball for a long time and it

4    seemed like he grabbed the ball first and then

5    decided to make a decision on the rule.

6          MR. HACK:  Are you comfortable with his

7    behavior around Brad Fable, the rules official?

8    Because he seemed to be dictating what was

9    going on.  Patrick Reed was in charge and Fable

10   was reacting.  And that's my problem.  That

11   Fable wasn't there first to assess the

12   situation.  Patrick Reed was driving the ship

13   at that point.  And then that just seems odd.

14   I feel like the official at that point should

15   have the loudest voice.

16         MR. BACON:  Yeah.  I mean DK Metcalf isn't

17   going up to a ref and saying, hey, the guy

18   grabbed me, let me have your flag and I'll

19   throw it on the ground.  I mean, the other

20   thing is in golf, we have 18 fields, right.  I

21   mean, a football field's a hundred yards long,

22   what is that, five football fields on a par

23   five.  It's hard to have video and eyeballs on

24   everything going on.

25         In this instance, we actually have video.

October 24, 2022

Page 15

1    My question being, considering that the PGA

2    Tour now has been open to gambling and people

3    are having a lot of fun doing --

4        MR. HACK:  Yeah.

5        MR. BACON:  -- that with golfers.  And

6    there's so much money on the line.  And maybe

7    not for Patrick Reed or Brooks Koepka or Rory

8    McIlroy, does that really matter in terms of

9    11th or 15th place?  But you bring up the

10   people he was playing with, Robbie Shelton,

11   Will Gordon, 25 years old, 24 years old.

12   Shelton's 48th career start on the PGA Tour.

13   Will Gordon's thirt- -- 23rd career start on

14   the PGA Tour this week.  One spot matters a

15   lot.  And --

16       MR. HACK:  They're not going to challenge

17   Patrick Reed.

18       MR. BACON:  No.  And you --

19       MR. HACK:  They don't have the resume to

20   challenge Patrick Reed.  He says, hey, guys,

21   I'm doing this, they're like, uh, uh, okay.

22   Whatever.

23       MR. BACON:  And they're in their own

24   world --

25       MR. HACK:  Absolutely.

October 24, 2022

1      MR. BACON:  -- trying to play their own

2   ball.  But anyway, if it was Brooks Koepka or

3   Rory McIlroy or Tiger Woods in that group, I

4   wonder if it would have felt a little bit

5   different there.  But it is very interesting.

6   A lot to unpack still with this story.  And

7   Twitter has been wild.

8      MR. HACK:  Yeah.

9      MR. BACON:  I mean, it's been a pretty

10   interesting day on social media.

11      Jim McLean, famed instructor, said there's

12   no chance Patrick Reed did the right thing

13   picking up his ball, then asking for a ruling.

14   No way.  A lot of explanation marks in that

15   tweet there.

16      MR. HACK:  Eddie Pepperell, winner on the

17   European tour, of course it could be true that

18   in the case of Patrick Reed, he may have

19   cheated but that doesn't mean he always cheats.

20   I've played with Patrick.  I was astonished at

21   how skillful a golfer he was.  This is why it's

22   so sad that there are so many episodes like

23   this with him.

24      MR. BACON:  Colt Knost, not taking a side

25   here, but no one saw it bounce, including the

October 24, 2022

1   volunteer.  That's why it was checked.  If

2   someone saw it bounce, we wouldn't be having an

3   issue.  Very fair point there from Colt.

4        And then Patrick Reed, and you can dive

5   into social and figure out where this all came

6   from.  Patrick Reed's official Twitter account

7   going all caps and pointing out a Rory McIlroy

8   issue on the 18th hole where something similar

9   happened.  That tweet still up from Patrick

10  Reed's official social media account.

11       (End of video recording.)

12                    *    *    *

13

14

15

16

17

18

19

20

21

22

23

24

25

October 24, 2022

Page 18

```
 1                    CERTIFICATE OF REPORTER

 2

 3

 4    STATE OF FLORIDA

 5    COUNTY OF LEON

 6            I, Tracy Brown, certify that I was

 7       authorized to and did stenographically

 8       transcribe the foregoing audio recorded

 9       proceedings, and that the transcript is a true

10       and complete record of my stenographic notes.

11

12            Dated this 7th day of November, 2022.

13

14

15    _____

16    TRACY L. BROWN
      1551 Forum Place, Suite 200-E
17    West Palm Beach, FL  33401
      888-811-3408
18

19

20

21

22

23

24

25
```

