**Brandel Chamblee** @chambleebrandel

Replying to @chambleebrandel
Golf won today. Murderers lost.Quote TweetGarret Mathany@dotheMathanyAug 9Brandel's horse won today's race.

8/9/2022 9:13 PM (UTC -05:00)   Comments: 152   Retweets: 39   Likes: 985

Exhibit 6(a)