

**Brandel Chamblee** @chambleebrandel

Replying to @WestwoodLee and @jcorrigangolf
If this is not the case Lee, I'm happy to recant… either way, whether the money is against or in addition to guarantees it's still blood money and you're still complicit in sportswashing.

6/26/2022 3:47 PM (UTC -05:00)   Comments: 39   Retweets: 10   Likes: 157

Exhibit 6(b)