

**Brandel Chamblee** @chambleebrandel

These thugs are directed by the people who fund LIV golf… but LIV will pretend this video and so many others depicting human rights atrocities don't exist, but will happily post video of a golf event in Boston meant to sportswash these atrocities.Quote TweetSave Democracy@detroitwonSep 2@PGA @PGATOUR @TheMasters @chambleebrandel twitter.com/ImtiazMadmood/…

9/2/2022 5:59 PM (UTC -05:00)   Comments: 92   Retweets: 70   Likes: 531

Exhibit 6(c)