

**Brandel Chamblee** ✓ @cham… · 9/13/22

By defectors I mean those who have turned their backs on the meritocracy of professional golf. I mean those who have sold their independence to a murderous dictator and those who have sued their fellow professionals so they can benefit from the tours they are trying to ruin.

Exhibit 6(d)