

**Brandel Chamblee** @chambleebrandel

Replying to @JakeThePundit
No. Wrong. But when they murdered, butchered and dismembered a dissenting journalists they began to care. Those same people behind that murder run this tour.

8/28/2022 12:43 PM (UTC -05:00)   Comments: 1  Retweets: 0  Likes: 2

Exhibit 6(e)