

**Brandel Chamblee** @chambleebrandel

Replying to @philoBeddoe2
Our government needs to play a global chess game and publicly traded companies can not control investment in them. The IOC decides where the Olympics go..and there is a big difference between doing business in a country and directly for a murderous regime as LIV golfers are.

8/28/2022 1:35 PM (UTC -05:00)   Comments: 2   Retweets: 0   Likes: 2

Exhibit 6(f)