

**Brandel Chamblee** @chambleebrandel

Replying to @ChuckNorris1369
It's not the Saudis people dislike, I have no doubt they are the same as you & me, it's MBS & his thugs. I can understand his regime wanting to become more than a petro country & corporate interest to serve that part of the world. I can't understand an individual working for him.

8/30/2022 11:52 AM (UTC -05:00)   Comments: 3   Retweets: 0   Likes: 1

Exhibit 6(g)