

**Brandel Chamblee** @chambleebrandel

Replying to @Hunt1Brian
Building a golf course in Saudi Arabia is the regime trying to be less reliant on one commodity for its welfare. LIV golf is about hiding its human atrocities. These are not analogous.

9/2/2022 6:24 PM (UTC -05:00)   Comments: 19   Retweets: 0   Likes: 14

Exhibit 6(h)