

**Brandel Chamblee** @chambleebrandel

Let me help you out Matt.

The criticism of LIV defectors is not that they are doing it for the money, that is easily understood, what is not so easily understood is why they would directly work for a regime that has such a reprehensible record on human rights.Quote TweetMatt Pannell@MattPannellAug 28The same guys who keep talking about how the players going to LIV are just "all about the money"…

They can't stop talking about the 18 million for FedEx today. #pgatour #livtour @SharkGregNorman @chambleebrandel

8/28/2022 12:38 PM (UTC -05:00)   Comments: 186   Retweets: 42   Likes: 511

Exhibit 6(i)