

**Brandel Chamblee** ✓ @cham… · 9/15/22

By misleading, you mean it doesn't fit your agenda? Money earned off the course because of the historically merit based nature of professional golf is the commercial allure of the PGA Tour/DP World Tour. The sportwashing paid to turn a blind eye to atrocities, the blight of LIV.

Exhibit 6(j)