Exhibit 8(a) to be conventionally filed