Golf Today News Story

---

Taped Transcription

---

**PHIPPS REPORTING**

is now

**LEXITAS** ™

Exhibit 8(b)

October 24, 2022

Golf Today News Story
_____/




TRANSCRIPT OF VIDEO-RECORDED PROCEEDINGS

PAGES 1 - 23










    The following proceedings were stenographically
transcribed by:


                    TRACY L. BROWN




Job No.: 280236

October 24, 2022

Page 2

```
 1    APPEARANCES:

 2
      Mr. Rich
 3    Mr. Paul
      Mr. Randall
 4    Mr. Todd

 5

 6

 7

 8

 9

10    CERTIFICATE OF REPORTER                        23

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

October 24, 2022

1    Thereupon,

2          MR. TODD:  It was here at Quail Hollow in

3    Charlotte back in 2021, the week of the Wells

4    Fargo Championship, that the talk of an

5    alternative tour really ramped up and Jay

6    Monahan, the commissioner of the PGA Tour, told

7    players in a meeting here that week that if you

8    leave to play on another tour, you will not be

9    welcomed back.

10          Now close to a year and a half later, the

11    sport is fractured and the latest question,

12    should LIV Golf get world ranking points?  I

13    asked a couple of players who are preparing

14    here in the Presidents Cup and got interesting

15    answers.

16          MR. THOMAS:  It's very obvious and written

17    right there in front of them, they just, I

18    mean, naturally want what's best for them.  You

19    know, just like the decision they made to go

20    there and it's -- I totally understand.  I

21    mean, hey, if I was doing the same situation, I

22    would want it but that doesn't necessarily make

23    it right.  I mean, the governing bodies have

24    created this system for a reason and that's to

25    try to create the best system possible to

October 24, 2022

Page 4

