

HOME ▸ GOLF

# The ugly history that will forever hurt golf's most hated man



Patrick Reed won, but no-one wants to discuss that.                                           Source: Getty Images



**Gadiel Notelovitz** from **Fox Sports**
@gadi_notelovitz

February 1st, 2021 7:22 pm

At this point, there's no doubting Patrick Reed is one of the best golfers in the world.

But, you know, there's also no doubting he's about as likeable as the bloke taking mirror selfies at the gym.

The American won another tournament on Monday (AEDT) as he powered to a five-shot win at the Farmers Insurance Open. Of

Exhibit 10(c)

course, that's not the story.

As has seemingly become routine with Reed, all anyone can talk about is the man behind the club. The same man who, to this point, has played the *bad guy* more than any other golfer in recent memory.

**Watch Live Coverage from The USPGA Tour with Fox Sports on Kayo. New to Kayo? Get your 14-day free trial now & start streaming instantly >**

There was no benefit of the doubt for Reed this time. Just the doubt. A guy with past transgressions, paired with an abrasive personality, who you feel is only just getting started on a villainous character arc that has already been decided.

Reed, who pleaded his innocence after another 'cheating' furore, was cleared by officials. But that didn't matter in the court of public opinion; the 30-year-old found guilty. Again.

And that's the problem: there's history.

Reed spent a year at the University of Georgia before being dismissed from the team, with allegations of cheating and stealing following him out the door.

They're allegations, made in Shane Ryan's *Slaying the Tiger: A Year Inside the Ropes on the New PGA Tour,* that Reed denies. He claims he was booted for alcohol-related violations, but a statement from Jason Payne, the assistant golf coach at Georgia, paints a different picture.

"While getting to know Patrick through the recruiting process as a coach, a few character issues came to light, that we as coaches thought we could help Patrick with," Payne said.

"… There is no doubting the ability of Patrick as a golfer, it was Patrick as a person that we chose not to associate with. The story that has been reported by Shane Ryan is an accurate account of his college career at UGA—including the suspicions held by his former teammates."



Patrick Reed, not the most popular man on tour.                                                                              Source: AFP

After turning professional, Reed declared himself a "top-five" player in the world before he'd played in a major, was caught on camera calling himself a "f*cking f***ot" after missing a putt, and earned the nickname 'Captain America' for his antics at the Ryder Cup.

In 2018, Reed won the Masters. The man, who finished behind only Bubba Watson in an ESPN player's poll asking who they'd be least likely to help in a fight, finally had a major to go with the strut.

The following year, though, the American was caught up in another scandal. Playing at the Hero World Challenge in the Bahamas, Reed was penalised two strokes for moving sand with his practice swings while in a bunker.

"It's unfortunate," Reed said after the incident.

"I didn't feel it drag, but then when they brought it up to me it definitely did drag some of the sand and because of that it's considered a two-stroke penalty," he said.

"I think with a different camera angle they would have realised that if it was from the side you would have seen that with the backswing it was not improving the lie because it was far enough away from the golf ball.

"But after seeing that camera angle, because it brushed the sand it was a penalty."

Camera angle or not, there was very little forgiveness for Reed, who then copped it — [heavily](#) — at the Presidents Cup in Australia.

And now in 2021, Reed is being criticised from all corners for *technically* doing nothing wrong.



"I think the rule is if you're in doubt on something that's going to give you an advantage and it's not 100 percent, then you kind of go the other way," 2019 Houston Open winner Lanto Griffin said of Reed's actions on Sunday.

"So it's tough to see, it's sad, kind of pisses us off, but it's the way it is. Hopefully something changes and [we] come to a conclusion."

Xander Schauffele added: "Obviously the talk amongst the boys isn't great, I guess, but he's protected by the tour and that's all that matters, I guess."

If he continues down this path, he might need that protection.

**Subscribe to our Fox Sports newsletters**

Email