| Discover Thomson Reuters ••• | Directory of sites | Login | Contact | Support |

**REUTERS**   World   Business   Markets   Breakingviews   Video   More 

GOLF   DECEMBER 12, 2018 / 4:39 PM / UPDATED 4 YEARS AGO

# Kisner: College teammates hated Patrick Reed

By   2 MIN READ 

The line of fire toward unpopular Masters champion Patrick Reed continues to percolate.



FILE PHOTO: Golf - 2018 Ryder Cup at Le Golf National - Guyancourt, France - September 29, 2018 - Team USA's Patrick Reed during the Fourballs REUTERS/Charles Platiau

Exhibit 10(d)

Fellow PGA Tour pro Kevin Kisner weighed in about Reed in a story by Golf Digest that touches on how Reed's college teammates at Georgia and Augusta State felt about him.

"They all hate him -- any guys that were on the team with him (at Georgia) hate him and that's the same way at Augusta," Kisner, who attended Georgia prior to Reed's short stint on the golf team, told the entity. "I don't know that they'd piss on him if he was on fire, to tell you the truth."

Reed was dismissed from Georgia after one season (2009) after accusations of cheating and stealing that he had denied. He spent two seasons at Augusta State and led the team to national titles in 2010 and 2011.

He isn't well liked on the PGA Tour and even his breakthrough Masters victory in April came with a reputation hit.

While Reed, 28, was putting forth an effort that earned him his biggest victory as a pro, his estranged parents and sister were a few miles away from Augusta National. They were watching on television in a house and not on the course.

Asked about the situation, Reed coldly replied: "I mean, I'm just out here to play golf and try to win golf tournaments."

Reed also was involved in controversy after Team Europe soundly defeated Team USA 17.5-10.5 in the Ryder Cup.

He complained that he wasn't paired up with Jordan Spieth, saying "the issue's obviously Jordan not wanting to play with me." He also criticized captain Jim Furyk's decision to not use him in two matches.

--Field Level Media