UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,  Case No. 3-22-CV-01059-TJC-PDB

  Plaintiff,

vs.

BRANDEL CHAMBLEE; TGC, LLC; DAMON HACK; BENJAMIN BACON; EAMON LYNCH; GANNETT SATELLITE INFORMATION NETWORK, LLC; GANNETT CO., INC.; CONDE NAST INTERNATIONAL, INC.; ZACH HELFAND

  Defendants.

## NOTICE OF CONVENTIONAL FILING OF USB FLASH DRIVE

Pursuant to this Court's January 10, 2023 Order granting the Unopposed Motion for Leave to Conventionally File Audiovisual Exhibits, filed by Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC d/b/a The Golf Channel (collectively, "Defendants") (D.E. 31), Defendants hereby conventionally file a USB flash drive containing the three video exhibits referenced in Defendants' Motion to Dismiss Amended Complaint and annexed to the Declaration of Minch Minchin. *See* Declaration of Minch Minchin ¶¶ 3, 8, 22 (corresponding to Exhibits 1(a), 5(a), and 8(a)).

Dated: January 13, 2023

Respectfully Submitted,

SHULLMAN FUGATE PLLC

*/s/ Minch Minchin*
Rachel E. Fugate (Fla. Bar No. 144029)
rfugate@shullmanfugate.com
Deanna K. Shullman (Fla. Bar No. 514462)
dshullman@shullmanfugate.com
Minch Minchin (Fla. Bar No. 1015950)
mminchin@shullmanfugate.com
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tel: (813) 935-5098

*Attorneys for Golf Channel, Brandel Chamblee, Damon Hack, Benjamin Bacon, and Eamon Lynch*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2023, the foregoing was served on the Court and all counsel of record via FedEx Overnight Mail.

/s/ *Minch Minchin*
Minch Minchin