IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | } |
| Plaintiff | } |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL EUGENE CHAMBLEE, et al | } |
| Defendants. | } |

**PLAINTIFF PATRICK NATHANIEL REED'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS GANNETT CO,. INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC'S MOTION TO DISMISS**

Plaintiff Patrick Reed ("Mr. Reed") hereby moves this honorable Court for an extension of time until and including February 17, 2023 to file a response to Defendants Gannet Co., Inc. and Gannett Satellite Information Network, LLC's Motion to Dismiss. ECF No. 38. The reason for this request is that the undersigned counsel is travelling on client matters during this interim period where Mr. Reed's response would otherwise be due. Furthermore, this extension will sync up the due date for Mr. Reed's response to the other Defendants, Brandel Chamblee, Benjamin Shane Bacon, Damon Hack, Eamon Lynch, and TGC, LLC's Motion to Dismiss. ECF No. 35.

**LOCAL RULE 3.01(g) CERTIFICATION**

1

The undersigned certifies that he communicated with counsel for Defendants Gannet Co., Inc. and Gannett Satellite Information Network, LLC, who does not oppose the relief sought herein.

Dated: January 23, 2023

Respectfully submitted,

By: */s/ Larry Klayman*
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, January 23, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*

2