UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,	Case No. 3-22-CV-01059-TJC-PDB

　Plaintiff,

vs.

BRANDEL CHAMBLEE, et al.,

　Defendants.

## DEFENDANTS' NOTICE OF FILING PROOF OF SERVICE

Pursuant to the certificate of service appearing in Defendants' Notice of Conventional Filing of USB Flash Drive, filed on January 13, 2023 (D.E. 37 at 2), Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC hereby file this notice of filing proof of service of the USB flash drive, as reflected in certificate of service. Defendants file the instant notice in light of Plaintiff's new allegation—appearing in Plaintiff's Motion for Leave to File a Reply (D.E. 48 at 1)—that he never received a USB flash drive from defense counsel.

Attached, please find the proofs of receipt for the USB flash drives provided via FedEx Overnight Delivery to counsel for Plaintiff and counsel for the other defendants in this matter.

Dated: March 1, 2023

        Respectfully Submitted,

        SHULLMAN FUGATE PLLC

        ***/s/ Minch Minchin***
        Rachel E. Fugate (Fla. Bar No. 144029)
        rfugate@shullmanfugate.com
        Deanna K. Shullman (Fla. Bar No. 514462)
        dshullman@shullmanfugate.com
        Minch Minchin (Fla. Bar No. 1015950)
        mminchin@shullmanfugate.com
        50 N. Laura Street, Suite 2500
        Jacksonville, FL 32202
        Tel: (813) 935-5098

        *Attorneys for Defendants*