February 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771020204358

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.ROJAS | **Delivery Location:** | 7050 W PALMETTO PARK RD |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | BOCA RATON, FL, 33433 |
| | | **Delivery date:** | Jan 16, 2023 09:18 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771020204358 | **Ship Date:** | Jan 13, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Larry Klayman, Esq., Klayman Law Group
7050 W. Palmetto Park Rd.
BOCA RATON, FL, US, 33433

**Shipper:**
Katie Stine,
100 South Ashley Drive Ste 600
Tampa, FL, US, 33602

**Reference**          NBC Reed



Thank you for choosing FedEx