February 28, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771020340315

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | 601 S BOULEVARD |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | TAMPA, FL, 33606 |
| | | **Delivery date:** | Jan 16, 2023 14:04 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771020340315 | **Ship Date:** | Jan 13, 2023 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Carol Jean LoCicero, Esq., Thomas & LoCicero
601 South Boulevard
TAMPA, FL, US, 33606

**Shipper:**
Katie Stine,
100 South Ashley Drive Ste 600
Tampa, FL, US, 33602

**Reference**        NBC Reed

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx