## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,                Case No. 3-22-CV-01059-TJC-PDB

  Plaintiff,

vs.

BRANDEL CHAMBLEE, et al.,

  Defendants.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S PROPOSED UNIFORM CASE MANAGEMENT REPORT TO FACILITATE ENTRY OF A CASE MANAGEMENT ORDER

Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC d/b/a The Golf Channel (collectively, the "Golf Channel Defendants") and Gannett Satellite Information Network, LLC, d/b/a *Golfweek*, and Gannett Co., Inc. (collectively, the "Gannett Defendants") jointly respond as follows to Plaintiff Patrick Nathaniel Reed's unilaterally filed Proposed Case Management Report. (D.E. 51).

The parties exchanged and reviewed drafts of a proposed case management report on March 8, 2023. Unfortunately, that process broke down and Plaintiff unilaterally filed a proposed case management report that same day. *See* Exhibit 1 (conferral emails).  These disputes should have been resolved among counsel in good faith discussions. To minimize the inconvenience to the Court and facilitate the entry of a case management

order, it appears from Plaintiff's filing that there are only two   issues requiring clarification.

First, counsel for the Golf Channel Defendants *asked* if the deadline for initial disclosures could be extended. *Id.* Although the Golf Channel Defendants would have preferred March 23, 2023 for initial disclosures, they can meet the March 16, 2023 deadline and would not have held up the case management report on this issue.

Second, Paragraph 9(C) of the case management report asks if discovery should be conducted in stages. In an effort to be candid, the Golf Channel Defendants suggested that box be marked so that counsel and the Court were aware that they may move to stay discovery pending the outcome of their motion to dismiss. *Id.* This response, however, achieves that purpose. The Defendants have no objection to checking no on this box and will request a stay of discovery if and when they deem appropriate.

The Golf Channel Defendants and the Gannett Defendants confirm that the deadlines in the proposed case management report are consistent with what the parties agreed in the case management conference.

Dated: March 10, 2023

Respectfully Submitted,

*/s/ Rachel E. Fugate*
Rachel E. Fugate (Fla. Bar No. 144029)
rfugate@shullmanfugate.com

2

Shullman Fugate PLLC
100 South Ashley Dr., Suite 600
Tampa, FL 33602
Tel: (813) 935-5098

*Attorneys for Golf Channel Defendants*


***/s/ Carol Jean LoCicero***
Carol Jean LoCicero (Fla. Bar No. 603030)
clocicero@tlolawfirm.com
Thomas & LoCicero PL
601 South Boulevard
Tampa, FL 33606
Tel: (813) 984-3060

*Attorneys for Gannett Defendants*

3