| | |
|---|---|
| **From:** | Rachel E. Fugate |
| **To:** | "Larry Klayman" |
| **Cc:** | Asher Anderson; Linda Norbut; Carol Jean LoCicero; Larry Klayman; Asher Anderson |
| **Subject:** | RE: Reed v. Chamblee Et al. Uniform Case Management Report |
| **Date:** | Wednesday, March 8, 2023 2:35:00 PM |
| **Attachments:** | image003.png |

Which suggestions below do you not agree with?

**Rachel E. Fugate**
Shullman Fugate PLLC
ph: 813.935.5098 | cell: 813.230.0693

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Sent:** Wednesday, March 8, 2023 2:07 PM
**To:** Rachel E. Fugate <rfugate@shullmanfugate.com>
**Cc:** Asher Anderson <asher.andersonfw@gmail.com>; Linda Norbut <lnorbut@tlolawfirm.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; Larry Klayman <leklayman@gmail.com>; Asher Anderson <asher.b.anderson@gmail.com>
**Subject:** Re: Reed v. Chamblee Et al. Uniform Case Management Report

I do not agree with this. We had an agreement so please stick by it.

Larry Klayman

On Wed, Mar 8, 2023 at 11:00 AM Rachel E. Fugate <rfugate@shullmanfugate.com> wrote:

> Thanks, Asher. A couple of other issues.
>
> - On paragraph 1, please correct my firm name to Shullman Fugate PLLC (not Fugate Shullman).
> - Paragraph 2, because it took some time to get the draft, can we change the deadline for providing mandatory disclosures to two weeks from the date of whenever we actually end up filing the CMR. I've got a lot of individual clients involved and want to make sure I have sufficient time to get their information.
> - Paragraph 4, we still don't have a description of the action.
> - Paragraph 9 – after conferring with my client, please check that discovery should be conducted in phases. And in the description you can state that the Golf Channel defendants may move to stay discovery pending the outcome of their motion to dismiss. You can also add this to the list of things to be discussed at preliminary pretrial conference in paragraph 7.
> - On my signature block, you have that I represent Golfweek. I believe Golfweek is owned by Gannett, which Carol represents. Please also include my email address on my signature block.
>
> **Rachel E. Fugate**
> Shullman Fugate PLLC
> ph: 813.935.5098 | cell: 813.230.0693

Exhibit 1, Page 1 of 5

**From:** Asher Anderson <asher.andersonfw@gmail.com>
**Sent:** Wednesday, March 8, 2023 1:42 PM
**To:** Linda Norbut <lnorbut@tlolawfirm.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Subject:** Re: Reed v. Chamblee Et al. Uniform Case Management Report

Jesse has sent over some changes to be made. I will provide updated drafts to you all.

Warm regards,

**Asher Anderson**
Executive Assistant
Klayman Law Group, P.A.

On Wed, Mar 8, 2023 at 6:47 AM Linda Norbut <lnorbut@tlolawfirm.com> wrote:

> Hi Asher,
>
> In addition to Rachel's notes, please reflect in paragraph number 1 that I also attended the case management conference along with Carol on behalf of the Gannett defendants.
>
> Also, the rebuttal expert disclosure deadline should be in December.
>
> We'll keep an eye out for a revised version to review.
>
> Thank you.
>
> Member of NAMWOLF®
>
> **Linda Riedemann Norbut**
>
> 601 South Boulevard
> Tampa, FL 33606
>
> **ph:** 813.984.3060 | **direct**: 813.984.3077
> **fax:** 813.984.3070 | **toll-free:** 866.395.7100
> www.tlolawfirm.com
>
> **Tampa – South Florida**
> **To upload large documents, please click here**
>
> CONFIDENTIALITY NOTICE: The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination, or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution, or reproduction of this message, or any of the information contained in it, is strictly prohibited.
>
> Begin forwarded message:
>
>> **From:** "Rachel E. Fugate" <rfugate@shullmanfugate.com>

**Date:** March 8, 2023 at 9:16:11 AM EST
**To:** Asher Anderson <asher.andersonfw@gmail.com>, Larry Klayman <leklayman@gmail.com>, Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Cc:** Deanna Shullman <dshullman@shullmanfugate.com>
**Subject: FW: Reed v. Chamblee Et al. Uniform Case Management Report**

Thanks, Asher. I'm including Carol LoCicero who represents Gannett and attended the case management conference. She will need to sign off on this as well. Also, Deanna Shullman did not attend the case management conference on behalf of the remaining Defendants (Chamblee, Hack, Bacon, Lynch, and TGC), I did. So paragraph number 1 will need to be fixed.

