IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED, | }<br>}<br>} |
| Plaintiff | } |
| v. | }<br>}   Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL EUGENE CHAMBLEE, et al | }<br>} |
| Defendants. | } |

**PLAINTIFF PATRICK NATHANIEL REED'S NOTICE REGARDING SERVICE OF DEFENDANTS CONDE NAST INTERNATIONAL, INC. AND ZACH HELFAND**

Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") hereby informs the Court that he is currently taking every effort to have Defendants Conde Nast International, Inc and Zach Helfand served prior to the ninety (90) day deadline imposed by Federal Rule of Civil Procedure 4(m), but it appears that there is evasion of service occurring. Thus, Plaintiff may need to move for an extension of time to serve these Defendants prior to the ninety (90) day service deadline of March 16, 2023.

Dated: March 10, 2023                                Respectfully submitted,

By: /s/ *Larry Klayman*
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

1

## CERTIFICATE OF SERVICE

    I, Larry Klayman, hereby certify that on this day, March 10, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                                                                  /s/ Larry Klayman