# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.

BRANDEL EUGENE CHAMBLEE,
TGC, LLC, DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, GANNETT CO.,
INC., GANNETT SATELLITE
INFORMATION NETWORK, LLC,
CONDE NAST INTERNATIONAL,
INC., and ZACH HELFAND,

    Defendants.

Case No. 3:22-cv-1059-TJC-PDB

---

PATRICK NATHANIEL REED,

    Plaintiff,

v.

SHANE RYAN, HACHETTE BOOK
GROUP, INC., DOUG FERGUSON,
THE ASSOCIATED PRESS, FOX
SPORTS, INC., NYP HOLDINGS,
INC., GAVIN NEWSHAM,
BLOOMBERG L.P., and ERIK
LARSON,

    Defendants.

Case No. 3:22-cv-1181-TJC-PDB

# O R D E R

These cases are before the Court on several motions and the parties' Case Management Reports, wherein the parties request a Preliminary Pretrial Conference (Docs. 51, 52 in 3:22-cv-1059); (Doc. 37 in 3:22-cv-1181). Accordingly, it is hereby

**ORDERED:**

1. These cases are hereby **SET** for an **IN-PERSON** omnibus hearing on **July 6, 2023**, at **2:00 PM** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] At the hearing, the Court will conduct a preliminary pretrial conference and consider any pending motions, including any motions to dismiss. The Court will not issue a Case Management and Scheduling Order until after the hearing. Accordingly, discovery is **STAYED** until after the hearing or until further order.

2. Plaintiff's counsel has informed the Court that Plaintiff will likely need extra time to serve Defendants Conde Nast International, Inc. and Zach Helfand. (Doc. 53 in 3:22-cv-1059). The Court will allow Plaintiff an additional 30 days to effect service of process. No later than **April 24, 2023**, Plaintiff shall

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.

file proof of service on Defendants Conde Nast International, Inc. and Zach Helfand.

3. Plaintiff's Motion to Return to Defendants' Counsel USB Drive and Documents Submitted by Defendants' Counsel to Court <u>Ex Parte</u> Concerning Defendants' Motion to Dismiss (Doc. 41 in 3:22-cv-1059), Plaintiff's Motion for Leave to File Reply (Doc. 43 in 3:22-cv-1059), Plaintiff's Motion to Strike USB Drives and Other Exhibits and For Sanctions (Doc. 44 in 3:22-cv-1059), and Plaintiff's Motion for Leave to File Reply (Doc. 48 in 3:22-cv-1059) are **DENIED**. Providing courtesy copies is routine and does not constitute unauthorized <u>ex parte</u> communications.

4. Defendants' Motion for Leave to Conventionally File Hard Copies of Exhibits (Doc. 32 in 3:22-cv-1181) is **GRANTED**. The Court will consider the materials sent by counsel.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of March, 2023.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

3