IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICK NATHANIEL REED,

        Plaintiff

v.

BRANDEL EUGENE CHAMBLEE, et al

        Defendants.

Case Number: 3-22-CV-01059-TJC-PDB

## PLAINTIFF PATRICK NATHANIEL REED'S REPLY REGARDING CASE MANAGMEMENT REPORT

    Some of the representations contained in Defendants' Response to Plaintiff's Proposed Uniform Case Management Report to Facilitate Entry of a Case Management Order, ECF No. 52, are incorrect and misleading, consistent with other misleading statements made to this Court by the law firm of Shullman Fugate PLLC over the issue of the USB flash drive being sent to chambers.

    Defendants had previously agreed to discovery deadlines WITHOUT a requirement that discovery be conducted in stages. After Plaintiff Patrick Reed ("Plaintiff") sent to Defendants' counsel a verbatim draft case management report, Defendants' counsel reneged with regard to discovery. When Plaintiff Reed's counsel saw that the case management report would thus not be timely filed as a result of this last-minute change of position by the Defendants' counsel, he filed unliterally, but with a statement that it was hoped that the matter could be resolved in 5 days. Defendants' counsel made no such attempt and instead filed Defendants' misleading response.

    To make it clear, Plaintiff never agreed to stay discovery or conduct it in stages, both of which would delay this case proceeding to trial, and this 12th hour position by the Defendants'

1

counsel was never discussed within the suggested 5 days prior to Defendants' filing their tactically motivated misleading Defendants' Response to Plaintiff's Proposed Uniform Case Management Report to Facilitate Entry of a Case Management Order.

Plaintiff respectfully requests a case management status hearing, as soon as practicable for this honorable Court at its respected discretion, prior to the scheduled July 6, 2023 hearing date, to clear up and present these issues fully for the Court to consider permitting discovery to proceed at this time.

Dated: March 15, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Larry Klayman
　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 246220
　　　　　　　　　　　　　　　　　　　　　　Klayman Law Group P.A.
　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　　　　　　Tel: 561-558-5536
　　　　　　　　　　　　　　　　　　　　　　leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 15, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

　　　　　　　　　　　　　　　　　　　　　　/s/ Larry Klayman