IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED, }
}
        Plaintiff }
}
   v. } Case Number: 3-22-CV-01059-TJC-PDB
}
BRANDEL CHAMBLEE, TGC, LLC, }
DAMON HACK, BENJAMIN BACON, }
EAMON LYNCH, GOLFWEEK, & }
GANNETT CO., INC., }
}
        Defendants. }

**PLAINTIFF PATRICK NATHANIEL REED'S REQUEST FOR A STATUS CONFERENCE AND TO RESET DATE FOR OMNIBUS HEARING OF JULY 6, 2023**

Counsel for Patrick Nathaniel Reed respectfully requests an in-person status conference before this honorable Court to take place on March 27, 28, 30 or 31, when he will be, with his client representative, in the vicinity of Jacksonville.

    Mr. Reed and his counsel feel strongly about the need for the parties to appear before, and introduce themselves to, this honorable Court, to discuss *inter alia* the proposed case management report, suggested pretrial deadlines and related issues. The Court's order of March 14, 2023, does not address these proposed pre-trial deadlines and it would be helpful, for scheduling purposes, to hold this status conference at this time with all counsel present.

    It would also be prudent for all parties to appear in person before this honorable Court to discuss protocol and court procedures, such as sending courtesy copies to chambers, since by way of example, what is sent to chambers cannot otherwise be verified as accurate or authentic

1

without opposing parties obtaining true copies of exactly what was actually sent to chambers. Attached are sworn affidavits attesting that what has been sent to chambers in the past was not timely provided to Mr. Reed and his counsel and, even if timely provided, there is no present way of learning if what this honorable Court received is the same as what was filed with the Clerk. This is important to avoid prejudice to the parties. Plaintiff Reed and his counsel presently have no way of knowing what is contained in the USB flash drive and documents sent to chambers, which the Court, in its order of March 14, 2023, said it would review and consider in ruling on the pending motions to dismiss. Regrettably, given past inaccurate and at best misleading representations of defense counsel, Mr. Minch Minchin, this consideration takes on added importance.

Plaintiff Reed and his counsel also believe and feel strongly that oral argument should respectfully take place with regard to dispositive motions, such as the ones currently pending, before this honorable Court renders rulings on these motions. This will allow for a focused oral argument with questions to be asked by this honorable Court, which will aid in the just resolution of these motions.

A status conference is also prudent to discuss resetting the date of the currently scheduled omnibus hearing of July 6, 2023, as Mr. Reed is scheduled to be in London England from July 2 through July 10, 2023, to fulfill his contractual professional event commitment on the LIV Golf Tour, at the Centurion Club, and he would like to be present at the omnibus hearing. At the status conference, mutually convenient dates an as alternative can be suggested, agreed to and scheduled.

And lastly a status conference can address other matters which to this honorable Court feels are important to further the efficient and just administration of this case.

WHEREFORE, Plaintiff Reed and his counsel respectfully request that a status conference be scheduled for March 27, 28, 30 or 31, 2023.

Dated: March 21, 2023                                                                 Respectfully Submitted,


                                                            /s/ Larry Klayman\
                                                            Larry Klayman, Esq.\
                                                            Florida Bar No.: 246220\
                                                            Klayman Law Group P.A.\
                                                            7050 W. Palmetto Park Rd\
                                                            Boca Raton, FL, 33433\
                                                            Tel: 561-558-5536\
                                                            leklayman@gmail.com\
                                                            *Counsel for Patrick Nathaniel Reed*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 21, 2023, a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing and via email.


                                                            */s/ Larry Klayman*\
                                                            Larry Klayman

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHIANIEL REED,

    Plaintiff,

v.

Case No. 3:22-cv-01059

BRANDEL EUGENE CHAMBLEE,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

    Defendants.

## SWORN AFFIDAVIT OF SARA BOWLES

I, Sara Bowles, hereby declare under the penalty of perjury that the follow statements are true and correct:

1. I am over the age of eighteen (18) years old and mentally and legally competent to make this declaration.

2. I am employed as the manager at 7050 West Palmetto Park Road, Boca Raton, FL, 33433.

3. I retrieve mail and packages from carriers including but not limited to Federal Express, United Parcel Service, UHL and United States Postal Service. ("Deliveries")

4. My staff at 7050 West Palmetto Park Road, Boca Raton, FL, 33433, including myself, retrieve, sort and store all such deliveries to us, except those that are undeliverable and/or have an invalid address.

