**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICK NATHANIEL REED,

Plaintiff,

v. Case No. 3:22-cv-1059-TJC-PDB

BRANDEL EUGENE CHAMBLEE, TGC, LLC, DAMON HACK, BENJAMIN SHANE BACON, EAMON LYNCH, GOLFWEEK, and GANNETT CO., INC.,

Defendants.

---

PATRICK NATHANIEL REED,

Plaintiff,

v. Case No. 3:22-cv-1181-TJC-PDB

SHANE RYAN, HACHETTE BOOK GROUP, INC., DOUG FERGUSON, THE ASSOCIATED PRESS, FOX SPORTS, INC., NYP HOLDINGS, INC., GAVIN NEWSHAM, BLOOMBERG L.P., and ERIK LARSON,

Defendants.

---

## ORDER

These cases are before the Court on Plaintiff Patrick Nathanial Reed's Request for a Status Conference and to Reset Date for Omnibus Hearing of July 6, 2023 (Doc. 57 in 3:22-cv-1059) and Defendants Hachette Book Group, Inc.'s, Shane Ryan's, and NYP Holdings, Inc.'s Motion for Leave to File a Short Reply Brief (Doc. 44 in 3:22-cv-1181). Accordingly, it is hereby,

**ORDERED:**

1. Plaintiff's Request for a Status Conference and to Reset Date for Omnibus Hearing of July 6, 2023 (Doc. 57 in 3:22-cv-1059) is **DENIED**. As stated in the Court's March 14, 2023 Order, at the July 6, 2023 hearing the Court will conduct a preliminary pretrial conference (during which the Court will address the parties' Case Management Report) and hear oral arguments on the pending motions to dismiss. See (Doc. 54 at 2 in 3:22-cv-1059). Mr. Reed himself is not required to attend the July 6, 2023 hearing; only his counsel is required to be present. However, if Mr. Reed wishes to attend the omnibus hearing and cannot attend on July 6, 2023, his counsel may file a motion to reschedule the hearing to a later date.[1] The Court will not hold the hearing before July 6, 2023 because Plaintiff has yet to perfect service on several

[1] Plaintiff is reminded of his continuing duty to confer with opposing counsel before filing a motion under Local Rule 3.01(g).

defendants and because the Court requires adequate time to consider the pending motions to dismiss.

2. Defendants' Hachette Book Group, Inc.'s, Shane Ryan's, and NYP Holdings, Inc.'s Motion for Leave to File a Short Reply Brief (Doc. 44 in 3:22-cv-1181) is **GRANTED**. Defendants Hachette Book Group, Shane Ryan, and NYP Holdings, shall file a five-page reply no later than **April 20, 2023**. Plaintiff may file a five-page sur-reply no later than **May 4, 2023**.

3. The Court notes that Plaintiff has failed to perfect service of process on several Defendants in Reed II (3:22-cv-1181) including Fox Sports, Inc., Gavin Newsham, and Erik Larson. Sua sponte, the Court will extend the deadline to file proof of service on all unserved Defendants to **April 24, 2023**.[2]

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of April, 2023.




TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

---

[2] The Court previously extended the service deadline in Reed I (3:22-cv-1059) to April 24, 2023. See (Doc. 54 at 2–3 in 3:22-cv-1059).