IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED,<br><br>　　　　Plaintiff,<br>v.<br><br>SHANE RYAN, *et al*<br><br><br>　　　　Defendants. | **Case No: 3:22-cv-01181-TJC-PDB** |
| PATRICK NATHANIEL REED,<br><br>　　　　Plaintiff<br>v.<br><br>BRANDEL EUGENE CHAMBLEE, et al<br><br>　　　　Defendants. | **Case Number: 3-22-CV-01059-TJC-PDB** |

**PLAINTIFF PATRICK NATHANIEL REED'S RESPONSE TO COURT'S ORDER OF MARCH 14, 2023 REGARDING SERVICE OF PROCESS**

　　Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") hereby responds to the Court's order of the Court of March 14, 2024 stating that "[n]o later than April 24, 2023, Plaintiff shall file proof of service on Defendants Conde Nast International, Inc. and Zach Helfand" and also provides an update on the status of the Defendants who have not yet entered an appearance in the above captioned related cases.

　　Conde Nast International, Inc. – Served on April 6, 2023. Exhibit A – *Affidavit of Service*

　　Erik Larson – Served on April 17, 2023. Exhibit B – *Affidavit of Service*

　　Fox Sports, Inc. – Served on November 14, 2022. Exhibit C – *Affidavit of Service*

1

Zach Helfand – Defendant Helfand appears to be evading service of process. Five attempts at service of Mr. Helfand have been made between December 28, 2022 and April 17, 2023 in New York, and his last name appears on both the mailbox and intercom at the apartment complex where service attempts are being made. Attached hereto as Exhibit D is an affidavit of due diligence from Same Day Process Service detailing the first three attempts, as well as an email detailing the last two. Counsel for Mr. Reed had expected another affidavit from Same Day Process Service by today, but the process server had a death in the family and was unable to provide one today. Mr. Reed will supplement with this second affidavit as soon as it is received. Mr. Reed respectfully requests an additional 21 days to attempt again to serve Mr. Helfand, and if he is unable to do so due to his evasion of service, Mr. Reed will be moving to serve him via alternate means.

Gavin Newsham – Mr. Newsham's publication the New York Post has been served and further efforts will be made to serve him. As he lives in the United Kingdom service is not assured and if necessary he will be voluntarily dismissed out with the case continuing against his employer the New York Post if necessary. Plaintiff respectfully requests another 30 days to attempt to effect service in the United Kingdom.

Dated: April 24, 2023                                  Respectfully submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

**CERTIFICATE OF SERVICE**

  I, Larry Klayman, hereby certify that on this day, April 24, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                        /s/ *Larry Klayman*

# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

      Plaintiff(s),

VS.

**Brandel Eugene Chamblee, et al.**

      Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006


*294668*

**Case Number: 3:22-cv-1059-TJC-PDB**

Legal documents received by Same Day Process Service, Inc. on **04/04/2023** at **2:57 PM** to be served upon **Conde Nast International, Inc. d/b/a The New Yorker, by serving Corporation Service Company at 251 Little Falls Dr., Wilmington, DE 19808**

I, **Sean Snow**, swear and affirm that on **April 06, 2023** at **10:34 AM**, I did the following:

Served **Conde Nast International, Inc. d/b/a The New Yorker, by serving Corporation Service Company** by delivering a conformed copy of the **Summons in a Civil Action; Amended Complaint** to **Lynanne Gares** as **Litigation Management Services Leader & Authorized Agent** of **Conde Nast International, Inc. d/b/a The New Yorker, by serving Corporation Service Company** at **251 Little Falls Dr. , Wilmington, DE 19808**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Sean Snow**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:294668



# EXHIBIT B

# AFFIDAVIT OF PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Shane Ryan, et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006



*294914*

**Case Number: 3:22-cv-01181-TJC-PDB**

Legal documents received by Same Day Process Service, Inc. on **04/10/2023** at **9:05 AM** to be served upon **Erik Larson** at **218 Myrtle Ave., #6A, Brooklyn, NY 11201**.

