IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED,<br><br>　　　　　Plaintiff,<br>v.<br><br>SHANE RYAN, *et al*<br><br><br><br>　　　　　Defendants. | **Case No: 3:22-cv-01181-TJC-PDB** |
| PATRICK NATHANIEL REED,<br><br>　　　　　Plaintiff<br>　　v.<br><br>BRANDEL EUGENE CHAMBLEE, et al<br><br>　　　　　Defendants. | **Case Number: 3-22-CV-01059-TJC-PDB** |

**PLAINTIFF PATRICK NATHANIEL REED'S SUPPLEMENTAL RESPONSE TO COURT'S ORDER OF MARCH 14, 2023 REGARDING SERVICE OF PROCESS**

　　Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") hereby supplements his response to the Court's order of the Court of March 14, 2024 by attaching the second affidavit of due diligence from Same Day Process Service detailing the latest two attempts to serve Defendant Zach Helfand at his residence in New York along with the initial affidavit which was also included in Mr. Reed's initial response of April 24, 2023.

Dated: April 25, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Larry Klayman*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 246220
　　　　　　　　　　　　　　　　　　　　　　Klayman Law Group P.A.
　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd

1

2

                                                Boca Raton, FL, 33433
                                                Tel: 561-558-5536
                                                leklayman@gmail.com

                                                *Counsel for Patrick Nathaniel Reed*

## **CERTIFICATE OF SERVICE**

      I, Larry Klayman, hereby certify that on this day, April 25, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                                                /s/ Larry Klayman

# EXHIBIT A

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

VS.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

**Case Number: 3:22-cv-1059-TJC-PDB**

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*294879*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 04/07/2023 at 12:20 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **April 17, 2023 at 7:22 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 04/14/2023-3:21 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I discovered the address to be a secure apartment complex. The name "Helfand/Faktor" is listed on the intercom. I tried ringing the intercom, but received no response. There is no assigned parking present. The unit is a first floor apartment, and I can see that the lights inside are off. - Attempted by Nnamdi Erskine |
| 04/17/2023-7:22 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I received no response from the building. I rang the bell present at the unit, but received no answer. I can see that the lights inside the unit are off. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. - Attempted by Nnamdi Erskine |

*[signature]*   1376400-DCA

**Nnamdi Erskine**
Process Server

Internal Job ID:294879

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

**Case Number: 3:22-cv-1059-TJC-PDB**

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

\*288975\*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 12/19/2022 at 5:20 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **January 06, 2023** at **9:04 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 12/28/2022-8:31 AM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I discovered the address to be an apartment building. The subjects' last name is on the mailbox for the unit as well as the intercom. I rang the intercom to gain entry into the building, but received no response. - Attempted by Nnamdi Erskine (License # 1376400) |
| 12/31/2022-4:07 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I received no response from the unit. I rang the bell present at the unit, but received no answer. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. - Attempted by Nnamdi Erskine (License # 1376400) |
| 01/06/2023-9:04 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | I arrived at the address and proceeded to ring the intercom but did not receive a response. I was able to observe lights on within the apartment. - Attempted by Nnamdi Erskine (License # 1376400) |

_(signature)_  1-13-23

**Nnamdi Erskine (License # 1376400)**
Process Server

Internal Job ID:288975

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com