**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICK NATHANIEL REED,

    Plaintiff,

vs.                                    Case No. 3-22-CV-01059-TJC-PDB

BRANDEL CHAMBLEE, et al.,

    Defendants.

---

## DECLARATION OF EMMY PARSONS

I, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Emmy Parsons with the law firm of Ballard Spahr LLP, counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker (*The New Yorker*). I submit this declaration in support of *The New Yorker*'s motion to dismiss with prejudice Plaintiff Patrick Reed's (Reed) Amended Complaint and to grant *The New Yorker* its reasonable attorneys' fees and costs.

2. Attached as Exhibit 1 is a true and correct copy of the article written by Zach Helfand and published on October 16, 2022 by *The New Yorker*, "Will the Saudis and Donald Trump Save Golf—Or Wreck It?"

3. Attached as Exhibit 2 is a true and correct copy of an online record obtained April 21, 2023 from the New York Department of State Division of Corporations website showing that Conde Nast International, Inc. is inactive and was merged out of existence on or about July 13, 2021.

4. Attached as Exhibit 3 is a true and correct copy of an online record obtained April 21, 2023 from the Delaware Division of Corporations website showing that Conde Nast International, Inc. was merged on or about June 30, 2021.

5. Attached as Exhibit 4 is a true and correct copy of an online record obtained April 21, 2023 from the Delaware Division of Corporations website showing that a search for an entity with the file number 2850816 returned no records.

6. Attached as Exhibit 5 is a true and correct copy of a Tweet obtained April 26, 2023 and posted to Twitter by @deep_fried_egg on August 16, 2022, stating "LIV needs a public investment fund to sportwash its association with Patrick Reed[.]".

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 27, 2023

/s/ *Emmy Parsons*
Emmy Parsons (*pro hac vice* pending)
(Signed by filing lawyer with
permission of non-filing lawyer)[1]
parsonse@ballardspahr.com
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200

*Counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker*

---

[1] *See* CM/ECF Administrative Procedure (H)(2)(a).