# Exhibit 2

# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

## Entity Details

**ENTITY NAME:** CONDE NAST INTERNATIONAL INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** UNAUTHORIZED FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:**
**DATE OF INITIAL DOS FILING:**
**EFFECTIVE DATE INITIAL FILING:**
**FOREIGN FORMATION DATE:**
**COUNTY:**
**JURISDICTION:**

**DOS ID:** 6218149
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** INACTIVE
**REASON FOR STATUS:** MERGED OUT OF EXISTENCE
**INACTIVE DATE:** 07/13/2021
**STATEMENT STATUS:** NOT REQUIRED
**NEXT STATEMENT DUE DATE:**
**NFP CATEGORY:**

**ENTITY DISPLAY** | **NAME HISTORY** | **FILING HISTORY** | **MERGER HISTORY** | **ASSUMED NAME HISTORY**

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:**
**Address:**

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |