Exhibit 4

4/21/23, 11:21 AM                                      Division of Corporations - Filing



Delaware.gov                                                        Governor | General Assembly | Courts | Elected Officials | State Agencies

                                                                                                              Logout

Department of State: Division of Corporations

                                                                                                        Allowable Characters

HOME

Frequently Asked Questions

To retrieve information on a Delaware entity, Key in the name of the entity you are searching.
The search results will return both active and inactive entities from our database. This is not
an indication of the current status of an entity. The information provided in this application is
real time and reflects the information on our database as of the date of the search. When the
list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name,
file number, incorporation/formation date, registered agent name, address, phone number and
residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain
Copy of same, please contact a Delaware online agent. Please click here.

For more information please read the Frequently Asked Questions page.

General Information Name Search

✱ Required Field
✱ Entity Name:                                    ✱ File Number:
                                          or      2850816
[This field is not case sensitive.]
[For exact searches use quotation marks.]

                                    Search

                                 No Records Found.

| FILE NUMBER | ENTITY NAME |
| --- | --- |

To ensure everyone using the Division of Corporations search tools has the best experience
possible, the Division strongly discourages the use of automated tools to search or mine data.
We also discourage excessive and repeated searches that may have a negative impact on
our systems and customer experience. Failure to use these tools in a responsible manner
may result in the suspension of your access to utilize this service.

For help on a particular field click on the Field Tag to take you to the help area.

                              site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov