# Exhibit 5



Case 3:22-cv-01059-TJC-PDB   Document 62-6   Filed 04/27/23   Page 3 of 3 PageID 984

4/26/23, 1:26 PM    deepfriedegg on Twitter: "LIV needs a public investment fund to sportwash its association with Patrick Reed" / Twitter

