UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

vs.

                              Case No. 3-22-CV-01059-TJC-PDB

BRANDEL CHAMBLEE, et al.,

    Defendants.

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Emily ("Emmy") Parsons, Esquire, moves for special admission to represent Defendant Conde Nast International, Inc. d/b/a *The New Yorker*[1] ("*The New Yorker*") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for District of Columbia, among others.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

---

[1] As discussed in *The New Yorker*'s motion to dismiss, this is a defunct corporate entity.

*Larry Klayman, Esq., et al. v. Politico LLC and Josh Gerstein*, Case No. 50-2020-CA-011868-XXXX-MB, Fifteenth Judicial Circuit in and for Palm Beach County

*LeRoy Pernell et al v. Brian Lamb, et al.*, Case No. 4:22cv304-MW/MAF, United States District Court for the Northern District of Florida, Tallahassee Division

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

[*Signature block follows on next page*]

| | |
|---|---|
| Dated: April 27, 2023 | Respectfully submitted, |
| | *s/ Emily ("Emmy") Parsons* |
| | (Signed by filing lawyer with permission of non-filing lawyer)[2] |
| | Emmy Parsons |
| | BALLARD SPAHR LLP |
| | 1909 K Street, NW, 12th Floor |
| | Washington, DC 20006 |
| | Telephone: (202) 661-7603 |
| | Fax: (202) 661-2299 |
| | parsonse@ballardspahr.com |
| | |
| | */s/ Charles D. Tobin* |
| | Charles D. Tobin (Florida Bar No. 816345) |
| | BALLARD SPAHR LLP |
| | 1909 K Street, NW, 12th Floor |
| | Washington, DC 20006 |
| | Tel: (202) 661-2200 |
| | Fax: (202) 661-2299 |
| | tobinc@ballardspahr.com |
| | |
| | *Counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker* |

**Local Rule 3.01(g) Certification**

Counsel for Defendant Conde Nast International, Inc. d/b/a *The New Yorker* conferred with counsel for the opposing party and represents that the opposing party consents to this motion.

---

[2] *See* CM/ECF Administrative Procedure (H)(2)(a).

**Certificate of Service**

I HEREBY CERTIFY that on the 27th day of April, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

                                                */s/ Charles D. Tobin*
                                                Charles D. Tobin