## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

     Plaintiff,

                              Case No. 3-22-CV-01059-TJC-PDB

vs.

BRANDEL CHAMBLEE, et al.,

     Defendants.

_____

## DEFENDANT CONDE NAST INTERNATIONAL, INC. d/b/a THE NEW YORKER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Conde Nast International, Inc. d/b/a *The New Yorker* (*The New Yorker*) hereby discloses the following pursuant to Local Rule 3.03:

1.    The name of each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, or other identifiable and related legal entity—that has or might have an interest in the outcome:

    a.  Defendant Conde Nast International, Inc. d/b/a *The New Yorker* is a former privately held company that has been inactive and merged out of existence since approximately June 30, 2021, and is improperly named as a Defendant in this action. Rather, *The New Yorker* is a national magazine published by Advance Magazine Publishers Inc. ("Advance"), which is not named as a Defendant in this action. The shares of Advance

are not publicly traded and there is no publicly held corporation that owns 10 percent or more of its stock.

b. Defendant Zach Helfand (who has not been served) is an employee of Advance.

c. Ballard Spahr LLP is counsel for *The New Yorker* as identified herein.

d. Charles D. Tobin is counsel for *The New Yorker* as identified herein.

e. Emmy Parsons is counsel for *The New Yorker* as identified herein.

f. Jay Ward Brown is counsel for *The New Yorker* as identified herein.

g. Additional parties that have or might have an interest in the outcome of this action have been disclosed in Defendant TGC, LLC's Certificate of Interested Persons and Corporate Disclosure Statement (ECF No. 6) and Defendant Gannett Co., Inc. and Golfweek's Certificate of Interested Persons and Corporate Disclosure Statement (ECF No. 16).

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of each entity likely to actively participate, including in a bankruptcy proceeding, the debtor and each member of the creditors' committee:

None.

4. The name of each person arguably eligible for restitution.

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated April 27, 2023

/s/ Charles D. Tobin

Charles D. Tobin
Florida Bar No. 816345
tobinc@ballardspahr.com
Jay Ward Brown (*pro hac vice* forthcoming)
brownjay@ballardspahr.com
Emmy Parsons (*pro hac vice* pending)
parsonse@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200

*Counsel for Defendant Conde Nast
International, Inc. d/b/a The New Yorker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of April, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ Charles D. Tobin

Charles D. Tobin