# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

vs.

Case No. 3-22-CV-01059-TJC-PDB

BRANDEL CHAMBLEE, et al.,

    Defendants.

## MOTION FOR SPECIAL ADMISSION

Jay Ward Brown, Esquire, moves for special admission to represent Defendant Conde Nast International, Inc. d/b/a *The New Yorker*[1] ("*The New Yorker*") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for District of Columbia, among others.

---

[1] As discussed in *The New Yorker*'s motion to dismiss, ECF No. 62, this is a defunct corporate entity.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

*Yomarel Justiniano v. Chapter 4 Corp. d/b/a Supreme and Deluxe Distribution d/b/a DLX SF*, Case No. 6:21-cv-875-GAP-LRH, United States District Court for the Middle District of Florida, Orlando Division.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the

law and the recognized standards of ethics of the legal profession.

Dated:  May 1, 2023

Respectfully submitted,

*s/ Jay Ward Brown*
(Signed by filing lawyer with permission of non-filing lawyer)[2]
Jay Ward Brown
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 508-1136
Fax: (202) 661-2299
brownjay@ballardspahr.com

*/s/ Charles D. Tobin*
Charles D. Tobin (Florida Bar No. 816345)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

*Counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker*

**Local Rule 3.01(g) Certification**

Counsel for Defendant Conde Nast International, Inc. d/b/a *The New Yorker* has, as of this filing, been unable to reach counsel for the Plaintiff.  Counsel for Defendant emailed Plaintiff's Counsel  on Friday, April 28 seeking plaintiff's consent

---

[2] *See* CM/ECF Administrative  Procedure (H)(2)(a).

3

for this motion but did not receive a response. Counsel for Defendant emailed Plaintiff's Counsel on the morning of Monday, May 1 but did not receive a response. Counsel for Defendant also called Plaintiff's Counsel on two occasions on May 1 at the phone number reflected in filings in this matter, and received an automated message that the voicemail had not been set up.

## Certificate of Service

I HEREBY CERTIFY that on the 1st day of May, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Charles D. Tobin*
Charles D. Tobin
