UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

vs.

    Case No. 3-22-CV-01059-TJC-PDB

BRANDEL CHAMBLEE, et al.,

    Defendants.

**RULE 3.01(g)(3) SUPPLEMENT TO MOTION FOR SPECIAL ADMISSION**

Pursuant to Local Rule 3.01(g)(3), counsel for Defendant Conde Nast International, Inc. d/b/a *The New Yorker* ("The New Yorker") submits that on May 2 counsel for Plaintiff represented by email that Plaintiff consents to the motion seeking special admission for Jay Ward Brown to represent *The New Yorker* in this matter. (ECF 67).

Dated: May 2, 2023

    Respectfully submitted,

    *s/ Jay Ward Brown*
    (Signed by filing lawyer with permission of non-filing lawyer)[1]
    Jay Ward Brown
    BALLARD SPAHR LLP
    1909 K Street, NW, 12th Floor
    Washington, DC 20006
    Telephone: (202) 508-1136
    Fax: (202) 661-2299
    brownjay@ballardspahr.com

---

[1] *See* CM/ECF Administrative Procedure (H)(2)(a).

        */s/ Charles D. Tobin*
Charles D. Tobin (Florida Bar No. 816345)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

*Counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker*

### Certificate of Service

I HEREBY CERTIFY that on the 2nd day of May, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

        */s/ Charles D. Tobin*
Charles D. Tobin