IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED,<br><br>        Plaintiff,<br>v.<br><br>SHANE RYAN, *et al*<br><br><br>        Defendants. | **Case No: 3:22-cv-01181-TJC-PDB** |
| PATRICK NATHANIEL REED,<br><br>        Plaintiff<br>v.<br><br>BRANDEL EUGENE CHAMBLEE, et al<br><br>        Defendants. | **Case Number: 3-22-CV-01059-TJC-PDB** |

## PLAINTIFF PATRICK NATHANIEL REED'S CONSENT MOTION TO RESCHEDULE OMNIBUS JULY 6, 2023 HEARING

Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") hereby moves the Court for an order rescheduling the currently scheduled July 6, 2023 omnibus hearing in the above captioned cases to either July 25, 26, or 27.

As instructed by the Court, counsel for Mr. Reed has sought consent of counsel for Defendants in these cases so that Mr. Reed may attend the hearing, and has obtained consent from all of the Defendants who have entered an appearance. The parties are therefore available for a rescheduled hearing on either July 25, 26, or 27.

Dated: May 3, 2023                                             Respectfully submitted,

                                                                           By: */s/ Larry Klayman*

Larry Klayman, Esq.<br>
Florida Bar No.: 246220<br>
Klayman Law Group P.A.<br>
7050 W. Palmetto Park Rd<br>
Boca Raton, FL, 33433<br>
Tel: 561-558-5536<br>
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 3, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman