United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK NATHANIEL REED,**

    *Plaintiff,*

v.                                           No. 3:22-cv-1059-TJC-PDB

**BRANDEL EUGENE CHAMBLEE ET AL.,**

    *Defendants.*

___

## Order

Jay Ward Brown, Esquire, moves to specially appear to represent Conde Nast International, Inc., in this action. Doc. 67 (motion), Doc. 68 (supplement).

Based on the information with the motion and supplement, the Court **grants** the motion, Doc. 67; **permits** Mr. Brown to specially appear to represent Conde Nast International, Inc., in this action; and **directs** Mr. Brown to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

**Ordered** in Jacksonville, Florida, on May 5, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*