UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

vs.

BRANDEL CHAMBLEE, et al.,

    Defendants.

Case No. 3-22-CV-01059-TJC-PDB

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), Defendant Conde Nast International, Inc. d/b/a *The New Yorker* ("*The New Yorker*") designates Jay Ward Brown as lead counsel.

Dated: May 8, 2023

Respectfully submitted,

*s/ Jay Ward Brown*
Jay Ward Brown
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 508-1136
Fax: (202) 661-2299
brownjay@ballardspahr.com

*/s/ Charles D. Tobin*
Charles D. Tobin (Florida Bar No. 816345)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299

tobinc@ballardspahr.com

*Counsel for Defendant Conde Nast International, Inc. d/b/a The New Yorker*

## Certificate of Service

I HEREBY CERTIFY that on the 8th day of May, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

<u>*/s/ Jay Ward Brown*</u>
Jay Ward Brown