IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, | } |
| Plaintiff | } |
| v. | } Case Number: 3-22-CV-01059-TJC-PDB |
| BRANDEL EUGENE CHAMBLEE, et al | } |
| Defendants. | } |

**PLAINTIFF PATRICK NATHANIEL REED'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT CONDE NAST INTERNATIONAL INC.'S  MOTION TO DISMISS**

Plaintiff Patrick Reed ("Mr. Reed") hereby moves this honorable Court for an extension of time until and including June 8, 2023 to file a response to Defendant Conde Nast International's Motion to Dismiss. ECF No. 62. The reason for this request is that a key member of the undersigned counsel's legal staff who is assigned to work on this case is out of the office and unavailable during this period due to personal reasons.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that he communicated with counsel for Defendant Conde Nast International Inc, who does not oppose the relief sought herein.

Dated: May 9, 2023                                             Respectfully submitted,

                                                                                By: /s/ Larry Klayman
                                                                                Larry Klayman, Esq.

1

2

        Florida Bar No.: 246220
        Klayman Law Group P.A.
        7050 W. Palmetto Park Rd
        Boca Raton, FL, 33433
        Tel: 561-558-5536
        leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

    I, Larry Klayman, hereby certify that on this day, May 9, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

        /s/ *Larry Klayman*