IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED,<br><br>　　　　　Plaintiff,<br>v.<br><br>SHANE RYAN, *et al*<br><br><br>　　　　　Defendants.<br><br><br><br>PATRICK NATHANIEL REED,<br><br>　　　　　Plaintiff<br>　　v.<br><br>BRANDEL EUGENE CHAMBLEE, et al<br><br>　　　　　Defendants. | **Case No: 3:22-cv-01181-TJC-PDB**<br><br><br><br><br><br><br><br>**Case Number: 3-22-CV-01059-TJC-PDB** |

## PLAINTIFF PATRICK NATHANIEL REED'S INQUIRY CONCERNING RESCHEDULING OMNIBUS HEARING OF JULY 6, 2023

Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") respectfully makes inquiry as to whether the dates that the parties agreed to for a rescheduled hearing, namely July 25, 26, 27th, comport with the availability of this Court. If not, Plaintiff can liaise with opposing counsel to seek consent for a date which is convenient for this Court.

Because of scheduling considerations for Mr. Reed and counsel, Plaintiff respectfully requests some feedback from the Court in this regard at this time.

Dated: May 9, 2023　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 246220

1

Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 9, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman_____