# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK NATHANIEL REED,<br><br>   Plaintiff,<br>v.<br><br>SHANE RYAN, *et al*<br><br>   Defendants.<br><br><br>PATRICK NATHANIEL REED,<br><br>   Plaintiff<br>v.<br><br>BRANDEL EUGENE CHAMBLEE, et al<br><br>   Defendants. | **Case No: 3:22-cv-01181-TJC-PDB**<br><br><br><br><br><br><br><br><br><br>**Case Number: 3-22-CV-01059-TJC-PDB** |

## PLAINTIFF PATRICK NATHANIEL REED'S RESPONSE TO COURT'S ORDER OF APRIL 26, 2023 REGARDING SERVICE OF PROCESS

Plaintiff Patrick Reed ("Mr. Reed" or "Plaintiff") hereby responds to the Court's order of the Court of April 26, 2023 stating that "Plaintiff shall file proof of service on all unserved Defendants or move for other relief as appropriate no later than 5/26/2023."

### Zach Helfand

Defendant Helfand continues evade service of process. As set forth previously, five attempts at service of Mr. Helfand were between December 28, 2022 and April 17, 2023 in New York, and his last name appears on both the mailbox and intercom at the apartment complex where service attempts are being made. Attached hereto as Exhibit A are the previously filed affidavits of due diligence from Same Day Process Service. Since the Court's April 26, 2023

1

order, Plaintiff has, at great expense, authorized a stake-out of Defendant Helfand's residence in order to try to effectuate service of process, but unfortunately, service was not made. As set forth in the new affidavit from Same Day Process Service, Exhibit B, a process server went to Defendant Helfand's residence in the late afternoon and stayed until the early evening, when Defendant Helfand most likely would be home. The process server saw someone present inside the unit and that the lights were being turned on and off, but was unable to receive a response from the unit.

As such, Mr. Reed is left with no choice but to serve Defendant. Helfand using alternative means, as it is clear that he is simply evading service. It is troubling that counsel for Defendant Helfand's publication, co-Defendant the New Yorker, which has already appeared in this case, would not counsel Defendant Helfand to respect the process of the Court.

Pursuant to the Federal Rules of Civil Procedure, service of process can be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1); Fed R. Civ. P. 4(h)(1)(A). Because Defendant Helfand is located in New York, New York's law can be applied. Service in New York is governed by N.Y. C.P.L.R. § 308, which states that service can be made:

> where service under paragraphs one and two cannot be made with due diligence, by affixing the summons to the door of either the actual place of business, dwelling place or usual place of abode within the state of the person to be served and by either mailing the summons to such person at his or her last known residence or by mailing the summons by first class mail to the person to be served at his or her actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, such affixing and mailing to be effected within twenty days of each other; proof of such service shall be filed with the clerk of the court designated in the summons within twenty days of either such affixing or mailing, whichever is effected later; service shall be complete ten days after such

filing. N.Y. C.P.L.R. § 308(4).

This is referred to a "Conspicuous Service" under New York law. Because Mr. Reed had made numerous efforts to serve Defendant Helfand and has more than done his due diligence, including through a stake-out, Mr. Reed respectfully requests 20-days or such time as this court may deem appropriate to effectuate service on Defendant Helfand pursuant to N.Y. C.P.L.R. § 308(4).

### Gavin Newsham

As set forth previously, Defendant Newsham's publication, the New York Post, has already been served. It is similarly troubling that counsel for Defendant Newsham's publication, would not counsel him to respect the process of the Court as well. Defendant Newsham is still evading service of process, and service on him is especially challenging because he lives in the United Kingdom and thus service is not assured. Mr. Reed respectfully requests additional 20 days or such time as this Court may deem appropriate to try to effect service on Defendant Newsham.

Dated: May 26, 2023

Respectfully submitted,

By: /s/ *Larry Klayman*
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 26, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman

# EXHIBIT A

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

**Case Number: 3:22-cv-1059-TJC-PDB**

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*294879*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 04/07/2023 at 12:20 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **April 17, 2023 at 7:22 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 04/14/2023-3:21 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I discovered the address to be a secure apartment complex. The name "Helfand/Faktor" is listed on the intercom. I tried ringing the intercom, but received no response. There is no assigned parking present. The unit is a first floor apartment, and I can see that the lights inside are off. - Attempted by Nnamdi Erskine |
| 04/17/2023-7:22 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I received no response from the building. I rang the bell present at the unit, but received no answer. I can see that the lights inside the unit are off. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. - Attempted by Nnamdi Erskine |

_____
**Nnamdi Erskine**   1376400-DCA
Process Server

Internal Job ID:294879

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*288975*

**Case Number: 3:22-cv-1059-TJC-PDB**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 12/19/2022 at 5:20 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **January 06, 2023** at **9:04 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 12/28/2022-8:31 AM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I discovered the address to be an apartment building. The subjects' last name is on the mailbox for the unit as well as the intercom. I rang the intercom to gain entry into the building, but received no response. - Attempted by Nnamdi Erskine (License # 1376400) |
| 12/31/2022-4:07 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | Upon my arrival, I received no response from the unit. I rang the bell present at the unit, but received no answer. There is unassigned street parking at the address, so I was unable to determine if there were any cars for the unit present. - Attempted by Nnamdi Erskine (License # 1376400) |
| 01/06/2023-9:04 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | I arrived at the address and proceeded to ring the intercom but did not receive a response. I was able to observe lights on within the apartment. - Attempted by Nnamdi Erskine (License # 1376400) |

_____  1-/3-23

**Nnamdi Erskine (License # 1376400)**
Process Server

Internal Job ID:288975

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



# EXHIBIT B

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the Middle District of Florida

**Patrick Nathaniel Reed**

    Plaintiff(s),

vs.

**Brandel Eugene Chamblee, et al.**

    Defendant(s).

**Case Number: 3:22-cv-1059-TJC-PDB**

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006

*296025*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Zach Helfand on 05/01/2023 at 3:03 PM at 167 Congress Street, 1F, Brooklyn, NY 11201**

The undersigned, swear and affirm that on **May 22, 2023 at 4:00 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Zach Helfand** the **Summons in a Civil Action; Amended Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 05/22/2023-4:00 PM | 167 Congress Street, 1F Brooklyn, NY 11201 | I arrived to the address at 4:00pm. I could see that someone was in the home as the listed unit is a first floor apartment. I saw a glimpse of a man through the window. Throughout the next three hours, lights were turned on, then off. No one came in or out of the apartment. I received no response from the unit. I left the premises at 7:04pm. - Attempted by Nnamdi Erskine |

_____  5-26-23

**Nnamdi Erskine**
Process Server
1376400-DCA

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:296025

