UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHIANIEL REED,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 3:22-cv-01059

BRANDEL EUGENE CHAMBLEE,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

    Defendants.

PATRICK NATHIANIEL REED,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 3:22-cv-01181

SHANE RYAN, HACHETTE BOOK
GROUP, INC., DOUG FERGUSON,
THE ASSOCIATED PRESS, FOX SPORTS,
INC., NYP HOLDINGS, INC.

    Defendants.

**CONSENT NOTICE TO THE COURT ON AVAILABILITY ON JULY 31 OR AUGUST 1, 2023, FOR THE OMNIBUS HEARING ON OUTSTANDING MOTIONS AND PRE-TRIAL SCHEDULING AND RELATED MATTERS**

Plaintiff Patrick Nathaniel Reed, by and through counsel, has contacted all of the other counsel in the above-styled cases and Mr. Reed and they have agreed that we all are available for the omnibus hearing on July 31 or August 1, 2023. **Mr. Reed respectfully prefers the August 1, 2023 date if that comports with the Court's schedule.**

Dated: June 1, 2023 Respectfully Submitted,

    /s/ Larry Klayman  
Larry Klayman, Esq.  
Florida Bar No.: 246220  
Klayman Law Group P.A.  
7050 W. Palmetto Park Rd  
Boca Raton, FL, 33433  
Tel: 561-558-5536  
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 1, 2023, a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing and via email.

    */s/ Larry Klayman*  
Larry Klayman