# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.

BRANDEL EUGENE CHAMBLEE,
TGC, LLC, DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, GOLFWEEK, and
GANNETT CO., INC.,

    Defendants.

Case No. 3:22-cv-1059-TJC-PDB

---

PATRICK NATHANIEL REED,

    Plaintiff,

v.

SHANE RYAN, HACHETTE BOOK
GROUP, INC., DOUG FERGUSON,
THE ASSOCIATED PRESS, FOX
SPORTS, INC., NYP HOLDINGS,
INC., GAVIN NEWSHAM,
BLOOMBERG L.P., and ERIK
LARSON,

    Defendants.

Case No. 3:22-cv-1181-TJC-PDB

# O R D E R

These cases are before the Court on Plaintiff Patrick Nathanial Reed's Consent Motion to Reschedule Omnibus July 6, 2023 Hearing (Doc. 69 in 3:22-cv-1059) (Doc. 57 in 3:22-cv-1181). Accordingly, it is hereby,

**ORDERED:**

1. Plaintiff Patrick Nathanial Reed's Consent Motion to Reschedule Omnibus July 6, 2023 Hearing is **GRANTED**.

2. The above-captioned cases are hereby **SET** for an **IN-PERSON** omnibus hearing on **July 31, 2023**, at **2:00 PM** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] At the hearing, the Court will conduct a preliminary pretrial conference and consider any pending motions, including any motions to dismiss.

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.

2

**DONE AND ORDERED** in Jacksonville, Florida the 2nd day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

3