## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

PATRICK NATHANIEL REED,

        Plaintiff,

v.

SHANE RYAN, *et al*

        Defendants.

**Case No: 3:22-cv-01181-TJC-PDB**

PATRICK NATHANIEL REED,

        Plaintiff

v.

BRANDEL EUGENE CHAMBLEE, et al

        Defendants.

**Case Number: 3-22-CV-01059-TJC-PDB**

### PLAINTFF PATRICK NATHANIEL REED'S MOTION FOR LEAVE TO SUPPLEMENT HIS OPPOSITIONS TO MOTIONS TO DISMISS

Plaintiff Patrick Nathaniel Reed ("Mr. Reed") Motions for Leave to Supplement each and every one of his oppositions filed in both of the above - captioned cases, *Reed v. Chamblee et al*, 3:22-cv-01059 (the "*Chamblee* Case"), ECF No. 45, 46, and 81, and *Reed v. Ryan et al*, 3:22-cv-01181 (the "*Ryan* Case"), ECF No. 42, 43, 67, 74 with documents which are not referenced by Mr. Reed in his

Amended Complaints in the above styled cases for this honorable Court's consideration by way of background in anticipation of the omnibus hearing on July 31, 2023.

Previously, this Court has ruled that it would review documents and the contents of a USB zip drive submitted by Mr. Minch Minchin of Shullman Fugate PLLC in the *Chamblee* Case, ECF No. 54. This honorable Court ordered that "Defendants' Motion for Leave to Conventionally File Hard Copies of Exhibits (Doc. 32 in 3:22-cv-1181) is GRANTED. The Court will consider the materials sent by counsel."

Thus, the Court has set a precedent in these cases, finding that it would review materials outside of the four corners of the Amended Complaints, even though, pursuant to a myriad of black letter case law cited by Mr. Reed in his oppositions and surreply, that what is    relevant at this stage of the litigation under Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") is only that which is referenced in the Amended Complaints. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Dorleus v. Bank of New York*, No. 14-80124-CIV, 2014 WL 1621941, at *2 (S.D. Fla. Apr. 23, 2014); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (U.S. 2009); *Dershowitz v. Cable News Network, Inc.* 541 F. Supp. 3d 1354, 1360  (S.D. Fla. 2021); *Coastal Wellness Ctrs., Inc. v. Progressive Am. Ins. Co.*, 309 F. Supp. 3d 1216, 1219 (S.D. Fla. 2018).

Pursuant to this honorable Court's prior ruling that it will review extraneous materials, Mr. Reed submits as a matter of reciprocity, as listed on Exhibit 1, documentation which show the following:

**A.     Financial, reputational and emotional damage which the defamation of the Defendants has caused to Mr. Reed, his family and team.**

**B.     Recent condemnation by even PGA Tour players of the defamatory tactics of certain representative Defendants, such as Brandel Chamblee and Eamon Lynch, who exploited the PGA Tour and LIV Golf divide for clicks, readership, viewership and to reap profit,  over false claims that Mr. Reed and other LIV players were acceptors of blood money, aided and abetted terrorists, are murderers and in Mr. Reed's case a chronic cheater, to name just a few of the actionable and malicious defamatory smears.**

**This defamatory campaign at the time was all designed to further the interests of the captive PGA Tour – which in practice has coopted and effectively owns the golf media -- at the expense of Mr. Reed in particular. Importantly, with the recent announced merger of the PGA Tour, its European partner the DP World Tour, and LIV Golf, which merger will entail multi-billion dollar cash investment by LIV Golf's Saudi Public Investment Fund ("PIF") into the PGA Tour and DP World Tour, it has become evident that this defamatory conduct was simply a cheap anti-competitive illegal tactic and not reality, as the PGA Tour and its admitted broadcast and media partners now have no problem dealing with and accepting what they previously maliciously and falsely called "blood money" from the Saudi PIF.  But by this time, the severe damage to Mr. Reed, his  family and colleagues had already been cynically done.**

**C.     Allegations of cheating are uniquely targeted on Mr. Reed by the Defendants, when other prominent players who  have committed rules infractions are not so smeared and defamed to harm their reputations,  livelihoods and emotional well-being. As just one recent example, both Rory McIlroy and Wyndham Clark,**

3

**the latter of whom just won the U.S. Open at LA Country Club, committed rules infractions in that major tournament but were not defamed as by Defendants as cheaters. This goes to show the actual and constitutional malice leveled at Mr. Reed.**

**In this regard, documents are included which show the provably false allegations of cheating before the formation of LIV Golf were leveled against Mr. Reed by many of these Defendants, but were resurrected for tactical reasons when LIV Golf came into being in early 2022. As one of the first converts to LIV Golf, and as one of its most successful and prominent players -- indeed a Masters champion, Ryder Cup hero who earned the nickname "Captain America and a two time Olympian, among many other golfing achievements and successes -- Mr. Reed again became a lightning rod and target of the Defendants to further the now abandoned agenda of the PGA Tour, the DP World Tour and their partners in the golf media , who and which have now conveniently with the announced merger, of the PGA Tour, DP World Tour and LIV Golf,   admitted that the defamation had been a  defamatory strategic sham.**

In sum, while the operative allegations of the Amended Complaint are all that are at issue  this stage of the litigation under FRCP 12 (b)(6), as the previously cited black letter case law mandates, this supplemental documentation can aid this honorable Court in its analysis by providing context showing why and how the defamation was concocted with actual malice and then maliciously  and injuriously carried out.

**The actionable libel and slander of the Defendants, as chronicled in just the lead article in Exhibit 1, "Patrick Reed: The Malice and Deceit About Me is Ridiculous – My Daughter Even Gets Bullied At Nursery: The 2018 Masters Champion and LIV Player Says That the Golf Establishment Has Slurred His**

Name," The London Times," September 10, 2022,  attests, along with the

allegations of the Amended Complaints and the other documentation

comprising Exhibit 1,  to the alleged severe defamation and damage that must

be put before the jury in these cases.

Defendants, who and which have been consulted, have not consented to this

motion.

Dated: July 26, 2023                              Respectfully submitted,

                                                  By: */s/ Larry Klayman*_____
                                                  Larry Klayman, Esq.
                                                  Florida Bar No.: 246220
                                                  Klayman Law Group P.A.
                                                  7050 W. Palmetto Park Rd
                                                  Boca Raton, FL, 33433
                                                  Tel: 561-558-5536
                                                  leklayman@gmail.com

                                                  *Counsel for Patrick Nathaniel Reed*

**<u>CERTIFICATE OF SERVICE</u>**

I, Larry Klayman, hereby certify that on this day, July 26, 2023, I

electronically filed the foregoing with the Clerk of Court using the Court's ECF

procedures. I also certify that the foregoing document is being served this day on

all counsel of record through the Court's eservice procedures.

                                                  */s/ Larry Klayman*_____

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

     Plaintiff,

v.                             Case No. 3:22-cv-01059

BRANDEL EUGENE CHAMBLEE,
DAMON HACK, BENJAMIN BACON,
EAMON LYNCH, GOLFWEEK, &
GANNETT CO., INC.,

     Defendants.

---

PATRICK NATHANIEL REED,

     Plaintiff,

v.                             Case No. 3:22-cv-01181

SHANE RYAN, HACHETTE BOOK
GROUP, INC., DOUG FERGUSON,
THE ASSOCIATED PRESS, FOX SPORTS,
INC., NYP HOLDINGS, INC.,

     Defendants.

---

## <u>DECLARATION OF LARRY KLAYMAN</u>

I, Larry Klayman,  pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am counsel at the law firm of Klayman Law Group, P.A., counsel for Patrick

    Nathaniel Reed in the above-captioned matter.

001

2. I submit this declaration to provide context to the oppositions to the Motions to Dismiss in the above-styled defamation cases. See *Plaintiff Patrick Nathaniel Reed's Supplement to Opposition to Motion to Dismiss.*

## **CATEGORY A**

### ***Sampling of Indicia of Financial, Reputational and Emotional Damage***

3. Attached hereto as Category A, Attachment 1, is an article written by Tom Kershaw, published by *The Sunday Times,* titled, *"Patrick Reed: The Malice and Deceit about me is ridiculous – My Daughter Even Gets Bullied At Nursery,"* dated September 10, 2022.

4. Attached hereto as Category A, Attachment 2, is a *Memorandum* regarding the personal and confidential background information of Patrick and Justine Reed.

5. Attached hereto as Category A, Attachment 3, is email correspondence between *Justine Reed* and PGA Tour Commissioner, *Jay Monahan,* regarding the disparate treatment Plaintiff *Patrick Nathaniel Reed* experiences resulting in financial, reputational and emotional damage.

6. Attached hereto as Category A, Attachment 4, is an article written by Dan Zaksheske, published by *Outkick,* titled, *"Patrick Reed Sinks Long Birdie Putt at Masters, Waves to Basically No One as Crowd Virtually Silent,"* dated April 9, 2023.

## CATEGORY B

### *Condemnation of Defamatory Tactics of Representative Defendants Prior to PGA Tour, DP World Tour, LIV Golf Proposed Merger*

7. Attached hereto as Category B, Attachment 5, is an article written by Todd Kelly, published by *Golfweek,* titled, *"Brandel Chamblee Feels Social Media's Wrath After PGA Tour-LIV Golf Merger News,"* dated June 6, 2023.

8. Attached hereto as Category B, Attachment 6, is an article written by Jeff Smith, published by *Progolfweekly.com,* titled, *"ICYMI, Brandel Chamblee Malfunctions on Live TV, Required Reboot,"* dated May 23, 2023.

9. Attached hereto as Category B, Attachment 7, is an article written by Steve Gardner, published by *USA TODAY,* titled, *"Claude Harmon III Slams Media Critics of LIV Golf as Star Pupil Wins Fifth Major,"* dated May 24, 2023.

10. Attached hereto as Category B, Attachment 8, is an article written by Chris Novak, published by *Awfulannouncing.com,* titled, *"Claude Harmon III Rips Brandel Chamblee: 'Brandel is a Paid Actor by NBC and Golf Channel',"* dated May 23, 2023.

11. Attached hereto as Category B, Attachment 9, is an article written by Ryan Glasspiegel, published by *The NY Post,* titled, *"Brooks Koepka's Coach Claude Harmon III Calls Out Brandel Chamblee 'Paid Actor',"* dated May 23, 2023.

12. Attached hereto as Category B, Attachment 10, is an article written by Alex Myers, published by *Golf Digest,* titled, *"Brandel Chamblee, Brad Faxon Have*

*All-time Awkward 'Standoff' Over Weather LIV's Brooks Koepka Should Play in the Ryder Cup,"* dated May 22, 2023.

13.  Attached hereto as Category B, Attachment 11, is an article written by Jeremy Layton, published by *The NY Post,* titled, *"Brooks Koepka Buries Brandel Chamblee With Four Words After LIV Golf-PGA Tour Merger,"* dated June 6, 2023.

14. Attached hereto as Category B, Attachment 12, is an article written by Zac Al-Khateeb, published by *Sporting News,* titled, *"Brooks Koepka's Brandel Chamblee Tweet, Explained: Why LIV Golfer Called Out PGA Tour Loyalist After News of Merger,"* dated June 6, 2023.

15. Attached hereto as Category B, Attachment 13, is an article written by Ben Smith, published by *GolfMagic,* titled, *"Former Golf Channel Reporter On LIV Critic Brandel Chamblee: "He's A Bully!,"* dated May 23, 2023.

16. Attached hereto as Category B, Attachment 14, is an article written by Christopher Hughes, published by *Golficity,* titled, *"Ex-Golf Channel Colleague Calls Brandel Chamblee a 'Bully' in New Book,"* dated May 23, 2023.

17. Attached hereto as Category B, Attachment 15, is an article written by Jason Daniels, published by *GolfWRX,* titled, *"'He's a Bully' – Ex-Golf Channel Analyst Lisa Cornwell Reignites Feud with Brandel Chamblee,"* dated May 24, 2023.

18. Attached hereto as Category B, Attachment 16, is a tweet made by Doug Ferguson.

19. Attached hereto as Category B, Attachment 17, is an excerpt of 'Chapter 13 – Chamblee' from Lisa Cornwell's Book, *Troublemaker.*

20. Attached hereto as Category B, Attachment 18, is an article written by Douglas Mackinnon, published by *The Palm Beach Post,* titled, *"Opinion: Why Do NBC's Golf Channel Commentators Continue Ripping Phil Mickelson, LIV Golf?,"* dated June 5, 2023.

21. Attached hereto as Category B, Attachment 19, is an article written by Nyle Smith, published by *The US Sun,* titled, *"It's a Chamblees What Did Brandel Chamblee Say About Phil Mickelson?,"* dated June 6, 2023.

22. Attached hereto as Category B, Attachment 20, is an article written by Jack Milko, published by *SBNation,* titled, *"Phil Mickelson Piles on Trashing of 'Nasty Bully' Brandel Chamblee Amid Lisa Cornwell Book,"* dated June 1, 2023.

23. Attached hereto as Category B, Attachment 21, is an article written by Mark Harris, published by *BroBible,* titled, *"David Leadbetter Tees Off On Brandel Chamblee For His Comment About Social Media 'Bitch Slapping Instruction Into Reality',"* dated March 27, 2020.

## CATEGORY C

***False Allegations of Cheating Targeted at Patrick Reed As Opposed to Defendants Opposite Treatment of Other Professional Golfers***

24.  Attached hereto as Category C, Attachment 22, is *Cease and Desist Letter and Demand for Retraction Pursuant to Fla. Stat. § 770.01 addressed to Defendant Shane Ryan and Publisher Hachette Books*, dated September 19, 2022.

25. Attached hereto as Category C, Attachment 23, is *Cease and Desist Letter and Demand for Retraction Pursuant to Fla. Stat. § 770.01 addressed to Defendant Doug Ferguson and the Associated Press*, dated October 4, 2022.

26. Attached hereto as Category C, Attachment 24, is an article written by Eamon Lynch, published by *Golfweek,* titled, *"Exclusive: Patrick Reed's Lawyer Tried to silence Brandel Chamblee on 'cheating',"* dated January 9, 2020.

27. Attached hereto as Category C, Attachment 25, is a letter: *Demand for Correction of False Statements Relating to Justine Reed,* addressed to Jason Hahn of *People Magazine* dated May 16, 2019.

28. Attached hereto as Category C, Attachment 26, is a letter: *Demand for Correction of False Statements Relating to Patrick Reed,* addressed to Kevin Norquay, the Chief Sports News Director of *Stuff.co.nz* dated May 16, 2019.

29. Attached hereto as Category C, Attachment 27, is a letter: *Demand for Correction of False Statements Relating to Justine Reed,* addressed to Andrew Holleran of *The Spun* dated May 16, 2019.

30. Attached hereto as Category C, Attachment 28, is a letter: *Demand for Correction of False Statements Relating to Justine Reed,* addressed to Jason Hahn of *People Magazine* dated May 16, 2019.

31. Attached hereto as Category C, Attachment 29, is a letter: *Demand for Correction of False Statements Relating to Justine Reed,* addressed to Effie Orfanides of *Heavy, Inc.* dated May 16, 2019.

32. Attached hereto as Category C, Attachment 30, is a letter: *Demand for Correction of False Statements Relating to Justine Reed,* addressed to Andy Bull of *The Guardian* dated May 16, 2019.

33. Attached hereto as Category C, Attachment 31, is a letter: *Demand for Retraction and Correction of False and Defamatory Statements Relating to Justine Reed,* addressed to Neil Tappin of *Golf Monthly* dated May 16, 2019.

34. Attached hereto as Category C, Attachment 32, is an article written by Ben Smith, published by *GolfMagic,* titled, *" "The Guy Does Not Stop!" Pro Rips Patrick Reed After Latest Rules Controversy,"* dated January 30, 2023.

35. Attached hereto as Category C, Attachment 33, is an article written by Ben Parsons, published by *Mirror.co.uk,* titled, *"Rory McIlroy Defends Patrick Reed Over Fresh Rules Controversy Despite Tee-Gate Incident,"* dated January 31, 2023.

36. Attached hereto as Category C, Attachment 34, is an article written by Sean Zak, published by *Golf Magazine,* titled, *"Very Obvious': Chamblee, McGinley Weigh in on Controversial Masters Ruling,"* dated April 7, 2023.

37. Attached hereto as Category C, Attachment 35, is an article written by Bob Harig, published by *Sports Illustrated,* titled, *"USGA Admits to Incorrect Relief*

*Measurement With Rory McIlroy in Final Round of U.S. Open,"* dated June 26, 2023.

38. Attached hereto as Category C, Attachment 36, is an article written by Andrew Hollerman, published by *The Spun,* titled, *"Golf Fans Furious With Help Given to Rory McIlroy On Sunday,"* dated June 18, 2023.

39. Attached hereto as Category C, Attachment 37, is an article written by Jeremy Layton, published by *The NY Post,* titled, *"Wyndham Clark Accused by Fans of Breaking Rule in US Open Controversy: Missed Penalty?"* dated June 20, 2023.

40. Attached hereto as Category C, Attachment 38, is an article written by Douglas MacKinnon, published by *The Palm Beach Post,* titled, *"Scottie Scheffler Recently Won 'The 5th Major' but Should His Victory Have an Astrisk?"* dated March 22, 2023.

## **CATEGORY D**

### ***Showing Constitutional And Actual Malice In Media Defamation (24 Badges of Malice)***

41. Attached hereto as Category D, Attachment 39, is a featured article from the Florida Bar website, titled, *"Showing Constitutional Malice in Media Defamation"* dated September/October 2018.

https://www.floridabar.org/the-florida-bar-journal/showing-constitutional-malice-in-media-defamation/

# CATEGORY A

Sampling of Indicia of Financial, Reputational and Emotional Damage



THE TIMES

Today's sections ⌄   Past six days   Explore ⌄   Times Radio

Search

Times+   My account ⌄

GOLF | PATRICK REED INTERVIEW

# Patrick Reed: The malice and deceit about me is ridiculous – my daughter even gets bullied at nursery

The 2018 Masters champion and LIV player says that the golf establishment has slurred his name





Accusations of cheating go back as far as when Reed was at university, but he denies any wrongdoing and says the treatment of him is unfair
CHARLES LABERGE/LIV GOLF VIA GETTY IMAGES

Tom Kershaw  |  Saturday September 10 2022, 6.00pm, The Sunday Times

Share   ✉   🐦   f   🔗

Before getting to Patrick Reed's victory at the Masters, there's another memory from 2018 that lingers in his mind and he fears may define him more than a Green Jacket ever could. Reed was at home in Texas, enjoying a rare break from the travelling circus of the PGA Tour, when his four-year-old daughter, Windsor-Wells, returned from nursery visibly upset and asked the sort of question that stirred a sense of guilt and dread her father found almost impossible to fathom. "Daddy," she said. "Are you OK?"

"What do you mean honey? I'm fine," said Reed, taken aback by the tears staining the face "of such a sweet and pure innocent girl". When it dawned on Reed what she really meant, and he realised his daughter was being bullied by the other children at nursery because of his own reputation — "nobody likes your daddy, your daddy is a bad person" — it felt like someone had stuck a knife through his heart.

"Do you know how hard that hits you as a father?" Reed asks, his voice rising in anger despite the episode being four years ago. "She was getting bullied because of me, all

because of what's written on a piece of paper, and it's fake and fictitious and wrong. I can handle a lot of things, but that's the lowest blow you can get."



At Wentworth this week, Reed wears LIV Golf-branded clothing for the Pro-Am
ACTION IMAGES VIA REUTERS/PAUL CHILDS

After almost two hours at Wentworth, where Reed is playing in the BMW PGA Championship, the 32-year-old has reached the end of a raw and unscripted monologue. Underlining it all are allegations of a wild conspiracy constructed by the PGA Tour, and a jumping rage that often overshadows the pain that resides underneath and

013

has reared its head during "dark times and depression".

"The narrative is 'he's a horrendous person, he's a cheater, a liar and a thief'," says Reed of himself. "Now, I'm a murderer and everything else on God's green earth and that's not OK, because it's not who I am."

ADVERTISEMENT

This is Reed's first in-depth interview since he joined LIV Golf in June and then filed an [extraordinary defamation suit](#) worth more than £620 million against the Golf Channel and one of its analysts, Brandel Chamblee. Many have questioned its merits but Reed is adamant "that it comes to a point where you have to fight back, fight for yourself, and fight for what you believe in".

Reed believes the American media, in cahoots with the PGA Tour, have purposely cast him as their arch villain ever since he emerged as an unapologetically cocky rising star in 2014, and have then spent almost a decade churning profit from his personal plight.

014



Reed with his wife Justine, who he says has received abuse at events as recently as this year
KYLE TERADA-USA TODAY SPORTS

"Everyone who knows the true me knows it's not this narrative that the PGA Tour and the Golf Channel have built," Reed says. "It feels like the media have painted me as this black hat, and they've just allowed that to keep on driving their clicks as well as the amount of income they can bring in from attacking me. They run with everything they can find or try to spin it in a negative way. It's hard to even talk about it because of how fictitious it is. The malice and deceit to say something like that about somebody is just ridiculous."

Reed does concede that, in certain instances, he has brought the backlash upon himself. He is a polarising figure and there have been several flashpoints with fellow players, most infamously when he criticised Jordan Spieth and Jim Furyk after the United States' defeat in the 2018 Ryder Cup. "Should I have said that publicly? Probably not," Reed says. "But I think one of the biggest things is to be yourself and always tell the truth, and sometimes the truth hurts. At the end of the day, do I believe what I said? Yes."

SPONSORED

 Here's why you should consider investing in

 From enchanting

What has damaged Reed's reputation the most, though, are the allegations of cheating that he insists are entirely false. They stem back as far as his first semester at the University of Georgia, when he was accused of moving a ball closer to the fairway, along with stealing several items from a locker room. "I have two letters signed by both coaches saying there was no cheating, there was no lying, there was no stealing of anything but [the media] keep going back [and bringing it up]," Reed says.

Exoneration isn't easily granted for those accused of golf's cardinal sin, and there was a sense of gleeful vindication after television cameras showed Reed had twice illegally grounded his club in a waste bunker at the Hero World Challenge in the Bahamas in 2019. He received a two-shot penalty rather than being disqualified, with rules officials accepting that Reed had touched the sand unintentionally. "I have never ever intentionally tried to break any rule of golf to gain an advantage on anyone," he says. "I take too much pride in the hard work I do each and every day to try and gain an advantage in such a petty and deceitful way."

016



Reed, picture with Woods, publicly criticised some team-mates after their defeat at the 2018 Ryder Cup in Paris
GETTY IMAGES

It is how the media reacted to the incident in comparison with other players' rule infractions that Reed highlights as examples of the so-called agenda against him. "Cam Smith took an improper drop at the FedEx Cup play-offs, there's a two-stroke penalty. Tiger Woods [took] an improper drop at Augusta after he hit the flagstick and it goes back in the water [in 2013]... Jon Rahm at Memorial [in 2020] setting up at a chip and his ball moves and he hits it and he plays, there's a two-stroke penalty. None of

these guys are called cheaters. My first infraction ever is
what happened in the Bahamas, yet I'm labelled as a
cheater. It went overboard, going on and on and on."

Reed believes the narrative against him was concocted
insidiously eight years ago after he proclaimed himself as
one of the world's top-five players following his third
PGA Tour title at 23 years old. "It rubbed some people
and players the wrong way I guess," he says. "Me making
that comment gave them a reason to be basically like,
'Hey, this is our black hat, this is a good guy to put down
as a villain and here's our target.' "

ADVERTISEMENT

When he did establish himself as one of the world's elite
with his victory at Augusta, a sudden and intense focus
on Reed's strained relationship with his parents was
considered unforgivably invasive. "The things I had to
encounter growing up as a kid, it's not something that
there's really a time or place to talk about," he says. "At
the end of the day, it's horrendous. To sit there and try
and tarnish a major victory like that shows the abuse of
power the media had right then and there. They just
make up stories and say, 'Oh look, he even turned his
back on his family,' and that's not true at all. At all. But
because they know I'm not going to talk publicly about it,

it allows them to have a free run to say and stir up anything they want, and that's not OK."



Reed says the PGA Tour has not protected him or his family
WARREN LITTLE/GETTY IMAGES

If Reed believes his portrayal is entirely false, why then did an ESPN survey of PGA Tour players in 2015 put him second behind Bubba Watson in a list of players they'd be least likely to defend in a fight? "It's funny you bring that up because I've never played with anyone that has had any kind of negative attitude towards me," Reed says. "The only thing I've seen is players are absolutely shocked by what they hear from the fans."

That much is undeniable and digs to the root of Reed's fractured relationship with the PGA Tour. His reputation as a rogue often made him an available target for overly enthusiastic spectators at tournaments and he feels there was a flagrant lack of support from police and volunteers alike. "They're doing nothing because the Tour is not doing anything," Reed says. At the Players Championship earlier this year, he says as an example, a group of young men repeatedly told Reed's wife, Justine, to "f*** off" and she says she has cried behind her sunglasses at events more times than she cares to remember.

T

"The PGA Tour should have protected us," Reed says. "They knew how tough it was. We communicated that and they didn't do enough or really anything to stop it, and that's a problem. I don't care if you've had one drink or a million drinks, there's a way you're supposed to act as a human being. To sit there and tear someone down, it's so wrong. And that's not done by us, at all. That's strictly done by the media and the narrative that the Tour and the Golf Channel and Brandel are pushing at us that's far from the truth.

"They've built this hostile environment for me to play in and it's unhealthy and, because of that, there's no reason why I'd ever want my children or my wife to be out there while I'm playing the PGA Tour. If you can't help your players and protect them mentally and physically then why stay to continuously beat yourself up."

Reed's fractured relationship with the PGA Tour, combined with the enormous financial incentive, always made him an obvious candidate to cross golf's divide and join LIV. Yet he has also been a member of the DP World Tour since 2015 and became only the fourth American to receive honorary life membership owing to his success at the Masters but also his longstanding support.

The presence of the LIV rebels this week at Wentworth, however, heightened tensions and Reed balks at the comments of Rory McIlroy, who had claimed it would be "hard to stomach" seeing the LIV players at the BMW

020

PGA Championship. He also reserves criticism for the defending champion Billy Horschel, who concurred that the rebels were unwanted and went as far as to brand some of them as "hypocrites".

ADVERTISEMENT

"I feel like [Rory] making those types of comments is insulting," Reed says. "Let's be honest, I've [played the DP World Tour] more consistently than some of the Europeans on the PGA Tour, so for them to take shots at other guys, especially Billy and Rory taking shots at the LIV guys saying they shouldn't be here — I've done more for this Tour than Billy has and I've played almost as much as Rory has for the past five years.

"I was able to talk to a bunch of DP World Tour players [on Tuesday] and not a single one of them had any issue with me being here because of the support I've shown this tour throughout my career, throughout Covid and at smaller events as well as big events. These other guys sitting there and talking saying you can't play two tours, that's hypocritical as ever, these guys are playing the PGA Tour and the DP World Tour."

Even if Reed, whose ranking has fallen 14 places to 50th due to LIV's lack of official world ranking points, has no

great desire to return to the PGA Tour, he is clear in the belief he should have the choice. "I've earned that spot so I should be able to play," he says. "It doesn't matter where it is."

PGA Tour

Share   

## Related articles



GOLF

**Fleetwood back with a bang after sublime 64 at Wentworth**

September 09 2022, 12.01am

Tom Kershaw



GOLF | BMW CHAMPIONSHIP

**Insults, fear and loathing at Wentworth as game tears itself apart**

September 07 2022, 8.30pm

Matt Dickinson, Rick Broadbent



GOLF

**Reed launches £620m legal action against Chamblee and the Golf Channel**

August 18 2022, 8.30am

John Westerby, Tom Kershaw

∧ BACK TO TOP



**BLANK**ROME

## MEMORANDUM

## PERSONAL AND CONFIDENTIAL

TO:            Smith & Company

FROM:       Susan L. Bickley

DATE:        May 23, 2019

RE:            Confidential Background Information:  Patrick and Justine Reed

C/M NO.:    145026/00203

---

### Patrick Reed - Confidential Background

**1.     Calendar / Events**

June 16, 2019 US Open
June 23, 2019 Travelers Championship
June 30, 2019 Rocket Mortgage Classic
July 7, 2019 3M Open
July 21, 2019 148th Open Championship
July 28, 2019 WGC FedEx St Jude Championship
August 4, 2019 Wyndam Championship
August 11, 2019 The Northern Trust
August 18, 2019 BMW Championship

August 25, 2019 The Tour Championship
September 8, 2019 The Porsche European Open
September 15, 2019 KLM Open
September 22, 2019 BMW PGA Championship
October 13, 2019 Houston Open
October 20, 2019 CJ Cup @ Nine Bridges
October 27, 2019 The Zozo Championship (Japan)
November 3, 2019 WGC - HSBC Champions (Shanghai)
November 24, 2019 DP World Tour Championship

**2.     Website/Social Media**

Twitter: @PReedGolf
http://goteamreed.com/
https://www.instagram.com/preedgolf/

**3.     Sponsors**

Nike—clothing, headwear, footwear, glove
Hublot—timepiece
Ultimate Software—golf staff bag
Various other business-related arrangements and appearances

**4.     Personal and Family**

a.     Married: Justine Reed (2012)
b.     2 Children: Windsor-Wells Reed (2014) Barrett Benjamin Reed (2017)
c.     Justine previously was Patrick's caddy.  His brother-in-law, Kessler Karian, is his current caddy.

