# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK NATHANIEL REED

v.                                        CASE NO. 3:22-cv-01059-TJC-PDB

BRANDEL EUGENE CHAMBLEE
ET AL

PATRICK NATHANIEL REED

v.                                        CASE NO. 3:22-cv-01181-TJC-PDB

SHANE RYAN AT AL

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Larry Elliot Klayman, Esq | Rachel E. Fugate, Esq. |
| | Minch Minchin, Esq. |
| | Jeremy Chase, Esq. |
| | Carol J. Locicero, Esq. |
| | Linda Norbut, Esq. |
| | Gregory W. Herbert, Esq. |
| | Jay Ward Brown, Esq. |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Aileen Manrique        Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF MOTION HEARING**: Hearing regarding Defendants' Motion to Dismiss Amended Complaint (Doc. 35), Defendants Gannett Satellite Information Network, LLC's and Gannett Co., Inc.'s Motion to Dismiss Amended Complaint and For Fees with Supporting Memorandum of Law (Doc. 38), Defendant Conde Nast International, Inc. D/B/A The New Yorker's Motion to Dismiss Amended Complaint and For Attorneys' Fees and Costs with Supporting Memorandum of Law (Doc. 62), Defendants Hachette

Book Group, Inc.'s, Shane Ryan's, and NYP Holdings, Inc.'s Motion to Dismiss The First Amended Complaint (Doc. 33), Defendants The Associated Press' and Doug Ferguson's Corrected Motion to Dismiss Amended Complaint with Supporting Memorandum of Law (Doc. 36), Bloomberg L.P.'S Motion to Dismiss Amended Complaint (Doc. 50), Defendant Erik Larson's Motion to Dismiss First Amended Complaint (Doc. 65), Plaintiff Patrick Nathaniel Reed's Motion for Leave to Supplement His Oppositions to Motions to Dismiss (Doc. 76 and 83)

- Order to enter.

DATE: July 31, 2023                                TIME: 2:03 p.m. – 4:51 p.m.
                                                   (Total Time: 2hr 48 Minutes)