IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICK NATHANIEL REED,

          Plaintiff

v.

BRANDEL EUGENE CHAMBLEE, et al

          Defendants.

**Case Number: 3-22-CV-01059-TJC-PDB**

### PLAINTFF PATRICK NATHANIEL REED'S REQUEST FOR RULING ON MOTION TO STAY CONSIDERATION OF AND ANY AWARD OF ATTORNEYS FEES TO DEFENDANTS PENDING APPEAL

Dated: February 12, 2024

Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

1

Plaintiff Patrick Reed ("Mr. Reed") for the compelling reasons set forth in his Motion to Stay Consideration of Any Award of Attorneys Fees to Defendants Pending Appeal, ECF No. 105, respectfully requests that the briefing and consideration of Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC, Gannett Satellite Information Network, LLC, Gannett Co., Inc., and Conde Nast International, Inc.'s (collectively "Defendants") Motion for Anti-SLAPP Fees ("SLAPP Motion") be stayed at this time pending appeal, as the pleadings are closed before this Court and this matter is ripe for disposition now.

If this Court is not inclined to stay Defendants' SLAPP Motion at this time, Plaintiff Reed requests an expeditious ruling in the next day in order that a motion to stay can be filed and considered by the U.S. Court of Appeals for the Eleventh Circuit before Mr. Reed's response to Defendants' SLAPP Motion is due to be filed by Mr. Reed on the currently set date of February 23, 2024. This will save valuable time and resources for all parties and the Court.

Dated: February 12, 2024               Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

1

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 12, 2024, I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*

2