# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.

Case No. 3:22-cv-1059-TJC-PDB

BRANDEL EUGENE CHAMBLEE,
TGC, LLC, DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, GANNETT CO.,
INC., GANNETT SATELLITE
INFORMATION NETWORK, LLC,
CONDE NAST INTERNATIONAL,
INC., and ZACH HELFAND,

    Defendants.

## O R D E R

This case is before the Court on the Plaintiff's Motion to Stay Consideration of And Any Award of Attorneys Fees to Defendants Pending Appeal (Doc. 105) and the Plaintiff's Request for Ruling on Motion to Stay Consideration of And Any Award of Attorneys Fees to Defendants Pending Appeal (Doc. 112). Defendants have responded. (Doc. 110).

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Stay Consideration of And Any Award of Attorneys Fees to Defendants Pending Appeal (Doc. 105) is **DENIED**.

2. To give Plaintiff an opportunity to seek a stay from the Eleventh Circuit, the Court *sua sponte* **GRANTS** Plaintiff an extension to file a response to the Defendants' Supplemental Motion for Attorneys Fees (Doc. 106) no later than **March 15, 2024.**

**DONE AND ORDERED** in Jacksonville, Florida, the 16th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record