# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10058

_____

PATRICK NATHANIEL REED,

                                                                Plaintiff-Appellant,

*versus*

BRANDEL EUGENE CHAMBLEE,
TGC, LLC,
d.b.a. Golf Channel,
DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, et al.,

                                                                Defendants-Appellees,

GOLFWEEK,

2                        Order of the Court                      24-10058

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01059-TJC-PDB

_____

Before BRASHER and ABUDU, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED IN PART, *sua sponte*, for lack of jurisdiction. Patrick Reed appeals the district court's order dismissing his case, and its later order denying his motions for recusal and reconsideration and granting the defendants' motion for entitlement to attorney's fees and costs under Florida's Anti-SLAPP statute. The court's order dismissing Reed's case and the portion of its post-dismissal order denying his motions for recusal and reconsideration are final and appealable. *See World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009) (quotation marks omitted); *Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 201-02 (1988) (noting that an order which resolves everything except attorney's fees is immediately appealable).

      However, the portion of the post-dismissal order granting the defendants' motion for entitlement to attorney's fees is not final and appealable because it does not determine the amount of fees due. *See Interstate Pipe Maint., Inc. v. FMC Corp.*, 775 F.2d 1495, 1497

| 24-10058 | Order of the Court | 3 |
|---|---|---|

(11th Cir. 1985); *Fort v. Roadway Express, Inc.*, 746 F.2d 744, 747 (11th Cir. 1984); *Mekdeci v. Merrell Nat'l Labs.*, 711 F.2d 1510, 1523 (11th Cir. 1983). Accordingly, Reed's appeal may proceed only as to the court's order dismissing his case and the portion of its post-dismissal order denying his motions for recusal and reconsideration.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

February 27, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-10058-AA  
Case Style: Patrick Reed v. Brandel Chamblee, et al  
District Court Docket No: 3:22-cv-01059-TJC-PDB

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action