IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff

v.     Case Number: 3-22-CV-01059-TJC-PDB

BRANDEL EUGENE CHAMBLEE, et al

    Defendants.

**PLAINTIFF PATRICK NATHANIEL REED'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' SUPPLEMENTAL MOTION FOR ANTI-SLAPP FEES**

Plaintiff Patrick Reed ("Mr. Reed") hereby moves this honorable Court for a twenty-one (21) day extension of time until and including April 5, 2024 to file a response to Defendants' Supplemental Motion for Anti-SLAPP Fees. ECF No. 106.

Counsel for Mr. Reed, Larry Klayman, Esq. ("Mr. Klayman"), has had in the last weeks a heavy litigation schedule with appellate briefs filed in the U.S. Court of Appeals for the Fifth Circuit and Eleventh Circuit (through the firm Gillen & Lake LLC) with regard to *Reed v. Chamblee et. al*, and continues to have

1

extremely heavy litigation period including preparation for a trial, and therefore requires this brief extension of time to respond to Defendants' Supplemental Motion, which is, in effect, three separate motions that have been consolidated into one, involving Defendants Brandel Chamblee, Damon Hack, Benjamin Bacon, Eamon Lynch, and TGC, LLC, d/b/a as Golf Channel (collectively the "Golf Channel Defendants); Gannett Satellite Information Network, LLC, d/b/a Golfweek, and Gannett Co., Inc. (collectively, the "Gannett Defendants"); and Conde Nast International, Inc., d/b/a The New Yorker ("The New Yorker"). Mr. Klayman and his staff respectfully need time to meticulously comb through the billing records of all three sets of Defendants, and therefore requires this brief extension of time to take on this large task. *See* M.D. FL. Rule 7.01(d).

Furthermore, as the U.S. Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") has declined to take up the matter of attorney's fees at this time, there is no prejudice to anyone for the brief delay. And, as the underlying merits of this case are already on appeal at the Eleventh Circuit, a favorable decision there would moot out this entire issue, which is why Mr. Reed's counsel at the Eleventh Circuit will also be moving to stay this issue tomorrow, March 13, 2024. In any event, Mr. Reed and counsel will be providing a full response to Defendants' Supplemental Motion and only requires this brief extension to do so.

WHEREFORE, Mr. Reed respectfully requests that the Court grant a twenty-one (21) day extension of time to file a response to Defendants' Supplemental Motion for Attorney's Fees.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he communicated with counsel for Defendants, who all declined to consent to this motion.

Dated: March 12, 2024                     Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 12, 2024 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*_____