# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.

                                    Case No. 3:22-cv-1059-TJC-PDB

BRANDEL EUGENE CHAMBLEE,
TGC, LLC, DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, GANNETT CO.,
INC., GANNETT SATELLITE
INFORMATION NETWORK, LLC,
CONDE NAST INTERNATIONAL,
INC., and ZACH HELFAND,

    Defendants.

## O R D E R

This case is before the Court on the Plaintiff's Motion for Extension of Time to File Response to Defendants' Supplemental Motion for Anti-SLAPP Fees (Doc. 115).

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Extension of Time to File Response to Defendants' Supplemental Motion for Anti-SLAPP Fees (Doc. 115) is **GRANTED.**

2. The Court **GRANTS** Plaintiff a three week extension to file a response to the Defendants' Supplemental Motion for Attorneys' Fees (Doc. 106), or no later than **April 5, 2024.**

**DONE AND ORDERED** in Jacksonville, Florida, the 15th day of March, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record

2