**Ballard Spahr**
LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Emmy Parsons
Tel: 202.661.7603
Fax: 202.661.2299
parsonse@ballardspahr.com

August 14, 2024

*Via ECF*

The Honorable Timothy J. Corrigan
United States District Judge
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Florida 32202

Re:   *Patrick Nathaniel Reed v. Brandel Eugene Chamblee, et al.*, Case No. 22-cv-1059-TJC-PDB

Dear Judge Corrigan:

On behalf of all Defendants in the above-referenced matter, I write today to respectfully submit this notice of supplemental authority, attached as Exhibit A, relevant to the Defendants' pending Supplemental Motion for Determination of Amount of Attorneys' Fees ("Defendants' Supplemental Motion") (Dkt. 106).

On February 16, 2024, this Court entered an order denying Plaintiff Patrick Reed's Motion to Stay Consideration of And Any Award of Attorneys Fees to Defendants Pending Appeal and granting Plaintiff's request for an extension of time to file a response to Defendants' Supplemental Motion so that Plaintiff had "an opportunity to seek a stay from the Eleventh Circuit."  (Dkt. 113).  On March 14, Plaintiff filed a motion before the Eleventh Circuit seeking such a stay.

On June 10, 2024, however, the Eleventh Circuit denied Plaintiff's motion, stating that it "will not entertain a motion to stay an order that we declared on February 27, 2024, we lack jurisdiction to review."  *See* Ex. A.  Since entry of the Eleventh Circuit's order, Plaintiff has made no further attempt that Defendants are aware of to stay consideration of Defendants' Supplemental Motion.

The Honorable Timothy J. Corrigan
August 14, 2024
Page 2

Sincerely,

Emmy Parsons

Enclosures

Cc: via ECF

    Larry Klayman
    Klayman Law Group P.A.
    7050 W. Palmetto Park Road
    Boca Raton, Florida 33433

    Rachel E. Fugate
    Minch B. Minchin
    Deanna K. Shullman
    Shullman Fugate PLLC
    100 S. Ashley Drive, Ste. 600
    Tampa, FL 33602

    Carol Jean LoCicero
    Carol Riedemann Norbut
    Thomas & LoCicero
    601 South Boulevard
    Tampa, FL 33606

Via Email

    Anthony C. Lake
    Gillen & Lake LLC
    400 Galleria Parkway, Ste. 1920
    Atlanta, GA 30339

# Exhibit A

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10058

_____

PATRICK NATHANIEL REED,

                                              Plaintiff-Appellant,

*versus*

BRANDEL EUGENE CHAMBLEE,
TGC, LLC,
d.b.a. Golf Channel,
DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, et al.,

                                              Defendants-Appellees,

GOLFWEEK,

2                              Order of the Court                         24-10058

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01059-TJC-PDB

_____

Before ROSENBAUM, LUCK, and ABUDU, Circuit Judges.

BY THE COURT:

    Plaintiff-Appellant's motion to stay the order that awards attorney's fees and costs to Defendants-Appellees is DENIED. We will not entertain a motion to stay an order that we declared on February 27, 2024, we lack jurisdiction to review. *See* 28 U.S.C. § 1291.