# KLAYMAN LAW GROUP

A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.        7050 W. Palmetto Park Rd        Tel: 561-558-5336
Boca Raton, FL, 33433

Via Electronic Filing

August 14, 2024

The Honorable Timothy J. Corrigan
Chief Judge
U.S. District Court
Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

**Re:** *Reed v. Chamblee et al*, 3:22-cv-01059

Dear Judge Corrigan:

The Defendants' unauthorized letter supplement of this date is misleading, insofar as it does not disclose that the U.S. Court of Appeals for the Eleventh Circuit has proceeded with the appeal only on the merits and is deferring on any attorney's fees issues.

It would thus be prudent not to award attorney's fees at this time, to avoid unnecessary and wasteful use of resources, since the Eleventh Circuit's disposition on the merits in Plaintiff Patrick Reeds' favor would moot out the issue of attorney's fees.

Thank you for your consideration.

Sincerely,

Larry Klayman, Esq.

Cc: Counsel of Record

1