**$**

**$25**
  11:15
**$50**
  11:16

**0**

**01**
  12:20

**1**

**11th**
  12:7 15:9
**150**
  13:21
**15th**
  15:9
**18**
  14:20
**18th**
  17:8

**2**

**200**
  13:21
**200-E**
  18:16
**2013**
  13:8
**2019**
  12:7
**2022**
  18:12
**23rd**
  15:13

**24**
  15:11
**25**
  15:11

**3**

**33401**
  18:17

**4**

**48th**
  15:12

**7**

**7th**
  18:12

**9**

**99.999**
  11:10

**A**

**Absolutely**
  15:25
**account**
  17:6,10
**afraid**
  12:11,13
**ahead**
  5:4
**Apple**
  10:25
**approaches**
  4:3
**asks**
  12:2

**assess**
  14:11
**astonished**
  16:20
**attempted**
  7:25
**audio**
  18:8
**Augusta**
  12:24
**authorized**
  18:7
**awesome**
  11:1

**B**

**back**
  12:6 13:8,10,
  12,13
**Bacon**
  5:20 9:7
  10:15,18
  11:14 12:15
  13:2,17 14:2,
  16 15:5,18,23
  16:1,9,24
**bad**
  11:8
**Bahamas**
  12:7
**ball**
  4:3,21,22
  6:3,5,10,13,
  17,24 7:18,
  24,25 8:1,3,
  8,11,15,21,22
  9:18,19,24
  10:13 11:21,
  22 13:4,7,10,

**20** 14:3,4
  16:2,13
**Baseball**
  10:5
**Beach**
  18:17
**behavior**
  9:18 14:7
**biggest**
  6:1
**bit**
  16:4
**bounce**
  4:7,9,11,17
  5:1 6:5,10,13
  7:18,21,24
  8:16 11:21
  12:3 13:7,20
  16:25 17:2
**bounced**
  8:10 12:4
**bounces**
  4:3 8:2 13:4
**Brad**
  14:7
**break**
  6:18 13:5,18
**bring**
  15:9
**broke**
  4:12,18,25
  6:20,23
**Brooks**
  15:7 16:2
**Brown**
  18:6,16
**brushing**
  12:8

bud
 4:16

bunch
 5:23

bunker
 4:2 6:2 12:14

buy
 10:7

buzzword
 10:20

—————————
        C

call
 4:11,19 9:2
 10:7 11:19

called
 6:20 8:12 9:5

calls
 7:4

caps
 17:7

career
 15:12,13

case
 16:18

CERTIFICATE
 18:1

certify
 18:6

challenge
 15:16,20

chance
 16:12

character
 11:2

charge
 14:9

cheated
 16:19

cheats
 16:19

check
 4:11,24 5:1,
 5,9 6:15

checked
 4:17 17:1

clarity
 10:9,10

close
 12:12,15,16

closest
 6:12

club
 5:13 6:25
 12:14

clubs
 12:20

Colt
 16:24 17:3

comfortable
 9:17 10:4
 14:6

competitors
 8:14

complete
 18:10

conclude
 8:18

confused
 7:7

consulted
 13:24

conversation
 4:4

correct
 12:13

correctly
 7:12

country
 9:8

COUNTY
 18:5

—————————
        D

Damon
 9:7

Dated
 18:12

day
 7:14 16:10
 18:12

decided
 8:21 14:5

decision
 4:13 14:5

decisions
 5:22

deflate
 10:8

determine
 8:22

Diamond
 9:20

dictating
 14:8

difference
 12:19

digest
 9:12

dive
 5:23 17:4

DK
 14:16

double
 4:25 5:9

dozen
 9:16

driving
 14:12

drop
 6:25

—————————
        E

Eddie
 16:16

egg
 9:21

embedded
 4:21 6:16,24
 8:1,19,22
 9:24 12:1

end
 5:18 7:14
 17:11

entitled
 8:5,12 9:1,3

episodes
 16:22

European
 16:17

evidence
 8:7 11:22

expecting
 10:8

explanation
 16:14

eyeballs
 14:23

eyebrows
  11:17

_____

          F

Fabergé
  9:21
Fable
  14:7,9,11
fact
  9:3 11:20
  12:5 13:18
factual
  13:25
fair
  17:3
fairway
  4:2 6:2
famed
  16:11
feel
  5:6 14:14
feeling
  12:21
Feels
  4:23
fellow
  8:14
felt
  7:15,16 16:4
field's
  14:21
fields
  14:20,22
figure
  17:5
finger
  5:2 6:22

firestorm
  5:19
FL
  18:17
flag
  4:6 6:7 13:10
  14:18
flew
  9:7
flop
  10:6
FLORIDA
  18:4
foot
  4:5
football
  14:21,22
foregoing
  18:8
Forum
  18:16
four-shot
  4:1
full
  10:9
fun
  15:3