```
 1   determine the best players in the world.
 2        Now, yeah, is it going to be skewed
 3   because some of the top players aren't going to
 4   be in there?  Yes.  But that's their own fault
 5   for making the decision they made.  And they
 6   knew very, very well going into it that there's
 7   a good chance they're not going to have world
 8   ranking points and they just took that risk.
 9   So in my opinion, that's their own fault.
10        MR. HOMA:  If the OWGR decides that they
11   get world ranking points, that's great.  I have
12   no problem with them getting rank pointings.
13   To my eye, it seems like they should be getting
14   world ranking points.  You can't just say, we
15   should get them.  That's not -- you can't just
16   say that -- as I read on Instagram, the number
17   one and two best players in the world competed
18   against each other.  Great.  That's just made
19   up.  So that's what the thing's for.  I hope
20   for them that it does go through and that they
21   get world ranking points because it does seem
22   like 48 great golfers play in tournaments, you
23   know, week in and week out, to my eye should
24   get points, but there is a -- there is criteria
25   to that.  Like that's how the world works.
```

October 24, 2022

1      MR. HORSCHEL:  As I've said, been

2   consistent about this for four or five months

3   now, all those guys knew when they left the PGA

4   Tour, there's a good chance that they may not

5   get world ranking points anymore.

6   Unfortunately they were told that they were

7   going to get world ranking points from -- by

8   their comments.  So, you know, and that's what

9   they feel based off -- Greg Norman and the

10   people over there feel like they should get

11   world ranking points, you know, right away.

12   That's -- you know, that's not gonna happen.

13   That's not the process in place.

14      And for Greg to continue to attack Jay

15   Monahan, Keith Pelley and there's a bias in

16   place for not awarding them world ranking

17   points, just follow the rules.  They don't meet

18   the criteria right now based off their tour to

19   be awarded world ranking points.

20      MR. TODD:  So now that question lingers

21   over the world of golf.  And I can tell you

22   elite players, like the ones you're going to

23   see here at the Presidents Cup this week, they

24   go into a tournament on the PGA Tour expecting

25   to get questions about LIV Golf.  They would

October 24, 2022

1  rather not, but it looks like, Rich, that

2  conversation will continue.

3      MR. RICH:  And, Todd, as we know, the

4  world golf ranking's hugely important because

5  they determine whether guys can qualify for the

6  major championships.

7      All right.  Let's turn our attention now

8  to guys right here to my left.

9      So, Paul, your reaction to what you just

10  heard.  And I'll just put it to you simply,

11  should the LIV Golf guys be getting world

12  ranking points?  Why or why not?

13      MR. PAUL:  I mean very simply, I mean, I

14  agree with what Billy Horschel says there from

15  my point of view.  It's very, very simple.

16  They don't meet the criteria.  The criteria's

17  been set in stone for a large number of year.

18  It's been tweaked a little bit over the years

19  and we've just seen a recent change in it.  But

20  the main fundamentals have remained the same:

21  72 holes and cuts and all of the stuff with it.

22      Yes, there's the odd tournament in there

23  that maybe gets points, a smaller field, but I

24  think the big point here is they do not fit the

25  criteria.  My question would be, who made them

October 24, 2022

1    the boss?  Who made them to come in and create

2    havoc in the ecosystem like they have done and

3    then come in with all of these demands?

4         MR. RICH:  You're saying the LIV guys?

5         MR. PAUL:  Yeah.  All of these demands.  I

6    want to play in the Presidents Cup.  I want to

7    play in the Ryder Cup.  I want to be a member

8    of the DP World Tour.  I want to be a member of

9    the PGA Tour.  And who made them the boss to

10   make all of these decisions?  And every week it

11   looks like we're always having to battle and

12   handle these kinds of demands that come.

13        I mean, what are they giving in return to

14   the game of golf?  I mean, yes, they're filling

15   a lot of people's pockets and a lot of people

16   are making a lot of money out of -- certainly

17   players are you, but what are they giving back

18   to the system?  What do you hear about what

19   they're giving?  And I mean, I'm just so fed up

20   with it.  Every week we're getting so and it's

21   just constant coming out.  And it's always

22   demands, demands, demands.  And the bottom line

23   is, you know, rules are rules.  They don't fit

24   the criteria.  How can you have apples with

25   apples in terms of determining the best players

October 24, 2022