As a preliminary matter, paragraph 3 needs a description of the action. I believe everybody has filed disclosure statements. If so, paragraph 4 needs to be checked. Paragraph 7 needs discussion points for a preliminary pretrial conference. For paragraph 9, we need discovery subjects. Finally, please add signatures for paragraph 12.

Please recirculate when completed. In the interim, I'll discuss with my clients. But please do not file until there has been approval of a final version.

Thank you,
Rachel

**Rachel E. Fugate**
Shullman Fugate PLLC
ph: 813.935.5098 | cell: 813.230.0693

---

**From:** Asher Anderson <asher.andersonfw@gmail.com>
**Sent:** Tuesday, March 7, 2023 8:52 PM
**To:** Deanna Shullman <dshullman@shullmanfugate.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Cc:** Larry Klayman <leklayman@gmail.com>
**Subject:** Reed v. Chamblee Et al. Uniform Case Management Report

Please review and provide your consent and we will file tomorrow.

--

**Asher Anderson**
Executive Assistant
Klayman Law Group, P.A.

| | |
|---|---|
| **From:** | Rachel E. Fugate |
| **To:** | "Asher Anderson"; Carol Jean LoCicero; Linda Norbut; Deanna Shullman; Minch Minchin |
| **Cc:** | Larry Klayman |
| **Subject:** | RE: Reed v. Chamblee Et al. Uniform Case Management Report |
| **Date:** | Wednesday, March 8, 2023 6:43:00 PM |

Mr. Klayman: I never reneged on any agreement. My email from 2:00 today raised several issues -- some technical, such as correcting my firm name and who I represent. I noted that we still needed a description of the case. I also **asked** if we could move the date on initial disclosures. And I noted that after conferring with my client, we were going to request that discovery be conducted in phases. I even suggested language that made clear it was the Golf Channel defendants that were making the request.

Your response to this email was simply: "I do not agree with this. We had an agreement so please stick by it." When I then asked which suggestions you did not agree with, I received no response.

The whole purpose of the case management conference and exchanging drafts is to confer about the issues and finalize the details. We were attempting to do that in good faith.

I understand that you do not want to lose more time. However, defense counsel made themselves available for the case management conference on three separate occasions where you cancelled. On two of those occasions, the meeting was not cancelled in advance and defense counsel waited on the conference line until it became apparent that you were not showing up. The draft case management report was provided almost a week after we conferred. I don't think it is asking too much to have more than a day to hammer out the final details.

I do not believe unilaterally filing your case management report minutes after sending the email below meaningfully advances this case.

**Rachel E. Fugate**
Shullman Fugate PLLC
ph: 813.935.5098 | cell: 813.230.0693

**From:** Asher Anderson <asher.andersonfw@gmail.com>
**Sent:** Wednesday, March 8, 2023 6:02 PM
**To:** Carol Jean LoCicero <clocicero@tlolawfirm.com>; Linda Norbut <lnorbut@tlolawfirm.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>; Deanna Shullman <dshullman@shullmanfugate.com>; Minch Minchin <mminchin@shullmanfugate.com>
**Cc:** Larry Klayman <leklayman@gmail.com>
**Subject:** Re: Reed v. Chamblee Et al. Uniform Case Management Report

Given that you have reneged on some of our agreements concerning the Uniform Case Management Report, we will file it unilaterally so as not to lose more time. Feel free to file your own. Where we can agree I will incorporate your suggestions. Hopefully, we can agree in the next five days and if so, we can file a Joint Uniform Case Management Report.

Larry Klayman, Esq.
Counsel for Patrick Nathaniel Reed