5. The staff, at all times, work diligently to ensure that all such deliveries are designated to their respective recipients and that such deliveries are not lost, misplaced or mishandled.

6. I confirm that Klayman Law Group, P.A. does receive deliveries here at 7050 West Palmetto Park Road, Boca Raton, FL 33433.

7. I am in constant contact with Asher Anderson, the Executive Assistant at Klayman Law Group, P.A., who retrieves all such deliveries for Klayman Law Group, P.A. multiple times per week.

8. On or about January 13, 2023 until the present, Asher Anderson, when retrieving such deliveries, has asked, on numerous occasions, for the staff to confirm that all such deliveries have been retrieved and that there is nothing remaining in their specific mail keep. The staff and I have confirmed, on numerous occasions, that all mail and packages are collected.

9. I, Sara Bowles, can confirm that Asher Anderson has called on numerous occasions asking if any such deliveries have been received from Minch Minchin or Rachel Fugate of the law firm of Fugate Shullman, PLLC. Neither myself nor my staff can confirm ever receiving such deliveries from Minch Minchin or Rachel Fugate of the law firm of Fugate Shullman, PLLC, which I understand that Mr. Minchin and his firm claim to have sent on or about January 13, 2023.

A true statement

*[signature]*

Sara Bowles
Manager

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHIANIEL REED,

    Plaintiff,

v.                                                                                  Case No. 3:22-cv-01059

BRANDEL EUGENE CHAMBLEE,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

    Defendants.

## SWORN AFFIDAVIT OF ASHER ANDERSON

I, Asher Anderson, hereby declare under oath that the follow statements are true and correct:

1. I am over the age of eighteen (18) years old and mentally and legally competent to make this declaration.

2. I am employed as the Executive Assistant to Larry Klayman, Esq. at Klayman Law Group, P.A..

3. I am the only person that retrieves the mail, including but not limited to Federal Express, United Parcel Service, UHL and United States Postal Service for Klayman Law Group, P.A. ("Deliveries")

4. Over the last 7 weeks and prior, I have retrieved the deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all mail, including packages and envelopes, there was not a package or envelope from Defendants' counsel, Mr. Minch Minchin, Rachel

Fugate, and/or their law firm Fugate Shullman, PLLC ("Defendants' Counsel") containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

5. On or about January 16, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

6. On or about January 18, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

7. On or about January 20, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

8. On or about January 23, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or

envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

9. On or about January 27, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

10. On or about February 13, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

11. On or about February 17, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

12. On or about February 22, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or

envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

13. On or about February 24, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

14. On or about February 28, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

15. On or about March 3, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

16. On or about March 8, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other

documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

17. Prior to March 9, 2023, I retrieved deliveries from our address at 7050 West Palmetto Park Road, Boca Raton, Florida, 33433. Upon collecting all deliveries, including packages and envelopes, there was not a package or envelope from Defendants' counsel containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

18. In conclusion, during these time periods, I have diligently processed deliveries for Klayman Law Group, P.A., which includes but is not limited to, retrieval, opening, storing, scanning and safekeeping of confidential documents. Klayman Law Group, P.A. has not received any mailing or package from Defendants' counsel Mr. Minch Minchin, Rachel Fugate and/or their law firm Fugate Shullman, PLLC, containing a USB drive and other documents sent ex parte to the chambers of the Honorable Timothy Corrigan on or about January 13, 2023.

*Sworn under the penalty of perjury.*

_____

Asher Anderson
Executive Assistant
Klayman Law Group, P.A.

5

**Florida General Affidavit**

STATE OF FLORIDA

COUNTY OF Osceola

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

1. I am over the age of 18 and am a resident of the state of Florida. I have personal knowledge of the facts in this affidavit, and, if called as a witness, could testify competently about them.