I, **Nnamdi Erskine**, swear and affirm that on **April 17, 2023** at **8:00 PM**, I did the following:

**Substitute** Served **Erik Larson** by leaving a conformed copy of this **Summons in a Civil Action; Amended Complaint** at **218 Myrtle Ave., #6A, Brooklyn, NY 11201**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Nicholas "Doe"**, as **Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35-45 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Dyed Other Color

**Supplemental Data Appropriate to this Service:** Upon my arrival, I spoke to the current resident Nicholas, who confirmed he lived at the listed address. He confirmed the subject also lived at this address, but refused to give his last name, and was thus served as Nicholas "Doe", Co-Resident. His description is listed above.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Nnamdi Erskine**    *1376400-DcA*
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:294914



# EXHIBIT C

## AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION**

**Patrick Nathaniel Reed**

    Plaintiff(s),

VS.

**Shane Ryan, et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006



*287455*

**Case Number:** 3:22-cv-01181-BJD-PDB

Legal documents received by Same Day Process Service, Inc. on **11/11/2022** at **12:59 PM** to be served upon **Fox Sports, Inc., by serving The Prentice-Hall Corporation System, Inc. at 251 Little Falls Dr., Wilmington, DE 19808**

I, **Sean Snow**, swear and affirm that on **November 14, 2022** at **10:55 AM**, I did the following:

Served **Fox Sports, Inc., by serving The Prentice-Hall Corporation System, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Lynanne Gares** as **Litigation Management Services Leader & Authorized Agent** of **Fox Sports, Inc., by serving The Prentice-Hall Corporation System, Inc.** at **251 Little Falls Dr. , Wilmington, DE 19808**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Sean Snow_
**Sean Snow**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:287455



# EXHIBIT D

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

**Case Number: 3:22-cv-1059-TJC-PDB**

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*288975*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 12/19/2022 at 5:20 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **January 06, 2023** at **9:04 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 12/28/2022-8:31 AM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I discovered the address to be an apartment building. The subjects' last name is on the mailbox for the unit as well as the intercom. I rang the intercom to gain entry into the building, but received no response. - Attempted by Nnamdi Erskine (License # 1376400) |
| 12/31/2022-4:07 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I received no response from the unit. I rang the bell present at the unit, but received no answer. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. - Attempted by Nnamdi Erskine (License # 1376400) |
| 01/06/2023-9:04 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | I arrived at the address and proceeded to ring the intercom but did not receive a response. I was able to observe lights on within the apartment. - Attempted by Nnamdi Erskine (License # 1376400) |

_____  1-13-23
**Nnamdi Erskine (License # 1376400)**
Process Server

Internal Job ID:288975

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

 **Oliver Peer <oliver.peerfw@gmail.com>**

## Status on Your Account#()

**Same Day Process Service, Inc.** <thankyou@samedayprocess.com>  Mon, Apr 24, 2023 at 1:36 PM
To: oliver.peerfw@gmail.com

## Status Items

Status on Your Account:
Serve On: Zach Helfand
Court Case: 3:22-cv-1059-TJC-PDB

| Date and Time | Jobnum | Address | Event Type | Photo | Detail |
|---|---|---|---|---|---|
| 04/17/2023 at 7:22 PM | 294879 | 167 Congress Street, 1F Brooklyn NY 11201 | Attempt | | Upon my arrival, I received no response from the building. I rang the bell present at the unit, but received no answer. I can see that the lights inside the unit are off. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. |
| 04/14/2023 at 3:21 PM | 294879 | 167 Congress Street, 1F Brooklyn NY 11201 | Attempt | | Upon my arrival, I discovered the address to be a secure apartment complex. The name "Helfand/Faktor" is listed on the intercom. I tried ringing the intercom, but received no response. There is no assigned parking present. The unit is a first floor apartment, and I can see that the lights inside are off. |

Service Comments:
Additional Message: Attempts thus far