May 23, 2019
Page 2

   d.     Patrick and Justine partnered to make it through all three stages of Q-School, winning two of them and went on to earn his PGA Tour Card in final stage of Q-School in 2012. In 2013, Patrick's first full year on the PGA Tour, he won at the Wyndham Championship.

   e.     Interests:

        1.     Favorite sports teams-University Notre Dame Football, Houston Astros, Houston Texans, Houston Rockets, Pittsburgh Steelers, Pittsburgh Penguins

        2.     Music interests/Musical inclinations: Likes a wide variety of music. Has a Steinway Spirio.  Enjoys Imagine Dragons, Post Malone, and others.

        3.     Unique collections - Hickory Golf Clubs

        4.     Hobbies (cooking/reading/video games/movies) - Loves to cook, loves cars, and his grill; very family-oriented; likes to play tennis, watch movies with his daughter, and plays with his son.

**5.**     **Notable Achievements or Honors**

   a.     2018 Masters Champion at 27 years-old.

   b.     Youngest World Golf Champion, beating Tiger Woods' PGA Tour record at the WGC-Cadillac Championship at Doral in 2014.

   c.     Nominated for 2 ESPY's Awards for "Golfer of the Year" in 2016, 2018.

   d.     6-time PGA Tour Winner including, one major championship, The Masters-2018, one World Golf Championship at Doral-2014, and a FedEx Cup playoff event, The Barclays held at Bethpage Black in 2016.

   e.     Holds three PGA Tour Records including: (1) shot 63,63,63, on three different courses at the Humana Challenge and went on to win, (2) shot 29 on the back 9 at Congressional Country Club, (3) youngest WGC winner ever.

   f.     Earned spot on 3 Ryder Cup Teams, 2 President Cup teams, and the 2016 Olympics.

   g.     In 2014 and 2016 Ryder Cups, Patrick was the leading point-scorer for the American Team.

May 23, 2019
Page 3

h.   2-time National Champion at Augusta State University where he went 6-0 in match-play beating his former collegiate team, University of Georgia and Oklahoma State in the finals.

i.   After winning the WGC-Doral, Patrick accepted full membership on the European Tour in 2015 and was the only American to hold both PGA and European tour cards. He has maintained his European Tour card since 2015.

j.   Awarded honorary Lifetime Membership on the European Tour, becoming only the fourth American to receive this honor together with Arnold Palmer, Tom Watson, and Jack Nicklaus.

## 6.   Charitable Activities

a.   Team Reed Foundation

b.   The Team Reed Foundation has donated to SBP, St. Benedict's Homeless Shelter in Owensboro, Kentucky, the Ronald McDonald Foundation, Fischer House, Duke Center of Cancer Research, the American Junior Golf Association, and the Hurricane Harvey Relief Fund.

c.   The Team Reed Foundation is currently focusing on smaller charities that impact people's lives.

d.   Patrick and Justine have dedicated, individually and through their charitable foundation to the enthusiastic support of junior golf, scholarship programs and https://www.golfchannel.com/video/feherty-reeds-unique-golf-charity/

e.   The Patrick Reed American Junior Golf Association (AJGA) 2018 Tournament in the Woodlands raised $165,000 – which was a record and an all-time high for all AJGA Open tournaments.

f.   The 2018 event returned $140,000 to charity, and brings his total charitable giving figure close to half a million dollars since 2014 when he first became involved.

g.   Over the years, Patrick has helped fund his AJGA Tournament and endowed a $100,000 ACE Grant, which reimburses families for qualified expenses to make national junior golf – and a college scholarship – possible for economically-disadvantaged players.

h.   Patrick's tournament has been honored nine times, the most of any single event in the same number of years for excellence in the following categories:

May 23, 2019
Page 4

      i.     Best overall Tournament – 2014, 2016.

      ii.    Top charitable giving (money to charity) – 2014, 2015, 2016, 2017.

      iii.   Top Junior-Am (most revenue raised locally) – 2016, 2017.

i.    On May 7, 2019, Patrick created the first annual Patrick Reed Scholarship Award, funded by the Team Reed Foundation. *See* the attached press release regarding the scholarship being awarded to Zachary Slayton.

j.    For additional information regarding Patrick's support of junior golf around the world, please refer to the following and the attached photographs:

      i.     Saudi Arabian Golf Federation Youth Clinic.

      ii.    First Tee of New Orleans Louisiana.

      iii.   Shanghai China HSBC Patrick Reed Golf Day.

k.    Representative links concerning various charitable activities

    http://patrickreedfoundation.com/
    https://www.golfdigest.com/story/golfs-efforts-to-help-those-impacted-by-hurricane-harvey-have-been-inspiring
    https://medium.com/@GoTeamReed/hurricane-harvey-how-you-can-help-4e7dbb1d711c
    http://together.pgatour.com/players/34360.html
    https://purpose2play.com/2018/08/23/patrick-reed-goes-all-in-to-give-junior-golfers-chance-to-make-it/
    https://www.ajga.org/news/charitable-giving-award-insperity-invitational
    https://www.ajga.org/news/patrick-reed-event-raises-140-000-for-charity

G MAIL
so Google

Justine Reed <jreed@goteamreed.com>

## Confidential Files and Meeting

6 messages

**Justine Reed** <jreed@goteamreed.com>
To: Jay Monahan <jaymonahan@pgatourhq.com>

Mon, Oct 28, 2019 at 5:32 PM

Dear Commissioner Monahan,

I hope you are doing well. After some thought, I have decided to postpone any meeting we may have had tomorrow. At this time, I don't think it is necessary as I have tried on countless occasions for many years to help change the behavior of the PGA Tour, the PGA Tour's media affiliates, and some of the Tour's corporate partners behavior towards Patrick Reed. Which by the way, is all based on inaccurate, misreported information that has been reported time and time again by the people the Tour credentials.

I have worked with your Communications department tirelessly, but their actions speak louder than their words. I have attached the latest "Patrick Reed Content Concepts" from your communications department. I found their proposed concepts disrespectful and out-of-line (particularly in regards to the 2nd and 3rd concepts). I gave the communications department all kinds of new information and an updated profile on Patrick for Golf Channel, CBS, for any commentators on television and none of it has been used. The little we do see of him- none of it is ever said which tells me it was never given to them or they simply choose not to say anything positive or new about him and the communications department does not ask why.

On December 12, 2018, in an article published by Golf Digest written by Scott Michaux titled, "Patrick Reed Against the World." In this article a fellow PGA Tour player, Kevin Kisner, made disparaging, damaging, and malicious public comments about Patrick in reference to his relationship with former teammates in college. Kevin Kisner is quoted saying:

> "They all hate him- any guys that were on that team with him [at Georgia] hate him and that's the same way at Augusta. **I don't know that they'd piss on him if he was on fire, to tell you the truth."**

According to PGA Tour rules, these public comments violate several of the tour's regulations governing the conduct of players. Two weeks after he made these public, disparaging and damaging comments about Patrick, Kevin Kisner was promoted to the PGA Tour's Player Advisory Committee.

If you all really wanted to change all of this behavior, you could and you would. And you haven't nor has anyone else from the Tour, it has only become worse. My daughter, who is just 5 years old, was bullied last year at school about her dad- at four years old. Patrick has people screaming at him every week at tournaments. They yell in his backswing, they say "Everyone hates you FATRICK!" He is harassed and heckled constantly on the course and the Tour has neglected to do anything about it. All the other players know it too. One recently asked him, "Is it always like this?" To which Patrick replied, "this is nothing, sometimes worse." And the player said it was ridiculous, something we hear all the time.

Last year, I had to request security for Patrick on at least 5 different occasions, our representatives had to as well. There are some guys out there that really love Patrick, and there's many that know what is going on. He stands there and takes the abuse every single week. He supports all of your new tournaments, never complains, and always tries to help whenever you all ask. He never has done anything to be treated how he is treated. In the face of all of this, Patrick is never far from smiling, and has a great sense of humor.

These sponsors want exposure and a great ambassador. Patrick has played more than any top player in the world for the last six years. He is a Masters Champion and has won seven times on the PGA Tour, earned his spot on three Ryder Cups, Two President's Cups, and is an Olympian. He proudly supports the Tour and Junior Golf and is a great father and husband. He is a great ambassador for any company, and I have all the marketing analytics and knowledge to back that up. He is a star that has been marginalized. This has gone on for six years. I have walked over a thousand rounds of golf on tour. I have witnessed the treatment. Friends, spectators, people have witnessed it and all of them ask why the Tour is allowing this. And I want to know why. I also would like to know how Patrick is on the harder side of the "draw" 95 percent of the time? The stats show it. This is about morals, principles, the character and integrity of the Tour and the protection of their player and the player's family.

I look forward to hearing from you. I'd like to invite you to come to Houston and meet with us at your convenience. I have attached a few confidential documents for your knowledge and would appreciate you taking the time to look at them thoroughly. Please, feel free to give me a call. Thank you.

Kind regards,

Justine Reed
**Justine Reed**
**Team Reed Enterprises, Inc.**
jreed@goteamreed.com
**4747 Research Forest Dr., Suite 180 #426**
**The Woodlands, TX 77381**
(c) **832-621-6095**
goteamreed.com



**7 attachments**

📎 **PGA Tour Corporate Sponsorships- highlighted.pdf**
44K

📎 **USGA and Coaches Statements.pdf**
676K

📎 **Ltr Katherine Trager 3-6-15 Random House inc. both coaches statements MUST READ.pdf**
4361K

**Ltr Shane Ryan 3-6-15 Demand for Retraction.pdf**

📄 3115k

📄 **This will blow your mind- Retraction Letters we had to send 5.16.19.pdf**
1410K

📄 **Retractions to Date in Response to Demand Letters1.pdf**
7259K

📄 **Patrick Reed Concepts PDF (1).pdf**
238K

---

**Jay Monahan** <JayMonahan@pgatourhq.com>
To: Justine Reed <jreed@goteamreed.com>

Tue, Nov 5, 2019 at 10:40 AM

Dear Justine,

Thank you for your correspondence on Monday evening, October 28, 2019. I was disappointed you cancelled our Tuesday meeting as I was looking forward to visiting with you.

You put forward in your email several issues that are of significant concern to you. Candidly, I am concerned that you appear to be calling into question the integrity of the PGA TOUR on a number of fronts, when we have, and always will have, Patrick's best interests in mind by providing opportunities for him to succeed on and off the golf course.

I believe the best path forward is to reschedule our in-person meeting. I have provided a few date options below and feel it's very important that both you and Patrick attend. I would like to have the meeting in Ponte Vedra Beach so that you and Patrick have full access to the TOUR staff that have been working hard on your behalf. We need to have an open and candid discussion in person, and until we do, I worry that your concerns will continue to linger well into the future. Please let me know which of these dates work for you and Patrick. I look forward to the opportunity to visit in person.

- Tuesday, November 19: 2-5pm
- Wednesday, December 18: anytime 9am – 5pm
- Thursday, December 19: anytime 9am – 3pm
- Friday, December 20: anytime 9am – 1pm

Sincerely,

Jay

The information contained in this transmission and any attachments may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

[Quoted text hidden]

---

**Justine Reed** <jreed@goteamreed.com>
To: Janet Karain <jkarain1@yahoo.com>

Tue, Nov 5, 2019 at 11:21 AM

[Quoted text hidden]
--
[Quoted text hidden]

---

**Justine Reed** <jreed@goteamreed.com>
To: Justine Reed <jreed@goteamreed.com>

Wed, Nov 6, 2019 at 2:39 AM

**Justine Reed**
Team Reed Enterprises, Inc.
jreed@goteamreed.com
4747 Research Forest Dr., Suite 180 #426
The Woodlands, TX 77381
(c) 832-621-6095
goteamreed.com

---------- Forwarded message ----------
From: **Jay Monahan** <JayMonahan@pgatourhq.com>
Date: Tue, Nov 5, 2019 at 10:40 AM
Subject: RE: Confidential Files and Meeting
To: Justine Reed <jreed@goteamreed.com>

Patrick Reed Sinks Long Birdie Putt At Masters, Crowd Doesn't Cheer                                                4/10/23, 11:20


 

**SPORTS**    <span style="color:green">**BETTING**</span>    **CULTURE**    **ANALYSIS**    **VIDEO**    **SHOWS**    **VIP**    **SHOP**

Home › Sports › Patrick Reed Sinks...

# PATRICK REED SINKS LONG BIRDIE PUTT AT MASTERS, WAVES TO BASICALLY NO ONE AS CROWD VIRTUALLY SILENT

 by **DAN ZAKSHESKE**
April 9, 2023, 5:34 pm   updated April 9, 2023, 7:48 pm

 1

**Videos by OutKick**

Patrick Reed is very, very unlikeable. Even before his move to the LIV Tour, golf fans despised the 2018 Masters champion.

https://www.outkick.com/patrick-reed-sinks-long-birdie-putt-waves-to-basically-no-one/

029

He's a known cheater who's undeservedly smug and extremely cocky. Even his own family hates him.

But still, when long putts go down at The Masters, people cheer. Patrons sit around for hours and wait for big things to happen. In fact, the crowd is so loud it sometimes hurts the TV coverage.

Why? Because there's nothing worse than when the broadcast is showing one players and massive roar comes from somewhere else on the golf course.

"Well, I guess the next shot I see is going to be good," you think to yourself, ruining the suspense.

Unless that shot comes from Patrick Reed. If Reed makes a birdie and no one cheers, did it really happen? Well, yes, according to the scoreboard. And Reed is in contention on Sunday.

Patrick Reed Sinks Long Birdie Putt At Masters, Crowd Doesn't Cheer                    4/10/23, 11:20



No one likes Patrick Reed, especially the Masters patrons. (Photo by Christian Petersen/Getty Images)

After a tee shot into the par-3 12th hole that found the back-left fringe, Reed had over 40 feet left to the cup.

He hit a perfect putt that found the bottom of the hole. Outside of a small smattering of applause, most likely from his wife's family — certainly not his own — no one in the gallery made a sound.



I think the funniest part is when Reed sticks his hand out as if to say "thank you," except he's thanking no one.

You can here his playing partner, Xander Schauffele, say "nice putt." Trust me: when someone hits a 40-foot bomb for birdie, you never hear a playing companion say "nice putt." Why?

Because the crowd usually drowns that out. But for Patrick Reed, there is no "crowd."

If I didn't hate him so much myself, I might root for him to actually win.

Mostly just because it would be so funny.

---

*Follow Dan Zaksheske on Twitter: @OutkickDanZ*

#GOLF  #LIV GOLF  #MASTERS TOURNAMENT  #PATRICK REED  #PGA TOUR



## Written by Dan Zaksheske

Dan began his sports media career at ESPN, where he survived for nearly a decade. Once the Stockholm Syndrome cleared, he made his way to Outkick. He is secure enough in his masculinity to admit he is a cat-enthusiast with three cats, one of which is named "Brady" because his wife wishes she were married to Tom instead of him.

# <u>**CATEGORY B**</u>

Condemnation of Defamatory Tactics of
Representative Defendants Prior to PGA Tour,
DP World Tour, LIV Golf Proposed Merger



# Golfweek

Menu

## Brandel Chamblee feels social media's wrath after PGA Tour-LIV Golf merger news

**Share this article**                                                                ↗ 27k shares

| | f | 🐦 | txt | ✉ | 🔗 | ••• |
|---|---|---|---|---|---|---|



Photo: Rich Graessle/Icon Sportswire via AP Images



**Todd Kelly**
June 6, 2023 12:17 pm ET

To say the breaking news of the <u>**PGA Tour's merger with the LIV Golf League**</u> caught virtually everyone off guard would be a massive understatement.

<u>**Golf Twitter has been ablaze**</u> on this Tuesday morning with shock and awe and the reactions have been flying fast and furious.

Since the inception of the PGA Tour vs. LIV debate, there have been a few prominent, outspoken critics of the Saudi Arabia Public Investment Fund-backed breakaway tour, most notably Golfweek's Eamon Lynch and Golf Channel's Brandel Chamblee.

035

# Golfweek



Terms & Conditions                                                    Learn More

A tweet he posted on May 31, essentially sums up his long-held view of LIV golf:

## Chamblee has made his position clear time and again

**Brandel Chamblee** @chambleebrandel · Follow

As I have said many times, LIV Golf is not so much a sports entity as it is MBS / Saudi Arabia trying to hide their atrocities and launder its reputation by buying sports stars. Any yielding to or agreement with them is a deal with a murderous dictator.

POLITICO

Public Investment Fund — the sovereign wealth fund of Saudi Arabia that finances LIV — "occasionally oversaw its public relatioı Copy Select All

The firm also cited recent court filings in which representatives for the Public Investment Fund called the fund "inextricably intertwined with the [Saudi] government such that" the Public Investment Fund's "objectives may be indistinguishable" from Saudi Arabia's

**POLITICO** @politico
Vivek Ramaswamy has fired one of the firms consulting for his 2024 campaign after it was revealed the firm had simultaneously been doing public relations work for a major Saudi-backed entity
politico.com/news/2023/05/3...

10:11 AM · May 31, 2023 from Scottsdale, AZ

495 Reply Share this Tweet

Read 549 replies

ADVERTISEMENT

## Chamblee's last tweet before merger news

Brandel Chamblee a hot topic in wake of PGA Tour–LIV Golf merger news                                    7/3/23, 16:08

Chamblee's last Tweet on record pertaining to the situation was posted on June 2 as part of a continued thread about Phil Mickelson in particular and Chamblee's efforts to get Lefty to join the Golf Channel set to discuss on live TV the state of affairs.



ADVERTISEMENT

## Brooks Koepka offers early opinion

Now, with the golf world turned on its head, Chamblee is a popular search term.

One of the early mentions of Chamblee on social media came from LIV golfer Brooks Koepka:



Best Father's Day golf gifts: Serious golfer | Gifts for less than $100 | Personzlied golf gifts

ADVERTISEMENT

## Koepka 'buried' Chamblee

The *New York Post* went so far as to say Koepka "buried" Chamblee with those four words.



New York Post Sports 🏅 🔴
@nypostsports · **Follow**

Brooks Koepka buries Brandel Chamblee with four words
after LIV Golf-PGA Tour merger trib.al/y0w9iWX

8:27 AM · Jun 6, 2023

💗 4      💬 Reply      ⬆️ Share this Tweet

**Read more on Twitter**

ADVERTISEMENT

## Reaction

That sentiment was echoed time and again by golf fans, with variations of "Where's Brandel?" or "How's Brandel?" or "What's Brandel going to do now?" flooding the zone.

Brandel Chamblee a non-reply in wake of PGA Tour-LIV Golf merger news                                    7/3/23, 16:08



**Flushing It**
@flushingitgolf · Follow

Live look at Brandel Chamblee:

7:10 AM · Jun 6, 2023

❤️ **2.1K**      💬 **Reply**      ⬆️ **Share this Tweet**

**Read 66 replies**



**Ryan Slocum** · Jun 6, 2023
@Sloc12 · Follow
I hope all of you who refused to acknowledge LIV Golf existed do the same for The PGA now.... But you aren't gonna do that are you?

**Kevin E. Gembel PhD**
@KEGPhD · Follow

I don't normally watch the golf channel, but I need to see Brandel Chamblee's meltdown

9:13 AM · Jun 6, 2023

❤️ **9**      💬 **Reply**      ⬆️ **Share this Tweet**

**Read 3 replies**

ADVERTISEMENT

040

Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news 7/3/23, 16:08



**CutmakerJeff**
@CutmakerJeff · **Follow**

This is bigger than Waystar/Gojo. Watch them make
Brandel the new CEO of the newco, like Tom Wazgans

9:38 AM · Jun 6, 2023

♥ 5      💬 **Reply**      ⬆ **Share this Tweet**

**Read more on Twitter**

041

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 47 of 220 PageID 1686



042

**Booger**
@ESPNBooger · Follow

2 people I wanna hear from today. Brandel Chamblee and Tiger Woods

7:47 AM · Jun 6, 2023

252 Reply Share this Tweet

Read 12 replies

ADVERTISEMENT

**MTCWithMook** 🎙🎥📷
@MTCwithMook · Follow

Chamblee might want to take a Twitter break #PGATour #LIVGolf

9:11 AM · Jun 6, 2023

2 Reply Share this Tweet

Read more on Twitter

**Jake Groninger**
@Groninger61 · Follow

I have never wanted to hear from Brandel Chamblee so badly in my life.

9:20 AM · Jun 6, 2023

138 Reply Share this Tweet

Read 3 replies







Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news                    7/3/23, 16:08



Brandel Chamblee a hot reply in wake of PGA Tour–LIV Golf merger news                                    7/3/23, 16:08



**Keith Olbermann** ✅ · Jun 6, 2023
@KeithOlbermann · **Follow**

BREAKING: So, the Saudis just bought American golf

nytimes.com
Here is the latest on the PGA-LIV Golf deal.
In a stunning announcement, the tour, along with the DP World
Tour and Saudi Arabia's sovereign wealth fund, said the rivals ...

**RichMandrake** 🇺🇦
@MandrakeRich · **Follow**

Late Stage Predatory Dickensian Capitalism wins
again..Triumph of Money over what is good and right.  As a
Golf fan...and Neighbor of Phil Michelson..I am Sick..Gotta
upgrade the Neighborhood....Kudos to
Rory..Brandel..Eamon..for standing telling the Truth..

9:36 AM · Jun 6, 2023                                          ⓘ

❤ 9        💬 Reply        ⬆ Share this Tweet

Read 5 replies

ADVERTISEMENT

Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news                    7/3/23, 16:08



ADVERTISEMENT



ADVERTISEMENT

Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news                                            7/3/23, 16:08



**Liberation Of TIKTOK**
@GolfingLounge · Follow

Quick PGA/LIV reaction...

People who look really dumb:
1. Brandel
2. Rory
3. Jay Monahan
4. Tiger
5. PGA tour

People who look really smart:
1. DJ
2. Brooks
3. Cam
4. Any PGA player who kept their mouth shut
5. Greg Norman
6. (Pif) Saudi Arabi
7. Liv tour

8:14 AM · Jun 6, 2023                                    ⓘ

♥ 168      💬 Reply      ⬆ Share this Tweet

**Read 63 replies**



**LIV Golf Nation** ✔
@LIVGolfNation · Follow

Can part of the merger agreement include firing Brandel
Chamblee and Eamon Lynch?

I don't want either of them involved with any LIV
broadcasts.

7:40 AM · Jun 6, 2023                                    ⓘ

♥ 581      💬 Reply      ⬆ Share this Tweet

**Read 88 replies**

ADVERTISEMENT

Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news
Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 54 of 220 PageID 1693
7/3/23, 16:08



Rick Olson
@2puttsonly · Follow

Brandel Chamblee needs to put in his termination papers tonight.
There is no "moral" way he can move forward and still work for a company that covers this tour in the future.

8:20 AM · Jun 6, 2023

♥ 164     💬 Reply     ⬆ Share this Tweet

Read 20 replies



A.J. Perez ✓ FOX
@byajperez · Follow

Working on details of the settlement of the LIV Golf-PGA Tour antitrust lawsuit. All litigation (minus Patrick Reed's) is expected to be dropped shortly.

Next question: Will Patrick Reed hug it out with Brandel Chamblee?

frontofficesports.com
PGA Tour Merges With Saudi Arabia-Back Rival LIV Golf
The PGA Tour, DP World Tour, and LIV Golf are merging their operations into a single commercial entity, per a press release from the PGA Tour.

7:54 AM · Jun 6, 2023

♥ 11     💬 Reply     ⬆ Share this Tweet

Read 1 reply

ADVERTISEMENT

**josh Pagan**
@JoshTPagan · **Follow**

Oh Brandel, Oh Brandel my dear… @PhilMickelson
@livgolf_league , I bet @chambleebrandel is deleting
deleting deleting right now!!) lol 😂 #DifferentLevel 💰



7:35 AM · Jun 6, 2023

♥ 3     💬 Reply     ⬆ Share this Tweet

**Read more on Twitter**

**Average Dad** ✓
@VeryAvgDad · **Follow**

Just glad I'm not Brandel's Twitter today.

7:55 AM · Jun 6, 2023

♥ 52     💬 Reply     ⬆ Share this Tweet

**Read 10 replies**

ADVERTISEMENT

050

Brandel Chamblee a hot topic in wake of PGA Tour-LIV Golf merger news                                     7/3/23, 16:08



**AJ Costilla**
@aj_rib1993 · **Follow**

The Four Aces showing up to a PGA event and crashing brandel chamblees set.

7:35 AM · Jun 6, 2023

❤️ 2      💬 Reply      ⬆️ Share this Tweet

**Read more on Twitter**



**MATTWILLS**
@M4ttWills · **Follow**

We haven't heard from Brandel and Eamon because they too busy scrubbing their social media.

9:28 AM · Jun 6, 2023

❤️ 2      💬 Reply      ⬆️ Share this Tweet

**Read more on Twitter**

ADVERTISEMENT

051



**LEFTCLICKBUY** ✔ · Jun 6, 2023
@leftclickbuynft · **Follow**
Replying to @BKoepka
Brandel InChamblees

**Polemicist**
@Hitchslap99 · **Follow**

NOW, Brandel faces the same moral test he put to all players who went to LIV: will Brandel do the "moral" thing and resign, or will he instead take the Golf Channel money, much of which will now come from Saudi Arabia? @nypost @HankHaney @PhilMickelson

9:36 AM · Jun 6, 2023

❤️ 11      💬 Reply      ⬆️ Share this Tweet

**Read 2 replies**



**Paige Spiranac** ✔
@PaigeSpiranac · **Follow**

Phil knowing Brandel is about to have the worst day ever with the news of the tour merging with LIV

▶ GIF

7:43 AM · Jun 6, 2023

❤️ 8.5K      💬 Reply      ⬆️ Share this Tweet

**Read 418 replies**

ADVERTISEMENT

**Kevin Watterson**
@kwatt · **Follow**

In hindsight, Phil going nuclear the last few days was definitely a move to make Brandel look like a fool after this announcement.

> **LIV Golf Nation** @LIVGolfNation
> Can part of the merger agreement include firing Brandel Chamblee and Eamon Lynch?
>
> I don't want either of them involved with any LIV broadcasts.

9:05 AM · Jun 6, 2023

1 Reply Share this Tweet

Read more on Twitter

ADVERTISEMENT

**Bogey65**
@Bogey65 · **Follow**

Happiest person in golf today- Zach Johnson

Most upset,butthurt person in golf today- Brandel Chamblee

9:02 AM · Jun 6, 2023

2 Reply Share this Tweet

Read more on Twitter





Brandel Chamblee a hot topic in wake of PGA Tour–LIV Golf merger news                 7/3/23, 16:08



ADVERTISEMENT

California Privacy                                                                    Taboola Feed

**Want To Feel Stronger At 60 Than At 30? Top Expert Says Do This One Thing**

Mypowerlife.com | Sponsored

**3 Toxic Foods for Dogs: The One Meat You Should Never Feed Your Dog**

DogFoodDiscovery.com | Sponsored

**Seniors Under 85 Years Old Get $250k In Life Insurance For $13/Month**
Perform A Simple Search On The Next Page To Find The Best Life Insurance Option For You

ActiveBeat.com | Sponsored

**Restaurants In Tehachapi With Good Senior Discounts**
Born Before 1970? Get 17 Seniors Discounts

TheWalletGuru.com | Sponsored

**Tehachapi Dental Implant Offers: See Prices**
Perform A Simple Search On The Next Page To View Dental Implant Prices and Offers Near You

Dental Implant Ads | Sponsored

# ICYMI: Brandel Chamblee Malfunctions On Live TV, Required Reboot

Posted By **Jeff Smith** - MAY 23, 2023



*(Via Awful Announcing Twitter SG)*

The Golf Channel's **Brandel Chamblee** is the network's star analyst. He is also a smear merchant who's libeled the LIV Golf league and its players since its inception.