_____

          G

gambling
  15:2
gate
  10:7,8
Georgia
  12:23
girlfriend
  11:3

golf
  6:13 9:19
  10:9 11:11
  12:12 13:14,
  18,21 14:3,20
Golf's
  10:9
golfer
  16:21
golfers
  11:10 15:5
Gordon
  15:11
Gordon's
  15:13
grabbed
  14:4,18
great
  7:2 10:24
ground
  4:12,18,25
  14:19
group
  7:5,20 16:3
guarantee
  11:17
guy
  11:9 14:17
guys
  4:10 6:9,15
  15:20

_____

          H

HACK
  5:17 9:15
  10:17 11:13,
  18 13:16
  14:1,6 15:4,

16,19,25
  16:8,16
happened
  6:7 7:17 9:11
  17:9
hard
  9:24 14:23
head
  11:23
headed
  4:2
hear
  5:24
heard
  10:20
hearing
  7:4 9:13
heavy
  6:3
hey
  4:10,16 6:9,
  15 11:19
  14:17 15:20
high
  6:3
high-level
  12:18
history
  11:9 12:6,25
hit
  8:5 13:21
Hits
  4:1
hole
  5:14,15 12:7
  17:8
honor
  11:15

Hope
  9:20
hoped
  11:18
hotel
  9:8
hovered
  14:2
hovering
  9:23
hundred
  14:21

_____
                I

idea
  13:22
impossible
  8:2 13:5
including
  16:25
Initial
  9:10
instance
  14:25
instructor
  16:11
interesting
  16:5,10
involved
  5:24
issue
  17:3,8

_____
                J

Jason
  11:2

Jim
  16:11

_____
                K

kicked
  12:23
kind
  6:2,3 7:7
  8:24 9:23
Knost
  16:24
Koepka
  15:7 16:2

_____
                L

lady
  6:5
land
  11:22
landed
  13:22,23
Lasso
  10:24 11:2
lead
  4:1
League
  10:5
lean
  12:5
left
  4:2 6:4
length
  6:25
LEON
  18:5
lies
  13:8

lift
  8:12,15
lifted
  6:17 9:5
link
  5:13
lip
  5:6 6:23
literally
  8:2
long
  10:18 14:3,21
looked
  6:18,19 11:7
lot
  5:22 10:15
  15:3,15 16:6,
  14
loudest
  14:15
lunch
  11:4

_____
                M

Major
  10:5
make
  4:18 10:11
  14:5
makes
  5:17 11:23
mark
  8:18 11:23
  12:1
marked
  6:12,16 7:25
  8:11 9:4

marks
  16:14
Masters
  13:9
matter
  15:8
matters
  15:14
Mcilroy
  15:8 16:3
  17:7
Mclean
  16:11
means
  8:2
media
  5:19 13:3
  16:10 17:10
Metcalf
  14:16
mind
  5:2
mirrors
  12:22
moment
  10:24 11:1
money
  15:6
morning
  9:17
movement
  10:15
MUTCH
  8:4 9:1