1    in the world when some are playing 54 holes and

2    some are playing 72 with 150 players?  And some

3    are playing with such a small field?

4         And then also, you know, the dynamics and

5    the mentality of playing a shotgun start -- we

6    talked about this before, not playing the golf

7    course rotation is very different.  But also

8    the team mentality.  We're going to talk a lot

9    about team this week.  They're highlighting the

10   team.  It's going to be more important

11   individual soon in terms of what their -- the

12   product is going to be going forward.  And

13   that's where they're going to get a lot of

14   their return on investment is the value in

15   these teams.

16        So the mentality for playing for the team

17   as we all know is very, very different.  My

18   record as a team player was far superior.  I

19   was a much higher rank in the world as a team

20   player than I was individually.  It's a very,

21   very different mentality.  So they're not

22   coming in with the criteria that are set.  And,

23   you know, why should all the rest of golf have

24   to change because they want to come in and

25   demand?  Because they're doing a different

October 24, 2022

1    product.  They're doing a different product.

2    And if they come in with a similar product, I

3    certainly meant in terms of size of fields and

4    cuts and stuff like that --

5         MR. RICH:  Let me counter with this, here,

6    a world challenge, was it 20 players?  Tiger's

7    event.  They were awarded official world golf

8    ranking points.  What's the difference?

9         MR. PAUL:  Yeah, I mean, that's a one-off.

10   It's a one-off.  They're doing it every -- and

11   I agree, that probably should be changed and

12   will be changed.  And I wouldn't be in

13   agreement of that tournament getting it.

14   Although a lot of the argument, the other side,

15   was a lot of people qualified for that.  You

16   know, you qualified for it.

17        You know, with -- you don't have to

18   qualify, you get chosen to play in the LIV

19   Tour.  And, you know, every single tournament

20   that they play is the same.  You know, they're

21   not playing some tournaments that are 72 holes

22   and they're not -- you know, everything is 54

23   holes.  And it's -- I just don't see -- until

24   they come in and equate with apples with apples

25   with what's there already in the game of golf,

October 24, 2022

1    I just don't see how they can be, you know,

2    getting world ranking points.

3        I mean, going forward, if there's ever

4    going to be some way of recognition of LIV into

5    the ecosystem or getting entry into major

6    championships, as Todd said there in his

7    report, you know, maybe something out there,

8    North America, leading two or three or four

9    players, whatever may -- may justify getting

10    in.  That could be down the road.

11        But in terms of getting world rankings, at

12    this moment in time, I don't -- I don't see

13    that happening.  And I don't agree with it

14    happening in any way, shape or form because

15    they're a very, very different product than

16    what we already have in golf.

17        MR. RANDALL:  First of all, I never agreed

18    with the Hero World Challenge getting world

19    ranking points.  I always thought it was a

20    mistake.  But it is a one-off to Paul's point.

21    And to your point about who makes them the

22    boss, I have no doubt that they are being told

23    what to say.  They've all been given talking

24    points.  And, of course, even as it relates to

25    the suits that they're involved in against the

October 24, 2022

1    tour and various other people, they're being

2    indemnified by the very people who want to

3    bring about the legitimacy of this tour.

4         The world rankings, as you've kind of

5    pointed out, have been around since 1986.  And

6    when I listen to and read that LIV says that

7    this undervalues -- the fact that they're not

8    getting the world ranking points, it

9    undervalues the validity of the official world

10   golf rankings, I would argue and say, no, no,

11   no, no, it underpins the legitimacy of the

12   official world golf rankings.  Because these

13   provisions have been set in place.

14        You alluded to a couple of the points

15   where they don't conform.  There's -- there's

16   numerous ones.  They don't have regional access

17   to the events.  You're bought to participate in

18   these events.  There's no full member ascension

19   to these events.  You ascend to these events

20   when they decide to buy you.  There's no cups

21   in these events.  The size of these events,

22   they're -- they're 54 players, they're --

23        MR. RICH:  48 right now.

24        MR. RANDALL:  Sorry.  Excuse me.

25   Forty-eight players.  Forty-eight players, 54

October 24, 2022