2. I am currently living at: 835 Golden Bear Drive, Kissimmee, Florida 34747.

3. My name is Justine Reed. I am Patrick Reed's wife. By trade, I am a registered nurse (RN) with a dual bachelors in Nursing and Health Service Administration. I am currently the CEO of Team Reed Enterprises, and I act as Patrick's manager and I also am the co-founder of grindworksUSA, LLC. as well as The Team Reed Foundation. Having worked directly with the PGA Tour whose largest corporate sponsor is FedEx and has been since we had been on the PGA Tour, I have used FedEx Services on a daily basis for the last 10 years, for all shipping needs for Team Reed Enterprises, Inc as well as grindworksUSA, LLC. After seeing opposing counsel's NOTICE of Filing Proof of Service re: 37, in which Mr. Minchin filed on March 1st, 2023, I immediately thought that this "proof of delivery" looked very odd. I also found inconsistencies in the document itself. For one, the "proof of delivery" states that the USB Flash Drives were sent "Standard Overnight" "Weekday Deliver"; yet in scrolling down, it refers to a FedEx *Express* Delivery. Those are two different things, they are not the same. FedEx Express is different that "Standard Overnight Weekday Delivery".

Also, the date February 28, 2023...why would Mr. Minchin wait or why would it take since January 13th to provide a proof of delivery, a label, or simply put...Where is the receipt? Not to mention...the signature on the "proof of delivery" is conspicuous to say the least. So, I looked up the tracking number provided and it says that the label was created on January 12th, dropped off in Tampa on January 13th at 4:58pm, in Tampa, FL and was then routed to Memphis (where FedEx headquarters are only to be sent back to Boca Raton, Fl.). I have shipped so many things in

my life, and not once have I seen FedEx deliver something to headquarters in Memphis when the package is literally supposed to be dropped off at a location three hours away driving time. FedEx didn't become FedEx by creating unnecessary costs and wasting time. I couldn't help but take literally five minutes of my time to show how easy it is to alter or create such a document. Please refer to Exhibit A. In Exhibit A, you will find the altered "proof of delivery" document that literally took me five minutes to produce in Adobe Acrobat. I highlighted the changes I made to the document for your ease of reference. Mr. Minchin supposedly sent the USB Drives to our counsel, Mr. Klayman on January 13th for Standard Overnight Weekday Delivery, and it appears it took him until February 28th 2023 to produce this "proof of delivery" that is inconsistent and I've never seen a proof of delivery sent like this.

Executed this _15_ day of ___March____, 20_23_ in __Kissimmee_____.__FL_____.

*Justine Reed*
Justine Reed



February 28, 2023

Dear Fake Customer,

The following is not the proof-of-delivery for tracking number: 771020204358

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | P. IZZA | Delivery Location: | 7050 W PALMETTO PARK RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | BOCA RATON, FL, 33433 |
| | | Delivery date: | Jan 16, 2023 09:18 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771020204358 | Ship Date: | Jan 23, 2033 |
| | | Weight: | 2.0 LB/0.91 KG |

**Recipient:**
No one at Klayman Law Group
7050 W. Palmetto Park Rd.
BOCA RATON, FL, US, 33433

**Shipper:**
Katie Stine,
100 South Neverland Ste 600
Tampa, FL, US, 33602

Reference     NBC Reed



What is this???

Thank you for choosing FedEx

February 28, 2023

Dear Phony Customer,

The following is odd proof-of-delivery for tracking number: 771020340315

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file; since law firms Have Signature releases…. | Delivery Location: | 601 S BOULEVARD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | TAMPA, FL, 33606 |
| | | Delivery date: | Jan 16, 2023 14:04 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771020340315 | Ship Date: | Jan 23, 2033 |
| | | Weight: | 2.0 LB/0.91 KG |

Recipient:
Carol Jean LoCicero, Esq., Thomas & LoCicero
601 South Boulevard
TAMPA, FL, US, 33606

Shipper:
Katie Stine,
100 South Ashley Drive Ste 600
Tampa, FL, US, 33602

Reference                NBC Reed

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required and because we need this form to say this.

Thank you for choosing FedEx