Let there be no doubt. Chamblee's beef with LIV Golf is one-hundred percent related to helping the PGA Tour maintain its monop yet the one-time tour winner spouts his criticism using a moral filter, e.g. "Saudi Arabia is an authoritarian state, hence LIV Golf supports terrorism" or some such ridiculous relativism. (While ignoring the fact that NBC Sports made millions broadcasting the Russia and China Olympics. And/or that the same Saudi Arabia that funds LIV Golf also owns large shares of Twitter where Chamblee spins more hate. Or that his iPhone was made in Communist China. ***You get the hypocritical gist.***)

First a bit of a table setter: Chamblee's cohorts on the golf network aren't nearly as acerbic but generally nod along with his anti-l rants, while on Twitter, he simply turns off replies and/or blocks any critical comments. Bottomline: he lives in a self-induced ech chamber.

> Brandel Chamblee tonight… pic.twitter.com/VKt9aMHkDH
>
> — Tim Wright (@twright623) May 22, 2023

Throughout the first seven rounds of the opening two majors of 2023, Chamblee did a decent job of trying to remain objective ar even-handed. But on Sunday night, following **Brooks Koepka**'s fifth career major at the 105th PGA Championship, which moved him to No.2 on the U.S. Ryder Cup team, Chamblee lost it, essentially demanding Koepka be banned from Ryder Cup eligibility.

Everything was going as scripted (Chamblee ranting, Rich Lerner nodding) until **Brad Faxon** calmly disagreed. That's when the ar LIV robot essentially broke down and required a reboot – first repeating Faxon's words, and then just basically powering off.

Watch:

> Things got a little awkward on Golf Channel Sunday night as Brandel Chamblee and Brad Faxon entered a "stand-off" debating Brooks Koepka being on the US Ryder Cup team. pic.twitter.com/ilapWiooDk
>
> — Awful Announcing (@awfulannouncing) May 22, 2023

Reaction from Twitter:

I can't listen to a word from Eamon Lynch and Brandel Chamblee anymore. I hit mute or change the channel the second I hear their voices. #PGAChampionship

— 7th October 2021 (@InsaneHashtag) May 16, 2023

Brandel Chamblee is absolutely befuddled by the lightbulb going off that the Ryder Cup is not playing for whatever tour you play on. Dude is just talking nonsense.

— Jack Parkman, PhD (@GoodDoctorHank) May 21, 2023

I've agreed with you for a while. @GolfChannel and Brandel Chamblee combine to form a classless disgrace to the sport. I will never watch it again. pic.twitter.com/0AuQBUbbiW

— WallStPete (@WallStPete) May 22, 2023

Brandel Chamblee is a loser and embarrassment to golf. Brooks deserves a Ryder Cup spot. GTFO of here with the LIV and PGA debate. There's no beef. The players have said there is no beef. The only beef is the low life losers like Brandel Chamblee making up fake beef.

— Brendan Budge (@brendan_budge) May 21, 2023

The part of Ron Burgundy will be played by Brandel Chamblee 😂

— Pro Golf Critic (@NotDrJ) May 22, 2023

🚩 | Former Golf Channel reporter Lisa Cornwell says LIV Golf critic Brandel Chamblee 'showed his true colours' in his bizarre standoff with Brad Faxon.

"He's a bully, plain and simple." 🗨 pic.twitter.com/QDK9eAoDbr

— GolfMagic (@GolfMagic) May 23, 2023

@GolfChannel Fire Brandel Chamblee, please!

— Virgil Hilts (@RustyHale1966) May 21, 2023

Hypocrites Chamblee and Lynch work for a company that helped sportwash Russia and China to make $ by television their Olympics without criticizing their murder and oppression . . .@eamonlynch @BrandelChamblee @GolfChannel @PGATOUR https://t.co/74EwztbIqS

— Ping G2 (@ping_g2) May 24, 2023

With Brooks winning PGA Championship I wonder:
1. How Brandel Chamblee is gonna react
2. How tough this will be mentally for Rory
3. If Jay Monahan has had a stroke yet
4. If this will speed up LIV players getting OGWR, they deserve it#PGAChamp #PGAChampionship2023

— 爪回も (@MorganWilhite) May 21, 2023

Brandel Chamblee trying to back himself up after Brad Faxon KO's him. pic.twitter.com/r6LIPCwgrA

— @countryclubadjacent (@ccapodcast) May 24, 2023

---

**Jeff Smith**

*https://www.progolfweekly.com/author/jeff/*

Jeff is a writer and content producer for Pro Golf Weekly. He is working on a new book, GOLF'S WORLD WAR, documenting the battle for tour supremacy that pits the monopolistic PGA Tour against its upstart rival, LIV Golf - the Greg Norman-led breakaway tour. Jeff can be reached by mail: jeff.smith at progolfweekly dot com

✉

Brooks Koepka's coach slams LIV Golf critics, NBC's Brandel Chamblee                                                    /3/23, 18:19



GOLF                                                                    **LIV Golf**     Add Topic +

# Claude Harmon III slams media, critics of LIV Golf as star pupil wins fifth major


**Steve Gardner**
USA TODAY

Published 9:36 a.m. ET May 24, 2023 | **Updated 9:40 a.m. ET May 24, 2023**

Golf instructor Claude Harmon III is basking in the glow of his prized pupil, Brooks Koepka, winning the PGA Championship last weekend at Oak Hill.

In doing so, Koepka became the first member of LIV Golf to win a major title, giving the fledgling circuit a huge boost in the wake of significant criticism from the PGA Tour and the media.

Harmon was quick to point out Koepka wasn't hurt by what many in the media perceived as a lack of competition at LIV events because of its hefty appearance fees and no cuts.

"The golf that I saw Brooks play at the end of the year is the same golf that is being played on the PGA Tour. You guys just tried to pretend that it wasn't," Harmon told GolfWeek's Adam Schupak.

"I think it is an interesting Jedi mind trick that they played on you guys and you guys fell for it. Because you guys were all, 'These guys were all washed up. They took the bag. They're insignificant. They play against no competition.' And that's just not the case."

**NEW STAR?** Who is Michael Block, the club professional who took the PGA Championship by storm?

Harmon also singled out GolfWeek writer Eamon Lynch and NBC Sports commentator Brandel Chamblee, whom he called a "paid actor," as the two have been among the most vocal critics of LIV Golf and its backing from Saudi Arabia's Public Investment Fund.

"I think Eamon is a fantastic writer, but for Eamon Lynch and Brandel Chamblee, who worked for NBC Golf Channel to utter the words 'sports washing' when the company they work for televised the last two Winter Olympics in Russia and China with the same leaders that they've had. It's not like they were good leaders back then. It's not like Putin was a good guy, right?"

Koepka's victory on Sunday was his fifth major title -- and the eighth for Harmon as a swing instructor. The son of legendary golf coach Butch Harmon also worked with 2012 British Open champion Ernie Els, as well as U.S. Open and Masters champ Dustin Johnson.

Claude Harmon III rips 'paid actor' Brandel Chamblee                                                      /3/23, 16:13



## Claude Harmon III rips Brandel Chamblee: 'Brandel is a paid actor by NBC and Golf Channel'

> *"All he's trying to do is get his lines and shows for the Golf Channel."*



Credit: Worldwide Golf

**GOLF**  **NBC**  *By Chris Novak on 05/23/2023*

Brooks Koepka stole the show at the 2023 PGA Championship, earning his third PGA Championship title and the fifth PGA major championship of his career. LIV Golf's Koepka winning the event created storylines in the aftermath. One involved his swing instructor, Claude Harmon III, who went off on a tirade that put NBC Sports/Golf Channel's Brandel Chamblee on target.

Per *Golfweek*, Harmon III (the son of famed golfer and instructor Butch Harmon) made scathing comments on the ongoing conflict between the PGA and LIV. He also blasted Chamblee. The golf analyst came under criticism from Harmon because Chamblee used the phrase "sportswashing" about LIV Golf, which Saudi Arabia's sovereign wealth fund bankrolls.



The "sportswashing" aspect Harmon III (seen above) cites is a big talking point that opponents of LIV Golf have maintained ever since the tour began to blossom. Harmon denigrated Chamblee, referring to him as a "paid actor" by both NBC and the Golf Channel. He also lobbed criticisms at Eamon Lynch of *Golfweek*.

"Brandel is a paid actor by NBC and Golf Channel. All he's trying to do is get his lines and shows for the Golf Channel. He's just trying to get lines for Brandel ... And I mean, I love him, I think Eamon is a fantastic writer, but for Eamon Lynch and Brandel Chamblee, who worked for NBC [and] Golf Channel to utter the words' sports washing' when the company they work for televised the last two Winter Olympics in Russia and China with the same leaders that they've had. It's not like they were good leaders back then. It's not like Putin was a good guy, right?"

While recent developments have seen several LIV golfers pull out of that organization's lawsuit against the PGA Tour, it doesn't seem like relations between the two entities are close to being mended. Not if Claude Harmon III and his opinions on Brandel Chamblee have anything to say about it.

[*Golfweek*]



**About Chris Novak**

Chris Novak has been talking and writing about sports ever since he can remember. Previously, Novak wrote for and managed sites in the SB Nation network for nearly a decade from 2013-2022

**VIEW ALL POSTS BY CHRIS NOVAK**

**SHOW COMMENTS (1)**



The ten best primetime games of the 2023 NFL schedule




organization.

Copyright © 2020 www.AwfulAnnouncing.com - All Rights Reserved - Trademarks used herein are property of their respective owners.



RECOMMENDED

**Christian McCaffrey aids Olivia Culpo after 'world's tightest dres…**

**Ashley Brewer prepares for wedding to NBA player Frank…**

    

# Brooks Koepka's coach Claude Harmon III calls out Brandel Chamblee



COLUMNISTS

Jon Heyman

A Mets fire sale would be more dreadful than their season

Mike Vaccaro

Brooks Koepka's coach rips Brandel Chamblee's LIV Golf treatment

/3/23, 18:16

# 'paid actor'

By Ryan Glasspiegel   May 23, 2023  |  5:12pm  |  Updated

Tiger Woods breaks silence on LIV Golf-PGA Tour mer...

Taking less starry road could pay off for Knicks

**SEE ALL COLUMNISTS** ▶

**MORE ON:**
*LIV GOLF*

**Golf legend roasts LIV Golf: 'Nobody's really interested'**

**Paulina Gretzky shows off bold looks before LIV Golf outing: 'She's ready'**

**PGA-LIV entering 'new phase' of merger negotiations after player meeting**

**Sergio Garcia thrilled by PGA Tour-LIV Golf merger for one reason: 'I got my friend back'**

Claude Harmon III is known for coaching swings, and he took a few of them himself at members of the media.



Harmon, the son of Tiger Woods' longtime former coach Butch Harmon, helped guide Brooks Koepka to victory at the PGA Championship this past weekend, the 33-year-old's fifth major championship.

In an interview with Golfweek, Harmon called out the hypocrisy of Golf Channel broadcasters Eamon Lynch and Brandel Chamblee, who have accused golfers like Koepka, who reportedly received about $100 million to leave the PGA Tour for LIV Golf, of "sports washing" for the Saudi Arabian regime.

"Brandel is a paid actor by NBC and Golf Channel. All he's trying to do is get his lines and shows for the Golf Channel. He's just trying to get lines for Brandel," Harmon said.

"And I mean, I love him, I think Eamon is a fantastic writer, but for Eamon Lynch and Brandel Chamblee, who worked for NBC Golf Channel to utter the words 'sports washing' when the company they work for televised the last two Winter Olympics in Russia and China with the same leaders that they've had. It's not like they were good leaders back then. It's not like Putin was a good guy, right?"



🔒 **The Knicks' bet on Donte DiVincenzo will be judged by who they chose him over**

🔒 **The Mets know they have a pitching development problem — that's where the 'lab' comes in**

🔒 **How Noah Clowney is already adapting for his Nets rookie opportunity**

### Enjoy Member-Exclusive Stories and More!

**TRY IT FREE ▸**

Already have an account?
Log in.

067



Brooks Koepka's coach Claude Harmon III came out swinging at LIV Golf critics in the media.

Getty Images

Harmon defended Koepka's decision to play in LIV, and wondered why the claims from PGA Tour loyalists that golfers would mail it in after taking big upfront money, when that standard doesn't apply to players who receive blockbuster contracts in team sports.

"This goes a long way to debunking the LIV myth, which is everybody got paid, you're not going to care, and if you get paid you're going to phone it in," Harmon said.

"Nobody thinks that way with Lamar Jackson, with Dak Prescott, with the NBA. Why is golf different? Why do we want golf to be not

## SEE ALSO



**Brooks Koepka deserves to be on US Ryder Cup team — no**



## SPORTS PODCASTS

**THE BEST INSIGHTS FROM THE ULTIMATE INSIDERS**

The Marchand and Ourand Sports Media Podcast
Listen on Apple Podcasts  | Spotify

Up in the Blue Seats
Listen on Apple Podcasts  | Spotify

Jalen Rose: Renaissance Man
Listen on Apple Podcasts  | Spotify

Brooks Koepka's Coach rips Brandel Chamblee's LIV Golf treatment                                                                                           /3/23, 18:16

like everything
else? That's
what I
fundamentally
don't get.

**matter what happens
next**

"There couldn't be anyone that got more grief for
doing the LIV thing than Brooks. He got a big dose
of the anti-LIV hate. And he got a big dose of 'he's
a bum, he's washed up.' Listen, he's a
generational talent. He's not like everyone else.
Brooks is Aaron Rodgers. He's a franchise
quarterback in the NFL. In other sports terms, he's
a starting pitcher who just threw another no hitter,
won another World Series, won another Cy
Young. That's who he is, he's a player. He's Kevin
Durant.

"He's one of those athletes that everybody in
sports is saying get him on my team I don't care
how much I have to pay to get him. That's the type
of athlete he is … "

Harmon also pointed out that Koepka's five majors
are more than what Rory McIlroy or Jordan Spieth
has won, despite the coach's belief those two
receive more "fanfare," and made some wild
claims about an interaction between Koepka and
eight-time major winner Tom Watson.

"If someone told you in 2023 after Valhalla that
Koepka would have more major wins than Rory
McIlroy you wouldn't believe it because that's how
unbelievable a golfer Rory McIlroy is," Harmon
said.

**The Show with Joel Sherman and
Jon Heyman**
Listen on Apple Podcasts  | Spotify

**Amazin' But True: A NY Mets
Baseball Podcast**
Listen on Apple Podcasts  | Spotify

**Blue Rush: NY Giants Football
Podcast**
Listen on Apple Podcasts  | Spotify

**Gang's All Here: A NY Jets Football
Podcast**
Listen on Apple Podcasts  | Spotify


Golf Channel analyst Brandel Chamblee.
Getty Images



"Ten years ago, we're standing on the first tee with Jonas Blixt. Tom Watson walks up and he says, 'Hey, I'm looking for Harris English.' We're like, 'OK, none of us is Harris English.' He said, 'Do you mind if I play a few holes with you guys and try to find Harris?' We're walking down the fairway and Watson goes [to Brooks], 'So which club do you play out of?' He thought he was a club pro.

"That's 2014 after finishing fourth in the U.S. Open and he was the Ryder Cup captain and thought he was a club pro. Again, the year that Rory McIlroy won his fourth major is the same year that Tom Watson thought he was a club pro. In 2023, Brooks has got five.


What do you think? Post a comment.

"He's not afraid. How he's come back says a lot. He's always felt his career is defined by majors.

He's got more than Rory, he's got more than
Jordan, he's got more than a lot of people that get
a lot more fanfare than he gets. We're in different
territory now."

**FILED UNDER**   <u>BRANDEL CHAMBLEE,</u>
<u>BROOKS KOEPKA,</u>   <u>LIV GOLF,</u>   <u>PGA TOUR,</u>   <u>5/23/23</u>

---

**READ NEXT**   **Three long shot bets for the
Charles Schwab Challenge**

---

**SPONSORED STORIES**   

### Every Golfer
### In United…
#1 Golf Tee

**Most Mac Users Didn't
Know This Simple Trick**
antivirus-news.com

**This is a
pair of…**
Fanniey

**Hands Down One
of the Best Cards**

**Experts Say This
Drugstore Wrinkle**

**for Good Credit**

The Motley Fool

**Cream Is Actuall…**

brunchesncrunches.com

**Ranked: The 25 Greatest Rock Bands of All-Time**

New Arena

**New Senior Apartments Coming to Los…**

Senior Living | Search A…







**CBS not airing Rickie Fowler's…**

**Tiger Woods breaks silence on…**

**Why Tom Brady is maintainin…**

**[Photos] At 93, Robert Wagner Finally Openly…**

Culturess

**California Will Cover Cost to Install Solar…**

Find out if you qualify. Get your free quote…

EasySolar

Brooks Koepka's Coach Rips Brandel Chamblee's LIV Golf Treatment                /3/23, 18:16

---

# AROUND THE WEB



**Dermot Mulroney Turns Heads As He Walks Off The View Mid-Show**

Aol.com



**Amy Schumer's Ruthless Response To Pacino & De Niro Having Kids**

Aol.com



**Bone-Chilling Findings Recovered From Doomed Titanic Submersible**

NYPost.com



**Chico And The Man Actors You May Not Know Passed Away**

Looper.com



**We Now Know Who Was Behind The Tom & Gisele Divorce**

NYPost.com



**Clint Eastwood's Stunning Daughters Are Turning Many Heads**

TheList.com



**Here's What All Of Taylor Swift's Exes Have Said About Her**

NickiSwift.com



**Something About Chelsea Clinton's Marriage Just Never Added Up**

NickiSwift.com



**The Heartbreaking Tragedy Of John Matuszak Is Unbearably Sad**

Grunge.com

Powered by ZergNet

Brooks Koepka's Coach Rips Brandel Chamblee's LIV Golf Treatment
Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 79 of 220 PageID 1718
5/3/23, 18:16

## MORE STORIES

### PAGE SIX



**Kyle Richards and Mauricio Umansky split after 27 years of marriage: report**

### NYPOST



**People astonished to learn what SPAM actually stands for after decades**



Brooks Koepka's Coach Rips Brandel Chamblee's LIV Golf Treatment                                      5/3/23, 18:16

### SECTIONS & FEATURES

NEWS

SPORTS

BUSINESS

ENTERTAINMENT

SHOPPING

REAL ESTATE

TECH

TRAVEL

VIDEO

VISUAL

STORIES

COVERS

SPORTS

ODDS

COLUMNISTS

METRO

SPORTS

BETTING

OPINION

FASHION &

BEAUTY

LIFESTYLE

MEDIA

HEALTH

ASTROLOGY

PHOTOS

ALEXA

HOROSCOPES

PODCASTS

CLASSIFIEDS

### POST SPORTS+

SUBSCRIBE

ARTICLES

MANAGE

### NEWSLETTERS & FEEDS

EMAIL

NEWSLETTERS

RSS FEEDS

NY POST OFFICIAL

STORE

### HOME DELIVERY

SUBSCRIBE

MANAGE

SUBSCRIPTION

DELIVERY HELP

### HELP/SUPPORT

ABOUT NEW YORK POST

CUSTOMER SERVICE

APPS HELP

COMMUNITY GUIDELINES

### CONTACT US

TIPS

NEWSROOM

LETTERS TO THE EDITOR

REPRINTS

CAREERS

VULNERABILITY DISCLOSURE

PROGRAM

### APPS

IPHONE APP

IPAD APP

ANDROID

PHONE

ANDROID

TABLET

### ADVERTISE

SELF

SERVICE

MEDIA KIT

CONTACT

© 2023 NYP Holdings, Inc. All Rights Reserved  |  Terms of Use  |  Membership Terms  |  Privacy Notice  |  Sitemap

**Your California Privacy Rights**  |  **Do Not Sell or Share My Personal Information/Opt-Out**

VIP | **Powered by WordPress VIP**

Brandel Chamblee, Brad Faxon have all-time awkward 'standoff' over whether Koepka should play in the Ryder Cup | Fore! The Loop | GolfDigest.com          5/26/23, 12:52



| Charles Schwab Challenge<br>Colonial Country Club | **1**<br>Harris<br>English | **2**<br>Emiliano<br>Grillo | **T3**<br>Adam<br>Schenk | **T3**<br>Robby<br>Shelton | **T3**<br>Byeong<br>Hun An | FULL LEADERBOARD ❯ |
|---|---|---|---|---|---|---|
| | -9 | -8 | -7 | -7 | -7 | |

☰   THE LOOP                     **Golf Digest**                     🔍   LOG IN

TRENDING        ●              ●              ●              ●

INTERNET OFFICIALLY TURNS ON MICHAEL BLOCK THANKS TO THIS

THIS (FAKE?) MICHAEL BLOCK-INSPIRED HEADCOVER IS

'THAT WOULD BE A FIGHT LATER': PAIGE SPIRANAC CALLS OUT MICHAEL BLOCK

A 9-HOLE GOLF COURSE IS JUST A SMALL PART OF THIS INSANE ESTATE THAT

$14-MILLION-DOLLAR CALGARY ESTATE COMES W PRIVATE NINE-HO

MEDIA

# Brandel Chamblee, Brad Faxon have all-time awkward 'standoff' over whether LIV's Brooks Koepka should play in the Ryder Cup

By **Alex Myers**    May 22, 2023            *SHARE STORY*

If you're a golf fan and you're not watching ["Live From" during a major](#), you're doing it all wrong. Sometimes the drama from the Golf Channel set tops what even happens on the course. And on

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 82 of 220 PageID 1721

Sunday night, we were all gifted such a moment.

The debate over whether Brooks Koepka should—and, ultimately, will—be on the U.S. Ryder Cup team will be a hot one in the coming months. But following his win at the 2023 PGA Championship, there's no question he's one of the 12 best American golfers on the planet. And with career major title No. 5, Koepka has moved all the way up to No. 2 in the U.S. points standings.



RELATED: Brooks Koepka pulls off a major trifecta first with latest win

The top six on that list are expected to automatically qualify for the squad, but as for the six captain's picks, things are a bit up in the air thanks to LIV Golf. And on Sunday, U.S. captain Zach Johnson didn't provide any solid answers on how this scenario would play out. But on Sunday night, Golf Channel's Brandel Chamblee and Brad Faxon certainly made their opinions clear.

Faxon argued the golfers are playing for their countries and not their tour. But Chamblee wasn't having it, making the point that players who jumped to LIV Golf essentially turned their back on their fellow players and gave up the right to play for the team. Have a look as this debate leads to an all-time awkward moment between the two:

Brandel Chamblee, Brad Faxon have an 'awkward' standoff over whether Koepka should play in the Ryder Cup | This is the Loop | GolfDigest.com          5/26/23, 12:52



Oh, man. That's the good stuff right there. Even Faxon perfectly called it a "standoff" in the moment. How about those looks they shot each other!

Brandel Chamblee, Brad Faxon have an "idle awkward" standoff over who should play in the Ryder Cup | This is the Loop | GolfDigest.com          5/26/23, 12:52



**NEW:** Sign up for Golf Digest's new two-person tournament—and find out how we'll pay your expenses at our national championship at the brand-new PGA Frisco/Fields Ranch

This is an instant classic. We're getting flashbacks to Chamblee and David Duval going at each other's throats ahead of the 2016 Ryder Cup.

We can't wait for the next major in a few weeks. If the golf at LACC is half as good as the discourse around it, we're all in for a real treat.

079

Brooks Koepka buries Brandel Chamblee after LIV Golf-PGA Tour merge 6/6/23, 11:02



RECOMMENDED

**PGA Tour players furious after learning about LIV Golf merge…**

**Dave Portnoy calls PGA commissioner Jay Monahan 'a piece of s…**



     💬 105 Comments

# Brooks Koepka buries Brandel Chamblee with

## COLUMNISTS



Joseph Staszewski

**Cody Rhodes ending Roman Reigns' historic WWE run feels less inevitable than ever**



Brooks Koepka buries Brandel Chamblee after LIV Golf-PGA Tour merger                    6/6/23, 11:02

# four words after LIV Golf-PGA Tour merger

By Jeremy Layton        June 6, 2023 **|** 11:21am **|** Updated



**Steve Serby**



**Why Giants should pass on this star free agent with better options coming**

**SEE ALL COLUMNISTS ▶**



For adults with type 2 diabetes, along with diet and exercise, to lower blood sugar

Scroll down for Limitations of Use in **"What is Ozempic®?"**

**Important Safety Information**

Do not share your Ozempic® pen with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them. **Please click here for Prescribing Information.**

**MORE ON:**
**PGA TOUR-LIV GOLF MERGER**

**Dave Portnoy calls PGA commissioner 'a piece of s–t' after LIV merger**

**PGA Tour players furious after learning about LIV Golf merger through Twitter**

**Phil Mickelson reacts to shocking PGA Tour-LIV Golf merger**

**PGA Tour and LIV Golf merging in stunning end to sport's war**


**POST SPORTS+**
TRY IT FREE ▶

🔒 **The real Stanley Cup history that could await Peter Laviolette as Rangers coach**

🔒 **When to expect ESPN's next round of layoffs — and who's most at risk**

🔒 **The maddeningly mediocre Mets' race with the Braves is just getting started**

**Enjoy Member-Exclusive Stories and More!**
TRY IT FREE ▶
Already have an account? Log in.

Brooks Koepka did not hesitate to rub salt in the wound.

Immediately after Tuesday's bombshell news of the controversial LIV Golf circuit agreeing to a merge with the PGA Tour, Koepka took a shot at Brandel Chamblee, the Golf Channel analyst who has been among the Saudi-backed tour's most outspoken critics.

"Welfare Check on Chamblee," Koepka tweeted.

Chamblee, who is also a former PGA Tour pro, has frequently spoken out against LIV, accusing the players who took the payouts to join the rebel circuit — including Koepka, Dustin Johnson, Phil Mickelson, Bryson DeChambeau and Patrick Reed — of helping the Saudi regime "sports


CeraVe Reinforce your baby's skin barrier CeraVe BABY Healing Ointment

Brooks Koepka buries Brandel Chamblee after Liv Golf-PGA Tour merger



wash" their image.

Last year, Reed filed a $750 million lawsuit against Chamblee and the Golf Channel, with the 2018 Masters winner accusing the analyst of "calculated, malicious" attacks that have "had a direct effect on his livelihood."



Since, Chamblee has been a target of LIV golfers' ire — and has doubled down on his attacks against the rival circuit.



Brooks Koepka

Getty Images



**SPORTS PODCASTS**

**THE BEST INSIGHTS FROM THE ULTIMATE INSIDERS**

The Marchand and Ourand Sports Media Podcast

Listen on Apple Podcasts | Spotify

Up in the Blue Seats

Listen on Apple Podcasts | Spotify

Brooks Koepka buries Brandel Chamblee after LIV Golf-PGA Tour merger                                    6/6/23, 11:02



Brandel Chamblee

Brandel Chamblee

Getty Images

So, with Tuesday's shocking news of the two tours merging, along with the European DP World Tour, Koepka — arguably the biggest star to join LIV from the PGA Tour — didn't waste time being petty.

Koepka's coach, Claude Harmon III, also recently attacked Chamblee, calling him a "paid actor by NBC and Golf Channel."

Koepka recently put the finishing touches on his fifth career major, winning the 2023 PGA Championship at Oak Hill by two strokes over Viktor Hovland and Scottie Scheffler.

Jalen Rose: Renaissance Man

Listen on Apple Podcasts | Spotify

The Show with Joel Sherman and Jon Heyman

Listen on Apple Podcasts | Spotify

Amazin' But True: A NY Mets Baseball Podcast

Listen on Apple Podcasts | Spotify

Blue Rush: NY Giants Football Podcast

Listen on Apple Podcasts | Spotify

Gang's All Here: A NY Jets Football Podcast

Listen on Apple Podcasts | Spotify



WE ALL NEED FIBER FOR OUR DIGESTIVE HEALTH

105 **What do you think? Post a comment.**

LIV golfers have been allowed to play in the four majors since the tour's inception, and Koepka was the first active member of the tour to win one.

Koepka and Mickelson also finished tied for second place at the Masters in April, with Koepka losing the lead to winner Jon Rahm in the final round and Mickelson shooting 7-under over the final 18 holes.