_____
                N

nah

6:23

**NBA**
10:4

**NFL**
10:4

**night**
9:12,16 10:21

**notes**
18:10

**November**
18:12

---

**O**

---

**occurred**
11:16

**odd**
14:13

**offering**
11:12

**official**
4:12,20,22
5:2,6,10,13,
16 6:21 7:19
8:23 9:25
14:7,14 17:6,
10

**officials**
7:16 11:11

**online**
9:13

**open**
15:2

**operating**
8:24

**optics**
10:21,22,23

**ounces**
12:20

---

**P**

---

**Palm**
18:17

**paparazzi**
11:4

**par**
5:17 12:7
14:22

**Patrick**
4:3 5:17
9:10,23 11:8,
24 12:6 13:19
14:9,12 15:7,
17,20 16:12,
18,20 17:4,6,
9

**Patrick's**
9:18

**people**
10:23 15:2,10

**Pepperell**
16:16

**percent**
11:10

**perfect**
7:11

**person**
11:6,19

**PGA**
15:1,12,14

**phone**
7:5

**photos**
11:5

**pick**
8:21

**picked**
4:24

**picking**
16:13

**pitch**
8:18 11:23
12:1

**place**
15:9 18:16

**plane**
6:19,20,24
13:6

**play**
11:11 13:7
16:1

**played**
13:12 16:20

**player's**
9:1,3 11:3

**players**
12:19 13:24

**playing**
6:9 11:15
13:25 15:10

**plays**
10:7

**plug**
8:3

**point**
6:15 7:1 8:3
10:1 14:2,13,
14 17:3

**pointing**
17:7

**pretty**
6:6 16:9

**problem**
14:10

**procedure**
7:10,12

**procedures**
8:24

**proceedings**
18:9

**put**
4:13 6:6,22

---

**Q**

---

**question**
15:1

**questioned**
5:21

**quick**
6:6

**quote**
12:13 13:4

**quotes**
13:3

---

**R**

---

**raised**
11:17

**rattled**
13:9

**reacting**
14:10

**reasonable**
8:17

**record**
18:10

**recorded**
18:8

**recording**
17:11

**Reed**
  4:1,7,10,16,
  21,23 5:4,8,
  11,15 6:1
  9:10 11:8
  12:6 13:19
  14:9,12 15:7,
  17,20 16:12,
  18 17:4

**Reed's**
  17:6,10

**ref**
  14:17

**referee**
  8:13 9:2

**referred**
  11:24

**relief**
  7:22

**remember**
  13:9

**REPORTER**
  18:1

**resume**
  15:19

**Robbie**
  15:10

**room**
  9:8

**Rory**
  15:7 16:3
  17:7

**round**
  5:25 13:2,11

**rule**
  14:5

**rules**
  4:12 6:21

  7:16,19 8:5,
  23 10:11
  11:11 13:18
  14:7

**ruling**
  9:6 16:13

---

**S**

**sad**
  16:22

**sand**
  12:9,11

**scared**
  12:14

**scenario**
  11:7

**scoring**
  7:3

**scratch**
  11:23

**sell**
  11:5

**Shane**
  12:15

**Shelton**
  15:10

**Shelton's**
  15:12

**ship**
  14:12

**shot**
  4:1 8:6 13:14

**shots**
  13:21

**show**
  10:24 11:1

**showed**

  7:5

**side**
  6:18 16:24

**signs**
  10:6

**similar**
  17:8

**situation**
  5:25 9:22
  12:22 13:1
  14:12

**skillful**
  16:21

**smoke**
  10:3,4 12:22

**social**
  5:19 16:10
  17:5,10

**SPEAKER**
  4:5,8,15 8:20

**spent**
  10:18

**spot**
  15:14

**standard**
  8:24

**standing**
  8:9

**star**
  11:3

**start**
  15:12,13

**started**
  9:12

**starts**
  4:4

**State**
  12:24 18:4

**steal**
  10:6

**stenographic**
  18:10

**stenographicall
y**
  18:7

**stick**
  5:2 13:10

**story**
  5:18 16:6

**Sudeikis'**
  11:2

**suitcase**
  9:8

**Suite**
  18:16

**supposed**
  7:2,13 10:2,5

**sweeping**
  12:16

---

**T**

**tabloid**
  11:6

**takes**
  11:4 13:8

**taking**
  16:24

**talking**
  4:20 5:21

**team**
  12:24

**Ted**
  10:24 11:2

**tee**
  5:11,12 6:2

telling
   13:17
ten
   8:6,8
terms
   15:8
textbook
   7:11
thing
   6:1,8 7:3,15,
   17 10:12
   14:20 16:12
things
   10:7,19 11:9
thirt-
   15:13
thought
   5:9 9:19
thoughts
   5:23 9:11
throw
   14:19
Tiger
   13:9,11 16:3
time
   7:4 9:9 10:18
   12:13,23 13:7
   14:3
times
   9:16 10:22
today
   10:21
told
   6:15
top
   6:6
touch
   4:14 10:19

tour
   15:2,12,14
   16:17
Tracy
   18:6,16
transcribe
   18:8
transcript
   18:9
transfer
   12:24
treat
   9:20
true
   16:17 18:9
TV
   10:25
tweet
   16:15 17:9
Twitter
   16:7 17:6

──────────
         U
──────────

unclear
   9:22
uncomfortable
   10:14
understand
   8:21 13:23,24
unfold
   5:22
UNIDENTIFIED
   4:5,8,15 8:20
unpack
   9:9 16:6

──────────
         V
──────────

video
   7:6,23 8:7,16
   9:14 11:21
   14:23,25
   17:11
voice
   14:15
volunteer
   4:4 6:6,11
   8:9,10 12:2
   17:1
volunteers
   7:20

──────────
         W
──────────

walked
   7:3
wanted
   5:9
watched
   9:15
watching
   6:4 7:6 8:20
water
   13:11
week
   15:14
weigh
   12:20
West
   18:17
wild
   16:7
winner
   16:16

Woods
   13:9 16:3
word
   10:3 12:10
world
   11:11 15:24
wrong
   9:4 10:22
   11:7,8

──────────
         Y
──────────

y'all
   6:10
yards
   8:7,8 13:13,
   14,21 14:21
years
   15:11
yesterday
   10:14