```
 1    holes, 48 players.  They don't have 156-man
 2    fields.  They provide no queue school, no way
 3    to ascend to this tour outside of being bought.
 4    They don't play 72 holes.  And I have no doubt
 5    that in the provisions somewhere, they are
 6    turning -- they would not like to see a tour
 7    funded by a government with such discriminatory
 8    practices by that government.  This would be,
 9    at least in my view, akin to allowing at the
10    time it was called the South African Tour under
11    apartheid, tournaments played there to
12    accumulate world ranking points.
13         So to John -- Justin Thomas' point, to
14    Billy Horschel's point, to your point, they
15    simply don't conform in every sense of the word
16    that these -- these people that run this tour
17    are very used to being able to buy their way to
18    legitimacy or what they think is legitimacy and
19    get their way.  And they've imbued the players
20    on LIV to thinking that they're entitled to
21    their way, not by conforming to the rules, but
22    by applying pressure to everybody that is there
23    to administer the rules.
24         MR. RICH:  Well, what's likely to happen
25    to young players who haven't yet won a major,
```

October 24, 2022

Page 13

1    like Cam Smith, and with that major victory

2    comes the exemption for a number of years, not

3    only to the Open in his case, but to other

4    important championships.  What's likely to

5    happen to -- thinking about Joaquín Niemann,

6    Abraham Ancer, Talor Gooch if they're not able

7    to get world ranking points and they're still

8    playing in the LIV golf series.

9         MR. PAUL:  I mean, who knows what's coming

10   down the road, Rich, you know, and if there's

11   going to be some kind of negotiation at some

12   stage with LIV and if they're going to get into

13   major championships.  And as I say, based on a

14   lot of -- eventually there may be a situation

15   where you would say the leading three or four

16   players from the LIV Tour do get entry into

17   these majors, I don't know.  That could always

18   be negotiated down the road.

19        But what we're talking about here, I

20   mean -- and those players, by the way, took a

21   massive risk.  Because as Billy Horschel said

22   there, and Trevor Immelman said, when every one

23   of them signed up to go with LIV, they knew the

24   consequences.  They were told over and over and

25   over the consequences.  So you can't have any

October 24, 2022

1    sympathy for them.  And they're relying now on

2    a court case to try to get their way.

3         So what we're talking about here is world

4    rankings.  And the world rankings is already

5    set in stone.  And, you know, why should we

6    change and bend what the world rankings are and

7    that have worked pretty well, you'd have to

8    say.  I know there's a few tweaks and changes

9    that have gone over the years, but have worked

10   pretty well, why should they all be bent over

11   for something that is a completely different

12   product here in golf?  This is not based on

13   what Jack Nicklaus played and what Arnold

14   Palmer played and that's what -- that's what we

15   want to relate to in terms of the world

16   rankings.  And this is a very, very different

17   product here.  And entry intro the -- into the

18   major championships, Rich, is a different

19   subject.  But I'm talking here about the world

20   rankings.

21        And while the metrics are so different to

22   measure players from the LIV Tour against the

23   rest of the ecosystem in golf, I don't see any

24   way they can be part of -- part of the world

25   rankings.

October 24, 2022

1        MR. RICH:  The Official World Golf Ranking

2    announced an update to its system last month.

3    Most notably, a field strength is now based on

4    every player of the field rather than just

5    those in the top 200 in the rankings.  Also,

6    minimum points for winners now largely gone in

7    this new system.  This version of the Official

8    World Golf Ranking leaning into a more

9    statistical bent.

10        All right.  You spoke with the statistical

11    guru, Randall, Mark Brody was behind the

12    strokes games and big role in Official World

13    Golf Ranking.  What'd you find out?

14        MR. RANDALL:  First of all, there's a lot

15    of things to address here.  I mean, I've heard

16    and seen on various social media outlets that

17    this is suspiciously close to the origination

18    of LIV.  This has been in the works since late

19    2017, 2018.  Various people, not just Mark

20    Brody, but various other teams were trying to

21    come up with the ideal way to measure what I

22    would say used to be somewhat arbitrary in

23    deciding who were the best players in the world

24    and make it less arbitrary and more objective.

25        Now the world rankings that are put in

October 24, 2022

Page 16

1   place now were put out August of 2021 for

2   consideration.  They've just recently -- put in

3   place.  And I would say, look, there are a lot

4   of people on the various other tours, the DP