**FILED UNDER** BRANDEL CHAMBLEE, BROOKS KOEPKA, LIV GOLF, PGA TOUR, PGA TOUR-LIV GOLF MERGER, 6/6/23

**READ NEXT** 'Girl From Ipanema' singer dead at 83

**SPONSORED STORIES** Outbrain

## SCOREBOARD

NBA NHL MLB

| 8:30 PM ET | WED, JUN 7 |
|---|---|
| NUGGETS | 1-1 |
| HEAT | 1-1 |

MATCHUP PREVIEW

Brooks Koepka's Brandel Chamblee tweet, explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News          6/27/23, 16:56



Free Shipping & Returns
OrthoFeet

# The Sporting News
### EST 1886

NFL   NBA   MLB   NHL   NCAAF   NCAAB   SOCCER   BOXING   MMA   ···   Fantasy 🇺🇸 US/XN

News   Leaderboard   Schedule
US (EN)

### Edition

**MLB (ES)**

US (ES)
Australia
Canada
日本

**GOLF** g Kong

India
Argentina
España
México
United Kingdom
Singapore
Malaysia
Việt Nam



| | SFG | 0 |
|---|---|---|
| | TOR | 0 |
| | Bot 3, 2 Outs | |

| | MIA | 3 |
|---|---|---|
| | BOS | 1 |
| | Top 3, 2 Outs | |

| | MIN | 1 |
|---|---|---|
| | ATL | 4 |
| | Bot 2, 1 Out | |

>

# Brooks Koepka's Brandel Chamblee tweet, explained: Why LIV golfer called out PGA Tour loyalist after news of merger

**Zac Al-Khateeb**
06-06-2023  •  4 min read






$5 ENTRY TO WIN OVER $15,000
Progressive Fantasy Props Jackpot

Brooks Koepka's Brandel Chamblee tweet explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News                    6/27/23, 16:56





(SN/Getty Images)

Tuesday's news of a merger between the PGA and LIV golf tours has created an [outpouring of social media reactions](#) not only from the media and fans, but also from the players themselves.

One recurring name among emerging trends is that of Brandel Chamblee of NBC's Golf Channel. The former PGA golf pro has been an outspoken critic of the breakaway LIV circuit, claiming it to be nothing more than an attempt by the Saudi Arabian government to "sportswash" its history of human rights violations.



Chamblee hasn't been quiet in his criticism against LIV Golf

Brooks Koepka's Brandel Chamblee tweet explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News          6/27/23, 16:56

and the players who defected there from the PGA, calling out the tour and its golfers. It wasn't a surprise, then, to see LIV's Brooks Koepka — who became the first player on the tour to win a major, at the 2023 PGA Championship — take a shot at the broadcaster:



**Brooks Koepka**
@BKoepka · **Follow**

Welfare Check on Chamblee

7:21 AM · Jun 6, 2023

💜 **77.2K**    💬 **Reply**    ⬆ **Share**

Read 2.8K replies

**MORE:** [LIV Golf-PGA Tour merger winners and losers](#)

Koepka's tweet is just the latest development in what has largely been a bitter back-and-forth between Chamblee and LIV's supporters, including Koepka, Phil Mickelson and Patrick Reed. Here's everything you need to know about his criticism of the tour and, more pointedly, its financial backers:

## Why did Brooks Koepka tweet about Brandel Chamblee?

Koepka took a shot at Chamblee as part of an ongoing feud between the Golf Channel sportscaster and the LIV Tour. Chamblee has been one of the most vocal critics against the Saudi-backed tour and its golfers, to the point several of its supporters have lobbed verbal barbs at him.

Indeed, LIV defector Patrick Reed [named Chamblee in a](#)



**Live: Canada vs. Guadeloupe in Gold Cup Group D opener**



**Ryan Mallett drowning updates: Ex-Arkansas star dies at 35 in Florida beach incident**



**Ashes 2023 at Lord's: Test records, pitch report, average scores, highest wicket-takers and runscorers**

Case 3:22-cv-01059-TJC-PDB Document 83 Filed 07/26/23 Page 94 of 220 PageID 1733

Brooks Koepka-Brandel Chamblee week explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News 6/27/23, 16:56



[$750 million lawsuit](#) that claims he and Golf Channel attempted to defame him for his association with the tour. The filing purports Chamblee's comments cost him "multiple multi-million dollar sponsorship deals."

## What did Brandel Chamblee say about LIV Golf?

Chamblee has claimed numerous times that LIV is merely part of an attempt by Saudi Arabia and Crown Prince Mohammed bin Salman Al-Saud (MBS) to hide the country's history of human rights violations (including the 2018 assassination of Washington Post journalist Jamal Khashoggi).

The Golf Channel broadcaster said as much in a May 31 tweet:



**Brandel Chamblee** ✔
@chambleebrandel · **Follow**

As I have said many times, LIV Golf is not so much a sports entity as it is MBS / Saudi Arabia trying to hide their atrocities and launder its reputation by buying sports stars. Any yielding to or agreement with them is a deal with a murderous dictator.



**POLITICO**

Public investment Fund — the sovereign wealth fund of Saudi Arabia that finances LIV — "occasionally oversaw its public relations    Copy    Select All    ›

The firm also cited recent court filings in

Brooks Koepka & Brandel Chamblee beef explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News      6/27/23, 16:56



which representatives for the Public
Investment Fund called the fund
"inextricably intertwined with the [Saudi]
government such that" the Public
Investment Fund's "objectives may be
indistinguishable" from Saudi Arabia's

> **POLITICO** ✓ @politico
>
> Vivek Ramaswamy has fired one of the firms consulting
> for his 2024 campaign after it was revealed the firm had
> simultaneously been doing public relations work for a
> major Saudi-backed entity
> politico.com/news/2023/05/3…

10:11 AM · May 31, 2023 from Scottsdale, AZ          ⓘ

♥ 496          💬 Reply          ↑ Share

Read 550 replies

**MORE:** **Why LIV Golf, PGA Tour joined forces**

Chamblee reiterated his stance on June 2 after Mickelson —
one of LIV's most notable headliners — claimed he had an
"obsession" with him and the tour. The former claimed he
attempted to debate Mickelson's alliance with the tour,
which he reportedly turned down.



**Brandel Chamblee**
@chambleebrandel · **Follow**

By this type of "journalism" do you mean teasing the truth out of Phil Mickelson's desultory attempt at turning Khashoggi's murder and dismemberment into leverage? And btw, I made overtures to have a debate with him outside of LIVE FROM and he turned it down, because he no doubt... Show more

> **MVP** @UFMVP
> Replying to @PhilMickelson @eamonlynch and @golfweek
> It's a shame Eamon and @chambleebrandel have stooped to this type of "journalism".

7:04 PM · Jun 2, 2023 from Stamford, CT

536 Reply Share

Mickelson, for what it's worth, tweeted that Tuesday's news was part of a "great day" with a smiling emoji:

**Phil Mickelson**
@PhilMickelson · **Follow**

Awesome day today 😊

> **CNBC Now** @CNBCnow
> BREAKING: PGA Tour agrees to merge with Saudi-backed rival LIV Golf cnb.cx/3WTxoKJ

7:08 AM · Jun 6, 2023

29K Reply Share

Read 3.8K replies

The PGA and LIV may have officially ended their litigation,

Brooks Koepka's Brandel Chamblee tweet explained: Why LIV golfer called out PGA Tour loyalist after news of merger | Sporting News                9/27/23, 16:56

but it's clear from Koepka's tweet — and similar responses — that there has been no love lost between Chamblee and the Saudi-backed tour.



## Around The Web





### California Gov Will Cover The Cost To Install Solar If You Live In Los Angeles
EnergyBillCruncher

### Get More Money with the Best Interest Rates from Top Banks
Savings Pro







### Doctors Stunned: This Diy Remedy Removes Wrinkles Like Crazy! (Watch Now)
Your Healthy Remedies

### A 80-year-old Grandmother Designed a Bra for Women That is Popular All over
AaiIsa

### P90X Expert Says: Want To Feel Stronger at 60 Than at 30? Do This One Thing
Mypowerlife.com





092

Former Golf Channel reporter spils beans on tirades of LIV concrete Brandel Chamblee: "he's a bully" | GolfMagic        5/26/23, 13:01



LOGIN    REGISTER

**TOUR NEWS** ■     **NEWS** ■     **REVIEWS** ■

**TIPS AND INSTRUCTION** ■     **TRAVEL** ■     **FANTASY GOLF**

*HOME*   *TOUR NEWS*   *PGA TOUR*

# FORMER GOLF CHANNEL REPORTER ON LIV CRITIC BRANDEL CHAMBLEE: "HE'S A BULLY!"

### *Former Golf Channel reporter Lisa Cornwell says Brandel Chamblee is 'a bully, plain and simple'.*



Ben Smith
Tue, 23 May 2023






**Former Golf Channel reporter Lisa Cornwell says LIV Golf critic Brandel Chamblee 'showed his true colours' in his _awkward standoff_ with Brad Faxon following the conclusion on the PGA Championship.**

The clip of Chamblee and Faxon spread like wildfire no sooner had **Brooks Koepka** hoisted the Wanamaker above his head.

**Chamblee** and Faxon were discussing the prospect of LIV Golf players such as Koepka and Dustin Johnson competing at the Ryder Cup.

U.S. Ryder Cup skipper **Zach Johnson** did his very best to **tap dance** around the topic at Oak Hill.

As for Chamblee, it's clear where he stands, given that he says those competing on the breakaway tour are taking money from 'the sewer' to do the **bidding** of Saudi crown prince Mohammed bin Salman.

Faxon, though, stated that the players wouldn't be playing for money at the Ryder Cup, but their country.

It led to an awkward 'standoff'.

**Remind yourself of the moment here:**

OMG Brandel Chamblee just got bodybagged by **@BradFaxon** on Golf Channel!!!
In the immortal words of **@arlowhite** "What a moment!!!"
**pic.twitter.com/8vw91CTjCz**

— Pro Golf Critic (@NotDrJ) **May 21, 2023**

## Related Articles

**Golf fans TEAR into tearful Michael Block after wild Rory McIlroy claim**

**Report: LIV attorneys up ante on Tiger Woods agent (and three PGA Tour players!)**

One person who watched the clip was Cornwell.

She previously alleged mistreatment during her time with Golf Channel.

In a **Golfweek** report in January 2021, she accused a senior executive of 'making fun' of an anxiety-stricken analyst and accused the management hierarchy of actively trying to keep her off broadcasts.

She also revealed that Chamblee didn't take too kindly to a mistake that she made on air in August 2018.

Of Chamblee, Cornwell said:

> *"He's a bully, plain and simple. I mean, those of us that have worked closely with him and dealt with his tirades understand it. I mean, I watched it to [the Faxon clip] and it's interesting, in the beginning, Brandel and I shared a lot of views on* ***LIV***.

Former Golf Channel reporter spills beans on 'tirade' of LIV Golf critic Brandel Chamblee 'He's a bully' | GolfMagic    5/26/23, 13:01

> "You know, I'm still very much anti-LIV [but] Brad Faxon was right though. You could not argue with the reasoning that Brad gave in terms of Brooks Koepka. This is not a PGA Tour event in terms of the Ryder Cup, it is a PGA of America event. I certainly think that he has earned that spot [but] that will be the choice of the captain. How could you go against that?
>
> "But it was really the reaction of Brad and that whole bullying mentality, like, 'I'm right, you're wrong and how dare you take this stance against me'.
>
> "Brad actually was very cordial in the end and didn't take him on."

**Watch here:**

Glad that **@bykaren** asked about an important part of my book, **#Troublemaker**, that's out tomorrow.

Ch. 13 – Chamblee

He showed his true colors last night.

"When you cross the line, you become a chapter in a book possibly."
**pic.twitter.com/Wbulbon3NB**

— Lisa Cornwell (@LisaMCornwell) **May 22, 2023**

Cornwell added that she would not have approached that moment as diplomatically as **Faxon**, adding that there are 'a lot of stories out there about Brandel' that people don't know about.

She accused Chamblee of 'crossing the line' by 'actively trying to get her fired'.

Cornwell has written a chapter about Chamblee in her new book.

**What did you make of Chamblee's exchange with Faxon? Send us a Tweet with your thoughts.**



NEWS · PODCASTS · INSTRUCTION · EQUIPMENT · FANTASY · OPINION · TRAVEL

**NEWS**

# Ex-Golf Channel Colleague Calls Brandel Chamblee a 'Bully' in New Book



Published 1 month ago on May 23, 2023
By **Christopher Hughes**





LIV Golf's Brooks Koepka winning the PGA Championship on Sunday didn't sit well with many LIV critics. Included in that is Golf Channel's Brandel Chamblee. He has been one of the most outspoken people toward the new league and even found himself having lawsuits filed against him by the likes of Patrick Reed.

While those suits have not held up, the pushback against Chamblee has not abated.

Not long after Koepka's victory, fellow Golf Channel analyst Brad Faxon argued that the PGA Champion should be eligible to be chosen for the U.S. Ryder Cup team despite his ban from the PGA Tour. Chamblee, of course, disagreed.

**Things got a little awkward on Golf Channel Sunday night as Brandel Chamblee and Brad Faxon entered a "stand-off" debating Brooks Koepka being on the US Ryder Cup team. pic.twitter.com/ilapWiooDk**

**— Awful Announcing (@awfulannouncing) May 22, 2023**

Former Golf Channel reporter Lisa Cornwell is out with a book called "Troublemaker." In it, there's a chapter devoted to why she calls Chamblee a bully.

"He's a bully, plain and simple. I mean, those of us that have worked closely with him and dealt with his tirades understand it. I mean, I watched it to [the Faxon clip] and it's interesting."

"This is not a PGA Tour event in terms of the Ryder Cup, it is a PGA of America event. I certainly think that he has earned that spot [but] that will be the choice of the captain. How could you go against that?

**LATEST** · POPULAR · VIDE


FANTASY GOLF PREDICTIONS | 4 h
Fantasy Golf Sleeper Report
Rocket Mortgage Classic


APPAREL | 7 hours ago
REVIEW: Sun Mountain's Colt
Vest is Like Coffee – Great H
Cold!


PODCASTS | 15 hours ago
Golf Podcast 485: Rory McIlr
calls out 'Obsolete' Travelers
Championship Course


EQUIPMENT | 1 day ago
REVIEW: Nike Air Zoom Victo
3 NRG – Always Fresh, and N
Freshest Yet

APPAREL | 1 day ago
adidas Adds Another Top, Yo
Professional: Ludvig Aberg


Golf Podcast 485: Rory
McIlroy calls out 'Obsolete'
Travelers Championship
Course
30 MINUTES | JUN 27, 2023
Rory McIlroy voiced his opinion on the

0:00                    39:56

*"But it was really the reaction of Brad and that whole bullying mentality, like, 'I'm right, you're wrong and how dare you take this stance against me'.*

**Glad that @bykaren asked about an important part of my book, #Troublemaker, that's out tomorrow.** 👊

**Ch. 13 – Chamblee**

**He showed his true colors last night.**

**"When you cross the line, you become a chapter in a book possibly."** pic.twitter.com/Wbulbon3NB

— Lisa Cornwell (@LisaMCornwell) May 22, 2023

Cornwell's book is available starting on Tuesday. She worked in various roles at Golf Channel for seven years and is now a play-by-play voice for ESPN+'s PGA Tour coverage.

*Cover Image Via Twitter & Twitter*

**RELATED TOPICS:**   #BRANDEL CHAMBLEE   #BROOKS KOEPKA   #BULLY   #GOLF CHANNEL   #LISA CORNWELL   #TOP   #TRENDING

DON'T MISS
< **PGA Tour's Website Downplays Brooks Koepka's PGA Championship Victory**

UP NEXT
**Sergio Garcia Survives Up-and-Down Round to Successfully Qualify for U.S. Open** >



**Christopher Hughes**

Chris has worked in sports journalism for nearly 20 years and also loves the game of golf, even though it often doesn't love him back. Year-round golf is a perk of living in Florida, where Chris moved from his native New York shortly after graduating from college. Chris has played some famous courses in the state, including Bay Hill in Orlando and Innisbrook in the Tampa Bay area, and next on his to-do list is the Stadium Course at TPC Sawgrass to take a crack at the famous island hole.

**YOU MAY LIKE**

Ex-Golf Channel Colleague Calls Brandel Chamblee a "Bully" in New Book                                                                6/27/23, 16:58

# PGA



Published 1 day ago on June 26, 2023
By **Christopher Hughes**

Rose Zhang had an impossibly high bar to clear to top herself in her first major as a pro. But she fared well for herself at the KMBP Women's PGA Championship.

After becoming the first women's golfer to win her pro debut in 72 years by winning the Mizuho Americas Open in New Jersey earlier this month, Zhang shot a 67 on Sunday to finish tied for eighth.

The 20-year-old Stanford University product finished three strokes behind winner Ruoning Yin of China, who is also just 20 years of age.



CONTINUE READING

---


**NEWS**

# LIV Golf's Smash GC Has Evidently Welcomed Back Matthew Wolff

Published 1 day ago on June 26, 2023
By **Joey Klender**

Earlier this month, it appeared that Matthew Wolff had been removed from LIV's Smash GC, which features both Brooks and Chase Koepka, as well as Jason Kokrak.

The reason for the drop was unknown, although sources said the "vibes were off and they didn't mesh." Wolff was also reportedly battling injuries, but he had been removed from all Smash GC social media bios and Wolff had stripped references of the team from his personal pages.

But it appears a reunion is in the works.



CONTINUE READING

---

**TRENDING**

NEWS / 5 years ago



**Big save on Temu**
Temu



f  🐦  📷  ▶  GOLF WRX

☰   NEWS ▾   EQUIPMENT ▾   INSTRUCTION ▾   WHATS IN THE BAG   FORUMS ▾   CLASSIFIEDS ▾

**19TH HOLE**

# 'He's a bully' – Ex-Golf Channel analyst Lisa Cornwell reignites feud with Brandel Chamblee

https://www.golfwrx.com/714614/hes-a-bully-ex-golf-channel-analyst-lisa-cornwell-reignites-feud-with-brandel-chamblee/

Page 1 of 21

'He's a bully' – Ex-Golf Channel analyst Lisa Cornwell reignites feud with Brandel Chamblee – GolfWRX



Published 1 month ago on May 24, 2023

By **Jason Daniels** <span>🐦</span>



























Former Golf Channel reporter Lisa Cornwell has revealed why she dedicated an entire chapter in her book to former colleague Brandel Chamblee.

- **Related: Brandel Chamblee and Brad Faxon in awkward standoff over Brooks Koepka's Ryder Cup fate**

In her book, released on Tuesday, Cornwell prefaces with an author's note…

*"Throughout my life, I've stood up to bullies and those in authority who've had this uncanny ability to push people around and get away with it. As a result, I've been called a "troublemaker" more times than I can count. Why is it that women who stand up for themselves and others often get this label?"*

The publication is a no-holds barred account of the "misogynistic culture that she and other women faced during their time at Golf Channel/NBCUniversal," and she held nothing back in a recent interview with Karen Crouse.



Nob H
**Qual**
Stock
With D

S
N

St



**Lisa Cornwell** ✔
@LisaMCornwell · **Follow**

Glad that @bykaren asked about an important part of my book, #Troublemaker, that's out tomorrow. 👊

Ch. 13 – Chamblee

He showed his true colors last night.

'He's a bully' – Ex-Golf Channel analyst Lisa Cornwell reignites feud with Brandel Chamblee – GolfWRX

"When you cross the line, you become a chapter in a book possibly."



Watch on Twitter

1:29 PM · May 22, 2023

♥ 243          💬 Reply          ⬆ Share

**Read 70 replies**

Cornwell told viewers that Chamblee had tried to have her removed from her post several times and that, *"When you cross the line you become a chapter in the book, possibly. That's what happens when cross line on several locations, one of which was actively trying to get me fired for absolutely no reason."*



WHATS IN TH

Sean O'I



WHATS IN TH

Patton I






WHATS IN TH

Rickie F
Rocket I

WHATS IN TH

Zac Blai

She then commented on the somewhat heated argument between Chamblee and Brad Faxon, centered on whether newly crowned PGA Championship winner, Brooks Koepka, should play at the Ryder Cup in September.

*"He's [Chamblee] a bully, plain and simple. I mean those of us who have worked closely with him and dealt with his tirades understand it. I mean, I watched it too."*

Cornwell believes that there was an argument for both sides, but indicated that she wasn't surprised at the manner of Chamblee's stance.

'He's a bully' – Ex-Golf Channel analyst Lisa Cornwell reignites feud with Brandel Chamblee – GolfWRX

# *"This is not a PGA Tour event in terms of the Ryder Cup. It's a PGA of America event and I certainly think he's earned that spot. But it was just the reaction to Brad and then just the whole bully mentality, like 'I am right and you are wrong'."*

In January 2021, Cornwell first revealed how she felt about the treatment she received at her former employer, saying *"what she went through is nothing compared to what dozens of women at the network had faced"*

Now, with the release of her book, she intends to take *"readers inside the boys' club of sports media and reveals the way powerful corporations cover up wrongdoings. For her, what began with sexism and retaliation exploded into a public smear campaign and, ultimately, her dismissal."*

## More from the 19th Hole

- **Viktor Hovland appeared to send a message to 'brutally slow' Patrick Cantlay during Masters final round**

- **'They should be ashamed' – LIV pro rips Augusta National for handling of ex-champ's retirement moment**

- **Jason Day reveals the shocking extent of Tiger's injury at 2022 PGA Championship**

Your Reaction?

| LIKE | LEGIT | WOW | LOL | IDHT | FLOP | OB | SHANK |

  

**Tweet**



**Doug Ferguson** ✓
@dougferguson405



This will come out the wrong way, but I like watching Patrick Reed losing. He doesn't hide how much it eats at him. No problem with that.

4/30/15, 6:32 PM

**3** RETWEETS **9** FAVORITES

   



**Brian Rosenwald** @brianros1          1h
@dougferguson405 he and Spieth. Will be an insanely fun round of 16 matchup.



**Amanda Balionis** @Amanda_Balionis          1h
@dougferguson405 100% agree



**Luke Bumgardner** @JoeKnucklehead1          1h


Home


Notifications


Messages


Me

108

Case 3:23-cv-01050-FAC-FMR Document XX Filed XX/XX/2023 Page 114 of 220 PageID #714

# TROUBLEMAKER



A MEMOIR OF
*SEXISM, RETALIATION,*
AND THE
*FIGHT THEY DIDN'T*
*SEE COMING*

# LISA CORNWELL

with *TUCKER BOOTH*

FOREWORD BY **HILLARY RODHAM CLINTON**

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 115 of 220 PageID 1754

# CHAPTER 13

# CHAMBLEE

—————

IF YOU WATCH golf, you probably know the name Brandel Chamblee. If you aren't a golf fan, I'm sure you know plenty of people just like him. Brandel grew up to be a good golfer, and after graduating from the University of Texas, he went on to win one tournament on the PGA Tour in his 18-year professional career—the Greater Vancouver Open.

In 2003, Brandel lost his PGA Tour card and was hired by Golf Channel as a lead analyst. By all accounts, he's a well-known student of the game with a hyper-intellectual mind and is a relatively skilled orator. On the flip side, Brandel's also regarded by many players, fans, and folks in the media as a know-it-all type who likes to stir the pot. To say that he draws mixed reviews would be an understatement.

Six months before I joined Golf Channel, Brandel wrote a scathing critique of Tiger Woods following a season in which he won five times. In the article, Chamblee handed out year-end grades for various star players. Writing for Golf.com, he wildly gave Tiger an "F," arguing that he was essentially a cheater and shouldn't get any credit for his wins because four different rules infractions he'd committed.

89

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 116 of 220 PageID 1785

In the piece, Brandel wrote, "I remember when we only talked about Tiger's golf. I miss those days. He won five times and contended in majors and won the Vardon Trophy and…how shall we say this… was a little cavalier with the rules." He later attempted to compare the aforementioned rules violations with him getting caught cheating on a test in fourth grade.

Soon after the op-ed, Tiger's agent, Mark Steinberg, put Brandel and Golf.com on notice. In a sharply worded statement to the media, Steinberg said, "There's nothing you can call a golfer worse than a cheater. This is the most deplorable thing I have ever seen, I'm not one for hyperbole, but this is absolutely disgusting. Calling him a cheater? I'll be shocked, stunned if something is not done about this. Something has to be done. There are certainly things that just don't go without response. It's atrocious. I'm not sure if there isn't legal action to be taken. I have to give some thought to legal action."

Soon after Steinberg's statement, Tiger addressed the Chamblee situation with Rory McIlroy during their one-on-one televised match in China. When asked by Rory about the controversy, Tiger responded: "…The ball really is in the court of the Golf Channel and what they are prepared to do." Wisely, even though Brandel's controversial op-ed was written for a *Sports Illustrated* entity, Tiger implied that Golf Channel needed to punish his antagonist for his indiscretion. Who could blame him? He was right to do so. After all, Chamblee received most of his notoriety and his money from the network, which gave him a voice in the first place.

Besides him and his agent, everyone from Tiger fans to other news organizations was on Brandel's case about his hit job piece. For instance, Bleacher Report's Richard Leivenberg wrote, "In an effort to raise his own profile, Chamblee has become strident and attacking, eschewing the basic principles of journalism. While singling out Tiger with his unfounded criticism and innuendo, Chamblee sounds like he is auditioning for an anchor position on Fox News." Finally,

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 117 of 220 PageID 1758

the following week Brandel somewhat apologized while talking live on-air with fellow Golf Channel host Rich Lerner. "I went too far," he admitted. "Cheating involves intent. There's no way that I could know with 100 percent certainty what Tiger's intent was in any of those situations. That was my mistake."

Obviously, there was no evidence that Tiger had made any type of rules infractions, so I was a bit bothered to read about my soon-to-be co-worker attacking his character in such an unfair and outspoken way. It was pretty clear that Brandel had some sort of bone to pick with Tiger back then for whatever reason.

Ironically, even after spending years promising viewers that Tiger was washed up, when Tiger had his comeback win in the 2019 Masters, suddenly Brandel began acting like he'd been pulling for him all along. By that point, though, the damage was done. To this day, I've never seen him walk a range at a PGA Tour event, but I can only imagine what the reaction might be.

——————————

In the short period after I started working at Golf Channel, I rarely saw Brandel or interacted with him. The first time I remember attempting to engage with him happened one day when I saw him watching golf in what was known as the analyst room at the network. The small room had a couple of televisions mounted on the wall, and the analysts (and sometimes hosts and producers) would frequently hang out in there to watch the tournament action and prep for the show. Since I had a little time to spare that day and thought this would be a good opportunity to engage with our lead analyst, I walked in and sat down on a nearby sofa. We did this a lot at my previous job at the Big Ten Network. It helped create synergy between the hosts and analysts, which always made the shows better. Plus, it gives you a chance to get to know each other.

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 118 of 220 PageID 1757

As soon as I sat down, I noticed that Brandel didn't acknowledge my presence. So I tried to break the ice by throwing him a softball about the tournament. He gave me a few curt, one-word answers while avoiding any eye contact. I tried again, this time about college football, since I knew he went to the University of Texas. Charlie Strong was in his first year as the Longhorns' head coach, so I asked his thoughts on the hire. His response couldn't have been colder. "I'm not a big football fan," he grumbled, returning to his notes. After an awkward minute or so, I took the hint, got up, and left.

My next real encounter with Brandel didn't happen until almost a year later. It was in October 2015, during a live breaking news broadcast. I was working *Golf Central* that night but was called in early because it'd just been announced that Tiger had undergone another back procedure. We went on-air early that day and kept going throughout most of the afternoon. I can tell you, it's mentally exhausting to be on live TV that long. Most of the interviews were call-ins because it was a breaking news story, and we didn't have anyone scheduled to come in. We interviewed players, former players, analysts, coaches, doctors—anyone we could get on the show to talk about it with us. Brandel was scheduled to be on *Golf Central* the following day but was flying in early from his home in Scottsdale to work the show that night because of the news about Tiger. As soon as he landed and got in his car, he was going to call in and do a phoner for the breaking news show. I only found this out a few minutes before the interview started. *Lucky me,* I thought. You don't prep for breaking news shows; they're done on the fly. It's like being in a race car that's going 185 mph.

As soon as he was patched through in the show, I began by asking him a simple question. I needed time while he answered that one to form the direction I wanted to go next since I just found out he was calling in. "Brandel, are you surprised by the news of Tiger having another procedure on his back?" While this isn't a cardinal sin in

Case 3:22-cv-01059-TJC-PDB  Document 83  Filed 07/26/23  Page 119 of 220 PageID 1758

the broadcasting world, a general rule of thumb at Golf Channel was to avoid yes or no questions because the person you're interviewing could literally just answer with "yes" or "no" and leave you awkwardly hanging. Sure, I suppose an irked player could do that to you, but not a co-worker, right?

Wrong.

"Well," he sniffed before pausing for a snide-sounding laugh, "Yeah, I am." He let his answer trail off. Then…silence. Thrown for a loop, I paused, thinking he was going to say something else. Dead air. The abrupt lull felt like it went on for a minute, but I'm sure it was only a few painstaking seconds. Scrambling to not look foolish on camera, I followed his reply with a simple, "Okay, why?"

Before bothering to answer, he hemmed and hawed, again seeming to passive-aggressively imply to the viewers that I'd asked a dumb question. Doing my best to stay composed, I managed to get through the rest of his segment without showing any noticeable frustration.