5   World Tour, probably the Japanese Tour, pick

6   your tour, who I would think would have an

7   emotional reaction to this, but at first

8   glance, they would say that they're getting

9   less points and that this system is biased

10  towards America.  And I would just say, look,

11  it is not biased towards any country or biased

12  against any country, what this system that

13  they've put in place is biased towards is

14  accuracy and towards objectivity.  They've

15  taken great pains to eliminate the more

16  arbitrary nature of the way world rankings used

17  to be in terms of minimums that tournaments

18  would get.

19      Now minimums mean that they're going to

20  give a certain tournament.  Minimums, not based

21  upon the strength of the field, but based upon

22  some arbitrary idea of what the strength of the

23  field could be.

24      MR. RICH:  Explain minimum real quickly to

25  our audience, what that means.

October 24, 2022

1          MR. RANDALL:  Well, they show up to the

2     golf tournament regardless of let's say

3     everybody in the tournament is a thousandth or

4     worse, there's still minimum world ranking

5     points that you can acquire through playing

6     well in that tournament.  Limited field

7     tournaments.  Again, another arbitrary figure

8     that was a blight, I would say, on the world

9     rankings.  Not getting world ranking points if

10    you're in some of these tournaments and finish

11    in 30th or 35th or 40th, you wouldn't get

12    points.

13         So, again, when you start to look at the

14    arbitrary nature of what the world rankings

15    were, I'm not saying that this system is

16    perfect, but this system is based on math

17    that's been vetted.  And I would argue that,

18    yes, at first glance it does look like it

19    favors the US Tour, but in modeling this, a

20    very tiny fraction of players fall out of the

21    top 50, only three, as a matter fact, at the

22    models.  And a limited number of players, only,

23    I think, four, five, six fall out of the top

24    hundred as this system now prevails looking

25    backwards.

October 24, 2022

1          MR. PAUL:  Yeah, I mean, I think there's

2     certainly coming over from Europe and, you

3     know, there's that -- the new updated system

4     that is coming into play -- this has been three

5     years in play, by the way.  This predated LIV.

6     That just has come in in this last month where

7     the rankings have been slightly tweaked.  The

8     strength of field, as you're saying there.

9     Mark Brody, in particular, has been the

10    forefront of that.  And trying to -- trying to

11    get metrics that are more consistent, a bit

12    like the strokes game approach and how good

13    those statistics are on the tour.

14         And, you know, we hear the situation 15,

15    20 years ago when Jumbo Ozaki, for example, was

16    dominating in Japan, was coming over here.  I

17    think he won one tournament outside of Japan,

18    had three top tens in all of the majors he

19    played in.  So not a great records outside of

20    Japan.  And yet remained comfortably inside the

21    top ten in the world rankings.

22         The view now certainly from Europe and the

23    rest of the world is, well, it's gone tweaked

24    too far now towards the American Tour and the

25    quality of fields that you have on the American

October 24, 2022

Page 19

1   Tour.  And the questions in Europe would be,

2   you know, should there not be -- you know,

3   getting over the line and winning a tournament,

4   no matter where it is on one of the bigger

5   tours in the world, is such a difficult thing

6   to do.  And that should have a real strong

7   measurement in terms of the world rankings

8   rather than finishing 15th or 18th in a

9   really -- in a really strong field.

10          MR. RICH:  So when, like the Italian Open,

11   for example --

12          MR. PAUL:  Yeah.  The point --

13          MR. RICH:  -- you think should have some

14   more value?

15          MR. PAUL:  Yeah, the points were very,

16   very small there for such a big title on our

17   tour.  You know, I know Rory McIlroy played and

18   a US Open Champion played, but the points were

19   very, very small.

20          MR. RICH:  Winning the Joburg Open, for

21   example, South Africa, should that have as many

22   points as a fourth place finish at the Masters

23   or a second place --

24          MR. PAUL:  No, no --

25          MR. RICH:  -- finish at the Honda Classic?

October 24, 2022

 1          MR. PAUL:  No, I'm not saying that, Rich.

 2          MR. RICH:  Okay.

 3          MR. PAUL:  But what I'm saying is the

 4     seesaw, you know.

 5          MR. RICH:  I get it.

 6          MR. PAUL:  We've gone from the Jumbo Ozaki

 7     situation to maybe going too far down the road

 8     of science.  And we got to bring the heart and

 9     soul back into it in terms of winning

10     tournaments.  And maybe the seesaw has to move

11     just a little bit back as well, too, to equate

12     it.

13          MR. RICH:  And I think also what you're

14     suggesting, and I think we'll address this with