When the show went to commercial, I was clearly annoyed. The analyst I was working with in studio and the floor director were surprised by his dismissiveness toward me. When I voiced my displeasure about what had happened afterward to Adam Hertzog, the director of news operations at the time, he said I should mention it to Brandel. I told him I was too annoyed to bring it up and not in the mood to have a blow-up with him. I'd heard stories of the many shouting matches he'd been involved in over the years.

The breaking news show ended not too long after, and within minutes of me discussing the interview with Adam, Brandel strolled into the newsroom. To my surprise (and frustration), Adam decided to announce for everyone to hear, "Hey, Brandel…Lisa isn't happy with how you gave her a one-word answer." He was kind of laughing when he said it, thinking it was funny, I suppose. Brandel immediately snapped back, "Well, maybe she should be more prepared next time then." I could feel steam starting to come out of my ears. I stood up

Case 3:22-cv-01059-TJC-PDB  Document 83  Filed 07/26/23  Page 120 of 220 PageID 1759

and walked over to him. "How dare you question my preparedness in front of my co-workers, Brandel," I said sternly. "That's out of line. Don't you ever do that again." I went back to my desk, still fuming, while the room fell eerily silent. Meanwhile, Brandel marched out of the newsroom with a snide smirk on his face.

Surprisingly, the worst part of the encounter didn't even come from Brandel. About an hour or so later, Adam asked me into his office and demanded that I apologize to Brandel. He told me that Brandel said I'd embarrassed him in front of everyone, and because we had to work the show together that night, I had to apologize so it didn't make things uncomfortable on air. I couldn't believe it. I told Adam he'd lost his mind. This was Brandel's doing, and partly his, too, for bringing it up in front of everyone when I asked him not to. Then he told me if I didn't apologize, he'd send me home and have someone else host the show.

*That son of a bitch,* I thought. Both of them. I wish I'd just gone home. But instead, I walked into the green room and told Brandel that we needed to put this behind us and move on so we could work together. He barely said two words in response. Typical Chamblee.

Naively, I had no idea back then just how much power he held at the network and how this particular day would create a domino effect—one that would end up playing a significant role in my dismissal.

———————

Not long after I went public with my story about my treatment at Golf Channel, I started to learn more about Molly and Geoff's prized pundit. To this day, many golf fans probably still wonder why I've been so outspoken about Brandel being an analyst for some of the biggest events in women's golf. I've received comments from a lot of folks saying that just because I had an issue with him, it shouldn't

prevent him from doing his job, no matter his gender. They defend him, saying things like, "He's earned the right to be in this position." In their defense, it's a logical position to take, considering I haven't divulged the story behind my strong opposition until now. Hopefully, the following will provide some clarity.

We all know that casual sexism exists everywhere. Often, the person who commits the violation doesn't even realize it's happened. That can easily be forgiven, especially if the person acknowledges the mistake and vows to be more mindful of it in the future. Unfortunately, society has ingrained this type of behavior into a lot of people. It doesn't make it right, but it does make it understandable. Then there's intentional sexism, which should never be tolerated, under any circumstance.

Toward the tail end of my time at Golf Channel, a female employee I worked with told me in detail about what she experienced one afternoon at work. She was in an office area and overheard Brandel and another male co-worker debating who had the best breasts on the LPGA Tour. They were laughing and joking about it, going back and forth with names. There was quite a bit of dialogue about this topic between them, which was taking place while coverage of an LPGA tournament was being broadcast on a TV where they were sitting. She purposely walked by to remind them she was there, but it didn't seem to matter. Their conversation continued without skipping a beat. Clearly, both men were unfazed by her presence.

She was appalled by their behavior. Of course, I'd never reveal the "winner" of their demeaning contest, but I can tell you that she still plays on tour. It's one of the many reasons I've been so adamantly opposed to Brandel working any tournament involving female players, especially LPGA players.

Not long after hearing that story, I also learned from a very credible source how Brandel had openly talked about life in America basically

being better when women stayed home and raised their kids. Again, this happened while he was at an event representing Golf Channel. His words and actions certainly seem to suggest that he'd be perfectly happy if the clock was turned back to 1950.



GOLF   LATEST NEWS   LIV GOLF

# Phil Mickelson piles on trashing of 'nasty bully' Brandel Chamblee amid Lisa Cornwell book

*The six-time major champion continues to feud with and trash Brandel Chamblee, the golf channel analyst who disdains LIV Golf.*

By Jack Milko  |  Jun 1, 2023, 12:20pm EDT  |  0 Comments / 0 New



STERLING, Va. — Phil Mickelson looks on from the 18th green during day two of the LIV Golf Invitational - DC at Trump National Golf Club on May 27, 2023.  |  Photo by Rob

**GOLF**

Tiger Woods cryptically breaks silence on PGA Tour LIV Golf blockbuster amid players-only meeting

Rickie Fowler's back-to-back insane birdies give him Rocket Mortgage Classic win, ends 4-year drought

Rickie Fowler goes nuclear at Rocket Mortgage Classic, vying to snap winless streak

...7/23, 15:54

Carr/Getty Images

Justin Thomas gets passive aggressive with PGA Tour, fired up for 'brother' Rickie Fowler's win

PGA Tour trashed as Rocket Mortgage Classic final round not aired on TV with Rickie Fowler leading

MORE IN GOLF ▸

[Phil Mickelson](), one of the faces of the [Saudi-backed LIV Golf Tour](), continues to trash the Golf Channel's [Brandel Chamblee]().



Since the [PGA Championship]() at Oak Hill, where LIV golfer Brooks Koepka won the Wanamaker Trophy, these two men have exchanged insults via Twitter.

This back-and-forth ultimately led Chamblee to block Mickelson on the social media platform, but that did not stop Lefty from continuing to slam the long-time Golf Channel analyst.

Then, Lisa Cornwell, a former Golf Channel journalist, released a memoir in late May titled "Troublemaker," which details the misogynistic culture she experienced while at the network.

Within her book, she discusses the toxic environment she faced and how she tried to challenge it, thus earning the label of a "troublemaker."

Cornwell even dedicated an entire chapter to Chamblee, who, according to her, helped foster

this toxic workplace.

On top of that, Tucker Booth, who co-wrote Cornwell's memoir, calls Chamblee a "nasty bully" for his behavior and demeanor on The Golf Podcast:

> EP#72 Clip @LisaMCornwell & @TuckerDaleBooth talk about @chambleebrandel @GolfChannel and the New #TROUBLEMAKER Book
>
> Must watch vid clip below
>
> Full Podcast https://t.co/zVFoITXYET pic.twitter.com/4pB5VeuZgY
>
> — The Golf Podcast | Live (@GolfPodcastLive) May 31, 2023

"You have to hold people accountable," Cornwell said on The Golf Podcast. "That's what I am trying to do with this book."

These are stark acquisitions, yet Booth verified this information with numerous individuals aware of the situation, and everything "checks out."

Consequently, Mickelson caught wind of this and added fuel to the fire:

> "Brandel Chamblee is nasty,a bully,and worse." Unfortunately, I can't take credit for this quote.
> His obsession with LIV (and me) borders on the psychotic, at least I never had to work with him. Wow
> https://t.co/ii22BshiAR
>
> — Phil Mickelson (@PhilMickelson) June 1, 2023

Mickelson loved what Cornwell and Booth had to say about Chamblee.

Since becoming associated with LIV, Mickelson has continuously picked fights with Golf Channel pundits, and others, due to their close association with the PGA Tour.

But these arguments reached new heights following Koepka's victory at Oak Hill.

Golfers, analysts, and journalists have all discussed the legitimacy of LIV, and whether or not LIV golfers can participate in the Ryder Cup.

LIV Golf's Phil Mickelson clashes Brandel Chamblee and Lisa Cornwell book - SBNation.com                                                /3/23, 15:54

Chamblee, a LIV Golf dissident, even got testy with Brad Faxon when discussing this topic on the Golf Channel's Live From the PGA Championship set.

He will likely get even more agitated upon learning this bit of information.

Or perhaps he will block out the noise and avoid it altogether—just as he did with Mickelson's Twitter account.

Case 3:22-cv-01059-TJC-PDB Document 83 Filed 07/26/23 Page 128 of 220 PageID 1767

# The Palm Beach Post

PGA

# Opinion: Why do NBC's Golf Channel commentators continue ripping Phil Mickelson, LIV Golf?

**Douglas MacKinnon** Special to the Post

Published 9:53 a.m. ET June 5, 2023 | **Updated 11:41 a.m. ET June 5, 2023**

This is the rhetorical "beat down," which never seems to stop.

For months now, NBC-owned Golf Channel commentators Brandel Chamblee and Eamon Lynch have been criticizing both Phil Mickelson and LIV golf. "Criticizing" is one definition. Others might say the commentators have been incessantly trying to smear the reputations of both the six-time major winner as well as the upstart golf league.

Like well-rehearsed professional wrestlers, Chamblee and Lynch have been "tag-teaming" Mickelson and LIV golf on a regular basis. Attacks that have become quite personal and mean-spirited.

The latest broadside launched by Lynch was an opinion column for USA Today's Golfweek shockingly titled: *Phil Mickelson's Twitter bluster can't distract from his reality as a shameless pawn for murderers.*

"Murderers."

Now, this has to do with the fact that LIV golf is financed by the Saudi Arabian Public Investment Fund. Agents from the Saudi Arabian government were involved in the killing of journalist Jamal Khashoggi in 2018.

**Nicklaus on LIV:** Jack Nicklaus on LIV golfers: 'I don't even consider those guys part of the game anymore'

123

**LIV and Trump's courses:** LIV Golf event at Trump's D.C. course bringing out painful memories for 9/11 families

**Justice Department eyes Trump, LIV:** Report: Justice Department looking into Donald Trump's dealings with LIV Golf

So, when Lynch refers to "murderers," is he folding in all who work for the Saudi Arabian Investment Fund?  Or is his definition broader than that?  Meaning, is he assigning guilt by nationality to the 26 million men, women, and children who live in Saudi Arabia?

Now, as mentioned before in this space, the assassination of Khashoggi was truly obscene and reprehensible.  As are *any* and *every* human rights violation.

That stated, let's turn our attention to the People's Republic of China and its multi-multi-million-dollar partnerships – such as the past winter Olympics - with NBC Sports.  The same company that owns the Golf Channel.

As they continually attack Mickelson and LIV golf, are Chamblee and Lynch willing to write a column addressing the largest human rights abuse of our time?  That being China's imprisoning, torture, and killing of thousands of Uyghurs and other Muslims - including women and children - in its Xinjiang province forced labor camps.

Because they happen to be paid by NBC Sports owned Golf Channel, does that make them – as Lynch smeared Mickelson - "shameless pawns for murderers?"

After these never-ending attacks from Chamblee and Lynch aimed at Mickelson and LIV golf, we seem to have entered "unhinged" territory.  Why are both of these men so seemingly consumed by hate when it comes to Mickelson?

## Phil Mickelson addresses attacks on him, LIV golf

After Lynch's latest onslaught, Mickelson addressed that very question: "I was right (again).  Eamon comes to Brandel's defense. You both have an obsession with me (and LIV) that requires professional help. Wishing you both all the best with that."

Mickelson is not the only one who has had it with these bizarre accusations.  In an interview with Golfweek, Claude Harmon III – coach of LIV's Brooks Koepka - called out the hypocrisy of Lynch and Chamblee.

Said Harmon, in part: "Brandel is a paid actor by NBC and Golf Channel. All he's trying to do is get his lines and shows for the Golf Channel. He's just trying to get lines for Brandel … for Eamon Lynch and Brandel Chamblee, who worked for NBC Golf Channel to utter the words 'sports washing' when the company they work for televised the last two Winter Olympics in Russia and China with the same leaders that they've had. It's not like they were good leaders back then. It's not like Putin was a good guy, right?"

As they continue to level their extreme and quite possibly libelous charges against Mickelson, LIV golf, and even Saudi Arabia, maybe Chamblee and Lynch might want to take a very deep breath and remember that oftentimes people turn to sports to escape the ugliness of politics and the real-world.

Enough.

*Douglas MacKinnon is a former White House and Pentagon official and author of the book: The 56 – Liberty Lessons from those who risked all to sign The Declaration of Independence.*

7/3/23, 18:11



Sign in

US Edition ▾   Search

TYLE | ENTERTAINMENT | MONEY | TECH | MOTORS | HEALTH | TRAVEL | >



Sport > Golf

## ITS A CHAMBLEES What did Brandel Chamblee say about Phil Mickelson?

Nyle Smith

Published: 11:48 ET, Jun 6 2023 | Updated: 11:53 ET, Jun 6 2023

 

**NBC commentator Brandel Chamblee has not been afraid to share his feeling towards Phil Mickelson joining LIV Golf - but the feud between the two has now reached boiling point.**

Chamblee and his colleague Eamon Lynch have been criticizing Mickelson's decision to side with LIV since

the upstart of the new golf entity.



**Phil Mickelson made the switch from PGA Tour to LIV Golf before they merged** Credit: PA

And it led to [Brooks Koepka](#) swing coach Claude Harmon III labelling Chamblee a 'paid actor in golf' as his client also made the switch to LIV.

But where did this bitter rivalry escalate from?

## What did Brandel Chamblee say about Phil Mickelson?

Chamblee slammed [Phil Mickelson for his apology](#) following the legend's "reckless" golf comments in 2022 and called it "one of the worst apologies ever written"

Speaking on the Stripe Show podcast, Chamblee said: "The first paragraph is him pretending to be a victim. The second, he's trying to pretend he's an 'activist.'

What ill in that second paragraph is he trying to solve in the game of golf?

## READ MORE ON PHIL MICKELSON

**LIV IT OUT** Golf fans convinced Masters is punishing LIV...

**BAD PHIL-ING** Mickelson gets 'do it for Saudi royal...

"You can dismiss the first two paragraphs of the statement, because they are nonsense. Really, the third and fourth paragraphs are about spin and damage control, and about trying to shore up the damage he did to the relationship with the Saudis, when he said that they were 'scary mofos.' When he said he's not even sure if he wants it to succeed.

"I'd dare say 100 percent of the players out there would rather play with Tiger and they recognize Tiger for being authentic," he said. "Phil's always had a reputation amongst the players as trying to manipulate almost every scenario to benefit himself."

## What has Phil Mickelson said?

128

Golf legend Phil Mickelson seemed to enjoy Claude Harmon III weighing in on Chamblee's LIV Golf criticism.

But Chamblee didn't take too kindly to what Harmon had to say as the commentator replied with a 538-worded response.

## MOST READ IN GOLF

**ALL EYES ON ME** Paige Spiranac rival Bri Teresi poses in busty outfit as fans react

**BEACH BODY** Golf influencer Grace Charis leaves little to imagination in tiny thong bikini

**'OUT OF TOUCH'** Golf fans slam CBS after being unable to watch Rickie Fowler playoff win

**PUSHING THE ENVELOPE** Paige Spiranac rival Katie Sigmond risks golf course ban with outfit

Mickelson then quickly saw his opportunity to pounce by tweeting: "Poor Brandel.

"He can rip apart me and countless others but as soon as someone shoes his ignorance he can't handle it. He's softer now than he was as a player."

# What did Brooks Koepka tweet?

Things went from bad to worse for Chamblee as LIV Golf and PGA Tour have now agreed to merge which led to [Koepka](#) posting the 'Tweet of the year'.

Koepka simply said: "Welfare Check on Chamblee."

# Why have LIV Golf and PGA Tour merged?

[LIV Golf](#) and [PGA Tour](#) are merging to create an organisation that will benefit everyone in the golf world.

PGA Tour commissioner Jay Monahan said: "After two years of disruption and distraction, this is a historic day for the game we all know and love.

"This transformational partnership recognises the immeasurable strength of the PGA Tour's history, legacy and pro-competitive model and combines with it the [DP World Tour](#) and LIV - including the team golf concept - to create an organisation that will benefit golf's players, commercial and charitable partners and fans."

**Topics**    | Explainers |    | LIV Golf |    | Phil Mickelson |

David Leadbetter Tees Off On Brandel Chamblee For His Comment About Social Media 'Bitch Slapping Instruction Into Reality' - BroBible          6/27/23, 17:05

Login for Ad-Free

- Subscribe For Ad-Free
- Learn More about Ad-Free

# brobible

- About
- Jobs
- Terms
- Privacy

Get brobible Everywhere.

---

SPORTS

# David Leadbetter Tees Off On Brandel Chamblee For His Comment About Social Media 'Bitch Slapping Instruction Into Reality'

#GOLF

BY MARK HARRIS / MARCH 27, 2020 2:12 PM



GETTY IMAGE

It's been 14 days since the PGA Tour hit pause on its season and we've already got a heavyweight battle on our hands between two well-known pundits of the game. Yep, 67-year-old David Leadbetter and 57-year-old Brandel Chamblee are going at it.

This whole thing started after Chamblee, a Golf Channel analyst and one of the most outspoken commentators in the game, made a bold statement about golf teachers being exposed as social media and YouTube have **"bitch-slapped" golf instruction into reality**.

Leadbetter, who's one of the most well-known golf instructors on the planet, didn't like that comment too much and decided to pin **an open letter with** *Golf Digest*


Ad

**Wrist Trick For Great Contact**
Eliminate mishits, gain 25+ yards, & boost your
confidence with the Simple Strike Sequence

Performance Golf Zone          Learn More >

## LATEST POSTS



**Texas A&M AD Shrugs Off NCAA NIL Warning**



**Tobias Harris Takes Shot At Philadelphia 76ers Fans That Want Him Traded**



**Robert Kraft Reveals What It Would Take**

For Him To Be Satisfied With The Next

David Leadbetter Tees Off On Brandel Chamblee For His Comment About Social Media 'Bitch Slapping' Instruction Into Reality - BroBible  8/27/23, 17:05

responding to Chamblee's take.

New England Patriots Season

Conor McGregor Would Lose To
YouTubers In Boxing According To
McGregor's Former Sparring Partner



Leadbetter did not hold back and jumped right into the fire with his very first sentence in the letter.

If you slice, try this fix.

Hank Haney's 3-step sequence fixes the real reason you slice. Guaranteed to work in 5-min

> "It's sad how a person of influence in the golf world like Brandel Chamblee can spew out some of the nonsense that he does."

He then basically brags about the fact that he's a golf instructor and points out that Chamblee has likely never given a meaningful golf lesson in his life, therefore he doesn't know as much about the instructor world as he thinks he does.

> "I doubt that Brandel has ever given a golf lesson of any note in his life. I certainly have not heard of any tour players running around singing his praises as a coach.
>
> Brandel should realize the time, passion, study, commitment and the amount of devotion that coaches put in to help their students succeed."

132

**Wrist Trick For Great Contact**

Eliminate mishits, gain 25+ yards, & boost your confidence with the Simple Strike Sequence

Now, in my opinion, Leadbetter's remark here is showing that he's out of touch in regards to Chamblee's comments. Chamblee never once downplayed the actual act of instruction, just the fact that it has completely evolved over the past handful of years due to social media.

Leadbetter essentially started a pissing contest four sentences into his letter. 'Do you know how long I've been doing this, you golf commentator, you!?'

He then turns the clock back to 30 years ago and says that he and his assistant spent hours on the driving range to help Chamblee get his game in order, but they weren't ever paid for it.

> I say this because I and my assistant Adam Schreiber spent countless hours in the late '80s and early '90s on the range helping Brandel to try to reach his goals. It certainly was not for the money, as I think the check is still in the mail.

Now all we need is Chamblee to post a video on social media of him writing Leadbetter a check. That's the content we need in these trying times.

Leadbetter also went on to write that instructors do deserve some criticism, but then reeled off his impressive resume for those that may have forgotten just how great of an instructor he is.

> Should there be some criticism of coaches? Absolutely. But that's the same

David Leadbetter Tees off On Brandel Chamblee For His Comment About Social Media 'Bitch Slapping' Instruction Into Reality – BroBible                                                                8/07/23, 17:05

> in any profession. I have faced criticism over the years, some justified and
> some not. It comes with the territory. I would say on balance, though,
> having taught seven World No. 1 players and players who have won 23
> majors, that I would consider myself to have had a fairly successful career.

Leadbetter is a golf instructor. Chamblee is not a golf instructor. Chamblee is, however, a former PGA Tour winner, so I think it may be alright to assume he knows a thing or two about the instruction world.

Most fans, players and anyone else involved in the game of golf in any way respect the hell out of both of these guys, I certainly do, but this entire 'situation' seems, for the lack of a better word, dumb. Chamblee shouldn't have said 'bitch-slapped' or maybe you could argue *Golfweek* should've left the phrase out, but Leadbetter writing this letter seems uncalled for as well.

It truly is quite the time to be alive, folks.

## Around The Web 



# __CATEGORY C__

False Allegations of Cheating Targeted at Patrick Reed As Opposed to Defendants Opposite Treatment of Other Professional Golfers

# KLAYMAN LAW GROUP

A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.                    7050 W. Palmetto Park Rd          Tel:     561-558-
5336

Boca Raton, FL, 33433

Via E-mail and Federal Express

September 19, 2022

Shane Ryan
2706 Ellen St #3R
Durham, NC, 27705
Shane.spr8@gmail.com

Hachette Books
c/o Min Lee, Esq
General Counsel
1290 6ᵗʰ Ave
New York, NY 10104
Min.lee@hbgusa.com

**Re: Cease and Desist Letter and Demand for Retraction Pursuant to Fla. Stat. § 770.01**

Attn: Mr. Ryan and Publisher Hachette Books

    This letter is to put you on notice of false, malicious, and defamatory statements of and concerning my client, Patrick Reed ("Mr. Reed") made by Mr. Shane Ryan ("Ryan") in The Cup They Couldn't Lose: America, The Ryder Cup, and The Long Road to Whistling Straits, which was published by Hachette Books ("Hachette") and to demand a correction or retraction of these statements, along with a published apology. These false, malicious, and defamatory statements are set forth below. The defamation commences with the title of Chapter 1 itself, which reads "December 2019, Melbourne, Australia, Fires Down Under … The Greatest Escape…The End of the Legend of Patrick Reed." It is telling and of great legal significance that the first chapter of the book takes aim at Mr. Reed, who then becomes the focus of more smears, lies and innuendo, which subjects you to huge liability for defamation per se, defamation and defamation by implication under Florida law. The published defamatory statements in Chapter 1 include but are hardly limited to:

## Statement #1

He'd been kicked out of Georgia after a year(he was only on the golf team for six months, when he lost his scholarship, everyone was recruiting him from Wake Forest, to Florida State, Florida, LSU, he could have gone ANYWHERE after these boys at Georgia were targeting him (more on this below)–for two alcohol violations, the second of which he tried to hide from his coach, and before that

he'd been accused by his teammates of cheating during a qualifying event. Then
he went to Augusta State, where he turned the entire team against him almost
immediately, and once again he was accused of cheating, this time by shaving
strikes in two straight qualifying events. His teammates held a meeting and voted
to kick him off the team, but Augusta State coach Josh Gregory reduced it to a
two-match suspension. THAT'S NOT WHAT HAPPENED; Shane Ryan has Josh
Gregory's statement (his coach from Augusta St. that was sent to him in 2015-
which gave an in-depth statement of what actually occurred which Shane Ryan
CHOOSES to eliminate KEY POINTS to intentionally and maliciously defame
Patrick Reed.

This statement is false, malicious, and defamatory because it is false that Mr. Reed cheated
during his NCAA playing career. Mr. Reed has provided public statements by his coaches – who
would have been privy to any cheating accusations – that they were unaware of any cheating
accusations against Mr. Reed and importantly that he did not cheat.

### Statement #2

When the ugly details came out, Reed set to work blundering his way into deeper
trouble, which was the start of a PR strategy that he's doggedly stuck to ever
since. He went on Golf Channel, produced a couple of vague statements from his
coaches, and generally took the path of full denial. The end result was that Reed's
teammates, who had previously been silent came out of the woodwork to crucify
him further, confirming old details and adding new ones. It also should be noted
that Patrick- as a young Freshman in college was taking the place of All-
American juniors and seniors in qualifying events every single week on the
University of Georgia Golf Team- which was the best in the country at that time.
Those players didn't like a freshman taking their spots- it embarrassed them,
angered them, and in the end- Patrick ended beating all of them in his second
team triumph to go back-to-back NCAA Championships, so these group of guys
had every reason to get rid of Patrick on the team, and that is what they did. So he
wouldn't take their spots anymore, they couldn't handle it- and still can't
obviously.

He doesn't say what teammates or anything specific to make such allegations and
accusations either. TALK ABOUT VAGUE.

This statement is also false, malicious, and defamatory because it published the falsity that Mr.
Reed cheated during his NCAA playing career. Mr. Reed has provided public statements by his
coaches – who would have been privy to any cheating accusations – confirming that they were
unaware of any cheating accusations against Mr. Reed. It is also noteworthy that you committed
actual malice in 2015 when you recklessly published these accusations without even talking to
Mr. Reed's former college coaches, Mr. Reed himself, and your previous Editor from Random
House made you change your book because the accusations were in fact defamatory, false, and
reckless.

### Statement # 3

Reed found himself in a waste area that looked indistinguishable from a sand trap. (Even this statement is misleading to the public; insinuating that Patrick commited a rules infraction in a waste bunker that was "indistinguishable" from a bunker; Professional players know the difference, ESPECIALLY at that specific course- in the BAHAMAS- it is WELL KNOWN the waste areas and bunkers; they ALL KNOW THE difference between a waste bunker (which is a penalty area) and a normal bunker, and ESPECIALLY AT THAT PARTICULAR COURSE- SOMETHING else he fails to mention. The rules, though, are different: in the waste area, a player is allowed to ground his club. Which is exactly what Reed did, but then he proceeded to drag the club backward, sweeping away the sand in front of his ball. Then he resettled the club and did it again. This is blatantly illegal, and nothing about it was ambiguous. Reed had improved his lie by clearing the path to his ball, and when the first effort wasn't satisfactory, he did it again. The TV camera caught him red-handed, and Golf.com's Dylan Dethier, on the scene, heard Rickie Fowler say, I don't even know what you have to review." Dylan Dethier is and was a surrogate of Alan Shipnuck, another horrible-repeat offender, if not the worst, next to Shane Ryan. Who's to say that Rickie Fowler ever said that. Does he note what Rory Said about it…he said the replays made it look worse than watching it in real-time. You can see in Patrick's body language- there was no intent. He was in the LEAD with camera's all over him…and even if there were NO CAMERAS Patrick isn't LOOKING to cheat to save a shot…completely ridiculous, he is trying to win a golf tournament.

This statement is false, malicious and defamatory because it baselessly accuses Mr. Reed of intentionally cheating during the 2019 Hero World Challenge in the Bahamas. What the taped video of this matter showed, at worst, was an unintentional error by Mr. Reed and he was not even in a sand trap but a waste area instead, which the PGA Tour also believed to be the case as evidenced by the fact the Mr. Reed was only assessed a two-stroke penalty and not disqualified from the tournament. Thus, there was never any finding of misconduct or cheating.

### Statement #4

Reed was assessed a two-stroke penalty when the round was over, but the bigger problem was the hit to his reputation. Before long, someone dug up a clip of him doing the same exact thing at a 2015 tournament, and for a guy whose credibility was already in the mud, who had been accused of cheating in the past, it was like throwing gas on the flames. He was skewered.

This statement is false, malicious and defamatory because it baselessly accuses Mr. Reed of intentionally cheating in 2015. This is completely false. Digging up an old, distorted video is no evidence of cheating. We should do forensics on that Video as well. He doesn't even cite what video, tournament, who dug it up, where it came from, nothing. ANOTHER BASELESS, TARGETED HIT TO HIS REPUTATION, to recklessly make another claim like that on

insufficient evidence or proof and intentionally trying to harm Patrick. They were doing everything they could after he won the Masters to ruin him…to do him in, not just as a professional golfer, but as a human being.

### Statement #5

Chamblee went so far as to say that when Tiger added Reed to the team, he "made a deal with the devil." By forcing the Americans to defend him. Reed put them in an impossible situation and forced them to greet an obvious violation – one that would <u>have horrified most of them</u> to commit (THIS IS THE BIGGEST EXAGERRATION I'VE EVER SEEN-its almost comical it's so bad), in a sport where players frequently call penalties on themselves even when the camera aren't running – with silence, putting their own integrity on the line.

Formatted: Underline

This statement is false, malicious and defamatory because it baselessly accuses Mr. Reed of intentionally cheating during the 2019 Hero World Challenge in the Bahamas. This is completely false. It further questions the integrity of Mr. Reed, and falsely claims that Mr. Reed forced his teammates to put their own integrity on the line. Also, a republication of a defamatory statement made by someone else holds that person just as liable for that statement as the person who said it (please check) but I remember reading that in one of my books. And referencing and regurgitating a statement that calls Patrick the Devil over a two-stroke rules infraction - is-actual malice (please check).