15     Commissioner Monahan, who's going to be on the

16     set tomorrow night, is that in this ongoing

17     battle with LIV Golf, the PGA Tour needs to

18     ensure that the brethren -- they now have an

19     alliance with the European Tour, their brethren

20     on the European Tour are happy, are satisfied.

21     Don't feel as though they're being slighted.

22          MR. PAUL:  Well, I mean, they're going to

23     have a gateway going forward to get on the PGA

24     Tour, you know, and that's where they're going

25     to be them playing for the huge points.  So

October 24, 2022

1   instead of them coming over here to America

2   playing really well against these elite fields

3   if they want to really climb the world

4   rankings.  But one thing is for sure now with

5   the new strength of field that's come in to

6   judge the world rankings on, it's going to be

7   almost impossible to raise -- to play only the

8   DP World Tour and raise yourself up to number

9   one in the world like we've seen some players

10   do pretty much all -- in the past.  I mean, Lee

11   Westwood comes to mind about he mostly played

12   the DP World Tour, obviously a number of

13   tournaments here but mostly, mostly in Europe.

14   And you know, Monte rose to number two in that

15   regard, too.

16        MR. RICH:  But LIV Golf has its sights set

17   on, you know, global markets, right.  And the

18   PGA Tour can't neglect, for example, that

19   Italian Open.  Tournaments of rising stature on

20   the European Tour.

21        MR. PAUL:  Yeah, you know, the minimum

22   doesn't --

23        MR. RANDALL:  World records do not neglect

24   them.

25        MR. PAUL:  Yeah, the minimum shouldn't

October 24, 2022

1    mean every tournament should be the minimum.

2    There can be different minimums, you know.  And

3    the Joburg Open can have one minimum compared

4    to the Italian Open could be higher and so --

5    so on.

6         (End of video recording.)

7                        *    *    *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 24, 2022

Page 23

1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA

5    COUNTY OF LEON

6           I, Tracy Brown, certify that I was

7       authorized to and did stenographically

8       transcribe the foregoing audio recorded

9       proceedings, and that the transcript is a true

10      and complete record of my stenographic notes.

11

12           Dated this 7th day of November, 2022.

13

14

15      _____

16   TRACY L. BROWN
     1551 Forum Place, Suite 200-E
17   West Palm Beach, FL  33401
     888-811-3408
18

19

20

21

22

23

24

25

**2**

**200-E**
  23:16
**2022**
  23:12

**3**

**33401**
  23:17

**7**

**7th**
  23:12

**A**

**address**
  20:14
**alliance**
  20:19
**America**
  21:1
**audio**
  23:8
**authorized**
  23:7

**B**

**back**
  20:9,11
**battle**
  20:17
**Beach**
  23:17
**bit**
  20:11

**brethren**
  20:18,19
**bring**
  20:8
**Brown**
  23:6,16

**C**

**CERTIFICATE**
  23:1
**certify**
  23:6
**climb**
  21:3
**Commissioner**
  20:15
**compared**
  22:3
**complete**
  23:10
**COUNTY**
  23:5

**D**

**Dated**
  23:12
**day**
  23:12
**DP**
  21:8,12

**E**

**elite**
  21:2
**end**
  22:6

**ensure**
  20:18
**equate**
  20:11
**Europe**
  21:13
**European**
  20:19,20
  21:20

**F**

**feel**
  20:21
**field**
  21:5
**fields**
  21:2
**FL**
  23:17
**FLORIDA**
  23:4
**foregoing**
  23:8
**Forum**
  23:16
**forward**
  20:23

**G**

**gateway**
  20:23
**global**
  21:17
**Golf**
  20:17 21:16

**H**

**happy**
  20:20
**heart**
  20:8
**higher**
  22:4
**huge**
  20:25

**I**

**impossible**
  21:7
**Italian**
  21:19 22:4

**J**

**Joburg**
  22:3
**judge**
  21:6
**Jumbo**
  20:6

**L**

**Lee**
  21:10
**LEON**
  23:5
**LIV**
  20:17 21:16

**M**

**markets**
  21:17

mind
    21:11
minimum
    21:21,25
    22:1,3
minimums
    22:2
Monahan
    20:15
Monte
    21:14
move
    20:10

**N**

neglect
    21:18,23
night
    20:16
notes
    23:10
November
    23:12
number
    21:8,12,14

**O**

ongoing
    20:16
Open
    21:19  22:3,4
Ozaki
    20:6

**P**

Palm
    23:17

past
    21:10
PAUL
    20:1,3,6,22
    21:21,25
PGA
    20:17,23
    21:18
Place
    23:16
play
    21:7
played
    21:11
players
    21:9
playing
    20:25  21:2
points
    20:25
pretty
    21:10
proceedings
    23:9

**R**

raise
    21:7,8
RANDALL
    21:23
rankings
    21:4,6
record
    23:10
recorded
    23:8
recording

    22:6
records
    21:23
regard
    21:15
REPORTER
    23:1
Rich
    20:1,2,5,13
    21:16
rising
    21:19
road
    20:7
rose
    21:14

**S**

satisfied
    20:20
science
    20:8
seesaw
    20:4,10
set
    20:16  21:16
sights
    21:16
situation
    20:7
slighted
    20:21
soul
    20:9
STATE
    23:4
stature

    21:19
stenographic
    23:10
stenographicall
y
    23:7
strength
    21:5
suggesting
    20:14
Suite
    23:16

**T**

terms
    20:9
thing
    21:4
tomorrow
    20:16
Tour
    20:17,19,20,
    24  21:8,12,
    18,20
tournament
    22:1
tournaments
    20:10  21:13,
    19
Tracy
    23:6,16
transcribe
    23:8
transcript
    23:9
true
    23:9

**V**

**video**
  22:6

**W**

**West**
  23:17
**Westwood**
  21:11
**winning**
  20:9
**world**
  21:3,6,8,9,
  12,23