### Statement #6

It figured that the first time <u>anyone on Reed's team</u> had been honest and open with the media, it would be a caddie admitting he'd shoved a fan. He is calling into question the integrity of anyone and everyone who ever worked with us and for us which includes private people, not just public figures.

Formatted: Underline

This statement is false, malicious, and defamatory because it published the falsity that Mr. Reed had lied to the media in the past. This is false. It also is insinuating that his wife, agents, lawyers, coaches, and anyone associated with us in golf is a liar.

These published statements were made with actual malice since they were false and/or made with a reckless disregard for the truth. And, given Shane Ryan's and his publisher's demonstrable hatred toward and against Mr. Reed, the falsities set forth above also amount to constitutional malice, as Ryan clearly has a pathological and sick fixation to lie in his quest to try to destroy my client, his wife, his children and family, in order to sell books for profit.

To compound the damage caused by the above false published statements, were your recent orchestrated republications, in order to again sell books, of your false and defamatory statements in the New York Post and Fox Sports, to name just a few. The repeated and the constant, incessant, nature and degree of which he goes to-to harm Patrick combined with the Media's coverage and republications and collaborative effort to destroy a YOUNG golfer, and really a SUPERSTAR, is Character Assassination, and they have been on this mission since 2014, when

Patrick was 23 years old; he is now 32 years old, and this man is STILL HURTING HIM, all of us. ENOUGH IS ENOUGH. Shane Ryan doesn't exist without Patrick Reed and that is the SOLE Reason he is fixated on ruining Patrick's life and his family's life with false, repetitive, malicious accusations.

Accordingly, with full reservation of all rights to pursue legal remedies including but not limited to filing suit, Mr. Reed demands correction or retraction of these false, malicious, and defamatory statements within five (5) days pursuant to Fla. Stat. § 770.01.

Dated: September 19, 2022

_____
Larry Klayman, Esq.
Counsel for Patrick Nathaniel Reed

# KLAYMAN LAW GROUP

### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.

7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

Tel: 561-558-5336

Via E-mail and Federal Express

October 4, 2022

Mr. Doug Ferguson
The Associated Press
1 Riverside Avenue
Jacksonville, FL 32202
dferguson@ap.org
tferguson727@gmail.com

Ms. Karen Kaiser
General Counsel
The Associated Press
200 Liberty Street
New York, NY 10281
kkaiser@ap.org
kkaiser@tribune.org

**Re: Cease and Desist Letter and Demand for Retraction Pursuant to Fla. Stat. § 770.01, Tex. Civ. Prac. & Rem. Code § 73.05, and North Carolina General Statute Chapter 99-1 and 99-2**

Attn: Mr. Ferguson and The Associated Press

This letter is to put you on notice of false, malicious, and defamatory statements of and concerning my client, Patrick Reed ("Mr. Reed") made by Mr. Doug Ferguson ("Ferguson") in "Column: Reed's reputation from Bahamas the ultimate penalty."[1] (the "Article").

Notably, this is not the first time that Ferguson has published harmful, negative, false, and defamatory statements of and concerning Mr. Reed, as he is among the worst offenders in continuously smearing Mr. Reed's reputation with his malicious defamatory attacks.

The Article taken as a whole is completely defamatory, and at a bare minimum defamatory by implication. The entire purpose of the Article is to plant in the reader's mind that, despite there being absolutely no evidence of cheating, that Mr. Reed is a habitual cheater who has earned a

---

[1] Doug Ferguson, *Column: Reed's reputation from Bahamas the ultimate penalty,* Feb. 2, 2021, AP, available at: https://apnews.com/article/sports-bahamas-patrick-reed-golf-rickie-fowler-8d0fa7ed6f764ddf3195e23e005c53a4

reputation for cheating and who has gotten away with cheating. Specifically, the false, malicious, and defamatory statements include but are hardly limited to:

## Statement #1

The violation was so egregious that Rickie Fowler, glancing at the replay on television, quickly raised his eyebrows and said: "Whoa! What was THAT?"

It was Patrick Reed.

This was just over a year ago in the Bahamas, the day Reed infamously used the back of his wedge to scoop away sand — twice — from behind his golf ball in a waste bunker, improving his line of play. Only when he was shown video evidence did Reed accept the two-shot penalty, but not before suggesting the camera angle made it look worse than it was.

The penalty, as it turns out, was worth more than two shots.

There is no greater punishment in golf than being stuck with a reputation for cheating.

These statements are false, malicious, and defamatory because they falsely accuse Mr. Reed of being a cheater and having earned a reputation for cheating through his actions. This is completely untrue and baseless. Mr. Reed has never been found to have cheated by anyone.

## Statement #2

Moving past this one will be almost impossible.

This statement is false, malicious and defamatory because, similar to the above statement, falsely accuses Mr. Reed of being a cheater and having earned a reputation for cheating through his actions, and particularly that his reputation for cheating will always follow Mr. Reed. This is completely untrue and baseless. Mr. Reed has never been found to have cheated by anyone.

## Statement # 3

He pulled his approach from a fairway bunker into thick grass left of the 10th green. Approaching where a volunteer had marked the spot with a tiny flag, Reed asked if the ball bounced. "No, I didn't see it bounce," the volunteered replied.

He turned to his playing partners, PGA Tour rookie Will Gordon and second-year player Robby Shelton, and told them, "They said it didn't bounce," and that he would check for an embedded lie. Crouching over, he marked the spot with a tee, put the ball in the palm of his hand and kept probing the turf for about 5 seconds when he called for an official. And then he poked around for another five seconds.

142

"I believe it broke ground, but I'm going to let you make that call," Reed told Brad Fabel, the rules official.

Fabel didn't immediately know what he was talking about because Reed had placed the ball about 8 feet away.

Reed showed him where the ball was, Fabel poked around and agreed there was a "lip," meaning the ball had broken the plane of the soil.

Free drop.

These statements are false, malicious, and defamatory because they create the false implication that Mr. Reed had somehow gotten away with cheating, despite the fact that Mr. Reed had been completely cleared of any wrongdoing by the PGA. It is included tactically by Ferguson to lend support to the baseless allegations of cheating above.

These published statements were made with actual malice since they were false and/or made with a reckless disregard for the truth.

The repeated and the constant, incessant nature and degree to which Ferguson goes to harm Mr. Reed, combined with the media's coverage and republications and collaborative effort to destroy Mr. Reed is clear defamation.

Accordingly, with full reservation of all rights to pursue legal remedies including but not limited to filing suit, Mr. Reed demands correction or retraction of these false, malicious, and defamatory statements within five (5) days pursuant to Fla. Stat. § 770.01, within thirty (30) days pursuant to Tex. Civ. Prac. & Rem. Code § 73.05, within five (5) days pursuant to North Carolina Gen. Stat. § 99-1 and within ten (10) days pursuant to North Carolina Gen. Stat. § 99-2.

Dated: October 4, 2022

Larry Klayman, Esq.
Counsel for Patrick Nathaniel Reed



**Golfweek**

PART OF USA TODAY SPORTS



# Exclusive: Patrick Reed's lawyer tried to silence Brandel Chamblee on 'cheating'

SHARE THIS







By: Eamon Lynch | January 9, 2020 4:43 pm

ADVERTISEMENT



Patrick Reed doesn't only have his caddie wading in to defend his badly battered reputation — he's sending in his lawyer too. *Golfweek* has exclusively obtained a cease and desist letter Reed had his attorney send to Brandel Chamblee demanding the Golf Channel analyst not repeat accusations that the former Masters champion cheated at the Hero World Challenge last month.

Chamblee has been a vocal critic of Reed's hugely controversial actions at the Hero, where video showed him twice scooping sand from behind his ball on practice swings in a bunker, thereby improving his lie. Reed was **penalized two strokes** by rules officials but denied deliberately cheating, a brush-off that did little to alter the widespread belief that he did just that.

"The purpose of this letter is to obtain assurance that you will refrain from any further dissemination, publication or republication of false and defamatory statements concerning Mr. Reed, including any allegations that he 'cheated' at the Hero World Challenge in the Bahamas," wrote Peter Ginsberg, a partner at the New York City law firm of Sullivan &

Worcester.

Ginsberg, who previously represented Ray Rice and has sued the PGA Tour on behalf of Vijay Singh and Hank Haney, confirmed to *Golfweek* that he represents Reed and sent the letter.

The letter was dated and received by Chamblee on Dec. 13. It was sent on day two of the Presidents Cup, by which point Reed was already 0-for-2 and embroiled in a maelstrom of controversy over his conduct in the Bahamas a week earlier. Perhaps the man once known as Captain America was distracted by legal bluster 10,000 miles away.

Reed's lawyer tersely noted that his client stated at the time there was no intent to change his lie or violate any rules. "Indeed, as you should know, and presumably do know but chose to ignore, if the PGA Tour believed that Mr. Reed had intentionally violated any rule, he would have been disqualified from the tournament rather than assessed a two-stroke penalty," Ginsberg wrote. "Everyone involved agrees that Mr. Reed acted unintentionally, and the tape of the incident fully supports that conclusion."

Ginsberg went on to cite a Dec. 9 appearance on Golf Channel in which Chamblee heavily criticized Reed's conduct, including saying: "To defend what Patrick Reed did is defending cheating. It's defending breaking the rules."

ADVERTISEMENT



**Prioritize Your Education**
Earn Your Degree & Pursue a Brighter Future with ASU Online.

→

**Serie A**
Stream live matches all season on

→

Reached by *Golfweek*, Chamblee seemed unconcerned by the letter. "My first reaction was that someone is so pissed at Patrick Reed that they went back and watched all the nice things I said about him when he won the Masters and was demanding I cease and desist saying nice things," he said. "As I read further and got to the sentence that the tape fully supported him, I wondered how did Patrick Reed find the only lawyer in the world who didn't play golf?

"As I continued, I felt like I was reading *Finnegan's Wake*," Chamblee added, referencing James Joyce's famously incomprehensible novel.

 **ESPN.com: Golf**

[PRINT]                                                                [Print without images]   ESPN

Thursday, January 9, 2020

## Lawyer warns Brandel Chamblee: Stop calling Patrick Reed cheater

By Bob Harig
ESPN

An attorney for Patrick Reed sent a cease and desist letter to Golf Channel analyst Brandel Chamblee demanding he stop referring to the golfer as a cheater for his actions at a tournament in the Bahamas last month.

Golfweek obtained the letter in which attorney Peter Ginsberg wrote that the purpose "is to obtain assurance that you will refrain from any further dissemination, publication or republication of false and defamatory statements concerning Mr. Reed, including any allegations that he 'cheated' at the Hero World Challenge in the Bahamas."

Chamblee has been a vocal critic of Reed in the aftermath of a rules violation during the third round of the tournament in which the golfer was assessed a two-shot penalty for improving his lie when he took two practice strokes in a waste area.

Reed has endured plenty of backlash, both at the Presidents Cup last month and again last week at the Sentry Tournament of Champions. The heckling was so bad at the Presidents Cup that Reed's caddie, Kessler Karain, was involved in an altercation with a spectator and ultimately prohibited from working the final day.

Ginsberg has previously sued the PGA Tour on behalf of Vijay Singh and Hank Haney and represented former Baltimore Ravens running back Ray Rice in his dealings with the NFL over his suspension for domestic violence. Ginsberg confirmed to Golfweek that he represents Reed and sent the letter.

Chamblee could not be reached for comment. But he told Golfweek that he received the letter during the Presidents Cup, where Reed was 0-3 before winning in his Sunday singles match as part of the United States victory.

Ginsberg wrote that Reed said at the time there was no intent to violate a rule.

"Indeed, as you should know, and presumably do know but chose to ignore, if the PGA Tour believed that Mr. Reed had intentionally violated any rule, he would have been disqualified from the tournament rather than assessed a two-stroke penalty," Ginsberg wrote. "Everyone involved agrees that Mr. Reed acted unintentionally, and the tape of the incident fully supports that conclusion."

PGA Tour commissioner Jay Monahan said Sunday he considered the matter closed.

Chamblee, among things, said on the air that "to defend what Patrick Reed did is defending cheating. It's defending breaking the rules."

147

Ginsberg's letter states that Chamblee implied Reed was also guilty of improper conduct in the past, a reference to allegations published in 2015 by author Shane Ryan claiming Reed had been accused of cheating and theft while in college. His attorney described those allegations as "demonstrably false" and attached signed statements by two of Reed's college coaches, Chris Haack at the University of Georgia and Augusta State's Josh Gregory. Both statements were dated shortly after Ryan first reported the Reed allegations.

ADVERTISEMENT

Gregory's statement acknowledges that in an NCAA qualifying event Reed had texted the coach his score, which was then found to be one stroke lower than it should have been. Gregory described that as "an honest, unintentional mistake."

"At the time Reed was not well liked by his teammates, who repeatedly challenged Reed. The relationship between Reed and the team was very strained during this time," Gregory attested on Feb. 9, 2015. "In order to keep the team together, I suggested, and Reed ultimately accepted, a suspension, which I frankly believed was a way of moving forward with the season and creating some separation and a cooling off period between Reed and his teammates."

Haack's brief statement, dated Feb. 26, 2015 says he was unaware of any allegations of cheating or theft against Reed and that such allegations played no role in his dismissal from the UGA golf team.

Reed's lawyer did not issue a direct threat of future defamation proceedings in his letter but demanded Chamblee sign a document agreeing not to repeat comments about his client's alleged cheating. "As a professional golfer in a sport built on relationships and reputation, your broadcasts are incredibly damaging and have caused, and continue to cause, Mr. Reed significant emotional, reputational and pecuniary harm," Ginsberg wrote. "Mr. Reed is prepared to accept your affirmative representations that you will comply with his demand that you desist from disseminating, publishing or republishing false and defamatory statements concerning Mr Reed."

But it doesn't sound like Reed should expect that signed agreement in his mailbox any time soon.

"My job is to be accurate in my analysis and I weigh my words heavily," Chamblee told *Golfweek*. "Nothing I said on the air did I say flippantly. I thought about how exactly to say it to get closer to the larger point about the traditions of the game. That's the origin of my

remarks. They had no malice. They were meant to be accurate and admonishing about the decay of the traditions of the game. Instead of self-policing it's catch-me-if-you-can. And that bothers me."

If Chamblee seems unruffled, he has good reason: according to one expert, Reed would stand almost no chance of prevailing in a defamation suit. "The attempt by Reed's lawyer to silence public discourse about his client's tournament conduct is outrageous and not legally supportable," said Jodi Balsam, a professor of sports law at Brooklyn Law School. "As a public figure, and especially as an athlete, Reed assumes the risk of frank and even censorious commentary about his performance and admitted rule-breaking. Nothing Brandel Chamblee said amounts to a false statement of fact, but falls within his well-established and absolute right to express an opinion."

Reed's agent did not immediately respond to a request for comment.

A Golf Channel spokesman told *Golfweek* that the network fully supports Chamblee and values his opinions.



Eamon's Corner: Heat on Patrick Reed isn't going away

SHARE THIS

    



**BLANKROME**

717 Texas Avenue | Suite 1400 | Houston, TX 77002

Susan L. Bickley, Partner
Phone:   (713) 228-6601
Fax:     (713) 228-6605
Email:   SBickley@BlankRome.com

May 16, 2019

*Didn't receive*
*Need Address*

VIA EMAIL: jason_hahn@peoplemag.com
Mr. Jason Duaine Hahn
Human Interest, Sports and Health Reporter
People Magazine
332 N Windsor Blvd (from Zoominfo-his local address)
Los Angeles, CA 90004

People Magazine
Consumer Affairs
3000 University Center Drive
Tampa Palms, Florida 33612-6408

Re:    Demand for Correction of False Statements Relating to Justine Reed

Dear Mr. Hahn:

Our firm represents professional golfer Patrick Reed and his wife, Justine Reed, regarding various false statements published on-line by you and People.com concerning Ms. Reed.

The purpose of this letter is to demand that you issue a prompt public correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

### Background

On April 10, 2019, you posted an article titled *"Inside Patrick Reed's Estranged Relationship with His Family: Patrick Reed Won His First Ever Master Tournament Last Year,"* on the people.com website at https://people.com/sports/patrick-reed-estranged-family/. The article included the following statement:

> "Two years after Reed's wedding, Bill and Jeannette, along with their daughter, Hannah, attempted to attend the U.S. Open at Pinehurst No. 2 after they were given tickets by a friend. But as Reed made it to the 18th hole, <u>his wife reportedly asked police to confiscate the family's badges and remove the family from the event,</u> <u>according to *Golf*.</u>" (emphasis added).

Mr. Jason Duaine Hahn
May 16, 2019
Page 2

When read as a whole, your article affirmatively repeats false claims that Ms. Reed requested the removal of her husband's parents from the 2014 U.S. Open and as a result of her alleged conduct, they were escorted off of the grounds by police and had their tournament badges confiscated. Such statements are false and defamatory in nature and it is not a defense that you attributed the publication to another outlet. Moreover, you and People.com allowed such allegations appearing on the website to be shared and republished a number of times as of this, further damaging Ms. Reed's reputation.

## Proof Defamatory Allegations Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

## Demand for Correction

At this time, we demand that you issue a correction to prevent further irreparable harm to Ms. Reed and her reputation. We are authorized to take any action necessary to protect Ms. Reed's rights, and prevent further harm to her reputation.

Please contact me to confirm that you will voluntarily issue an acceptable correction of the false and defamatory statements above.

Very truly yours,

Susan L. Bickley

# STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

   "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18[th] hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes. (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

   - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

   - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

   - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

   - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

   - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated: 04-01-2019



BLANKROME
717 Texas Avenue | Suite 1400 | Houston, TX 77002

Susan L. Bickley, Partner
Phone:   (713) 228-6601
Fax:      (713) 228-6605
Email:    SBickley@BlankRome.com

May 16, 2019

<u>VIA EMAIL: kevin.norquay@stuff.co.nz</u>
Mr. Kevin Norquay
Chief Sports News Director
Stuff
Telecom Central
Level 7
42-52 Willis Street
Mount Victoria, 6011
New Zealand

Re:   Demand for Retraction of False Statements Relating to Patrick Reed

Dear Mr. Norquay:

Our firm represents professional golfer Patrick Reed regarding various false statements published on-line by you and Stuff concerning Mr. Reed.

The purpose of this letter is to demand that you issue a prompt public retraction, correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

### Background

On April 17, 2019, you posted an article titled *"Masters Tournament: Patrick Reed Did Not Deserve The Flak For Failing To Shake The Hand Of Tiger Woods,"* on the stuff.co.nz website at   https://www.stuff.co.nz/sport/opinion/112086700/masters-tournament-patrick-reed-did-not-deserve-the-flak-for-failing-to-shake-the-hand-of-tiger-woods. The article included the following statement:

"He has fallen out with his parents, <u>even asking security to remove them from his tournaments</u>." (emphasis added).

This article falsely claims that Patrick Reed somehow demanded that his parents be removed from a tournament. This apparently is derived from a false story that the Reeds demanded

Mr. Kevin Norquay
May 16, 2019
Page 2

his parents be removed from the 2014 U.S. Open, and they were removed as a result of his request. Not only is the statement demonstrably false, but it is defamatory in nature.

### Proof Defamatory Allegations Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

### Demand for Retraction

At this time, we demand that you issue a retraction and correction to prevent further irreparable harm to Mr. Reed and his reputation. We are authorized to take any action necessary to protect Mr. Reed's rights, and prevent further harm.

Please contact me to confirm that you will voluntarily issue an acceptable retraction and correction of the false and defamatory statements above.

Very truly yours,



Susan L. Bickley

154

## STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

   "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes. (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

   - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

   - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

   - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

   - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

   - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated: 04-01-2019

155

# BLANKROME

717 Texas Avenue | Suite 1400 | Houston, TX 77002

**Susan L. Bickley, Partner**
Phone:      (713) 228-6601
Fax:        (713) 228-6605
Email:      SBickley@BlankRome.com

May 16, 2019

<u>VIA EMAIL: andrew@collegespun.com</u>
Mr. Andrew Holleran
Managing Editor
The Spun

Re:     Demand for Correction of False Statements Relating to Justine Reed

Dear Mr. Holleran:

Our firm represents professional golfer Patrick Reed and his wife, Justine Reed, regarding various false statements published on-line by you and The Spun concerning Ms. Reed.

The purpose of this letter is to demand that you issue a prompt public correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

## Background

On June 17, 2018, you posted an article titled "*Golfer Charging at the U.S. Open Didn't Invite His Parents to Last Major Win*," on The Spun website at https://thespun.com/news/golfer-charging-at-the-u-s-open-didnt-invite-his-parents-to-last-major-win. The article included the following statement:

> "The Reeds attended the 2014 U.S. Open, hoping to establish contact with their son and meet their granddaughter for the first time. When they walked up to the 18th hole, they were escorted off the grounds by police officers and had their tournament badges confiscated - <u>allegedly at the request of Justine</u>." (emphasis added).

When read as a whole, your article affirmatively repeats false claims that Ms. Reed requested the removal of her husband's parents from the 2014 U.S. Open and as a result of her alleged conduct, they were escorted off of the grounds by police and had their tournament badges confiscated. Such statements are false and defamatory in nature. Moreover, you and The Spun allowed such allegations appearing on the website to be shared and republished 124 times as of this date according to the website, further damaging Ms. Reed's reputation.

Mr. Andrew Holleran
May 16, 2019
Page 2

## Proof Defamatory Allegations Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

## Demand for Correction

At this time, we demand that you issue a correction to prevent further irreparable harm to Ms. Reed and her reputation. We are authorized to take any action necessary to protect Ms. Reed's rights, and prevent further harm to her reputation.

Please contact me to confirm that you will voluntarily issue an acceptable correction of the false and defamatory statements above.

Very truly yours,

Susan L. Buckley

157

## STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

   "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes. (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

   - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

   - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

   - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

   - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

   - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated: 04-01-2019

# BLANKROME

717 Texas Avenue | Suite 1400 | Houston, TX 77002

**Susan L. Bickley, Partner**
Phone:    (713) 228-6601
Fax:      (713) 228-6605
Email:    SBickley@BlankRome.com

May 16, 2019

**VIA EMAIL: effie.orfanides@heavy.com**
Ms. Effie Orfanides
Heavy, Inc.
330 West 38th Street, #1002
New York, NY 10018

> Re:   Demand for Correction of False Statements Relating to Justine Reed

Dear Ms. Orfanides:

Our firm represents professional golfer Patrick Reed and his wife, Justine Reed, regarding various false statements published on-line by you and Heavy, Inc. concerning Ms. Reed.

The purpose of this letter is to demand that you issue a prompt public correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

## Background

On April 24, 2018, you posted an article titled *"Patrick Reed's Family: 5 Fast Facts You Need to Know,"* on the heavy.com website at https://heavy.com/sports/2018/04/patrick-reed-family-parents-sister-hannah-feud/. The article included the following statement:

> "According to GOLF, Reed's parents and his sister, Hannah, were asked to leave the gallery. It has long been rumored that <u>Reed's wife arranged for their removal</u>. 'A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. <u>They ultimately were escorted off the grounds and had their tournament badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes.</u>" (emphasis added).

When read as a whole, your article affirmatively repeats false claims that Ms. Reed requested the removal of her husband's parents from the 2014 U.S. Open and as a result of her

Ms. Effie Orfanides
May 16, 2019
Page 2

alleged conduct, they were escorted off of the grounds by police and had their tournament badges confiscated. Such statements are false and defamatory in nature. Moreover, you and Heavy.com allowed such allegations appearing on the website to be shared and republished numerous times as of this date, further damaging Ms. Reed's reputation.

### Proof Defamatory Allegations Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

### Demand for Correction

At this time, we demand that you issue a correction to prevent further irreparable harm to Ms. Reed and her reputation. We are authorized to take any action necessary to protect Ms. Reed's rights, and prevent further harm to her reputation.

Please contact me to confirm that you will voluntarily issue an acceptable correction of the false and defamatory statements above.

Very truly yours,



Susan L. Bickley

## STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

   "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes. (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

   - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

   - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

   - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

   - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

   - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated: 04-01-2019



717 Texas Avenue | Suite 1400 | Houston, TX 77002

Susan L. Bickley, Partner
Phone:     (713) 228-6601
Fax:       (713) 228-6605
Email:     SBickley@BlankRome.com

May 16, 2019

**VIA EMAIL: andy.bull@theguardian.com**
Mr. Andy Bull
Senior Sports Writer
The Guardian
315 West 36th Street
New York, NY 10018

**VIA EMAIL: guardian.readers@theguardian.com**
The Guardian
Kings Place
90 York Way
London N1 9GU

Re:    Demand for Correction of False Statements Relating to Justine Reed

Dear Mr. Bull:

Our firm represents professional golfer Patrick Reed and his wife, Justine Reed, regarding various false statements published on-line by you and The Guardian concerning Ms. Reed.

The purpose of this letter is to demand that you issue a prompt public retraction, correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

### Background

On April 9, 2019, you posted an article titled *"Patrick Reed Savours The Tranquility Offered On Augusta's Fairways,"* on the Guardian website at https://www.theguardian.com/ sport/2019/apr/09/patrick-reed-tranquillity-augusta-fairways-masters-champion. The article included the following statement:

"In fact, he would have them thrown off the course if he could <u>and he has done, once, at the US Open in 2014</u>." (emphasis added).

This article falsely claims that Patrick Reed's parents were removed from the 2014 U.S. Open as a result of Patrick "throwing them off" or having them "thrown off." Not only is the

Mr. Andy Bull
May 16, 2019
Page 2

statement demonstrably false, but it is defamatory in nature.   Moreover, you and The Guardian allowed such allegations appearing on the website to be shared and republished numerous times as of this date, further damaging Mr. Reed's reputation.

### Proof Defamatory Statements Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

### Demand for Retraction

At this time, we demand that you issue a retraction and correction to prevent further irreparable harm to Mr. Reed and his reputation.  We are authorized to take any action necessary to protect Mr. Reed's rights, and prevent further harm.

Please contact me to confirm that you will voluntarily issue an acceptable retraction and correction of the false and defamatory statements above.

Very truly yours,



Susan L. Bickley

## STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

   "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes. (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

   - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

   - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

   - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

   - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

   - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated: _04-01-2019_



717 Texas Avenue | Suite 1400 | Houston, TX 77002

**Susan L. Bickley, Partner**
Phone:    (713) 228-6601
Fax:       (713) 228-6605
Email:    SBickley@BlankRome.com

May 16, 2019

**VIA EMAIL: neil.tappin@ti-media.com**
Mr. Neil Tappin
Digital Editor
Golf Monthly
Pinehurst 2
Pinehurst Road, Farnborough Business Park
Farnborough, Hampshire GU14 7BF

**VIA EMAIL: complaints@ti-media.com**
Complaints Manager
Time Inc. (UK) Ltd
Legal Department, 3rd floor
161 Marsh Wall, London, England E14 9AP

   Re:    Demand for Retraction and Correction of False and Defamatory Statements
          Relating to Justine Reed

Dear Mr. Tappin:

   Our firm represents professional golfer Patrick Reed and his wife, Justine Reed, regarding various false statements published on-line by you and Golf Monthly concerning Ms. Reed.

   The purpose of this letter is to demand that you issue a prompt public retraction, correction, clarification, and repudiation of the false statements identified in this letter. Additionally, this letter demands that you cease and desist from further publication of the false statements in future publications.

### Background

   On April 10, 2019, you posted an article titled "*Troubled Master: Patrick Reed's Ongoing Family Feud*," on the Golf Monthly website at https://www.golf-monthly.co.uk/tour/us-masters/augusta-blog/patrick-reeds-family-feud-154691. The article included the following statement:

   "Despite having since had two children, the estrangement continues to this day. Just how deep the rift had become became clear to the golfing public at the US Open in

Mr. Neil Tappin
May 16, 2019
Page 2

2014 <u>but were escorted from the course at the request for Justine Reed</u>." (emphasis added).

This article falsely claims that Patrick Reed's parents were removed from the 2014 U.S. Open as a result of a request by Justine Reed. Not only is the statement demonstrably false, but it is defamatory in nature.

### Proof Defamatory Statements Are False

Directly contradicting the allegations published in your article, the U.S.G.A has issued a statement confirming the following:

- Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

- USGA officials removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

- Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

A copy of the U.S.G.A statement, which is signed by John D. Bodenhamer, Senior Managing Director of Championships, is enclosed.

### Demand for Retraction

At this time, we demand that you issue a retraction and correction to prevent further irreparable harm to Ms. Reed and her reputation. We are authorized to take any action necessary to protect Ms. Reed's rights, and prevent further harm.

Please contact me to confirm that you will voluntarily issue an acceptable retraction and correction of the false and defamatory statements above.

Very truly yours,

Susan L. Bickley

166

**STATEMENT REGARDING 2014 US OPEN INCIDENT CONFIRMED BY USGA**

---

**INCIDENT:** 2014 US Open – Removal of Bill & Jeannette Reed from 2014 US Open

1. As Reported, by Alan Shipnuck – Sports Illustrated – Feb. 9, 2015

    "A friend of Bill and Jeannette's had extra tickets to the 2014 U.S. Open, so with some trepidation, they went to Pinehurst No. 2 and followed Patrick throughout the second round. Justine was also in the gallery, but no words were exchanged. Walking up the 18th hole, Bill, Jeannette and Hannah were surrounded by police officers. They ultimately were escorted off the grounds and had their badges confiscated by a USGA official who, according to Jeannette, said he was acting on Justine's wishes.  (Patrick and Justine declined to comment on any aspect of their relationship with his parents)."

2. The Facts

    - Neither Justine Reed, Patrick Reed, nor any member of their family requested that Bill and Jeannette Reed be escorted and removed from the premises of the 2014 US Open or for their badges to be confiscated.

    - Patrick's agent had informed the USGA that Patrick's parents were present at the tournament, and that this was cause for concern.

    - USGA officials took action and removed Bill and Jeannette Reed from the course based specifically on the observations of local law enforcement officers, who reported that Bill Reed had made what they described as intimidating movements towards Justine Reed.

    - Patrick and Justine Reed had nothing to do with Bill & Jeannette Reed's removal from the course, their badges being confiscated, or any request for them not to return to the event that week.

    - Justine Reed never indicated to the USGA that this was her "wishes" as reported above, and in subsequent republications by other media outlets.

John M. Bodenhamer
Senior Managing Director of Championships
United States Golf Association
Dated:  04-01-2019

167

HOME | TOUR NEWS | DP WORLD TOUR

## "THE GUY DOES NOT STOP!" PRO RIPS PATRICK REED AFTER LATEST RULES CONTROVERSY

*DP World Tour pro Matthieu Pavon didn't hold back when he weighed in on the Patrick Reed rules debate at the Hero Dubai Desert Classic.*

 Ben Smith
Mon, 30 Jan 2023

  



**DP World Tour pro Matthieu Pavon didn't hold back when he weighed in on the Patrick Reed rules fiasco.**

So much so, he questioned whether Reed should've been given the benefit of the doubt at Emirates Golf Club.

In case you haven't heard, **Reed** was once again at the centre of a heated debate after his golf ball landed in a tree during the third round of the Hero Dubai Desert Classic.

**Related: Patrick Reed "burner" goes after Sir Nick Faldo**



We should clarify that Reed's actions were given the green light by officials. But you still couldn't have scripted this moment any better.

Reed got the binoculars out to identify his tee ball and was adamant that he could see the distinctive "arrow" marking on his **Titleist ProV1**.

As you can imagine, the footage was poured over. Brandel Chamblee of the Golf Channel **went on a deep dive about the topic**.

Chamblee claimed that in this particular scenario, Reed should've produced a golf ball from his tour bag with exactly the same marking given his history for allegedly cheating.

**Related Articles**



WATCH: Local favourite drains MONSTER putt for share of lead at British Masters!



Justin Rose in a "great spot" despite shooting 73 at British Masters

Reed said he always marks his golf ball the same way.

This is what Pavon, 30, posted:

"The guy does not stop!" Pro rips Patrick Reed after latest rules controversy | GolfMagic                                                    1/3/23, 11:54



Fellow French pro golfer Mike Lorenzo-Vera got involved in the comments, writing:

> *"The guy does not stop!"*

Pavon replied:

> *"You'd have to be stupid to stop and don't tell him anything"*

Lorenzo-Vera has been strongly opinionated about the **LIV Golf League** in the past. Last May, he went on an **extraordinary rant** about the breakaway tour.

Two on-course referees and several marshals were involved in the Reed "treegate" moment.

According to a statement from the **DP World Tour**, the chief referee was satisfied Reed had correctly identified his golf ball.





**Rory McIlroy gets the better of Reed...**

In the end, **McIlroy** pipped Reed by one stroke to win the Rolex Series event and get his 2023 off to a winning start.

In a tense final round, McIlroy carded a 68 and closed with two birdies to **snatch the victory** from Reed.

McIlroy led the field by three strokes overnight but Reed wiped out that advantage in 11 holes to pile the pressure on McIlroy.

The duo's rivalry intensified earlier in the week when he was filmed **flicking** a LIV-branded **4 Aces GC** tee towards

McIlroy after being blanked.

McIlroy accused Reed of **not living in reality** and then Reed hit back by saying the four-time major champion **behaved immaturely.**

It set the tone for the week. McIlroy was waiting in the group behind when Reed's rules issue happened.

Shall we do this again at Augusta National, anyone?!

**Next page: Watch Rory McIlroy's hilarious reaction to Pat Reed question**





**Patrick Reed**  **Dp World Tour**



**Previous**
"Superstar is rarefied air" Renowned analyst makes OUTRAGEOUS Jon Rahm claim

**Next**
Fleetwood on 22-year age gap with wife Clare: "Oh, we DEFINITELY get comments!"



CCPA Notice

Taboola Feed

Rory McIlroy defends Patrick Reed over fresh rules controversy despite tee-gate incident - Mirror Online 7/8/23, 14:24

ADVERTISEMENT





**McIlroy has proved an unlikely ally for Reed after jumping to the American's defence** (📷 Image: Getty Images)

| NEWS | POLITICS | FOOTBALL |
|---|---|---|
| CELEBS | TV | ROYALS |

## Rory McIlroy defends Patrick Reed over fresh rules controversy despite tee-gate incident

**World number one Rory McIlroy defended his fierce rival Patrick Reed over his latest rules controversy during their thrilling Dubai Desert Classic battle**

By **Ben Parsons**
13:25, 31 Jan 2023

    | | 📷 | BOOKMARK 🔖

Rory McIlroy's fierce rivalry with Patrick Reed intensified at the enthralling Dubai Desert Classic - but the world number one has come to the American's defence in his latest rules controversy.

**McIlroy** edged out inspired LIV Golf rebel Reed to claim a thrilling one-shot victory in Monday's weather-delayed finish in the desert to make a dream start to 2023.

Rory McIlroy defends Patrick Reed over fresh rules controversy despite tee-gate incident - Mirror Online                7/5/23, 14:24

Sponsored Link by Taboola

**Turn Your Memories Into A Timeless Collection**
U.S. Mint 2023 Annual Sets

The 33-year-old's clutch birdie putt to seal the win at the Emirates Club proved the perfect script for DP World Tour chiefs after the duo had caused a media circus as the stars of 'tee-gate' in the build-up to the prestigious Rolex Series event.

Reed flicked a LIV-branded tee at McIlroy and branded him an "immature" child after he was blanked by the Northern Irishman on the driving range.


Kate Garraway receives MBE honour

175




READ MORE



| **Incredible Rory McIlroy and Jon Rahm stats that show Europe have big Ryder Cup hope** | **Rory McIlroy admits Dubai win made 'sweeter' by seeing off LIV Golf rival Patrick Reed** |

McIlroy later explained he was served with a court subpoena by Reed's lawyer on Christmas Eve as part of the maligned former Masters champion's legal battle against the PGA Tour.

And before the pair fittingly went toe-to-toe in the thrilling Monday finish, Reed courted controversy again during his third round over a bizarre ball-spotting incident.

Reed took an unplayable drop after his drive got stuck in a tree on the 17th on Sunday as the narrative quickly turned from tee-gate to tree-gate.

He identified his ball with binoculars after a long search, but there were doubts raised over whether he could have been completely certain that it was in fact his ball in the tree as he avoided playing his third shot back on the tee.

**WOLF & SHEPHERD**
Thousands Of Men Wear These Shoes For Its First Class Comfort

**BABBEL**
Learn A New Language In 2023 With This Spring Discount

Sponsored Links by Taboola



Rory McIlroy defends Patrick Reed over fresh rules controversy despite tee-gate incident - Mirror Online   7/3/23, 14:24



**McIlroy edged out Reed with a thrilling birdie on 18**

But after Reed was cleared by rules officials and fired a stunning final-round 65 to push him all the way on Monday, McIlroy did not let their spat get in the way of his own judgement on the incident.

"I felt it was fine," McIlroy said. "If it had been anyone else in the field it would have been a nonissue, but because of certain things in the past, people bring stuff up, which is maybe unfair in some ways.

But again, it is what it is. I've stood and defended Patrick in some of the controversies. I don't feel like he was trying to get any advantage."

Reed also clarified his version of events as he cherished his 'epic' final round battle with the best player in the world.

ADVERTISEMENT



**Worst Habit For Memory Loss**

Stop doing this.

Boston Brain Science





**Reed has clarified that he identified his ball in the tree with binoculars**



## SIMILAR ARTICLES TO THIS

POWERED BY  mantis

**Tiger Woods breaks silence after scripted LIV Golf criticism emerges**

**LIV Golf Andalucia prize money as Talor Gooch stakes Ryder Cup claim with third win**

ADVERTISEMENT

"I've heard about it, but really all I can say is that I looked through the binoculars, identified my golf ball and explained what my markings were to the rules official," Reed said. "He looked and he identified [the ball] exactly the same way I did."

He added: "The good thing is I know who I am. All I can do is focus on my golf and focus on me. Felt like I've done that this week. Felt like I played great.

"It always seems to come down to Rory and I. We love to put on a good show. Unfortunately, I was on the wrong end of this one. Hats off to him, he played some great golf, especially on the weekend."

## READ MORE

| LIV Golf confirm 2023 schedule with four new countries to stage events

| LIV Golf rebels not welcome at prestigious event as sport's civil war continues

| LIV Golf's Patrick Reed claims "small victory" after bumping into Rory McIlroy at hotel

| Patrick Reed slams "assassination" over Rory McIlroy incident as he flicks tee at reporters

| Nick Faldo launches scathing attack on Greg Norman and "meaningless" LIV Golf

# GOLF



Subscribe

**NEWS**

# 'Very obvious': Chamblee, McGinley weigh in on controversial Masters ruling

BY: **SEAN ZAK**    |    APRIL 7, 2023

  



**A** UGUSTA, Ga. — The first day of the Masters was nearly complete. Viktor Hovland was in the house at seven under. Jon Rahm, too. **Brooks Koepka** was about to sign his scorecard

and join them atop the leaderboard with a 65 of his own. But then, some questions.

Koepka's entire group was asked about an exchange that took place in the 15th fairway between his caddie, **Ricky Elliott**, and Gary Woodland's caddie, Thomas Little. Elliott appeared to mention **the club Koepka played** to Little, which would be a breach of Rule 10-2a, which centers on giving advice. It's a tricky rule that is put in place to protect the field, but it's not always so clear what would constitute "advice" or what is direct communication.

During a meeting with officials — Koepka was in the scoring building for about 15 minutes — the group of players and caddies consulted confirmed that nothing took place that would breach the rule and the tournament issued a ruling that no penalty would be applied. All of this took place at the tail end of the broadcast window Thursday evening, but not so late that it wasn't covered by the team of analysts at Golf Channel.

Paul McGinley, Brandel Chamblee and Rich Lerner jumped into the sticky situation in their post-round show and didn't hold back on the awkward and complicated nature of it. We've embedded the video below and transcribed the entire sequence.

Advertisement





McGinley: "Well it's very obvious. Anybody looking at those pictures, it's very obvious what happens. It's staggering that they've denied it, because the video evidence is there. Look, I know Ricky very well. He's a smashing guy. He's a great guy. This is common practice on Tour. Whether you like it or not, it's common practice. It happens in every professional tournament around the world. It's not obvious always, so

181

blatant.

"Players and caddies, who always adhere to the Rules and treat the Rules [as] very, very important — how important the Rules are — this is not considered a serious breach among players."

Lerner: "And why is that?"



Advertisement

McGinley: "I've been on Tour. That's what it is. You see it on par-3s. You see other caddies, this is what happens. It's common practice. It is in the Rules. The Rules are very clear there. It is a breach of the Rules. Maybe an incident like this, where the evidence is so overwhelming that it was quite clear what went down there. If the Rules authorities want to stamp

182

'Very obvious Chamblee, McGinley weigh in on controversial Masters ruling 4/10/23, 09:53

this out and really come down on this and make an example of it —
obviously they've chosen not to do that. It looked very clear, the
evidence is against them. If that's the case, I think a lot of players in the
field — if they're putting a hand on hearts — there'd be a lot of penalties
out there today, with what went down in other groups as well. We just
happened to see it on camera."

Lerner: "And by the way it would have been a two-shot penalty for Gary
Woodland had either he or his caddie *asked* for the number."

McGinley: "I don't think there's a player in the field, hand on heart, who
could say that they or their caddie at some stage hasn't either taken a
hand off their clubs so the other player can see it or something.
Whether you like it or not, it's kind of—"

Lerner: "So not a big deal, in your estimate?"



Advertisement

183

McGinley: "I'm a stickler for the Rules, we're all sticklers for the Rules. But it's just not seen as a serious breach."

---

### Masters issues awkward ruling after Brooks Koepka caddie video

---

Chamblee: "Todd [Lewis] raised a good point that caddies all the time signal a walking announcer/commentator what they're hitting. They generally do it with hand signals. And it looked to me like Ricky Elliot was clearly looking at [Woodland's caddie Thomas] Little when he said "five." To your point, it was very obvious that he said five. I hear you, and I don't ever remember another caddie or player audibly telling another caddie or player what they hit. I played professional golf for 20 years, I've never heard a caddie or player audibly—"

McGinley: "You've not seen a caddie look in the bag? You've not seen a caddie lift his hand off the club to see what they've done? Have you not seen caddies lift the hand off the club as they're cleaning it. Lift the hand off it so they can see it? It's the same thing, isn't it?

Chamblee: "Fifty to 60 years ago, if a player walked over and looking in the bag of Sam Snead, you know, [Snead] would swing real easy at a 4-iron and hit it to 10 feet and watch them hit a 4-iron over the back of the

green. It was *not* okay. It was frowned upon. It *is* frowned upon. It is giving advice. The Rules are there to protect the integrity of the competition."



Advertisement

McGinley: "And rightly so."

Chamblee: "Gary Woodland hit a beautiful shot in there. Really close to the hole."

McGinley: "After that."

Chamblee: "He landed it right by the hole. He made an easy birdie. Let's just say we fast-forward to Sunday and he beats Sam Burns by one. Sam Burns wasn't in that group. And let's just say Gary Woodland was

between clubs, but because his caddie knew *clearly* what Brooks Koepka had hit, he know *clearly* what club it was for Gary Woodland. I imagine those two hit it pretty similar distances. Maybe he was thinking 7 [iron] and he chose a 6-iron because he was a little bit in front of him. Maybe he would have hit it in the water, we just don't know. But that is called protecting the integrity of the competition. That is called protecting the field. So to see something like that so obviously in violation of the Rules. Look, I can't imagine why Brooks Koepka wouldn't have seen that and gone — I'm not saying Brooks Koepka was saying it's okay — but once having seen it, knowing that the caddie is an extension of the player, you'd have to go, 'That's on me. My bad. I've got to take two shots.' Because that's what the rule says. That's what clearly happened. And that is the right thing to do."

"As it is, it is a 65," Lerner said for the final word. "It has been put to bed."

# GOLF

## Categories

NEWS

INSTRUCTION

## Services

GOLF MEDIA KIT

EB GOLF MEDIA LLC WEBSITE PRIVACY POLICY



SUBSCRIBE

# USGA Admits to Incorrect Relief Measurement With Rory McIlroy in Final Round of U.S. Open

The governing body said McIlroy did nothing wrong but that the spot where he measured relief from an embedded lie above a bunker was incorrect.

**BOB HARIG** • JUN 26, 2023 8:26 PM EDT

It ultimately didn't factor in the outcome, nor did Rory McIlroy take much advantage of the situation.

But the ruling he got on the 14th hole during the final round of the U.S. Open at Los Angeles Country Club has still simmered some 10 days later, due in part to the oddity of the situation and his prominence in the game.

And a United States Golf Association executive told *Sports Illustrated* during an interview Monday that while McIlroy did nothing wrong, the spot from which he measured his point of relief from an embedded lie above a bunker was incorrect.

"The nearest point of relief was mis-identified; it should have been directly behind the ball," said Thomas Pagel, the USGA's chief governance officer. "If there's no area immediately behind the ball, you go to nearest point in the general area. But if you look at where the ball was embedded, there was a grassy area below and that should have been the starting point."

During the final round of the U.S. Open, McIlroy was in contention when he played the par-5 14th hole. For his third shot from 125 yards, McIlroy's wedge came up short and flew directly into the hill above the bunker and below the green.

USGA admits to incorrect relief measurement with Rory McIlroy in final r... Illustrated Golf: News, Scores, Equipment, Instruction, Travel, Courses   7/3/23, 16:31

A search ensued for the ball that was ensnarled in the grass and found by playing partner Scottie Scheffler. The rules official on site determined that the ball was embedded—it had broken the surface, according to Pagel.

After a free drop, McIlroy was unable to get his ball up and down from off the green, making a bogey 6. He finished one stroke behind winner Wyndham Clark.

"His ball was 100 percent embedded," Pagel said. "And an embedded ball not in sand is entitled to relief. Now Rory did everything at the discretion of the referee. In her discretion, her judgment was that the reference point for relief was to the side of the ball. And from a ruling standpoint, that's the end of the story."

The rules official was Courtney Myhrum, a member of the USGA's executive committee who has played in 15 USGA championships and officiated more than 60 USGA championships, including U.S. Opens, U.S. Women's Opens, U.S. Senior Opens and U.S. Amateurs. She also served on the USGA's Women's committee from 2011-19.

Pagel said "she's an extremely well-qualified referee and she did everything in her judgment where to operate the drop. However, after further review it was determined that there was a spot in the general area immediately behind the ball that was the reference point for relief."

Rule 16.3 deals with relief from an embedded lie through the green. Had the ball not been embedded, McIlroy would have had to play it as it were or taken an unplayable lie penalty.

As it was, he was entitled to a drop one club length no closer to the hole from the spot to be deemed "the general area" of the embedded spot. Dropping in the bunker was not an option.

McIlroy can be seen in photos marking that spot with a tee with Myrhum instructing him.

"If you look at where the ball embedded, just below should have been the starting point (for taking one club length relief)," Pagel said. "But even if his club length had been measured from behind the ball, he still would have been dropping on the shelf from where he played from. As it was, he measured the club length from the top of the wall to the right. As he dropped the ball out of that area, he had to drop a second time."

Pagel estimated the difference between where McIlroy dropped and where he should have dropped was no more than 18 inches and that he still would have been atop a shelf from where he had a tough pitch over to a sloping green.

"When you start dealing with vertical faces, that's where the question is," Pagel said. "In this case,

188

USGA admits to incorrect relief measurement with Rory McIlroy in final r... Illustrated Golf: News, Scores, Equipment, Instruction, Travel, Courses      7/3/23, 16:31

there was a lot going on. But there was a place behind the ball where he could have started to measure."

To make sure the ball would be no closer to the hole, McIlroy started measuring from a point to the right of the flagstick on an angle up the hill but away from the hole, Pagel said.

"From where he started measuring from, he didn't get a break. And he did all of this at the discretion of the referee," Pagel said. "He wasn't doing anything to gain an advantage and as he was told how to apply the rule on where to drop."

Do Not Sell My Info

# Golf Fans Furious With Help Given To Rory McIlroy On Sunday

ANDREW HOLLERAN • JUN 18, 2023

Rory McIlroy remains in the hunt at the U.S. Open on Sunday afternoon, thanks to one of the most beneficial imbedded balls in recent major history.

The golf star got relief for an imbedded ball on the 14th hole of the U.S. Open on Sunday afternoon.

Should this be part of the game, though?

"Rory with biggest BULLS--T relief I've ever seen in my life!!!!! ABSOLUTE DISGRACE," one fan wrote.

"I love both guys but why did Rory get relief here and Hovland didn't at the PGA?" one fan added.

"How on Earth does Rory get relief ABOVE the bunker edge he was imbedded in?? Please explain that," one fan added.

"Relief is from behind where the ball embedded, you can see Rory's tee to his left where it embedded and see where he puts a tee to measure for relief, not even close Improper drop playing from a wrong place," one fan added.

McIlroy is currently two strokes back of the tournament's leader, Wyndham Clark, who's at -11 for the tournament.

The final round of the 2023 U.S. Open is currently airing on NBC.

190



## RECOMMENDED

Skip Bayless claps back at 'clown' Charles Barkley in ongoing spat

Kyrie Irving fires back at Bill Simmons over Mavericks contract di…

     166 Comments

# Wyndham Clark accused by fans of breaking rule in US



## COLUMNISTS

**Jon Heyman**

A Mets fire sale would be more dreadful than their season



**Mike Vaccaro**



Case 3:22-cv-01059-TJC-PDB Document 83 Filed 07/26/23 Page 197 of 220 PageID 1836 6/23, 16:33

# Open controversy: 'Missed penalty?'

By Jeremy Layton    June 20, 2023 | 9:57am | Updated



Adam Hadwin gets up-and-down for a spot in the pla...





Taking less starry road could pay off for Knicks

**SEE ALL COLUMNISTS ▸**

It

---

**MORE ON:**
**US OPEN GOLF**

**Major officials admit to fumbling crucial Rory McIlroy decision**

**New Jersey club pro playing US Senior Open at 60 in unlikely feat**

**US Open champ still 'on the high' at Travelers Championship**

**Hot mic picks up Justin Thomas jabbing US Open winner**

wouldn't be a golf tournament without a rules controversy, and some are convinced that 2023 U.S. Open winner Wyndham Clark got away with



Wyndham Clark accused of breaking rule in US Open controversy



Wyndham Clark accused of breaking rule in US Open controversy                                                                                                                  7/5/23, 16:33

Wyndham Clark during the final round of the U.S. Open
on June 18, 2023.

Getty Images

Golf fans and media appeared torn on whether or
not the movement warranted a penalty.



"How'd no official see the ball move? Final round
missed penalty?" one Twitter user asked.

However, golf journalist Dan Rapoport wrote:
"Spongy Bermuda, oscillates maybe but doesn't
move nearly enough for a penalty."



Wyndham Clark holds the U.S. Open trophy
PGA TOUR

## SPORTS PODCASTS



**THE BEST INSIGHTS FROM THE
ULTIMATE INSIDERS**

The Marchand and Ourand Sports
Media Podcast
Listen on Apple Podcasts  |  Spotify

Up in the Blue Seats
Listen on Apple Podcasts  |  Spotify

Jalen Rose: Renaissance Man

Jon Rahm was assessed a two-stroke penalty for a violation of Rule 9.4 after a ball at rest moved.

His score on the par-3 16th has been adjusted from a 2 to a 4. pic.twitter.com/HWbIN2woTr

— PGA TOUR (@PGATOUR) July 20, 2020

Had the penalty been assessed, Clark would have been docked a stroke, and all other things equal, he would have ended up in a tie at the end of 18 holes with McIlroy, leading to a playoff.

Instead, Clark got par on hole 18 to win his first major championship and earn just his second victory on the PGA Tour after winning the Wells Fargo earlier this season.

In 2020, World No. 2 Jon Rahm dealt with a similar situation, in which he assessed a two-shot penalty after his ball moved on Sunday of the Memorial Tournament at Muirfield Village.

Listen on Apple Podcasts  | Spotify

The Show with Joel Sherman and Jon Heyman

Listen on Apple Podcasts | Spotify

Amazin' But True: A NY Mets Baseball Podcast

Listen on Apple Podcasts | Spotify

Blue Rush: NY Giants Football Podcast

Listen on Apple Podcasts | Spotify

Gang's All Here: A NY Jets Football Podcast

Listen on Apple Podcasts | Spotify



---

**166** **What do you think? Post a comment.**

---

Rahm did admit that his ball moved, but the penalty did not matter, as he ended up winning that tournament by three strokes over Ryan Palmer.

**FILED UNDER** US OPEN GOLF, WYNDHAM CLARK, 6/20/23

# The Palm Beach Post

PGA

# Scottie Scheffler recently won 'The 5th Major' but should his victory have an asterisk?

**Douglas MacKinnon** Special to The Post
Published 6:04 a.m. ET March 22, 2023

Earlier this month, Scottie Scheffler won The Players Championship - often referred to as the "5th Major" by professional golfers.

But ... he did it against a field that did not include Brooks Koepka; Cam Smith (the defending champion); Bryson DeChambeau; Dustin Johnson; Marc Leishman; Joaquin Niemann; Patrick Reed; Harold Varner III; Jason Kokrak; and Thomas Pieters.

All proven winners in their prime now on the LIV Tour.

After them on that tour comes names like: Phil Mickelson; Bubba Watson; Sergio Garcia; Graham McDowell; Kevin Na; Louis Oosthuizen; Ian Poulter; and Charl Schwartzel. Players with multiple majors and over 100 wins between them still capable of pulling off a surprise victory at a major event.

**Sergio holds back:** Sergio Garcia with another top 10 on LIV Tour; resists firing back at Rory, PGA Tour | D'Angelo

**Koepka doesn't care:** Brooks Koepka to critics of move to LIV: 'I don't care, they can think whatever they want to think' | D'Angelo

"So, what," some may say. "Those players made their bed when they chose to go to the LIV Tour, so they have to pay the consequences."

Case 3:22-cv-01059-TJC-PDB   Document 83   Filed 07/26/23   Page 202 of 220 PageID 1841

That is indeed an accurate statement, but it is not the point.

Scheffler won The Players against a dramatically weaker field than he would have otherwise faced were it not for the "war" between the PGA Tour and the LIV Tour. Now, before any Scheffler fans think I am dissing him, I am not. The truth is, I believe him to be the best player in the world and one of the most decent human beings in professional sports.

Knowing that, the question then becomes: Is it the LIV players who are "paying the consequences" or is it the fans and golfers like Scheffler who are, respectively, missing out on viewing and competing against the strongest fields in the world? The same question applies regarding Official World Golf Ranking points, which are withheld from players competing in LIV events and can affect those fields.

Regarding The Players Championship, back in *his* prime, Jack Nicklaus won it three times against truly elite fields. But imagine if, suddenly, Tom Watson, Lee Trevino, Raymond Floyd, Lanny Watkins, Johnny Miller and Tom Weiskopf – or other proven winners of that era - were missing from those fields. Would the Nicklaus wins be somewhat less impressive?

## Chris Rock's 'Selective Outrage' appropriate for PGA Tour, sports media

Comedian Chris Rock has an incredibly funny new show out on Netflix called "Selective Outrage." As only he can, Rock pointedly highlights some of the "selective outrage," which seems to be dividing us as a nation and as a species.

I would argue that as the PGA Tour continues to denigrate the LIV Tour, some in its camp and many in sports media are practicing "Selective Outrage." By that I mean that it is rare that when viewing, hearing, or reading a story about the "Saudi-backed LIV Tour," you don't also hear or see the word "controversial" spot-welded to "Saudi-backed."

What makes it "controversial?" The critics of that nation and its government will say it's because of "Human rights violations."

To be sure, *all* "human rights violations" should be exposed and condemned. But this is where "selective outrage" enters the bigger picture. All are not exposed nor condemned.

For one example, let us cast our minds back to February 2022. That is when China hosted the Winter Olympics, which aired on the NBC Network in the US.

This would be the same People's Republic of China that has tortured and killed thousands of Uyghurs and other Muslims in its Xinjian province. A province that houses multiple forced labor camps. Coincidently, a China which also partners with, or bankrolls, Hollywood films, American universities, the NBA, Big-Tech, and multiple US corporations.

## Double speak from Golf Channel employee

As NBC was raking in millions of dollars from broadcasting those Winter Games from China, one of its employees – Brandel Chamblee of the Golf Channel – criticized Mickelson and the Saudi government:

"It was not obnoxious greed by the PGA Tour that opened the door, to use Mickelson's phrase, for a potential Saudi-backed rival league," Chamblee said. "It was the never-ending stream of human atrocities, such as the butchering and dismembering of journalist Jamal Khashoggi, of which the Saudi's Public Investment Fund, which sponsors this week's Saudi International event, has been accused of abetting. Horrors such as that are hard to hide and impossible to ignore, which compelled the Saudis to engage in the calculated deception commonly known as sports-washing …"

Chamblee is well within his rights to make that point. What I found disingenuous was his audacity to cite a "never-ending stream of human atrocities" and "horrors such as that are hard to hide" while ignoring the largest human rights abuse of our time: China's treatment of Uyghurs.

But then, many journalists who go after the LIV Tour because it is backed by "Saudi money" also ignore the largest human rights abuse of our time. "Selective outrage" to be sure.

If LIV Golf is going to be held to a higher standard, then shouldn't that same standard apply to the PGA Tour, the NBA, and other sports entities who collectively make hundreds of millions of dollars in China or because of partnerships with entities from that nation?

As that question is being contemplated, the absolute truth is that elite PGA Tour players such as Scottie Scheffler, are winning against substantially weaker fields.

Who is really being punished?

*Douglas MacKinnon is a former White House and Pentagon official and author of the book: The 56 – Liberty Lessons from those who risked all to sign The Declaration of Independence.*

# <u>CATEGORY D</u>

Showing Constitutional and Actual Malice in Media Defamation (24 Badges of Malice)

# SHOWING CONSTITUTIONAL MALICE IN MEDIA DEFAMATION

📅 Vol. 92, No. 8  September/October 2018  Pg 38  👤 Manual Socias  📁 Featured Article



Illustration by Barbara Kelley

There is a myth that it is virtually impossible for a public figure to successfully sue the media for defamation. This myth is based on a perceived insurmountability of the requirement imposed on public figures to prove "actual" or "constitutional" malice by clear and convincing evidence when suing for defamation. In reality, the courts have provided an almost step-by-step guide for finding and proving constitutional malice. The guide is the badges of malice. The phrase "badges of malice" is adapted from the badges of fraud used in tax evasion and fraudulent conveyance cases to categorize types of circumstantial evidence that may support an inference of a subjective intent to defraud.

No doubt showing constitutional malice is an obstacle. Public figures must show constitutional malice to maintain their claim. The requirement of proving constitutional malice is not limited to public figures. Plaintiffs that are not public figures still must show constitutional malice to recover punitive damages.

Constitutional malice, also called actual malice, is the publishing of a defamatory statement either knowing it is false or with reckless disregard for its truth or falsity.[1] Requiring a showing of constitutional malice for a public figure to sue for defamation, or to impose greater than actual damages ( *i.e.* , presumed and punitive damages) on the media, is intended to prevent a chilling effect on news reporting and

201

protect First Amendment rights.[2] The concept of "knowledge of falsity" is familiar to all attorneys in multiple contexts. Recklessness as to falsity, however, has evolved definitions and inferences unique to defamation law.

### Twenty-Four Badges of Constitutional Malice: A Guide

The Supreme Court articulated the parameters of "reckless disregard" in *St. Amant v. Thompson* , 390 U.S. 727, 731 (1965): "Reckless conduct is not measured by whether a reasonably prudent man would have published or would have investigated before publishing. There must be evidence to permit the conclusion that the defendant in fact entertained serious doubts as to the truth of his publication."

Accordingly, *St . Amant* reasoned that recklessness may be inferred when "there are obvious reasons" to doubt the veracity of the defamatory statement.[3]

In *Mason v. New Yorker Magazine* , 501 U.S. 496 (1991), the Supreme Court summarized that, for proof of constitutional malice, "mere negligence does not suffice," and that the plaintiff must demonstrate that the author "in fact entertained serious doubts as to the truth of his publication...or acted with a high degree of awareness of probable falsity."[4]

Knowledge of falsity or reckless disregard for falsity is a subjective mental state of the person responsible for publishing the defamatory statement. Consequently, absent an admission by the media, showing constitutional malice is based on circumstantial evidence. The courts have recognized certain fact patterns of circumstantial evidence as probative of constitutional malice. These "badges of malice," some alone and some in combination with others, have been held sufficient to support a jury inference of constitutional malice. There are 24 badges of malice.[5]

· failure to conduct a thorough investigation before publishing serious and damaging allegations that are not "hot news";

· failure to give the plaintiff a fair opportunity to reply to defamatory allegations;

· failure to report exculpatory facts;

· omitting pertinent information to create a false impression;

· destruction, loss, or unavailability of a reporter's notes or research;

· the reporter's knowledge of a quoted source's animosity toward the plaintiff;

· the alteration of quotes to maximize a story's impact;

· a reporter's knowledge of facts conflicting with the report;

· emphasizing unimportant events to support a defamatory statement;

· continued reliance on a source that had proven unreliable in other respects;

· a preconceived determination to disparage a plaintiff or a preconceived slant or view;

· repetitive media attacks on the plaintiff;

· failure to contact key witnesses;

· a reporter's ill will toward the plaintiff;

· competitive pressure for "hot news" story;

· discrepancies, inconsistencies, and equivocation in the testimony of media witnesses;

· a reporter's departure from professional standards;

· failure to supervise the reporter's preparation of the story;

· refusal to publish a retraction upon learning of errors in a story;

· the use of deception to obtain a defamatory story;

· a reporter's lack of credibility;

· prior and subsequent defamatory statements;

· that an investigative agency with the same information as a reporter declined to prosecute or take any action against the plaintiff; and

· making threats in connection with a story.

These badges of malice are a guide and nothing more. The possible scope of evidence that may support an inference of malice is unlimited. The badges are useful because they summarize actual events that tend to repeat themselves in media defamation cases. Evidence of the badges in discovery will support a strong and well-precedented argument for constitutional malice. For each badge developed in discovery, the media will have an explanation. Developing multiple badges of malice can expose the media's serial excuses as pretextual and increase the chances of successfully arguing constitutional malice.

203

**Malice Typically Is Evaluated from the Accumulation of Circumstantial Evidence**

The badges of malice are consistent with the extremely broad scope of evidence that the Supreme Court held must be discoverable by plaintiffs to prove malice. In *Herbert v. Lando*, 441 U.S. 153 (1979), the Supreme Court observed that the First Amendment protections given to the media were balanced by the corollary that the fact finder could consider an extremely broad scope of evidence in determining malice. "[A]ny competent evidence either direct or circumstantial, can be resorted to, and all the relevant circumstances surrounding the transaction may be shown..." to show malice.[6] The specific items of relevant evidence favorably itemized in *Herbert* include 1) all information known to the defamer showing the falsity of defamatory statements; 2) the defamer's thought process and reasons for crediting or discrediting information; 3) the defamer's thought processes and reasons for incorporating only certain information into a press statement; 4) threats made by the defendant; 5) prior defamations by the defendant; 6) subsequent defamations made by the defendant; 7) subsequent statements made by the defendant; and 8) circumstances indicating rivalry, ill will, or hostility.[7]

In *Harte-Hanks Communications, Inc. v. Connaughton*, 491 U.S. 657 (1989), the Supreme Court emphasized that a jury may infer malice from a series of factors none of which alone would have been sufficient. In that case, a newspaper published witness' allegations that a judicial candidate had been bribed. The candidate sued for defamation, and the newspaper argued that it had no knowledge that the bribery allegations were false. The jury found malice, and the newspaper appealed.

*Harte-Hanks* emphasized numerous factors in evaluating the entire record. The newspaper was involved in heated competition with another local paper and was under pressure to "scoop it" on local news (*i.e.*, profit motive for the defamation). After hearing the obviously damaging bribery allegations, the newspaper conducted an investigation, but it failed to contact key witnesses. Numerous taped witness interviews were available to the newspaper, but the editorial director did not listen to them. There were discrepancies in the testimony of the newspaper's witnesses. Though no single factor was dispositive, *Harte-Hanks* stressed that the jury may have found that "failure to conduct a complete investigation involved a deliberate effort to avoid the truth."[8]

In *Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967), a football coach sued a magazine for publishing an article accusing him of fixing games. The evidence showed that this was not "hot news," that the charges were serious, that the editors recognized "the need for a thorough investigation," that the reporter's superiors did not look at the reporter's notes

prior to the publication, that a key witness was not interviewed, and that "no attempt was made to screen the films of the game."[9] The Supreme Court held that a jury may infer from this that the magazine "had been anxious to publish an expose and had, thus, wantonly and recklessly seized on a questionable affidavit."[10]

*Hunt v. Liberty Lobby* , 720 F.2d 631 (11th Cir. 1983), affirmed a jury finding of malice in a Florida defamation case. *Hunt* ruled that two factors present in that case independently supported the jury's determination. First, "when an article is not in the category of 'hot news,' that is, information that must be printed immediately or it will lose its newsworthy value, 'actual malice may be inferred when the investigation for a story...was grossly inadequate in the circumstances.'"[11] Second, "an inference of actual malice can be drawn when a defendant publishes a defamatory statement that contradicts information known to him, even when the defendant testifies that he believed that the statement was not defamatory and was consistent with the facts within his knowledge."[12]

A defendant's "inconsistent" and "equivocating" testimony supported a finding of malice in *Texas Disposal Systems Landfill, Inc. v. Waste Management Holdings, Inc.* , 219 S.W.3d 563 (Tex. App. 2007). The court cited a combination of circumstantial evidence from which the jury may have inferred malice. These factors included 1) omitting pertinent information that would have prevented a "false impression" from the information included in the defamatory communication; 2) a failure to attempt verification of the defamatory information; and 3) "inconsistent" and "equivocating" testimony from the defendant.[13]

The frequency and duration of the media's attack on a plaintiff also may help establish malice. In *Bentley v. Bunton* , 94 S.W.3d 561 (Tex. 2002), the court affirmed a jury finding of malice. *Bentley* cited factors that included the fact that the talk show host had "relentlessly" repeated allegations against a particular judge for months while ignoring people that had knowledge of the allegations.[14]

Emphasizing unimportant events to support serious defamatory statements will also support a finding of malice. In *Bolling v. Baker* , 671 S.W. 2d 559 (Tex. App. 1984), a physician accused a nurse of dishonesty. When the nurse sued for defamation, the physician testified that one reason he doubted the nurse's honesty was an incident in which some lab slips "had been changed."[15] *Bolling* concluded that the physician's "obsession with such an insignificant event warrants the inference that he was using the incident to get even with [the nurse]."[16] Accordingly, the court concluded that there was sufficient evidence to support the jury's finding that the statements were made with

knowledge of their falsity or with reckless disregard for the truth. Emphasizing unimportant events also fits within the more general badge of a reporter knowing that the facts do not support a defamatory story.

Finally, the context of a defamatory statement and the media's use of deception to obtain images for a defamatory story may support a jury inference of malice. In *Braun v. Flynt* , 726 F.2d 245 (5th Cir. 1984), a novelty entertainer who performed an act with a swimming pig at a family-oriented amusement park sued a sexually oriented men's magazine for defamation for publishing her photo in its "Chic Thrills" section. The magazine obtained authority to use the photograph by misrepresenting the nature of the magazine. *Braun* affirmed a jury finding of malice, holding that the jury may infer malice from the magazine's use of deception to obtain the photograph and then inserting the photograph of what the editors knew was a family tourist attraction "in the context of" a lewd magazine.[17]

The media cannot avoid an inference of malice when it publishes a defamatory headline by showing that it published the full truth in the text of the story. In *Kaelin v. Globe Communications Corp.* , 162 F.3d 1036 (9th Cir. 1998), Kato Kaelin sued a newspaper for publishing a headline stating, "COPS THINK KATO DID IT!" after O.J. Simpson was acquitted of murder. The newspaper argued that there was no malice because the body of the story made clear that the "IT" referred to perjury and not the murders. The trial court entered summary judgment for the newspaper. The appellate court reversed *Kaelin* , holding that a jury may infer that the newspaper intended to convey a false impression from the scandalous headlines for the pecuniary motive of selling more newspapers. The truthful disclosure in the body of the article did not guarantee the newspaper immunity from defamatory headlines. "The editors' statements of their subjective intention," *Kaelin* stressed, "are matters of credibility for a jury."[18]

### Some Badges Alone May Establish Malice

There are instances in which courts have approved an inference of malice from a single item of circumstantial evidence. This occurs in two scenarios. One is when there is evidence of the reporter's lack of credibility regarding the story. This evidence includes the mysterious disappearance of the reporter's research notes, the alteration of quotes for defamatory impact, and the reporter's possession of materials showing that the defamatory story was false. The second scenario focuses on the reporter's conduct after the defamatory publication. When the media refuses to retract a defamatory statement after learning of its falsity, courts have allowed an inference that the defamation was

published with malice. Though neither scenario guarantees a finding of constitutional malice, both scenarios may support such a finding if the evidence is material to the defamation.

The destruction or unavailability of a reporter's notes and research supported a finding of malice in *Murphy v. Boston Herald, Inc.*, 449 Mass. 42 (Mass. 2007). There, a newspaper reporter, relying on the statement of a district attorney with animosity toward a judge, published an article accusing the judge of belittling a juvenile rape victim. *Murphy* found that a number of factors combined to furnish clear and convincing evidence of malice.[19] *Murphy* stressed 1) the reporter's knowledge that his source had animosity toward the judge; 2) the reporter's failure to verify the accuracy of the statements attributable to the judge with others who were present; and 3) the reporter's incredible claim that he discarded his notebook where he wrote the information told to him by the district attorney.[20] *Murphy* stressed that the strongest evidence of malice was the mysterious unavailability of the notebook: "The jury were entitled to draw the negative inference that [the reporter] discarded his notebook in a deliberate effort to conceal what he knew were inaccuracies in his reporting. This inference, in turn, *provides a strong basis for a finding of actual malice*."[21]

Consistent with *Murphy*, numerous courts have held that the destruction or unavailability of a reporter's notes or research may support a jury verdict of malice.[22]

A reporter's alteration of quotes to maximize the impact of the story also supports a verdict of malice. In *Masson v. New Yorker Magazine, Inc*., 501 U.S. 496 (1991), the Supreme Court held that a reporter's alteration of quoted words may equate with knowledge of falsity when the alteration results in a material change of the meaning conveyed by the quoted statement.[23] That a reporter in *Masson* might have misunderstood his or her sources is insufficient to overturn a jury's evaluation of the circumstances.[24]

The court in *Southern Air Transport, Inc. v. Post Newsweek Stations Florida, Inc*., 568 So. 2d 927 (Fla. 3d DCA 1990), upheld a finding of malice when the media aired an uncorroborated claim by an individual of questionable credibility that the plaintiff was a drug trafficker. The court held publishing this serious and uncorroborated allegation without giving the plaintiff a fair opportunity to reply supported the inference of malice. The court also noted that the defamatory broadcast made the informant appear credible and failed to report information that would negatively impact his credibility.[25]

A reporter's possession of documents conflicting with his report supported a finding of malice in *Mitchell v. Griffin Television, LLC*, 60 P.3d 1058 (Okl. App. 2002). There, a veterinarian sued a TV station for falsely reporting that a lawsuit accused him of medicating a champion race horse to hide injuries so the horse could be sold. The TV station claimed there was no showing of malice because the complaint filed in federal court alleged the veterinarian had medicated the horse prior to the sale. That complaint accused the trainer of trying to mask the horse's unsoundness but made no such accusation as to the veterinarian. Since the TV station had a copy of the complaint, *Mitchell* held that the jury properly found that the false report was made with "reckless disregard."[26]

In *Herbert* , the court held that a defamer's post-publication conduct may be relevant to establishing malice at the time of publication.[27] The key post-publication conduct developed in the caselaw is the media's refusal to retract a defamatory statement after learning that it is false. *Restatement Second of Torts* 580A (1977), Comment D, concludes that a defamer's refusal to retract a defamatory statement after learning it is false "might be relevant in showing recklessness at the time the statement was published." In *Mahnke v. Northwest Publications, Inc.* , 160 N.W. 2d 1 (Minn. 1968), the Minnesota Supreme Court held that a jury may properly consider a defendant's failure to retract defamatory statements as evidence of recklessness. "We think that the failure to retract the defamatory statements," *Mahnke* stressed, "underscored defendant's reckless attitude as to the consequences of what had been published and that the jury was entitled to take that fact into consideration."[28]

### Use of the Badges in Discovery

The focus of discovery on constitutional malice is obtaining evidence that the reporter either knew the truth refuting the defamation or the truth was so readily available that failure to inquire amounts to a deliberate avoidance of truth. The badges suggest where to look for this evidence. The first step is obtaining all investigative research materials, notes, drafts of articles, edits, article or script changes, outtakes communications, tweets, web postings (including both the defamatory article and any guest comments or posts), Facebook posts, and other social media materials concerning the defamatory story. The reporter's familiarity with the subject matter of the story, as well as the identities of his or her sources also warrant discovery. The goal of this phase of discovery is to learn everything the reporter said, wrote, knew, or had access to concerning the defamatory story.

A next step is to identify every item of information known or available to the reporter that is inconsistent with the defamatory sting of the story. This aspect of discovery then focuses on tracing how and why the reporter made editorial decisions to omit, downplay, or not pursue what was inconsistent with the defamation. This should be done at deposition, but it is helpful to initially obtain copies of all drafts or outtakes of the defamatory publication to see what was deleted.

The reporter should be deposed on every step of the investigation conducted on the story. Particular emphasis is on the reasons for a reporter's decision not to pursue research areas that would have exposed the defamatory story as false. The credibility issue surrounding a reporter's explanation of this process is often the lynchpin that decides constitutional malice. Inconsistencies between the reporter's research and the defamatory string of the story may rise to a level where this alone allows an inference of malice.

The next aspect of discovery deals with external influences on the defamatory story. External influences discussed in the caselaw include 1) animosity toward the subject of the defamation; 2) competitive pressure to scoop other media outlets; 3) a pattern of defamatory coverage; and 4) an editorial slant. Also, failure to retract after learning of a defamatory falsity, though not an influence on the story, is an external factor that may support an inference of malice. Accordingly, discovery into the editorial decision not to retract should be as thorough as discovery into the decision to initially publish the defamation. In cases in which the media issues an inadequate retraction, the retraction can often be pled as an additional defamatory publication requiring discovery in its own right.

Discovery into animosity toward the subject of the defamation can be far ranging or a quick dead end. In cases in which a news outlet had an established relationship with the plaintiff, there is often a falling out predating the defamatory publication — and evidence of animosity. The entire history of the relationship, including all statements made by news outlet representatives about the plaintiff, are in play.

Competitive pressure for attention-grabbing stories is always present but must be shown in the record. There are often emails or other communications discussing a news outlet's market position (circulation or viewers). Media executives normally must acknowledge that their company's source of income (advertising), and often their income depends on their circulation or number of viewers. Editors sometimes direct reporters to pursue certain stories, either orally or in writing, to maximize viewers during ratings periods.

Television stations typically feature their most inflammatory stories during national ratings periods knowns as "sweeps." During this time, there can be increased pressure on reporters to generate high-profile stories or to exaggerate to the point of defaming. Sweeps periods occur four times each year and are usually acknowledged in internal communications. It is important in the industry because the viewership established during sweeps determines advertising revenue. Questioning the reporter regarding his or her basis for publishing multiple defamatory statements will often yield testimony helpful to establish a credibility dispute.

A pattern of defamatory statements about the plaintiff can be key to showing malice. Identifying every defamatory statement about the plaintiff made by a news outlet is the first step. This includes defamatory statements that were made before and after the defamatory publication. In some cases, the sheer number of false statements made may support an inference of malice. In others, credibility issues are raised by a reporter's attempts to explain this pattern.

**Defending Summary Judgment**

The first test of a plaintiff's evidence of constitutional malice is usually the media's motion for summary judgement. It is here that a plaintiff first feels the weight of being required to prove malice by clear and convincing evidence. In *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986), the Supreme Court held that, in ruling on a media motion for summary judgment or a directed verdict on constitutional malice, a court must evaluate the evidence of malice to determine whether a jury reasonably could infer malice under this heavier evidentiary burden. Media defendants, quoting isolated language from *Anderson* and similar cases, exaggerate that a plaintiff's burden is virtually insurmountable.

In reality, *Anderson* also stresses that courts should be cautious in granting summary judgment on constitutional malice:

> [I]t is clear enough from our recent cases that at the summary judgment stage, the judge's function is not himself to weigh the evidence and determine the truth of the matter but to determine whether there is a genuine issue for trial.[29]

Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge, whether he is ruling on a motion for summary judgment or a directed verdict. The evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in his favor. Neither do we

suggest that the trial courts should act other than with caution in granting summary judgment or that the court may not deny summary judgment in a case where there is reason to believe that the better course would be to proceed to a full trial.[30]

*Anderson* has been inconsistently applied. Some courts invoke *Anderson* as a license to act as jury in weighing the evidence. Others look at whether there are factual issues that may be presented to a jury. This was predicted by the dissent in *Anderson* .[31]

The dissenting justices argued that *Anderson* gave conflicting instructions to trial courts. Specifically, courts were simultaneously instructed to weigh the evidence under the "prism" of the clear and convincing standard and cautioned against weighing the evidence when ruling on a motion for summary judgment or directed verdict. The dissents predicated that *Anderson* would prove devoid of practical application.[32]

In *Hutchinson v. Proxmire*, 443 U.S. 111, n.9 (1979), the U.S. Supreme Court noted in a libel case "the proof of actual malice calls a defendant's state of mind into question [ *citations omitted* ] and does not readily lend itself to summary disposition."[33]

Summary judgment in a Florida defamation case arising from "investigative television news" was addressed in *Southern Air Transport* . There, the plaintiff sued a TV station for broadcasting an investigative story accusing the plaintiff of drug trafficking while engaged in covert arms shipments to the Nicaraguan Contras. The trial court granted summary judgment for the TV station on the issue of malice. The district court reversed, holding that these factors precluded summary judgment: 1) A source's information had proven unreliable in other respects; 2) "the defendants *did not give plaintiff a fair opportunity to reply* to this drug trafficking accusation..."[34]; and 3) the government declined to prosecute anyone based on the source's information.[35] The court noted that other evidence in the record supported contrary inferences but stressed that weighting them was for the jury.[36]

Media defendants always assert that they believed the truth of the defamation. Constitutional malice pivots on creating a triable issue concerning credibility. The badges of malice help create this issue, but the courts have stressed that it is in the jury's purview to evaluate the credibility of media witnesses and reject their claim that they believed the defamation was true.

In *Harrison v. Williams* , 430 So. 2d 585 (Fla. 4th DCA 1983), a father sent defamatory communications to officials accusing a police officer of beating up his son. The police officer brought a defamation action, and the father's defense was that "he made a good

faith mistake about the identity" of the police officer. The trial evidence showed that the son "informed his father" that it was the plaintiff who had attacked him. The assistant state attorney, however, had told the father that the attacker was another officer who looked like the plaintiff. The fact finder resolved the credibility issue in favor of the plaintiff and found that the father had made his accusations with malice. On appeal, the court affirmed, finding substantial competent evidence to support the inference of malice.[37]

*Dibella v. Hopkins* , 403 F.3d 102 (2d Cir. 2005), affirmed a jury's finding of malice and held that it was within the jury's purview to discredit the defamer's account of his mental state in making a defamatory statement.[38] Evidence that creates an issue concerning the reporter's credibility requires a jury determination.

The thrust of the focus on the credibility of the media witnesses is that anything normally impacting a witness' credibility is in play. In particular situations, these factors may be unique. For instance, a witness' hesitations, tone, and demeanor are properly considered by a jury deciding whether to believe the witness. In the context of a motion for directed verdict, the matter must be put on the record because the transcript will not reflect them. In defending a summary judgment, an argument that the record prevents an issue on the media witnesses' credibility can be supported by videotaped deposition testimony.[39]

### Conclusion

The caselaw developed over the last half century shows that proving constitutional malice is feasible. It takes the discipline of developing every item of circumstantial evidence that may furnish a motive to defame or shows that the reporter knew or should have known the truth. The "should have known" standard applies to negligence, but negligence is a step toward recklessness. The 24 badges of constitutional malice reflect combinations of evidence that can defeat the media's First Amendment defense.

[1] *Gertz v. Welch* , 94 S. Ct. 2997 (1974).

[2] *Id.*

[3] *St. Amant*, 390 U.S. at 732, fn. 3 (citations omitted).

[4] *Mason*, 501 U.S. 496 at 510 (citations omitted).

[5] The badges are summarized here and the cases utilizing the various badges are discussed below.

[6] *Herbert*, 441 U.S. at 177, fn. 12 (citations omitted).

[7] *Id.* Courts typically reject various journalist privileges which normally protect journalists' sources from discovery on the ground that the media waives the privilege when it asserts its First Amendment defenses.

[8] *Harte-Hanks Communications*, 491 U.S. at 685. *See also Celle v. Filipino Reporter Enterprises, Inc* ., 209 F.3d 163 (2d Cir. 2000) (malice finding affirmed based on evidence of reporter's ill will, reporter's conflicting testimony, and reliance on questionable source without conducting investigation).

[9] *Curtis Publishing Co.*, 388 U.S. at 157.

[10] *Id.* at fn.20. *See also Healey v. New England Newspapers, Inc* ., 555 A.2d 321 (R.I. 1989) (newspaper report of angry relative blaming doctor for death creates jury issue of malice where newspaper failed to report known facts tending to exculpate the doctor); *Buratt v. Capital City Press* , 459 So. 2d 1268 (La. 1 Cir. 1984) (reckless disregard for truth shown when reporter omits reporting available information because it refuted defamatory point reporter trying to make).

[11] *Hunt*, 720 F.2d at 643.

[12] *Id.* at 645 (citations omitted).

[13] *Texas Disposal Systems Landfill*, 219 S.W.3d at 578-579.

[14] *Bentley,* 94 S.W.3d at 584-585, 600. *See also Kentucky Kingdom Amusement Co. v. Belo Kentucky, Inc.* , 179 S.W.3d 785 (Ky. 2005) (affirming jury finding of malice based on television station's failure to correct inaccuracies in prior reports, continuing commitment to running the same false story line, failure to significantly investigate, and because the general make up and presentation of the story exhibited hostility).

[15] *Bolling,* 671 S.W.2d at 563.

[16] *Id.* at 565.

[17] *Braun*, 726 F. 2d at 257.

213

[18] *Kaelin*, 162 F. 3d at 1042.

[19] *Murphy* , 449 Mass. at 58.

[20] *Id.* at 58-61.

[21] *Id.* at 61 (emphasis added).

[22] *See Moore v. Vislosky* , 240 F. App'x 457, 469 (3d Cir. 2007) (defamer's claim that she "lost" documentary evidence that supported her defamatory statements was implausible and supports jury finding that she acted with reckless disregard for truth); *Torgerson v. Journal/Sentinel, Inc.* , 563 N.W. 2d 472, 483 (Wis. 1997) (destruction of reporter's notes is sufficient evidence to support a jury verdict of actual malice); *Chang v. Michiana Telecasting Corp.* , 900 F.2d 1085, 1090 (7th Cir. 1990) ("destruction could imply that the notes would have revealed the reporter did not believe what he wrote or said") (citations omitted).

[23] *Masson*, 501 U.S. at 516.

[24] *Id* . at 520-521.

[25] *Southern Air Transport* , 568 So. 2d at 928.

[26] *Mitchell*, 60 P.3d at 1063.

[27] *Herbert*, 441 U.S. at 170-171.

[28] *Mahnke*, 160 N.W.2d at 344. *See also Zerangue v. TSP Newspapers, Inc.* , 814 F.2d 1066 (5th Cir. 1987) (refusal to retract an exposed error supports a finding of malice just as a readiness to retract tends to negate malice); *Golden Bear Distributing Systems of Texas, Inc. v. Chase Revel, Inc.* , 708 F.2d 944 (5th Cir. 1983) (refusal to retract supports jury finding that defamatory article published with reckless disregard of the truth).

[29] *Anderson*, 477 U.S. at 249.

[30] *Id.* at 255 (citations omitted).

[31] *Id.* at 265-268.

[32] *Id* . at 267-269.

214

[33] *See also Shiavone Const. Co. v. Time, Inc.* , 847 F.2d 1069 (3d Cir. 1988) (reversing summary judgment in media defamation case where media had internal inconsistencies in its research and information contradicting libelous assertions but nevertheless published libelous statements).

[34] *Southern Air Transport* , 568 So. 2d at 928 (emphasis added).

[35] *Id.*

[36] *Id.* at 929.

[37] *Harrison*, 430 So. 2d at 586. *See also Durso v. Lyle Stuart, Inc* ., 337 N.E. 2d. 443, 447 (Ill. App. 1975) (citations omitted) (jury may find malice and disregard defendant's claim that defamatory statement in investigative publication was caused by unintentional "error" where evidence creates issue of author's credibility because (citations omitted) it showed "muckraking intent, the absence of hot news, and an inadequate investigation...").

[38] *See also Newton v. NBC, Inc* ., 930 F.2d 662, 671 (9th Cir. 1990) (malice may be based on jury's negative assessment of reporter's credibility at trial).

[39] The normal rule is that the court should leave credibility issues for the jury. To the extent that the court weighs evidence to see if a credibility issue satisfies the "clear and convincing" standard, witness demeanor should be in play. The dissent in *Anderson* pointed out that applying the "clear and convincing" standard at the summary judgment stage and telling the courts not to weigh evidence was inherently contradictory. The dissent predicted that *Anderson* would be inapplicable in practice.



**MANUEL SOCIAS** *is a solo practitioner who has represented clients in business litigation for 35 years. He also handles and consults on defamation cases.*